STRATUM*LAW* LLC

150 Monument Road, Suite 207
Bala Cynwyd, PA 19004

December 5th, 2019                                                                                   Via ECF

Hon. Vernon S. Broderick
United States District Court,
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, NY 10007-1312

    Re:    **Ameriway Corporation v. May Yan Chen and Ability Customs, Inc.,**
            **United States Court for the Southern District of New York**
            **Case No.: 19-cv-09407 (VSB)(DCF)**

**RETRACTION OF REQUEST FOR A PRE-MOTION CONFERENCE**

Dear Judge Broderick:

After careful consideration, Plaintiff Ameriway Corporation has decided to retract the Request for Pre-Motion Conference filed on December 5th, 2019.  Instead of seeking a motion to dismiss under 12(b)(6), Ameriway has filed an Answer to Defendant's counter-claims.

We apologize to any inconvenience this may have caused to the Court.

                          Very truly yours,

                          /s/Xiyan Zhang
                          Xiyan Zhang
                          Attorney for Ameriway Corp.
                          xzhang@stratumlaw.com
                          (215) 395-8756

Enclosure
cc:     Counsel of Record (via ECF)