UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                               :

AMERIWAY CORPORATION,          :
                               :

                    Plaintiff,    :

                               :

          -against-        :

                               :

MAY YAN CHEN, et al.,         :

                               :

                 Defendants.  :

                               :
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___1/2/2020___

19-CV-9407 (VSB)

**ORDER**

**VERNON S. BRODERICK, United States District Judge:**

       On December 31, 2019, Defendants filed a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to disqualify Plaintiff's counsel. (Doc. 19.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

       ORDERED that Plaintiff shall file any second amended complaint by January 21, 2020. It is unlikely that Plaintiff will have a further opportunity to amend.

       IT IS FURTHER ORDERED that if no second amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by January 30, 2020. Defendants' reply, if any, shall be served by February 13, 2020. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: January 2, 2020
      New York, New York

Vernon S. Broderick
United States District Judge