```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERIWAY CORP.,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :        19-cv-9407 (VSB)
            -against-                                       :
                                                            :              **ORDER**
MAY CHEN, et al.,                                           :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of (1) Defendant's February 11, 2020 letter requesting permission to file a motion to dismiss, (Doc. 23), and (2) Plaintiff's February 12, 2020 letter opposing that request, (Doc. 24). Defendant is advised that permission to file a motion to dismiss is not required. However, to the extent Defendant's letter can be construed as a request for an extension of time to file its motion to dismiss, that request is granted nunc pro tunc. Accordingly, it is hereby:

ORDERED that Defendant shall file any motion to dismiss the Second Amended Complaint by March 5, 2020. Plaintiff shall serve any opposition to the motion to dismiss by April 2, 2020. Defendants' reply, if any, shall be served by April 16, 2020. At the time any reply is served, the moving party shall supply Chambers with courtesy copies of all motion paper pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: February 19, 2020
      New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge