

**WILLIAM C. SHAYNE, ESQ.**  WSHAYNE@SHAYNELAWGROUP.COM

April 27, 2020

*Via ECF*

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re:   Ameriway Corp. v. May Yan Chen and Ability Customs Inc.
       Case # 19-cv-09407 (VSB) (DCF)
       Request for Scheduling Order**

Dear Judge Broderick:

This office represents the defendants, May Yan Chen and Ability Customs Inc. in the above referred case.

On April 15, 2020 we advised the Court that Defendants' motion to dismiss the Plaintiff's case for lack of standing was being withdrawn and, instead, Defendants were going to institute a third-party action against Plaintiff's affiliated company, Eagle Trading USA, LLC for failure to pay Defendant in excess of $300,000 of fees and unreimbursed customs duties advanced by Defendant, in part, with respect to the cargo at issue in this action.

On April 19, 2020, Plaintiff advised the Court that its cross-motion for sanctions was not being withdrawn.

We are in the process of collecting the materials, and affidavits, necessary to prepare the response to the motion for sanctions, but that process is taking longer than expected due to remote working conditions and lockdowns.

In view thereof, it is requested that the Court set a briefing schedule for Plaintiff's motion for sanctions wherein Defendant is required to file opposition to the motion for sanctions on or before May 18, 2020 with an appropriate time for Plaintiff to reply. Further, Defendant requests that its time to answer the Second Amended Complaint be extended to May 18, 2020.



Thanking the court, in advance, for your consideration.

Very truly yours,

*William Shayne* (electronic signature)

Shayne Law Group, P.C.
64 Fulton St, Suite 1000
New York, NY, 10038
Tel:  212-566-4949
Fax: 212-202-5423
wshayne@shaynelawgroup.com


TO:     Stratum Law LLC
        150 Monument Road, Suite 207
        Bala Cynwyd, PA  19004
        Attn:  Xiyan Zhang, Esq.
        xzhang@stratumlaw.com