# Ex. B

| COMMERCIAL INVOICE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM： | | | | | | | TO: | | | |
| ATT：Shenzhen Xintaiyuan E-commerce Co., Ltd. | | | | | | | ATT：Eagle Trading USA LLC | | | |
| ADD：Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | | | | | | | USA | | | |
| TEL：13249852678 | | | | | | | TEL：215-395-8756 | | | |
| Ord Part Name 品名 | 中文品名 | 系统单号 | 海关编码 | Qty_Ctn总箱数 | Total GW(kg) | QUANTITY总数量 | UNIT VALUE 单价 | TOTAL VALUE（US | 用途* | 材质 | 图片 |
| Greeting Card | 贺卡 | FBA15H48TB8 T | 3926909090 | 92 | 1524.00 | 1840.00 | $0.20 | $368.00 | "gift card 送礼卡片" | "paper 纸制品" | |
| Tisuue Paper | 礼物包装纸 | FBA15H3X6QS K | 4808900000 | 256 | 3514.50 | 2048.00 | $0.10 | $204.80 | 礼物包装 packaging | "paper 纸" | |
| Acrylic Table Scatters | 亚克力装饰品 | FBA15H3W4B NJ | 3926400000 | 90 | 1423.00 | 1800.00 | $0.10 | $180.00 | décor 装饰 | "plastic 塑料" | |
| Document Folders | 文件袋 | | 3923210000 | 100 | 1700.00 | 1000.00 | $0.10 | $100.00 | office/办公用品 | PLASTIC/塑料 | |
| Turner Set | 铲子 | | 3924100000 | 6 | 78.00 | 126.00 | $2.30 | $289.80 | 厨房烘焙 | 硅胶+不锈钢 | |
| Spatula Set | 厨具套装 | | 3924100000 | 13 | 207.50 | 356.00 | $2.70 | $960.00 | 厨房烘焙 | 硅胶 | |
| Large Turner | 大铲 | | 3924100000 | 2 | 37.00 | 96.00 | $0.80 | $76.80 | 厨房烘焙 | 硅胶 | |
| Spatula | 刮刀 | | 3924100000 | 5 | 65.00 | 500.00 | $0.75 | $375.00 | 厨房烘焙 | 硅胶 | |
| Single Spoonula | 蓝色大铲 | | 3924100000 | 6 | 87.00 | 600.00 | $0.60 | $360.00 | 厨房烘焙 | 硅胶 | |
| Wide Slotted Turner | 漏铲 | FBA15GZP1JH 8 | 3924100000 | 26 | 267.00 | 546.00 | $0.80 | $436.80 | 厨房烘焙 | 硅胶+不锈钢 | |
| Mini Ice Cream Containers | 迷你雪糕筒 | | 3924100000 | 23 | 126.50 | 920.00 | $1.10 | $1,012.00 | 厨房烘焙 | PP+硅胶 | |
| Single Mixing Spoon | 勺子 | | 3924100000 | 24 | 313.00 | 2000.00 | $0.52 | $1,040.00 | 厨房烘焙 | 硅胶 | |
| Food Tong | 食品夹 | | 3924100000 | 17 | 249.50 | 906.00 | $1.08 | $980.40 | 厨房烘焙 | 硅胶+不锈钢 | |
| Large Silicone Ladle | 汤勺红色 | | 3924100000 | 5 | 46.50 | 250.00 | $0.70 | $175.00 | 厨房烘焙 | 硅胶 | |
| Ceramic Soup Spoon Set | 陶瓷勺 | | 6913100000 | 23 | 386.50 | 552.00 | $1.00 | $552.00 | 厨房烘焙 | 陶瓷 | |
| Long Scoop Ice Cream Containers | 雪糕桶 | | 3924100000 | 51 | 865.50 | 1580.00 | $0.93 | $1,474.00 | 厨房烘焙 | PP+硅胶 | |
| Towel Set | 口水巾套装 | FBA15H4FW1 HZ | 62132090 | 9 | 117.00 | 450.00 | $0.70 | $315.00 | 清洁用(CLEAN) | 棉+五金 (COTTON+HAR | |
| Storage Bag | 背包+夹子套装 | FBA15H3YRX WZ | 42021290 | 26 | 520.00 | 650.00 | $0.90 | $585.00 | 容器+固定用 | 背包：牛津布，夹子套装：弹力 | |
| | | | | 774 | 11527.5 | 16220 | | 9484.6 | | | |

| COMMERCIAL INVOICE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM： | | | | | | | | TO： | | | |
| ATT：Shenzhen Xintaiyuan E-commerce Co., Ltd. | | | | | | | | ATT：Eagle Trading USA LLC | | | |
| ADD：Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | | | | | | | | ADD：717 NORTH UNION STREET, WILMINGTON, DE 19805 USA | | | |
| TEL：13249852678 | | | | | | | | TEL：215-395-8756 | | | |
| Ord Part Name 品名 | 中文品名 | 系统单号 | 海关编码 | Qty_Ctn总箱数 | Total GW(kg) | QUANTITY总数量 | UNIT VALUE 单价 | TOTAL VALUE（US | 用途* | 材质 | 图片 |
| Pedestal for Flowers | 花托 | FBA15H75YT4N | 3926400000 | 83 | 1261.00 | 1328.00 | $0.20 | $265.60 | 装饰/装饰/decor" | "plastic/塑料" | |
| Plastic Plant | 仿真塑料植物 | FBA15H7W1M33 | 6702100000 | 129 | 1612.50 | 1548.00 | $0.30 | $464.40 | 装饰/装饰/decor" | "plastic/塑料" | |
| Plastic Doll Eyes | 玩偶眼睛 | FBA15H75Z1J | 7018900000 | 102 | 1360.50 | 2040.00 | $0.10 | $204.00 | 手工配件(art making) | 塑料（plastic） | |
| Travel Pillow | 旅行枕 | FBA15H5JFQRP | 9404909000 | 250 | 2000.00 | 5000.00 | $1.00 | $5,000.00 | 睡觉 sleep | 记忆棉 memory foam | |
| Notebook | 笔记本 | FBA15H7GTW7N | 4820.10.20 | 20 | 413.00 | 769.00 | $1.00 | $769.00 | record | 纸+皮革 | |
| Plastic Toy | 塑料玩具 | FBA15H6QC5151 | 950300 | 70 | 1260.00 | 1260.00 | $3.20 | $4,032.00 | Toy/玩具 | ABS toy | |
| | | | | 654 | 7907 | 11945 | | 10735 | | | |

| COMMERCIAL INVOICE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM： | | | | | | | | TO： | | |
| ATT：Shenzhen Xintaiyuan E-commerce Co., Ltd. | | | | | | | | ATT：Eagle Trading USA LLC | | |
| ADD：Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | | | | | | | | ADD：NORTH UNION STREET, WILMINGTON, DE 19805 USA | | |
| TEL：13249852678 | | | | | | | | TEL：215-395-8756 | | |
| Ord Part Name 品名 | 中文品名 | 系统单号 | 海关编码 | Qty_Ctn总箱数 | Total GW(kg) | QUANTITY总数量 | UNIT VALUE 单价 | TOTAL VALUE（US | 用途* | 材质 | 图片 |
| Clamp | 不锈钢夹 | FBA15H84KDW2 | 4403.12.0040 | 80 | 944.00 | 480.00 | $1.20 | $576.00 | for mounting glass | stainless steel | |
| Lamp | 壁灯 | FBA15H4TKFBC | 8539.50.0090 | 364 | 5170.00 | 5496.00 | $2.45 | $13,469.52 | Lighting 照明 | Aluminum+PC 铝+PC | |
| printer | 打印机 | LT2019070800002 | 8443321300 | 1 | 94.00 | 1.00 | $700.00 | $700.00 | printing/打印 | PLASTIC,METAL | |
| Shower Faucet | 淋浴套装 | FBA15H93QJ0B | 8481809000 | 93 | 1316.00 | 372.00 | $5.00 | $1,860.00 | plumbing fixture（卫浴用 | Brass 铜 | |
| Tub Faucet | 浴缸龙头 | | 8481809000 | 55 | 914.50 | 406.00 | $3.00 | $1,218.00 | plumbing fixture（卫浴用 | Brass 铜 | |
| sink faucet | 面盘龙头 | | 8481809000 | 21 | 397.00 | 212.00 | $3.00 | $636.00 | plumbing fixture（卫浴用 | Brass 铜 | |
| Window Film | 静电膜 | FBA15H97P4LC | 3920430090 | 27 | 540.00 | 891.00 | $0.60 | $534.60 | 窗户贴膜 | PVC | |
| Artificial Flowers | 仿真花 | FBA15HB9WRSW | 6702100000 | | | 122.00 | $2.00 | $244.00 | 装饰/Decoration | 塑料/Plastic | |
| Artificial Fruits | 仿真水果 | | 6702100000 | 14 | 122.00 | 197.00 | $2.00 | $394.00 | 装饰/Decoration | 塑料/Plastic | |
| Artificial Plants | 仿真叶子 | | 6702100000 | | | 108.00 | $1.00 | $108.00 | 装饰/Decoration | 塑料/Plastic | |
| glass bottle | 玻璃瓶 | LT2019070800001 | 7010909000 | 62 | 879.00 | 17360.00 | $0.06 | $1,103.20 | 用于运输或盛装货物 | 玻璃 | |
| charging adapter | 家充头 | | 8504409510 | 9 | 256.50 | 4500.00 | $0.03 | $135.00 | 充电charging | PVC | |
| Charging Cable | 充电线 | LT2019071000001 | 8544422000 | 85 | 1500.00 | 28640.00 | $0.03 | $832.00 | 充电charging | PC+COPPER WIRE | |
| Phone Case | 手机壳 | | 3926909990 | 123 | 1984.00 | 12300.00 | $0.30 | $3,690.00 | 保护手机 protect phone | abs+tpu | |
| | | | | 934.00 | 14117.00 | 71085.00 | | 25500.32 | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

<table>
<tr><td colspan="12" align="center">COMMERCIAL INVOICE</td></tr>
</table>

| FROM： | | | | | | | | TO: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ATT：Shenzhen Xintaiyuan E-commerce Co., Ltd. | | | | | | | | ATT：Eagle Trading USA LLC | | | |
| ADD：Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | | | | | | | | ADD：717 NORTH UNION STREET, WILMINGTON, DE 19805 USA | | | |
| TEL：13249852678 | | | | | | | | TEL：215-395-8756 | | | |

| Ord Part Name 品名 | 中文品名 | 系统单号 | 海关编码 | Qty_Ctn总箱数 | Total GW(kg) | QUANTITY总数量 | UNIT VALUE 单价 | TOTAL VALUE（US | 用途* | 材质 | 图片 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Towel Set | 口水巾套装 | FBA15HBDRC1F | 62132090 | 58 | 829.50 | 2900.00 | $0.70 | $2,030.00 | 清洁用(CLEAN) | 棉+五金(COTTON+HAR... |  |
| Clip | 夹子套装 | FBA15HBJJB17 | 63079000 | 9 | 136.50 | 900.00 | $0.80 | $720.00 | 固定用 FIXED | 弹力带+五金（El astic |  |
| Storage Bag | 背包+夹子套装 | FBA15HBDR9V0 | 42021290 | 20 | 325.00 | 500.00 | $1.00 | $500.00 | 容器+固定用 | 背包：牛津布，夹子套装：弹力 |  |
| Paper Lantern | 纸灯笼 | FBA15H7H1JPN | 4823909000 | 84 | 1050.00 | 1260.00 | $0.20 | $252.00 | " décor 装饰 " | "paper 纸 " |  |
| Paper Flowers | 纸花 | FBA15H90VY2G | 4808900000 | 110 | 1375.00 | 2200.00 | $0.20 | $440.00 | "装饰/装饰/dec or " | "paper 纸 " |  |
| Greeting Card | 贺卡 | FBA15HB3SLR2 | 3926909090 | 104 | 1724.00 | 1560.00 | $0.10 | $156.00 | "gift card 送礼卡片 " | "paper 纸制品 " |  |
| Mini Ceramic Pot | 迷你陶瓷花盆 | FBA15HB3S42W | 6913100000 | 110 | 1445.00 | 1320.00 | $0.40 | $528.00 | 种花（planting ) | 瓷（Ceramic） |  |
| Plastic Plant | 仿真塑料植物 | FBA15H9BJL7B | 6702100000 | 85 | 1157.50 | 1020.00 | $0.30 | $306.00 | "装饰/装饰/dec or " | "plastic/塑料 " |  |
| Toilet Plunger | 马桶塞 | FBA15H9HZPVM | 6910100000 | 11 | 182.40 | 396.00 | $0.80 | $316.80 | 家用 | 塑料 |  |
| Light | 灯 |  | 9405409000 | 5 | 67.50 | 60.00 | $1.20 | $72.00 | 照明 | mental |  |
| plant tool | 水草工具 |  | 8201100090 | 5 | 64.50 | 415.00 | $1.00 | $415.00 | 清洁鱼缸 | 不锈钢 |  |
| Measuring Spoon | 计量勺 | FBA15H90MRZ9 | 8215994500 | 22 | 417.00 | 1080.00 | $0.10 | $108.00 | home kitchen | 不锈钢/stainless steel |  |
| Markers | 马克笔 |  | 9608200000 |  |  | 300.00 | $0.20 | $60.00 | home kitchen | 塑料/plastic |  |
| Silicon Funnel | 硅胶漏斗 |  | 3926909990 |  |  | 300.00 | $0.10 | $30.00 | home kitchen | 硅胶/silicone |  |
| Label Stickers | 标签纸 |  | 4821104000 |  |  | 570.00 | $0.12 | $68.40 | home kitchen | 纸/paper |  |
| Spice Tin | 调料罐 |  | 7323930060 |  |  | 5760.00 | $0.20 | $1,152.00 | home kitchen | 不锈钢/stainless steel |  |
| Cylinder Filter | 双层过滤器 | FBA15H92LRBL | 3902100090 | 10 | 201.50 | 360.00 | $0.50 | $180.00 | Filter Liquid/讨滤液 | Polypropylene/聚丙烯 |  |
| Filter | 过滤包 |  | 5407102010 | 11 | 147.10 | 5950.00 | $0.06 | $365.00 | Filter Liquid/讨滤液 | Polyester/聚酯 |  |
| Cylinder Filter | 圆柱形滤网 |  | 7314140000 | 9 | 107.90 | 810.00 | $0.20 | $162.00 | Filter Liquid/讨滤液 | Stainless Steel/不锈钢 |  |
| Stress Relieves Devices | 减压套组 | FBA15HBDSPY4 | 9014209015 | 32 | 590.00 | 1664.00 | $0.69 | $1,148.16 | 娱乐 | 塑料加金属，Plastic and Metal |  |
| Canvas Painting | 装饰画 | FBA15H9NVM60 | 4911910000 | 27 | 233.50 | 270.00 | $2.00 | $540.00 | home decor | fabric, wooden frame |  |
| climbing carabiner | 爬山挂扣 |  | 9506.99.1200 | 6 | 64.50 | 488.00 | $0.11 | $53.68 | 爬山climbing | 钢steel |  |
| climbing carabiner | 爬山挂扣 | FBA15HB33293 | 9506.99.1200 | 2 | 21.50 | 1000.00 | $0.08 | $80.00 | 爬山climbing | 钢steel |  |
| spring brake | 减震弹簧 |  | 8714.94.3080 | 38 | 486.90 | 304.00 | $0.80 | $243.20 | 减震spring brake | 钢steel |  |
| climbing pulley | 爬山滑轮 |  | 9506.99.1200 | 6 | 64.50 | 240.00 | $0.35 | $84.00 | 爬山climbing | 铝aluminum |  |
|  |  |  |  | 764 | 10691.30 | 31627.00 |  | $10,010.24 |  |  |  |

**COMMERCIAL INVOICE**

| FROM： | | TO: |
|---|---|---|
| ATT：Shenzhen Xintaiyuan E-commerce Co., Ltd. | | ATT：Eagle Trading USA LLC |
| ADD：Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | | ADD：717 NORTH UNION STREET, WILMINGTON, DE 19805 USA |
| TEL：13249852678 | | TEL：215-395-8756 |

| Ord Part Name 品名 | 中文品名 | 系统单号 | 海关编码 | Qty_Ctn总箱数 | Total GW(kg) | QUANTITY总数 量 | UNIT VALUE 单价 | TOTAL VALUE（US | 用途* | 材质 | 图片 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| glassware | 玻璃量器 | FBA15H9R3VLC | 7017905000 | 29 | 383.20 | 226.00 | $1.50 | $339.00 | glass | 玻璃glass | |
| poopbag | 粪便袋 | | 3923210000 | | | 366.00 | $1.50 | $549.00 | 粪便袋 | 塑料plastic | |
| lifting platform | 升降台 | | 9403200090 | | | 4.00 | $4.00 | $16.00 | 教具 | 金属metal | |
| Filter Paper | 过滤纸 | | 4823200000 | | | 28.00 | $1.00 | $28.00 | 教具 | 纸paper | |
| flat sheet | 床笠 | | 6302319100 | | | 5.00 | $2.00 | $10.00 | 家用 | 织物Fabric | |
| harness | 胸背带 | | 4201003000 | | | 93.00 | $1.20 | $111.60 | 遛狗 | 织物fabric | |
| Duvet Cover | 羽绒被套 | | 6302329000 | | | 57.00 | $2.00 | $114.00 | 家用 | 织物Fabric | |
| Filter Adapter Cones | 抽滤瓶套 | | 8421999090 | | | 3.00 | $1.00 | $3.00 | 抽滤瓶套 | 橡胶rubber | |
| Animal Figures | 动物模型 | FBA15H7R3V8R | 95049080 | 25 | 365.00 | 1000.00 | $1.00 | $1,000.00 | Play | PVC | |
| Plastic Plant | 仿真塑料植物 | FBA15HCXD88F | 6702100000 | 108 | 1252.00 | 1296.00 | $0.30 | $388.80 | "装饰/装饰/decor " | "plastic/塑料 " | |
| Scotch Tape | 胶带 | FBA15HCS1D9R | 3926909090 | 157 | 2011.00 | 3140.00 | $0.10 | $314.00 | "sign 标志 " | "plastic 塑料 " | |
| paper Streamers | 彩色纸带 | FBA15HC0MX84 | 4808900000 | 363 | 4515.00 | 5445.00 | $0.20 | $1,089.00 | "装饰/装饰/decor " | "paper 纸 " | |
| Foam Sheets | 泡沫片 | FBA15HRM40 | 3921199000 | 85 | 1244.50 | 680.00 | $0.20 | $136.00 | "Art Crafts 手工用品 " | "plastic/塑料 " | |
| Artificial Fruits | 仿真水果 | FBA15HCVNZZR | 6702100000 | 1 | 8.60 | 20.00 | $2.00 | $40.00 | 装饰/Decoration | 塑料/Plastic | |
| Artificial Flowers | 仿真花 | | 6702100000 | 19 | 186.46 | 340.00 | $2.00 | $680.00 | 装饰/Decoration | 塑料/Plastic | |
| Artificial Plants | 仿真叶子 | | 6702100000 | | | 150.00 | $1.00 | $150.00 | 装饰/Decoration | 塑料/Plastic | |
| Artificial Flowers | 仿真花 | | 6702100000 | | | 46.00 | $2.00 | $92.00 | 装饰/Decoration | 塑料/Plastic | |
| Artificial Flowers | 仿真花 | FBA15HD1XN8P | 6702100000 | 6 | 59.30 | 200.00 | $2.00 | $400.00 | 装饰/Decoration | 塑料/Plastic | |
| Halloween wall decorations | 万圣墙贴装饰品 | FBA15HDDF8B7 | 9505900000 | 10 | 144.50 | 1500.00 | $0.80 | $1,200.00 | 万圣节装饰 Decorations | 聚氯乙烯 PVC | |
| simulation animal | 仿真动物装饰物 | FBA15HDDH2FJ | 9505900000 | 14 | 224.00 | 504.00 | $1.50 | $756.00 | 装饰物 decorations | polyurethane 聚氨酯 | |
| Water Beads | 水晶泥 | FBA15HCRJZPY | 9505900000 | 9 | 112.50 | 540.00 | $1.00 | $540.00 | 装饰物 decorations | 合成树脂和塑料 resin and | |
| Halloween spider with net | 万圣蜘蛛和网 | FBA15HDDGV | 9505900000 | 13 | 172.00 | 390.00 | $1.00 | $390.00 | 万圣节装饰 Decorations | 聚酯纤维 Polyester | |
| | | | | 839 | 10678.06 | 16033.00 | | $8,346.40 | | | |