```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
AMERIWAY CORPORATION,                                      :
                                                           :
                              Plaintiff,                   :
                                                           :       19-CV-9407 (VSB)
              - against -                                  :
                                                           :            ORDER
                                                           :
MAY YAN CHEN and ABILITY CUSTOMS,                          :
INC.,                                                      :
                                                           :
                              Defendants.                  :
                                                           X
-----------------------------------------------------------:
MAY YAN CHEN, d/b/a/ ABILITY                               :
CUSTOMS BROKERS,                                           :
                                                           :
                              Third-Party                  :
                              Plaintiff,                   :
                                                           :
              - against -                                  :
                                                           :
                                                           :
EAGLE TRADING USA, LLC, XIYAN                              :
ZHANG, and SHIPING JIA,                                    :
                                                           :
                                                           :
                              Third-Party                  :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I held a conference in this matter on March 16, 2022 regarding Plaintiff's pending motion for partial summary judgment. (Doc. 85.) As discussed during the conference, Plaintiff's motion is DENIED without prejudice to be renewed following the close of discovery. Also as discussed, the post-discovery conference in this matter will be held via telephone on September 7, 2022 at 1 p.m. The dial-in is 888-363-4749, and the access code is 2682448.

The Clerk of Court is respectfully directed to close the open motion at Docket 85.

SO ORDERED.

Dated: March 16, 2022
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge