UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERIWAY CORPORATION

                              Plaintiff,                              19-CV-09407 (LAK) (VF)

                -against-                                     **ORDER**

MAY YAN CHEN et al.,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On April 28, 2022, Plaintiff Ameriway Corporation filed a Letter Motion for Protective Order from Defendants' Rule 30(B)(6) deposition (Dkt. No. 112). Defendants are hereby instructed to issue a corrected Deposition Notice, including a list of topics describing the matters for examination with reasonable particularity as is required under Fed. R. Civ. P. 30(b)(6), by no later than **Friday, May 13, 2022**. The fact discovery deadline shall be extended to **Monday, June 27, 2022**, for the purpose of completing this deposition.

       SO ORDERED.

DATED:    New York, New York
                April 29, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge