UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

AMERIWAY CORPORATION,              :

                         Plaintiff,    :

                                                :                    19-CV-9407 (VSB)
              - against -                    :

                                                :                      **<u>ORDER</u>**

MAY YAN CHEN and ABILITY CUSTOMS, :
INC.,                                           :

                       Defendants.  :
                                                 X
------------------------------------------------------------:
MAY YAN CHEN, d/b/a/ ABILITY          :
CUSTOMS BROKERS,                    :

                         Third-Party  :
                         Plaintiff,    :

              - against -                  :

EAGLE TRADING USA, LLC, XIYAN  :
ZHANG, and SHIPING JIA,             :

                         Third-Party  :
                         Defendants.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I held a conference in this matter on May 26, 2022 regarding the parties' requests to move to disqualify each other's counsel. (*See* Docs. 119, 126, 128.) The parties' requests to cross-move to disqualify counsel are GRANTED. By June 3, 2022, the parties shall meet and confer and file a joint letter proposing a briefing schedule for their cross-motions. In the letter, the parties should also state their views on whether discovery should be stayed until the cross-

motions are resolved.  This letter shall be no more than two pages.

SO ORDERED.

Dated: May 26, 2022
New York, New York

Vernon S. Broderick
United States District Judge