# MEMO ENDORSED



The Court will address this letter at the conference scheduled for Thursday, June 16 at 3:00 p.m.

_____
Valerie Figueredo, U.S.M.J.
Dated:

**WILLIAM C. SHAYNE, ESQ.**  **WSHAYNE@SHAYNELAWGROUP.COM**

June 10, 2022

Via ECF:

Magistrate Judge Valerie Figueredo
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Ameriway Corp. v. May Yan Chen and Ability Customs Inc.
      Case # 19-cv-09407 (VSB) (DCF)

Dear Magistrate Judge Figueredo:

Pursuant to your order we hereby file this report as to the status of our client's search for records relating to their having provided terms and conditions to their clients.

The investigation, as we previously advised the court, is a manual and labor-intensive activity which is why we previously requested an extension of time for their production.

Our client started with a review of their older records. Yesterday we produced as Chen's Supplemental Response to Ameriway's 3rd Set of Requests for the Production of Documents copies of Fax coversheets (Redacted pursuant to 19 CFR 111.24), Fax confirmations, and Affidavits of Defendant's customers that have consented to the revealing of their identity. The un-redacted versions are, of course, available to your honor for *in-camera* review.

Copies of the document provided are attached as provided to Plaintiff in two emails as a result of their size. I have subsequently compressed the PDF files for purpose of this filing.

We are continuing with the search for and will produce such other records as we are able to locate them on a continuing basis. For sake of clarity of the record, we again request an extension of time for such investigation and production.

Sincerely,

**SHAYNE LAW GROUP, P.C.**

*William Shayne*   (electronic signature)

William Shayne



cc:
    Peter Wolfgram
    Xiyan Zhang
    Stratum Law LLC
    150 Monument Road, Suite 207
    Bala Cynwyd, PA  19004 (via ECF)

