

**RICHARD E. SCHRIER, ESQ.**

June 2, 2022

Via ECF:
Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Ameriway Corp. v. May Yan Chen and Ability Customs Inc.
            Case # 19-cv-09407 (VSB) (DCF)

Dear Magistrate Judge:

    As you may recall, this office represents the Defendant in this action. This letter is being written to update the Court with regard to the production of documentation demanded by Plaintiff in its 3rd demand for documents.

    Last week, after quite intensive searches, copies of fax cover sheets with confirmations that terms and conditions were sent to Plaintiff (with the identity of the recipient redacted pursuant to 19 CFR 111.24) as well as affidavits from four (4) customers who agreed to waive their right of privacy pursuant to 19 CFR 111.24 (See ECF 138 and attachments).

    Since the forgoing production, Todd Scholey, the owner of Dro Pros, another customer of Defendant has agreed to waive his right of privacy and has executed an affidavit confirming receipt of a copy of the terms and conditions from Defendant, which has been served upon Plaintiffs (see attached documentation).

    As you may also recall, Defendant has sought and obtained permission from Judge Broderick to make a motion to disqualify Plaintiff's counsel and Plaintiff has also requested an order disqualifying both myself and my co-counsel, William Shayne. In connection therewith, Judge Broderick has issued an order staying depositions but has directed that document discovery continue during the pendency of the motions to disqualify (ECF 135).

    In connection therewith, Defendant has sent a letter to Plaintiff requesting responses to demands made by Defendant which have gone unanswered (a copy of which is attached hereto). Defendant requests that the issue of Plaintiff's failure to respond to requests be addressed at the scheduled conference to be held today at 3:00 P.M.

Respectfully,

**SHAYNE LAW GROUP, P.C.**

S/ Richard E. Schrier  (electronic signature)

Richard E. Schrier, Esq

Cc: Peter Wolfgram
Xiyan Zhang
Stratum Law LLC
150 Monument Road, Suite 207
Bala Cynwyd, PA  19004
(via ECF)