UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERIWAY CORP,

    Plaintiff

v

MAY Y CHEN,
ABILITY CUSTOMS BROKERS, INC.

    Defendants.

19-CV-09047 (VSB) (DCF)

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO AMERIWAY CORPORATION'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS (NOS. 42-63)**

    As and for Defendants FURTHER Supplemental Response to Ameriway Corp.'s ("Ameriway") Third Set of Requests of Production of Documents states as follows:

**REQUEST FOR PRODUCTION NO. 42:**

All native files of the "Terms and Conditions of Service" as shown in Exhibits A, B and C created prior to April 10, 2019.

Response: Attached hereto is the Affidavit of Todd Scholey, owner of Dros Pros; Defendant reserves the right to supplement this response if, as and when other customers or former customers of Defendant consent to revealing their identity and/or Defendant locates further documentary proof that other customers were sent copies of the terms and conditions.

    Shayne Law Group

Dated: June 16, 2022
    Garden City, New York

By: _s/Richard E. Schrier_
    Richard E. Schrier, esq.
*Attorney for Plaintiff Ameriway Corporation*
*595 Stewart Avenue*
*Garden City, New York 11530*
*516-739-8000*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of June, 2022, I caused a copy of Defendant's Supplemental Response to Ameriway Corporation's THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS to be served via electronic mail upon: Pete Wolfgram, Esq. and Xiyan Zhang, Esq. of the law firm of Stratum Law LLC

                                     Shayne Law Group

Dated: June 16, 2022                By: _s/Richard E. Schrier_
       Garden City, New York           Richard E. Schrier, esq.
                                          *Attorney for Plaintiff Ameriway Corporation*
                                          *595 Stewart Avenue*
                                          *Garden City , New York 11530*
                                          *516-739-8000*