

**SHAYNE**
LAW GROUP, P.C.

**WILLIAM C. SHAYNE, ESQ.**                                                      **WSHAYNE@SHAYNELAWGROUP.COM**

June 16, 2022

Email   pwolfgram@stratumlaw.com
        xzhang@stratumlaw.com

Peter Wolfgram, Esq.
Xiyan Zhang, Esq.
**Stratum Law LLC**
*Attorney for Plaintiff Ameriway Corporation*
150 Monument Rd., Suite 207
Bala Cynwyd, PA  19004

Re:     Ameriway v Chen 19 -cv-09407 (VSB)
        Deficient Discovery – Request for Supplemental Production

Gentleman:

**With respect to defendant's 1ˢᵗ demand for the production of documents dated October 12, 2020, the following response was incomplete, and we hereby request that you address the deficiencies.**

   **13.** All documents related to payments made by Ameriway Corp to or on

        behalf of Eagle Trading USA LLC for the period of  February 1, 2017

        and October 31, 2019 including but not limited to:

   a.   all invoice from Eagle to Ameriway for reimbursement of expenses

        associated with the

        importation of goods by Eagle;

   b.   each check or other instrument or record of payment for reimbursement

        of any expenses

        associated with the importation of goods by Eagle;

   c.   Each invoice from Eagle to Ameriway for services or other expenses

        relating to the goods



contained in the containers identified in Exhibit "A" or in containers

identified as OOCU6964350, BMOU5390536, BMOU4739454,

HLXU8057236, APHU7253481, OOLU9537235;

d.   Copy of each check or other instruments of payment, whether issued by

Plaintiff or

received by Plaintiff with respect to goods/cargo in the containers

identified as OOCU6964350, BMOU5390536, BMOU4739454,

HLXU8057236, APHU7253481, OOLU9537235;

e.   Copy of any Ability invoice paid by Eagle for which Ameriway

reimbursed Eagle with

the cargo/goods contained in the containers identified in exhibit "A" or

in containers identified as OOCU6964350, BMOU5390536,

BMOU4739454, HLXU8057236, APHU7253481, OOLU9537235;

f.   Copy of any Ability invoice paid by either Eagle or Ameriway with

respect to the

containers identified as OOCU6964350, BMOU5390536,

BMOU4739454, HLXU8057236, APHU7253481, OOLU9537235;

g.   Copy of each check or other instruments or record of payment with

respect to any expense

related to the goods, cargo or any other expense related to containers

identified as OCU6964350, BMOU5390536, BMOU4739454,

HLXU8057236, APHU7253481, OOLU9537235;

h.   All documents related to operating expenses paid by Ameriway Corp on

behalf of



Eagle Trading USA LLC for the period of February 1, 2017 and October

31, 2019 including but not limited to Rent, Phone, Internet, Payroll,

Payroll taxes and/or other operating expenses;

Plaintiff has provided at Bates AMERIWAY 0077618 through AMERIWAY 0077643 accounting records for the period January 1, 2019 through November 22, 2019, but has not produced any comparable records pertaining to the balance of the requested period of February 1, 2017 to October 31, 2019.

If the plaintiff believes that these documents have already been provided, please identify them by your Bates numbers.

If you do not have these documents within your possession, state so, and identity who might be in possession of such documents.

If you have them, please provide them.


**With respect to defendant's 2ⁿᵈ demand for the production of documents dated January 26, 2021, the following response missing, and we hereby request that you address the deficiencies.**

40. Any minutes or operating agreements or similar

documentation which purport to authorize Xiyan Zhang to represent

Eagle Trading USA, LLC in any capacity including as its "COO".

If the plaintiff believes that these documents have already been provided, please identify them by your Bates numbers.

If you do not have these documents within your possession, state so, and identity who might be in possession of such documents.

If you have them, please provide them.

Sincerely,

**SHAYNE LAW GROUP, P.C**.

*William Shayne*  (electronic signature)

William Shayne