**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AMERIWAY CORPORATION,

                    Plaintiff,                  **19-CV-09407 (VSB) (VF)**

        -against-                        **ORDER**

MAY YAN CHEN et al.,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to: (1) meet and confer regarding outstanding discovery disputes raised in the parties' letters at ECF Nos. 114-115, 118-119, 121, 126, 132, 138, and 142; (2) complete the search for Terms & Conditions as discussed at the conferences on May 23 and June 16, 2022, no later than **Monday, August 1, 2022**; and (3) submit a joint status letter no later than **Friday, August 5, 2022**, providing the Court an update on the status of discovery. In addition, to the extent the parties would like certain documents placed under seal, they are directed to submit a proper sealing motion explaining how the Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) standard is met. The Clerk of Court is respectfully directed to close the motions at ECF Nos. 114, 115, and 131.

      **SO ORDERED.**

DATED:     New York, New York
            June 17, 2022

                                       _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge