# EXHIBIT "D"

# POWER OF ATTORNEY

Department of the Treasury
U.S. Customs & Border Protection
C.F. 19   141.32

**Check appropriate Box**
Individual      Partnership
Corporation     Sole Proprietorship
Limited Liability Company

IRS or SSN NO: (1) ~~██████████~~

KNOW ALL MEN BY THESE PRESENTS: That, (2) Eagle Trading USA LLC doing business as a/an (3) LLC
_____ organized under the laws of the State or Province of (4) Delaware
_____ residing or having a principal place of business at (5) 2424 E. York Street Ste.
300, Philadelphia PA 19125, constitutes and appoints May Y Chen DBA Ability Customs Brokers, its officers, employees, and/or specifically
authorized agents, to act for and on its behalf as a true and lawful agent and attorney of the grantor for and in the name, place and stead of said
grantor, from this date, in the United State (the "territory") either in writing, electronically, or by other authorized means, to: make, endorse, sign,
declare, or swear to any Customs entry, withdrawal, declaration, certificate, bill of lading, carnet or any other documents required by law or
regulation in connection with the importation, exportation, transportation, of any merchandise in or through the Customs territory, shipped or
consigned by or to said grantor;
Perform any act or condition which may be required by law or regulation in connection wit such merchandise deliverable to said grantor; to
receive any merchandise;
Make endorsements on bills of lading conferring authority to transfer title; make entry or collect drawback; and to make, sign, declare, or swear
to any statement or certificate required by law or regulation for drawback purposes, regardless of whether such document is intended for filling
with Customs;
To sign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of
imported merchandise, or merchandise exported with or without benefit of drawback, or in conn ction with the entry, clearance, lading, unlading,
or navigation of any vessel or other means of conveyance owned or operated by said grantor, ...d any and all bonds which may be voluntarily
given and accepted under applicable laws and regulations. consignee's and owner's declarations provided for in section 485, Tariff Act of 1930,
as amended, or affidavits or statements in connection with the entry of merchandise;
Sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the entering,
clearing, lading, unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor.
Authorize other Customs Brokers duly licensed within the territory to act as grantor' agent; to receive, endorse and collect checks issued for
Customs duty refunds in grantor's name drawn on the Treasurer of the United States; If the grantor is a nonresident of the United States, to accept
service of process on behalf of the grantor;
And generally to transact Customs business, including filing of claims or protests under section 514 of the Tariff Act of 1930, or pursuant to the
other laws if the territories, in which said grantor is or may be concerned or interested and which may property be transacted or performed by an
agent and attorney;
Giving to said agent and attorney full power and authority to do anything whatever requisite and necessary to be done in the premises as fully as
said grantor could do if present and acting. herby ratifying and confirming all that the said age~t and attorney shall lawfully do by virtue of these
presents;
This power of attorney to remain in full force and effect until revocation in writing is duly given to and received by grantee (if the donor of this
power of attorney is a partnership, the said power shall in no case have any force or effect in the United States after the expiration 2 years from
the date of its execution);
Grantor acknowledges receipt of May Y Chen DBA Ability Customs Brokers' Terms and Condition of Service governing all transactions
between the parties. If the Grantor is a Limited Liability Company, the signatory certifies that he/she has full authority to execute this power on
behalf of the Grantor.
IN WITNESS WHEREOF, the said (6) Xiyan Zhang ___ Caused these presents to be sealed and   gned: (7) _____
_____ (8) COO  (9) 4/11/2017
If you are the importer of record, payment to the broker will not relieve you of liability for U.S. Customs charges (duties, taxes or other debts
owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate
check payable to the "U.S. Customs and Border protection" which shall be delivered to Customs by the broker. Importers who wish to utilize this
procedure must contact our office in advance to arrange timely receipt of duty checks.

---

## CORPORATE CERTIFICATION
(to be made by an officer other than the one who executes the power of attorney)

I, (10) Pete Wolfgram, certify that I am the (11) Counsel of (12) Eagle Trading USA LLC, organized under the laws of the State
or Province of (13) Delaware that (14) Xiyan Zhang, who signed this power of attorney on behalf of the donor, is the (15) COO
of said corporation; and that said power of attorney was duly signed, and attest~d for and in behalf of said corporation by
authority of its governing body as the same appears in a resolution of the Board of   irectors passed at a regular meeting held on
the (16) 10th day of April, 2017 now in my possession or custody. I further certify that the resolution is in accordance with the
articles of incorporation and bylaws of said corporation and was executed in accordance with the laws of the State or Country of
Incorporation. Second corporate officer's

Signature:                           effective date 4/11/2017