# EXHIBIT "E"

info@abilitycb.com

| | |
|---|---|
| From: | Pete Wolfgram <frank.tang@ameriwaycorp.com> |
| Sent: | June 18, 2019 8:36 AM |
| To: | info@abilitycb.com; 'WA Transportation'; 'warehouse' |
| Cc: | 'xiyan'; 'dustin.matos'; 'op'; '余总' |
| Subject: | Re: D.O. Ref# 10251 - Eagle Trading - EISU9230690 - ETA 06/16 |

Just paid this, May.  Thank you.

*[Handwritten note: Pete paid terminal pierpass (Gate fee) and confrimed to Trucker + my office]*

From: MayC <info@abilitycb.com>
Organization: Ability Customs Brokers
Reply-To: <info@abilitycb.com>
Date: Tuesday, June 18, 2019 at 11:34 AM
To: 'WA Transportation' <Dispatch@wattrans.net>, 'warehouse' <warehouse@ameriwaycorp.com>
Cc: 'xiyan' <xiyan.zhang@ameriwaycorp.com>, "'dustin.matos'" <dustin.matos@ameriwaycorp.com>, 'frank tang' <frank.tang@ameriwaycorp.com>, 'op' <OP@ameriwaycorp.com>, '余总' <yuti@ameriwaycorp.com>
Subject: RE: D.O. Ref# 10251 - Eagle Trading - EISU9230690 - ETA 06/16

@ Dustin,

Please assist for the pierpass.  Thank you!



*Carrie*

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
Email:  info@abilitycb.com
www.abilitycb.com

1

info@abilitycb.com

| | |
|---|---|
| From: | Pete Wolfgram <pwolfgram@stratumlaw.com> |
| Sent: | June 20, 2019 10:28 AM |
| To: | dustin.matos |
| Cc: | info; 'xiyan.zhang'; frank.tang; yuti; 'op' |
| Subject: | Re:D.O. ref# 10265 - Eagle Trading container# TLLU4299149 LFD 6/25 ***** pierpass****** |

Believe I just did

**Pete Wolfgram | Stratum Law**
150 Monument Road Ste. 207
Bala Cynwyd, PA 19125

*handwritten note: Again, Pete paid another Container's gate fee.*

***********************************************************
The information contained in this communication is confidential and is intended only for the use of the intended addressee. It is the property of Stratum Law LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@stratumlaw.com, and destroy this communication and all copies thereof, including all attachments.

---- On Thu, 20 Jun 2019 10:16:03 -0700 dustin.matos<dustin.matos@ameriwaycorp.com> wrote ----

Pete, can you please take care of this.

**Dustin Matos**
Ameriway Corporation
Logistics Coordinator
PH: 412-439-2813

---------------- Original ----------------
**From:** "MayC"<info@abilitycb.com>;
**Date:** Thu, Jun 20, 2019 08:57 AM
**To:**
**Cc:** "'xiyan.zhang'"<xiyan.zhang@ameriwaycorp.com>; "'dustin.matos'"<dustin.matos@ameriwaycorp.com>; "'frank tang'"<frank.tang@ameriwaycorp.com>; "'??'"<yuti@ameriwaycorp.com>; "'op'"<OP@ameriwaycorp.com>;
**Subject:** D.O. ref# 10265 - Eagle Trading container# TLLU4299149 LFD 6/25 ***** pierpass******

Dustin,

Can you clear the Pierpass, price transfer can not pick up if not clear.    thank you!

1

**info@abilitycb.com**

| | |
|---|---|
| From: | Pete Wolfgram <frank.tang@ameriwaycorp.com> |
| Sent: | June 20, 2019 10:18 AM |
| To: | info@abilitycb.com |
| Cc: | 'xiyan.zhang'; 'dustin.matos'; '余总'; 'op' |
| Subject: | Re: D.O. ref# 10265 - Eagle Trading container# TLLU4299149 ETA 06/19 |

*[handwritten: pete paid pierpass (terminal gate fee)]*

Paid. Thank you.

---

**From:** MayC <info@abilitycb.com>
**Organization:** Ability Customs Brokers
**Reply-To:** <info@abilitycb.com>
**Date:** Wednesday, June 19, 2019 at 4:34 PM
**Cc:** "'xiyan.zhang'" <xiyan.zhang@ameriwaycorp.com>, "'dustin.matos'" <dustin.matos@ameriwaycorp.com>, 'frank tang' <frank.tang@ameriwaycorp.com>, '余总' <yuti@ameriwaycorp.com>, 'op' <OP@ameriwaycorp.com>
**Subject:** D.O. ref# 10265 - Eagle Trading container# TLLU4299149 ETA 06/19

Dustin,

Can you clear the Pierpass, thank you!

FYI….Container needs exam at Price Transfer.



*Carrie*

**Ability Customs Brokers**
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
Email: info@abilitycb.com
www.abilitycb.com

\*\*Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.\*\*

1