# EXHIBIT "F"

AMERIWAY - 0000409-AMERIWAY - 0000545.pdf

ATTACHMENT CONTEXT

Page 137 of 137

wolf

-------- Original message --------

From: "dustin.matos" <dustin.matos@ameriwaycorp.com>

Date: 10/24/17 6:26 AM (GMT+08:00)

To: Xiyan Zhang <xiyan.zhang@ameriwaycorp.com>, "Peter.wolfgram" <peter.wolfgram@ameriwaycorp.com>, '黄琳' <op@ameriwaycorp.com>, '余欢' <yuti@ameriwaycorp.com>

Subject: Re:RE: daily updates

Good evening All.

## 转发: Re:RE: RE: daily updates

张嘉昶 <1571866247@qq.com>
To 美国报关新, 小林-联特客服6

12/27/2017 4:04 PM

Reply   Reply all   Forward   Delete

📎 1 attachment ▸   View   Download   Save to Drive

---------- 原始邮件 ----------

**发件人:** "dustin.matos";<dustin.matos@ameriwaycorp.com>;
**发送时间:** 2017年12月28日(星期四) 上午6:05
**收件人:** "Xiyan Zhang"<xiyan.zhang@ameriwaycorp.com>;"Peter.wolfgram"<peter.wolfgram@ameriwaycorp.com>;"龚琳"<op@ameriwaycorp.com>;"余欢" <yuti@ameriwaycorp.com>;
**主题:** Re:RE: RE: daily updates

Good Evening All,

please see attached for updates:


best regards,

---

**Dustin Matos**
Ameriway Corporation
Logistics Coordinator
PH: 412-439-2813

---------- Original ----------

**From:** "dustin.matos"<dustin.matos@ameriwaycorp.com>;
**Date:** Mon, Aug 6, 2018 03:22 PM
**To:** "dustin.matos"<dustin.matos@ameriwaycorp.com>; "Xiyan Zhang"<xiyan.zhang@ameriwaycorp.com>; "1437178215"<1437178215@qq.com>; "peter.wolfgram"<peter.wolfgram@ameriwaycorp.com>; "yuti"<yuti@ameriwaycorp.com>; "op"<op@ameriwaycorp.com>; "Frank.Tang"<frank.tang@ameriwaycorp.com>;
**Subject:** Re: - daily updates -

AMERIWAY - 0000420

---------- Original ----------

**From:** "dustin.matos"<dustin.matos@ameriwaycorp.com>;
**Date:** Fri, Aug 10, 2018 12:49 PM
**To:** "dustin.matos"<dustin.matos@ameriwaycorp.com>; "Xiyan Zhang"<xiyan.zhang@ameriwaycorp.com>; "1437178215"<1437178215@qq.com>; "yuti"<yuti@ameriwaycorp.com>; "op"<op@ameriwaycorp.com>; "Frank.Tang"<frank.tang@ameriwaycorp.com>;
**Subject:** Re: - daily updates -

Good Day All,

please see attached for updates:

best regards,

**Dustin Matos**

## Info

| | |
|---|---|
| **From:** | dustin.matos <dustin.matos@ameriwaycorp.com> |
| **Sent:** | April 1, 2019 9:47 AM |
| **To:** | info; Dispatch |
| **Cc:** | 'Que Le (Logistics Plus Inc)'; xiyan; Pete Wolfgram |
| **Subject:** | 428-TCNU1780777-WC  D2D - LGB6 |

Good morning Carrie,

Did not see D.O. come across for subject container; we'll need to deliver directly to Amazon FC listed below. Please advise when container will be available for pick-up so I can arrange delivery appointment.

Amazon - LGB6: 20901 Krameria Ave Riverside, CA 92508
PO: FBA15G6FPST2

best regards,

**Dustin Matos**
Ameriway Corporation
Logistics Coordinator
PH: 412-439-2813

## RE: D.O. Ref# 9684 - Eagle Trading container#OOLU8929294 ETA 3/24

**Que Le (Logistics Plus Inc)** <que.le@logisticsplus.net>  4/4/2019 3:55 PM
To  WA Transportation, info@abilitycb.com, dustin.matos, frank tang  **Copy** xiyan.zhang, OP, Pete Wolfgram

Reply   Reply all   Forward   Delete   ≡

3 attachments ▸   View   Download   Save to Drive

If you can't make the CRSU to deliver tomorrow then OOLU deliver at noon on Monday. Otherwise at 8am 4/8

    Thank you

Que V Le

**LOGISTICS+**
PASSION FOR EXCELLENCE
Logistics Plus – Los Angeles
1291 S VINTAGE – Dock# 40
Ontario, CA 91761 USA
Phone: 714-677-7420
Email: Que.Le@logisticsplus.net
Website: www.logisticsplus.net

**From:** WA Transportation <Dispatch@wattrans.net>
**Sent:** Thursday, April 4, 2019 4:51 PM
**To:** info@abilitycb.com; dustin.matos; frank tang
**Cc:** Que Le (Logistics Plus Inc) <que.le@logisticsplus.net>; xiyan.zhang; OP; Pete Wolfgram
**Subject:** RE: D.O. Ref# 9684 - Eagle Trading container#OOLU8929294 ETA 3/24

Hi Que,

Can we schedule OOLU8929294 for Monday 4/8 delivery?

**From:** WA Transportation
**Sent:** Thursday, April 4, 2019 4:51 PM
**To:** info@abilitycb.com; dustin.matos; frank tang
**Cc:** Que Le (Logistics Plus Inc); xiyan.zhang; OP; Pete Wolfgram
**Subject:** RE: D.O. Ref# 9684 - Eagle Trading container#OOLU8929294 ETA 3/24

Hi Que,

Can we schedule OOLU8929294 for Monday 4/8 delivery?

*Tommy*

**WA Transportation**
P.O Box 8544, Rowland Heights, CA 91748
*Office :* 1 626. 202. 0557
*Cell :* 1 213 . 590. 7065

**From:** info@abilitycb.com <info@abilitycb.com>
**Sent:** Thursday, April 4, 2019 4:50 PM
**To:** WA Transportation <Dispatch@wattrans.net>; 'dustin.matos' <dustin.matos@ameriwaycorp.com>; 'frank tang' <frank.tang@ameriwaycorp.com>
**Cc:** 'Que Le (Logistics Plus Inc)' <que.le@logisticsplus.net>; 'xiyan.zhang' <xiyan.zhang@ameriwaycorp.com>; 'OP' <OP@ameriwaycorp.com>; 'Pete Wolfgram' <pwolfgram@stratumlaw.com>
**Subject:** RE: D.O. Ref# 9684 - Eagle Trading container#OOLU8929294 ETA 3/24

Hello all,

Container ready for pick up

## Re:RE: RE: D.O. Ref# 9684 - Eagle Trading container#OOLU8929294 ETA 3/24

**dustin.matos** <dustin.matos@ameriwaycorp.com>   4/9/2019 1:52 PM
To info, WA Transportation, frank tang  Copy Que Le (Logistics Plus Inc), xiyan.zhang, OP, Pete Wolfgram

Reply  Reply all  Forward  Delete  ≡

May,

is there a typical time-frame of how long customs will take to determine whether these 19 cases are in violation or not?

please advise,

**Dustin Matos**
Ameriway Corporation
Logistics Coordinator
PH: 412-439-2813

------------------ Original ------------------

**From:** "info"<info@abilitycb.com>;
**Date:** Tue, Apr 9, 2019 10:56 AM
**To:** "dustin.matos"<dustin.matos@ameriwaycorp.com>; "WA Transportation"<Dispatch@wattrans.net>; "frank tang" <frank.tang@ameriwaycorp.com>;
**Cc:** "Que Le (Logistics Plus Inc)" <que.le@logisticsplus.net>; "xiyan.zhang" <xiyan.zhang@ameriwaycorp.com>; "OP" <OP@ameriwaycorp.com>; "Pete Wolfgram" <pwolfgram@stratumlaw.com>;

**From:** Biala, Alyssa <Alyssa.Biala@hlag.com>
**Sent:** Monday, May 20, 2019 2:21 PM
**To:** Xiyan Zhang <xiyan.zhang@ameriwaycorp.com>; info@abilitycb.com; RNAUSIMPORT <RNAUSIMPORT@hlag.com>
**Cc:** 'Pete Wolfgram' <pwolfgram@stratumlaw.com>; 'Yang' <OP@ameriwaycorp.com>; '余总' <yuti@ameriwaycorp.com>
**Subject:** RE: HLCUSZX1903BGDE3 / HLXU6398697 Damaged Container Transloading

Xiyan,
Once the transload is done your trucker can pick up at Harbor.

Alyssa Biala
Manager Operations
Hapag-Lloyd (America), LLC
3030 Warrenville Road Suite 500
Lisle, Il 60532
Alyssa.Biala@hlag.com
www.hapag-lloyd.com
Phone 630-328-1497

2

**From:** Xiyan Zhang <xiyan.zhang@ameriwaycorp.com>
**Sent:** Monday, May 20, 2019 4:18 PM
**To:** Biala, Alyssa <Alyssa.Biala@hlag.com>; info@abilitycb.com; RNAUSIMPORT <RNAUSIMPORT@hlag.com>
**Cc:** 'Pete Wolfgram' <pwolfgram@stratumlaw.com>; 'Yang' <OP@ameriwaycorp.com>; '余总' <yuti@ameriwaycorp.com>
**Subject:** Re: HLCUSZX1903BGDE3 / HLXU6398697 Damaged Container Transloading

Ok great. Please make sure they can also deliver after the transload.

**Xiyan Zhang**
Ameriway Corporation
*LTA*meriway

Info

| | |
|---|---|
| **From:** | Xiyan Zhang <xiyan.zhang@ameriwaycorp.com> |
| **Sent:** | May 21, 2019 11:51 AM |
| **To:** | Biala, Alyssa; info@abilitycb.com; RNAUSIMPORT |
| **Cc:** | 'Pete Wolfgram'; 'Yang'; '余总' |
| **Subject:** | Re: HLCUSZX1903BGDE3 / HLXU6398697 Damaged Container Transloading |

Is there still enough time to get this picked up today?

Thanks,

**Xiyan Zhang**
Ameriway Corporation
*LTAmeriway*

---

**From:** "Biala, Alyssa" <Alyssa.Biala@hlag.com>
**Date:** Tuesday, May 21, 2019 at 2:43 PM
**To:** "info@abilitycb.com" <info@abilitycb.com>, 'Xiyan Zhang' <xiyan.zhang@ameriwaycorp.com>, RNAUSIMPORT <RNAUSIMPORT@hlag.com>
**Cc:** 'Pete Wolfgram' <pwolfgram@stratumlaw.com>, 'Yang' <OP@ameriwaycorp.com>, '余总' <yuti@ameriwaycorp.com>
**Subject:** RE: HLCUSZX1903BGDE3 / HLXU6398697 Damaged Container Transloading

Hello,
There is not pull and I gave the pickup location below.
Trucker must bring a chassis.

HARBOR FREIGHT TRANSPORT CORP
301 CRANEWAY STREET
NEWARK, NJ 07114
973-589-6700
Rates@Harborusa.com


Alyssa Biala
Manager Operations
Hapag-Lloyd (America), LLC
3030 Warrenville Road Suite 500
Lisle, Il 60532

# Re:RE: D.O. Ref# 10251 - Eagle Trading - EISU9230690 - ETA 06/16

**warehouse** <warehouse@ameriwaycorp.com>
To WA Transportation, Pete Wolfgram, info@abilitycb.com  Copy xiyan, dustin.matos, op, 余昱

Reply    Reply all    Forward    Delete    ≡

📎 2 attachments ▸    Download    Save to Drive

OK Thank you!

---

**Best Regards,**
**Alex**
Ameriway Corporation
LTAmeriway
8700 White Oak Ave,
Rancho Cucamonga,
CA 91730
TEL:6265032543

----------- Original -----------

**From:** "WA Transportation" <dispatch@watrans.net>;
**Date:** Wed, Jun 19, 2019 05:33 AM
**To:** "Pete Wolfgram" <frank.tang@ameriwaycorp.com>; "info@abilitycb.com" <info@abilitycb.com>; <warehouse@ameriwaycorp.com>;
**Cc:** "xiyan" <xiyan.zhang@ameriwaycorp.com>; "dustin.matos" <dustin.matos@ameriwaycorp.com>; "OP" <OP@ameriwaycorp.com>; "余昱" <yuli@ameriwaycorp.com>;
**Subject:** RE: D.O. Ref# 10251 - Eagle Trading - EISU9230690 - ETA 06/16

Dear all,

EISU9230690 is ready.

It is scheduled to pick up on 6/19 evening and deliver 6/20 morning.

Alex is informed and confirmed with the arrangement.

Thank you.

# Re:RE: D.O. Ref# 10251 - Eagle Tradi
6/18/2019 2:28 PM

**warehouse** <warehouse@ameriwaycorp.com
To WA Transportation, Pete Wolfgram

Reply    Reply all    Forward    Delete

📎 2 attachments ▸    Download    Save to D

OK Thank you!

---

**Best Regards,**
**Alex**
Ameriway Corporation
LTAmeriway
8700 White Oak Ave,
Rancho Cucamonga,
CA 91730
TEL:6265032543

----------- Original -----------

**From:** "WA Transportation" <dispatch@watrans.net
**Date:** Wed, Jun 19, 2019 05:33 AM
**To:** "Pete Wolfgram" <frank.tang@ameriwaycorp.com <warehouse@ameriwaycorp.com>;
**Cc:** "xiyan" <xiyan.zhang@ameriwaycorp.com>; "d <OP@ameriwaycorp.com>; "余昱" <yuli@ameriway
**Subject:** RE: D.O. Ref# 10251 - Eagle Trading - EISU!

Dear all,

EISU9230690 is ready.

It is scheduled to pick up on 6/19 evening and del

Alex is informed and confirmed with the arrangem

D.O. ref# 10265 - Eagle Trading container# TLLU4299149 LFD 6/25 ***** pierpass******

## Re:D.O. ref# 10265 - Eagle Trading container# TLLU4299149 LFD 6/25 ***** pierpass******

**Pete Wolfgram** <pwolfgram@stratumlaw.com>
To dustin.matos  Copy info  and 4 others

Reply   Reply all   Forward   Delete   ≡

1 attachment ▸   Download   Save to Drive

Believe I just did

**Pete Wolfgram | Stratum Law**
150 Monument Road Ste. 207
Bala Cynwyd, PA 19125

The information contained in this communication is confidential and is intended only for the use of the intended addressee. It is the property of Stratum Law LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@stratumlaw.com, and destroy this communication and all copies thereof, including all attachments.

---- On Thu, 20 Jun 2019 10:16:03 -0700 dustin.matos<dustin.matos@ameriwaycorp.com> wrote ----

> Pete, can you please take care of this. Dustin Matos Ameriway Corporation Logistics Coordinator PH: 412-439-2813 Original From: "MayC"<info@abilitycb.com> ; Date: Thu, Jun 20, 2019 08:57 AM To: Cc: ...
>
> ... to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.