# EXHIBIT "G"

## Info

**From:** Pete Wolfgram <pwolfgram@stratumlaw.com>
**Sent:** June 3, 2019 2:30 PM
**To:** info
**Subject:** AMERIWAY INVOICE REQUEST

Hello May,

Hello May,

Please provide us with the following invoices. My Ameriway Corp. email has not been working as of late, so please respond to this email. Thank you.

SEGU5295156