# EXHIBIT "H-5"

**ABILITY CUSTOMS BROKERS**
13910 DOOLITTLE DR
SAN LEANDRO, CA. 94577
(510)347-5555 FAX: (510)347-1555

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE NO. |
|---|---|---|
| 10377-01 | 10/14/2019 | |

TO

XIYAN ZHANG
EAGLE TRADING USA LLC
717 N UNION ST STE#98
WILMINGTON DE 19805

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| | 12073 | |
| 774 | 26616 | PLASTIC TABLEWARE |

SHIPPER/CONSIGNEE

| ORIGIN/DESTINATION | CUSTOMER NUMBER |
|---|---|
| 4601 | 47-553472400 |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 9NK-0010377-8 | 07/30/19 |

| AIRLINE/STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| OOLU ORIENT OVERSEAS CONT | 07/30/19 |
| COSCO BANGKOK | 06/30/19 |

| AWB/BL NO. | HAWB |
|---|---|
| OOLU4048172391 | SZ19060462 |

REMARKS

CONTAINER#OOCU6964350
NEW YORK
REMARKS: CHASSIS, DENTENTION AND STORAGE
ARE UP TO 10/31/2019

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DUTY | 258.73 |
| ENTRY FEE | 85.00 |
| MESSENGER FEE | 15.00 |
| IS FILING | 25.00 |
| DOCUMENT HANDLING FEE | 75.00 |
| TERMINAL GATE FEE | 200.00 |
| OUT PORT SERVICE CHGS | 35.00 |
| FOOD & DRUG CHARGE | 21.00 |
| ADDITIONAL CLASSIFICATIONS | 17.50 |
| DEMURRAGE CHARGE | 3570.00 |
| CHASSIS RENTAL X 88 DAYS | 3080.00 |
| STORAGE X 88 DAYS | 2640.00 |
| DENTENTION FROM CARRIER | 12420.00 |
| CARTAGE AND SERVICES | 430.00 |
| PLEASE PAY THIS AMOUNT | 22872.23 |

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON REVERSE SIDE.

If you are the Importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOM PENALTIES.

Form Approved OMB No. 1651-0022
EXP. 03-31-2012

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| Field | Value |
|---|---|
| 1. Filer Code/Entry No. | 9NK-0010377-8 |
| 2. Entry Type | 01 ABI/A |
| 3. Summary Date | 08/02/19 048 |
| 4. Surety No. | 054 |
| 5. Bond Type | 8 |
| 6. Port Code | 4601 |
| 7. Entry Date | 07/24/19 |
| 8. Importing Carrier | COSCO BANGKOK |
| 9. Mode of Transport | 11 |
| 10. Country of Origin | CN |
| 11. Import Date | 07/30/19 |
| 12. B/L or AWB No. | OOLU4048172391 |
| 13. Manufacturer ID | CNSHEXIN201SHE |
| 14. Exporting Country | CN |
| 15. Export Date | 06/30/19 |
| 16. I.T. No. | |
| 17. I.T. Date | |
| 18. Missing Docs | |
| 19. Foreign Port of Lading | 57078 |
| 20. U.S. Port of Unlading | 4601 |
| 21. Location of Goods/G.O. No. | E416 |
| 22. Consignee No. | SAME |
| 23. Importer No. | 47-553472400 |
| 24. Reference No. | |

25. Ultimate Consignee Name and Address
City              State DE    Zip

26. Importer of Record Name and Address
EAGLE TRADING USA LLC
717 N UNION ST STE#98
City WILMINGTON   State DE   Zip 19805

| Line No. | 29. A. HTSUS No. / B. AD/CVD Case No. | 28. Description of Merchandise | 30. A. Gross Weight / B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value / B. CHGS / C. Relationship | 33. A. HTSUS Rate / B. AD/CVD Rate / C. IRC Rate / D. Visa No. | 34. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|---|
| | | (774) CTNS CTNG: 12073.00kg | | | NOT RELATED | | |
| 001 | 4909.00.4000 | OTHER PRINTED/ILLUS CARDS | 468kg | X | 184 C97 | .34640% .1250% | NONE .64 .23 |
| 002 | 9505.90.6000 | OTHR FESTIV/ENTRTAINMNT ARTCLS | 260kg | X | 102 C54 | .34640% .1250% | NONE .35 .13 |
| | | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | | |

Other Fee Summary for Block 39
499   26.22
501    5.94

35. Total Entered Value
$    4742
Total Other Fees
$    32.16

| CBP USE ONLY | | TOTALS | |
|---|---|---|---|
| A. LIQ CODE | B. Ascertained Duty | 37. Duty | 226.57 |
| REASON CODE | C. Ascertained Tax | 38. Tax | .00 |
| | D. Ascertained Other | 39. Other | 32.16 |
| | E. Ascertained Total | 40. Total | 258.73 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 1. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| May Chen | BROKER | ABILITY CUSTOMS BROKERS, ATTY | 07/25/19 |

2. Broker/Filer Information (Name, address, phone number)
ABILITY CUSTOMS BROKERS
3910 DOOLITTLE DR
SAN LEANDRO, CA. 94577  5103475555

43. Broker/Importer File No.
10377  xxx/Paperless

For Paperwork Reduction Act information click below.
CONTINUED ON PAGE TWO

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY  
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022  
EXP. 03-31-2012

1. Filer Code/Entry No.  
9NK-0010377-8

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 003 | PLAS,STATUETTES/OTHER ORNA 3926.40.0090 | 229kg | 1800 NO | 90 C48 | 5.30% | 4 | 77 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | | 31 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 11 |
| 004 | OTH ART,HD 3901-14,OFF./SC 3926.10.0000 | 127kg | 115 KG | 50 C25 | 5.30% | 2 | 65 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | | 17 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 06 |
| 005 | PLASTIC,TABLE/KITCHENWARE, 3924.10.4000 | 9140kg | 7000 NO 8226 KG | 3590 C1893 | 3.40% | 122 | 06 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 12 | 44 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 4 | 49 |
| 006 | CERM TBLWARE OF VARYING VA 6912.00.4500 | 703kg | 46 DPC | 276 C146 | 4.50% | 12 | 42 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | | 96 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 35 |
| 007 | HANDKERCHIEFS =>70% SLK/SL 6213.90.0500 | 402kg | 38 DOZ 364 KG | 158 C83 | 1.10% | 1 | 74 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | | 55 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 20 |
| 008 | ARTICLE OF CHINA,US NTE 20 9903.88.03 | | | 292 | 25.0% | 73 | 00 |
| | OTHR BAG/CASES,OUT SUR PLA 4202.99.1000 | 743kg | 650 NO 200 KG | 292 C154 | 3.40% | 9 | 93 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 1 | 01 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 37 |
| | | | | ---------- 4742 | | | |
| | Total Invoice           = @1.000000              = Entered Value         = | | 4742.30 4742.30 4742 | | | | |

CBP Form 7501 (06/09)

**COMMERCIAL INVOICE**

| FROM: | TO: |
|---|---|
| ATT: Shenzhen Xintaiyuan E-commerce Co., Ltd. | ATT: Eagle Trading USA LLC |
| ADD: Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | ADD: 717 NORTH UNION STREET, WILMINGTON, DE 19805 USA |
| TEL: +86 13249852678 | TEL: 215-395-8756 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Greeting Card | 贺卡 | 3926909090 | 92 | 1524 | 1840 | 0.10 | 184.00 | *gift card 送礼卡片* | *paper 纸制品* |
| Tissue Paper | 礼物包装纸 | 4808900000 | 256 | 3514.5 | 2048 | 0.05 | 102.40 | 礼物包装 packging | *paper 纸* |
| Acrylic Table Scatters | 亚克力装饰品 | 3926400000 | 90 | 1423 | 1800 | 0.05 | 90.00 | décor 装饰 | *plastic 塑料* |
| Document Folders | 文件袋 | 3923210000 | 100 | 1700 | 1000 | 0.05 | 50.00 | office/办公用品 | PLASTIC/塑料 |
| Turner Set | 铲子 | 3924100000 | 6 | 78 | 126 | 1.15 | 144.90 | 厨房烘焙 | 硅胶+不锈钢 |
| Spatula Set | 厨具套装 | 3924100000 | 13 | 207.5 | 356 | 1.35 | 480.00 | 厨房烘焙 | 硅胶 |
| Large Turner | 大铲 | 3924100000 | 2 | 37 | 96 | 0.40 | 38.40 | 厨房烘焙 | 硅胶 |
| Spatula | 刮刀 | 3924100000 | 5 | 65 | 500 | 0.38 | 187.50 | 厨房烘焙 | 硅胶 |
| Single Spoonula | 蓝色大铲 | 3924100000 | 6 | 87 | 600 | 0.30 | 180.00 | 厨房烘焙 | 硅胶 |
| Wide Slotted Turner | 漏铲 | 3924100000 | 26 | 267 | 546 | 0.40 | 218.40 | 厨房烘焙 | 硅胶+不锈钢 |
| Mini Ice Cream Containers | 迷你雪糕筒 | 3924100000 | 23 | 126.5 | 920 | 0.55 | 506.00 | 厨房烘焙 | PP+硅胶 |
| Single Mixing Spoon | 勺子 | 3924100000 | 24 | 313 | 2000 | 0.26 | 520.00 | 厨房烘焙 | 硅胶 |
| Food Tong | 食品夹 | 3924100000 | 17 | 249.5 | 906 | 0.54 | 490.20 | 厨房烘焙 | 硅胶+不锈钢 |
| Large Silicone Ladle | 汤勺红色 | 3924100000 | 5 | 46.5 | 250 | 0.35 | 87.50 | 厨房烘焙 | 硅胶 |
| Ceramic Soup Spoon Set | 陶瓷勺 | 6913100000 | 23 | 386.5 | 552 | 0.50 | 276.00 | 厨房烘焙 | 陶瓷 |
| Long Scoop Ice Cream | 雪糕桶 | 3924100000 | 51 | 865.5 | 1580 | 0.47 | 737.00 | 厨房烘焙 | PP+硅胶 |
| Towel Set | 口水巾套装 | 62132090 | 9 | 117 | 450 | 0.35 | 157.50 | 清洁用(CLEAN) | 棉+五金 (COTTON+HARDWARE) |
| Storage Bag | 背包+夹子套装 | 42021290 | 26 | 520 | 650 | 0.45 | 292.50 | 容器+固定用 | 背包: 牛津布, 夹子套装: 弹力带+五金 |
| | | | 774.00 | 11527.50 | 16220.00 | | 4742.30 | | |

A: 4690900000(?)
B: 9005 9? 6200
C: 3926 400090
D: 3926 100000
E: 3924 104000
F: 6912 004000
G: 6213 9005 00
H: 4202 99 100

# PACKING LIST

| ITEM NO/style | CARTON NO | TOTAL CARTON | Content | Weight (kg) |
|---|---|---|---|---|
| 500-1-1 TO 6 | #1-6 | 6 | Turner Set | 9 |
| 500-1-7 TO 29 | #7-29 | 23 | Mini Ice Cream Containers | 13 |
| 500-1-30 TO 42 | #30-42 | 13 | Spatula Set | 17 |
| 500-1-43 TO 68 | #43-68 | 26 | Wide Slotted Turner | 5.5 |
| 500-1-69 TO 73 | #69-73 | 5 | Food Tong | 9 |
| 500-1-74 TO 81 | #74-81 | 8 | Food Tong | 10.8125 |
| 500-1-82 TO 84 | #82-84 | 3 | Single Mixing Spoon | 16.5 |
| 500-1-85 TO 86 | #85-86 | 2 | Large Turner | 9 |
| 500-1-87 TO 91 | #87-91 | 5 | Single Mixing Spoon | 9 |
| 500-1-92 TO 95 | #92-95 | 4 | Food Tong | 9.5 |
| 500-1-96 TO 97 | #96-97 | 2 | Single Mixing Spoon | 17 |
| 500-1-98 TO 99 | #98-99 | 2 | Single Mixing Spoon | 17 |
| 500-1-100 TO 104 | #100-104 | 5 | Spatula | 10.5 |
| 500-1-105 TO 109 | #105-109 | 5 | Large Silicone Ladle | 21.5 |
| 500-1-110 TO 132 | #110-132 | 23 | Ceramic Soup Spoon Set | 13.5 |
| 500-1-133 TO 134 | #133-134 | 2 | Single Mixing Spoon | 16.5 |
| 500-1-135 TO 142 | #135-142 | 8 | Single Mixing Spoon | 12 |
| 500-1-143 TO 144 | #143-144 | 2 | Single Mixing Spoon | 11.5 |
| 500-1-145 TO 150 | #145-150 | 6 | Single Spoonula | 16 |
| 500-1-151 TO 201 | #151-201 | 51 | Long Scoop Ice Cream Containers | 18.5 |
| 500-2-1 TO 184 | #1-184 | 184 | Greeting Card Tissue Paper | 17 |
| 500-2-185 TO 233 | #185-233 | 49 | Greeting Card | 12 |

| | | | | |
|---|---|---|---|---|
| 500-2-234 TO 234 | #234-234 | 1 | Document Folders | 11 |
| 500-2-235 TO 246 | #235-246 | 12 | Document Folders | 15 |
| 500-2-247 TO 371 | #247-371 | 125 | Acrylic Table Scatters | 16 |
| 500-2-372 TO 538 | #372-538 | 167 | Document Folders | 13.5 |
| 500-3-1 TO 9 | #1-9 | 9 | Towel Set | 13 |
| 500-3-10 TO 35 | #10-35 | 26 | Storage Bag | 20 |

| NBLogistics 新链物流 | **NEW CHAIN LOGISTICS CO LTD** | | **NON-NEGOTIABLE B/L** | **BL No.** | **NCZLSZ19060462** |
|---|---|---|---|---|---|
| **SHIPPER** | | | **CLIENT REF NO.** | | |
| CSHENZHEN BEI TE TRADE CO LTD<br>SED INDUSTRIAL ZONE 409,HUAFA NORTH ROAD FUTIAN<br>SHENZHEN<br>0755-83769509 | | | **DELIVERY AGENT**<br>FAMOUS TARGET CORP.<br>147-39 175TH STREET, SUITE 215<br>JAMAICA, NY 11434, USA<br>TEL: + 1718 2448899; FAX: +1 718 2441889<br>EMAIL:SERVICE@FAMOUSTARGET.COM | | |
| **CONSIGNEE** | | | **NOTIFY PARTY** | | |
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET, WILMINGTON, DE<br>19805 USA<br>215-395-8756 | | | ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DR<br>SAN LEANDRO, CA 94577<br>T:510-347-5555<br>F:510-347-1555<br>EMAIL:INFO@ABILITYCB.COM | | |
| **SECOND NOTIFY PARTY / EXPORT REFERENCE** | | | **DELIVERY TO ( APPLICABLE WHEN DOOR DELIVERY BL)** | | |
| **VESSEL/ VOY** | COSCO HOPE/036E | | | | |
| **FEEDER** | **PLACE OF RECEIPT**<br>YANTIAN,CN | | **CARGO RECEIVE DATE** | | **ON BOARD DATE**<br>2019/06/23 |
| **AES/ IT#** | **PORT OF LOADING**<br>YANTIAN,CN | | **PLACE OF DELIVERY**<br>NEW YORK,NY,US | | **FREIGHT PAYABLE AT**<br>YANTIAN,CN |
| **TYPE OF SERVICE**<br>CY/CY | **PORT OF DISCHARGE**<br>NEW YORK,NY,US | | **FINAL DESTINATION**<br>NEW YORK,NY,US | | **NUMBER OF ORIGINAL B/L**<br>THREE (3) |
| Marks and Numbers | QTY Type | | Description of Goods | Weight Kilos | Measurement M3 |
| N/M | 774CTN(S) | | SHIPPER'S LOAD & COUNT SEAL<br>CONTAINER(S) 1 * 40' HQ<br><br>GREETING CARD<br>TISUUE PAPER<br>ACRYLIC TABLE SCATTERS<br>DOCUMENT FOLDERS<br>TURNER SET<br>CERAMIC SOUP SPOON SET<br>TOWEL SET<br>STORAGE BAG<br><br><br>This Shipment Contains No Wood Packing Materials | 12073.00 | 53.000 |
| Total: | 774 | | | 12073.00 | 53.000 |

**Container No./Seal No./Size/Packs/Weight/Measurement**
OOCU6964350/OOLFBB5931/40'HQ/774 CTN(S)/12073.00KGS/53CBM;

| | | |
|---|---|---|
| The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. Receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped, or printed.<br><br>These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.<br>In witness of the contract herein contained the above stated number of originals have been issued one of which being acomplished the others(s) to be void.<br>Signed on behalf of the Carrier:    OOCL<br><br>NEW CHAIN LOGISTICS CO LTD | Freight and Charge | As Arranged |
| | FREIGHT PREPAID | |
| | COPY | |
| Signed at    SHENZHEN              Date  2019/06/23 | Total: | |



# FAMOUS TARGET CORP

147-39 175th Street, Suite 215, Jamaica, NY 11434
Tel: (718) 244-8899; Fax: (718) 244-1889
E-Mail: service@famoustarget.com

**FMC OTI NO.: 25368NF**

## ARRIVAL NOTICE / FREIGHT INVOICE

| Consignee | PREPARED BY | DATE |
|---|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET<br>WILMINGTON, DE 19805<br><br>ATTN: NAY<br>TEL: 215-395-8756  FAX: | BRUCE | 07/16/2019 |
| | **JOB NUMBER**<br>OI-1907072 | **MASTER B/L NUMBER**<br>OOLU4048172391 |
| | **HOUSE B/L NUMBER**<br>SZ19060462 | **AMS #**<br>NCZLSZ19060462 |
| Notify<br>ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DRIVE<br>SAN LEANDRO, CA 94577<br>TEL: 510-347-5555  FAX: 510-347-1555 | **PORT OF LOADING**<br>YANTIAN, SHENZHEN  06/30/2019 | **PORT OF DISCHARGE**<br>NEW YORK, NY  07/30/2019 |
| | **PORT OF DESTINATION**<br>NEW YORK, NY  07/30/2019 | **FINAL DESTINATION** |
| | **I.T. NUMBER / PLACE** | **I.T. DATE** |
| C. Broker | **VESSEL / VOYAGE**<br>OOCL BANGKOK  V.031E | **CARGO TYPE**<br>CY/CY |
| | **CARGO LOCATION**<br>MAHER TERMINALS LLC / BERTH 64<br>TEL: 908 527-8200  FAX: | **FIRMS CODE**<br>E416 |
| | **Shipper**<br>SHENZHEN BEI TE TRADE CO LTD | |

**CONTAINER NUMBER / SIZE**
OOCU6964350/40'HQ

| MARKS AND NUMBERS | PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 774 CTN | GREETING CARD<br>TISSUE PAPER<br>ACRYLIC TABLE SCATTERS<br>DOCUMENT FOLDERS<br>TURNER SET | 12,073.000<br>KGS<br>26,616.100<br>LBS | 53.000<br>CBM<br>1,871.679<br>CFT |

**O.B/L REQUIRED: YES**

**REMARKS**

*** RELEASE ORDER REQUIRED ***

Please make checks payable to:

### FAMOUS TARGET CORP.

1. Please have your customs broker prepare entry immediately, and remit money order or cashier's check for cargo release.
2. The freight will be released within 48 hours upon receipt of your full payment shown below, along with the properly endorsed Original Bill of Lading/FCR.
3. Please call terminal or warehouse to ensure availability of your freight prior to arrangement of pick-up.
4. Free storage is limited to warehouse allowance of free time.  Cargo will be subject to demurrage charges and/or equipment detention charges per local terminal/warehouse tariff.
5. Goods not picked up may be subject to G.O. procedures. All G.O. charges and/or warehouse surcharges are for the account of consignee.
6. If segregation is required, full written instruction must be received prior to vessel arrival. Otherwise, any/all segregation charges are for the account of consignee.

| INVOICE NUMBER: | AR6189887 |
|---|---|
| HANDLING CHG | 75.00 |
| **TOTAL:** | **75.00** |

**YES..IT'S FAMOUS!**

# FAMOUS TARGET CORP

147-39 175th Street, Suite 215, Jamaica, NY 11434
Tel: (718) 244-8899; Fax: (718) 244-1889
E-Mail: service@famoustarget.com

FMC OTI NO.: 25368NF

## ARRIVAL NOTICE / FREIGHT INVOICE

| Consignee | PREPARED BY | DATE |
|---|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET<br>WILMINGTON, DE 19805<br><br>ATTN: NAY<br>TEL: 215-395-8756   FAX: | BRUCE | 07/16/2019 |
| | JOB NUMBER | MASTER B/L NUMBER |
| | OI-1907072 | OOLU4048172391 |
| | HOUSE B/L NUMBER | AMS # |
| | SZ19060462 | NCZLSZ19060462 |
| Notify<br>ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DRIVE<br>SAN LEANDRO, CA 94577<br>TEL: 510-347-5555   FAX: 510-347-1555 | PORT OF LOADING | PORT OF DISCHARGE |
| | YANTIAN, SHENZHEN  06/30/2019 | NEW YORK, NY  07/30/2019 |
| | PORT OF DESTINATION | FINAL DESTINATION |
| | NEW YORK, NY  07/30/2019 | |
| | I.T. NUMBER / PLACE | I.T. DATE |
| C. Broker | VESSEL / VOYAGE | CARGO TYPE |
| | OOCL BANGKOK V.031E | CY/CY |
| | CARGO LOCATION | FIRMS CODE |
| | MAHER TERMINALS LLC / BERTH 64<br>TEL: 908 527-8200   FAX: | E416 |
| | Shipper | |

---

7180

**ABILITY CUSTOMS BROKERS**
13910 DOOLITTLE DRIVE
SAN LEANDRO, CA 94577
PHONE: (510) 347-5555
FAX: (510) 347-1555

Bank of America.

11-35/1210

7/16/2019

PAY TO THE ORDER OF   **FAMOUS TARGET CORP**   $ **75.00

Seventy-Five and 00/100************************************************************************************
_____ DOLLARS

FAMOUS TARGET CORP
147-39 175TH ST SUITE#215
JAMAICA, NY 11434

MEMO   MBL#OOLU4048172391   REF# 10377

AUTHORIZED SIGNATURE

⑉007180⑉ ⑆121000358⑆ 325045194708⑉

---

Please make checks payable to:

### FAMOUS TARGET CORP.

1. Please have your customs broker prepare entry immediately, and remit money order or cashier's check for cargo release.
2. The freight will be released within 48 hours upon receipt of your full payment shown below, along with the properly endorsed Original Bill of Lading/FCR.
3. Please call terminal or warehouse to ensure availability of your freight prior to arrangement of pick-up.
4. Free storage is limited to warehouse allowance of free time. Cargo will be subject to demurrage charges and/or equipment detention charges per local terminal/warehouse tariff.
5. Goods not picked up may be subject to G.O. procedures. All G.O. charges and/or warehouse surcharges are for the account of consignee.
6. If segregation is required, full written instruction must be received prior to vessel arrival. Otherwise, any/all segregation charges are for the account of consignee.

| INVOICE NUMBER: | AR6189887 |
|---|---|
| HANDLING CHG | 75.00 |
| | |
| | |
| | |
| | |
| TOTAL: | 75.00 |

## Ability Customs Brokers

| | |
|---|---|
| **From:** | Yang.Huang <OP@ameriwaycorp.com> |
| **Sent:** | Wednesday, June 19, 2019 2:08 AM |
| **To:** | 美国报关—MAY（新） |
| **Subject:** | 附件4048172391此票ISF和提单 |
| **Attachments:** | 4048172391-ISF.txt; 4048172391-BOL.pdf |

Dear MAY

附件 4048172391 此票 ISF 和提单，开船时间：2019/6/23，请安排及时申报，谢谢。



**Best Regard,**

Huang Yang

**LTA**meriway

OP@AmeriwayCorp.com
**Tel: 0755-83769509**
**Room 4033, Shenzhou Computer Building, No. 2, Bell Road, Longgang District, Shenzhen, China**

1

# AMERIWAY CORPORATION
## STANDARD BILL OF LADING

| SHIP FROM: | BILL TO: | BOL Number: – OOCU6964350 |
|---|---|---|
| N/A – PORT / ABILITY | Ameriway Corporation<br>2424 E. York St. Ste. 300<br>Philadelphia, PA 19125<br>Phone: (201) 509-1501 | **500-A, 500-B, 500-C**<br><br>Carrier Name: |

**Ship to addresses in the following order:**

| | |
|---|---|
| Stop 1: **Container: OOCU6964350**<br><br>**500-A-538-24/POs:FBA15H48TB8T,**<br>**FBA15H3X6QSK,FBA15H3W4BNJ**<br><br>**500-B-201-14/PO: FBA15HJ08YZ7**<br><br>**500-C-35-4/POs: FBA15H4FW1HZ**<br>**FBA15H3YRXWZ** | Stop 1: **AMAZON: ABE8**<br>**401 Independence Road Florence, NJ 08518**<br><br>ISA  –  228820771<br><br>DEL APPT:  08/07/2019 11:00 EDT.<br><br>ISA: 228820771 / DOOR: 168<br>APPT Ref Code:   ABE8-AF-HDL77<br><br>228820771 |
| Batch #: **500-A, 500-B, 500-C** | Batch #: |
| # Pallets:   **42 PALLETS ( 774 CASES )** | # Pallets: |

**Total Number of Pallets:   42 PALLETS ( 774 CASES )**

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).

| | |
|---|---|
| Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | **Trailer Loaded:**<br>☒ By shipper<br><br>**Freight Counted:**<br>☒ By shipper |
| **Shipper Signature** | **Carrier Signature/Pickup Date** |
| _____ Date:_____<br>This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | _____ Date:_____<br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |