# EXHIBIT "H-1"

# ABILITY CUSTOMS BROKERS

13910 DOOLITTLE DR
SAN LEANDRO, CA. 94577
(510)347-5555 FAX: (510)347-1555

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE NO. |
|---|---|---|
| 10528-01 | 10/14/2019 | |

TO

XIYAN ZHANG
EAGLE TRADING USA LLC
717 N UNION ST STE#98
WILMINGTON DE 19805

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| 839 | 10678 23541 | SMALL HOUSEHOLD ITEM |

**SHIPPER/CONSIGNEE**

| ORIGIN/DESTINATION | CUSTOMER NUMBER |
|---|---|
| 4601 | 47-553472400 |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 9NK-0010528-6 | 08/20/19 |

| AIRLINE/STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| HLCU HAPAG-LLOYD AMERICA | 08/20/19 |
| MONACO BRIDGE | 07/21/19 |

| AWB/BL NO. | HAWB |
|---|---|
| APLUAJD0385043 | SZ19070433 |

**REMARKS**

CONTAINER#APHU7253481
N.Y
REMARKS: CHASSIS , STORAGE FEE AND
DETENTION ARE UP TO 10/31/2019

**THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON REVERSE SIDE.**

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DUTY | 428.49 |
| ENTRY FEE | 85.00 |
| MESSENGER FEE | 15.00 |
| IS FILING | 25.00 |
| OUT PORT SERVICE CHGS | 35.00 |
| DOCUMENT HANDLING FEE | 75.00 |
| CARTAGE AND SERVICES | 430.00 |
| TERMINAL GATE FEE | 200.00 |
| CHASSIS RENTALX 73 DAYS | 2555.00 |
| STORAGE FEE X 73 DAYS | 2190.00 |
| DETENTION X 68 | 10200.00 |
| FOOD & DRUG CHARGE | 15.00 |
| ADDITIONAL CLASSIFICATION | 10.50 |
| **PLEASE PAY THIS AMOUNT** | 16263.99 |

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN
THE PERIOD OF TIME AS REQUIRED BY CUSTOMS
REGULATIONS TO AVOID CUSTOM PENALTIES.

Form Approved OMB No. 1651-0022
Exp. 03-31-2012

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| | |
|---|---|
| 1. Filer Code/Entry No. 9NK-0010528-6 | 2. Entry Type 01 ABI/A | 3. Summary Date 08/29/19 000 |

| 4. Surety No. 054 | 5. Bond Type 8 | 6. Port Code 4601 | 7. Entry Date 08/20/19 |

| 8. Importing Carrier COSCO EXCELLENCE | 9. Mode of Transport 11 | 10. Country of Origin CN | 11. Import Date 08/20/19 |

| 12. B/L or AWB No. APLUAJD0385043 | 13. Manufacturer ID CNSHEBEI409SHE | 14. Exporting Country CN | 15. Export Date 07/21/19 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57078 | 20. U.S. Port of Unlading 4601 |

| 21. Location of Goods/G.O. No. E416 | 22. Consignee No. SAME | 23. Importer No. 47-553472400 | 24. Reference No. |

25. Ultimate Consignee Name and Address

City          State DE    Zip

26. Importer of Record Name and Address
EAGLE TRADING USA LLC
717 N UNION ST STE#98
City WILMINGTON    State DE    Zip 19805

| 27. Line No. | 28. Description of Merchandise<br>29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | (839) CTNS  CTNG: 10678.00kg | | | NOT RELATED | | | |
| 001 | ARTICLE OF CHINA,US NTE 20 9903.88.03 | | | 288 | 25.0% | 72.00 | |
| | ARTICLES OF IRON/STEEL:NSP 7326.90.8688  241kg | | 150 KG | 288 C41 | 2.90% | 8.35 | |
| | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | .34640% .1250% | 1.00 .36 | |

| Other Fee Summary for Block 39 499   44.16 501   15.94 | 35. Total Entered Value $   12750 Total Other Fees $   60.10 |

CBP USE ONLY | TOTALS
A. LIQ CODE | B. Ascertained Duty | 37. Duty 368.39
REASON CODE | C. Ascertained Tax | 38. Tax .00
36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | D. Ascertained Other | 39. Other 60.10

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner | E. Ascertained Total | 40. Total 428.49

or purchaser or agent thereof.  I further declare that the merchandise  ☒  was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐  was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are truly disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME May Chen | TITLE BROKER | SIGNATURE ABILITY CUSTOMS BROKERS,ATTY | DATE 08/19/19 |

42. Broker/Filer Information (Name, address, phone number)
ABILITY CUSTOMS BROKERS
13910 DOOLITTLE DR
SAN LEANDRO, CA. 94577 5103475555

43. Broker/Importer File No.
10528  xxx/Paperless
For Paperwork Reduction Act information click below.
CONTINUED ON PAGE TWO

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 03-31-2012

1. Filer Code/Entry No.
9NK-0010528-6

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|
| 002 | ELE FI/DI LI-EM DI LAMP,OT 8539.50.0090 | 5647kg | 5496 NO | 6735 C951 | 2.0% | 134.70 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 23.33 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 8.42 |
| 003 | PRINTER UNITS, OTHER 8443.32.5000 | 2719kg | X | 3243 C458 | | NONE |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 11.23 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 4.05 |
| 004 | ARTICLE OF CHINA,US NTE 20 9903.88.02 | | | 267 | 25.0% | 66.75 |
| | PLAST,FLAT,FILM/STRIP,OTHE 3920.99.2000 | 224kg | 200 KG | 267 C37 | 4.20% | 11.21 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | .92 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | .33 |
| 005 | ARTIFI FLOWERS,OF PLAS,OT, 6702.10.4000 | 313kg | 427 NO | 373 C53 | 3.40% | 12.68 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 1.29 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | .47 |
| 006 | PLASTIC,HOUSEHOLD ARTCLES 3924.90.5650 | 1546kg | 12300 NO 1392 KG | 1844 C260 | 3.40% | 62.70 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 6.39 |
| | HARBOR MAINTENANCE FEE | | | ---------- 12750 | .1250% | 2.31 |

Total Invoice    =    12750.16
@1.000000       =    12750.16
Entered Value   =    12750

CBP Form 7501 (06/09)



**NEW CHAIN LOGISTICS CO LTD**

| | | |
|---|---|---|
| **NON-NEGOTIABLE B/L** | **BL No.** | **NCZLSZ19070433** |

| SHIPPER | CLIENT REF NO. |
|---|---|
| SHENZHEN BEI TE TRADE CO LTD<br>SED INDUSTRIAL ZONE 409,HUAFA NORTH ROAD<br>FUTIAN SHENZHEN<br>0755-83769509 | DELIVERY AGENT<br>FAMOUS TARGET CORP.<br>147-39 175TH STREET, SUITE 215<br>JAMAICA, NY 11434, USA<br>TEL: + 1718 2448899; FAX: +1 718 2441889<br>EMAIL:SERVICE@FAMOUSTARGET.COM |

| CONSIGNEE | NOTIFY PARTY |
|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET, WILMINGTON, DE<br>19805 USA<br>215-395-8756 | ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DR<br>SAN LEANDRO, CA 94577<br>T:510-347-5555 F:510-347-1555<br>EMAIL:INFO@ABILITYCB.COM |

| SECOND NOTIFY PARTY / EXPORT REFERENCE | DELIVERY TO ( APPLICABLE WHEN DOOR DELIVERY BL) |
|---|---|
| | |

| VESSEL/ VOY | COSCO EXCELLENCE/0UP47E1PL | | |
|---|---|---|---|
| FEEDER | PLACE OF RECEIPT<br>YANTIAN,CN | CARGO RECEIVE DATE | ON BOARD DATE<br>2019/07/21 |
| AES/ IT# | PORT OF LOADING<br>YANTIAN,CN | PLACE OF DELIVERY<br>NEW YORK,NY,US | FREIGHT PAYABLE AT<br>YANTIAN,CN |
| TYPE OF SERVICE<br>CY/CY | PORT OF DISCHARGE<br>NEW YORK,NY,US | FINAL DESTINATION<br>NEW YORK,NY,US | NUMBER OF ORIGINAL B/L<br>THREE (3) |

| Marks and Numbers | QTY Type | Description of Goods | Weight Kilos | Measurement  M3 |
|---|---|---|---|---|
| | | SHIPPER'S LOAD & COUNT SEAL<br>CONTAINER(S) 1 * 40' HQ<br><br>AS PER ATTACHED LIST<br><br><br><br><br><br><br>This Shipment Contains No Wood Packing Materials | | |
| Total: | 839 | | 10678.00 | 67.000 |

| Container No./Seal No./Size/Packs/Weight/Measurement |
|---|
| APHU7253481/Q0191834/40'HQ/839 CTN(S)/10678.00KGS/67CBM; |

| The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. Receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped, or printed. | Freight and Charge | As Arranged |
|---|---|---|
| | FREIGHT PREPAID | |
| These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations.  Diversion contrary to U.S. law prohibited. | | |
| In witness of the contract herein contained the above stated number of originals have been issued one of which being accomplished the others(s) to be void.<br>Signed on behalf of the Carrier:    APL<br><br>NEW CHAIN LOGISTICS CO LTD | COPY | |

| Signed at | SHENZHEN | Date | 2019/07/21 | Total: | |
|---|---|---|---|---|---|

1

| ATTACHED LIST FOR | | NON-NEGOTIABLE B/L | BL NO. | NCZLSZ19070433 |
|---|---|---|---|---|
| Marks and Numbers | QTY Type | Description of Goods | Weight Kilos | Measurement M3 |
| N/M | 839CTN(S) | GLASSWARE<br>POOPBAG<br>LIFTING PLATFORM<br>FILTER PAPER<br>FLAT SHEET<br>HARNESS<br>DUVET COVER<br>FILTER ADAPTER CONES<br>ANIMAL FIGURES<br>PLASTIC PLANT<br>SCOTCH TAPE<br>PAPER STREAMERS<br>FOAM SHEETS<br>WATER BEADS | 10678.00 | 67.000 |
| Total: | 839 | | 10678.00 | 67.000 |

2

YEs. ITS FAMOUS!

# FAMOUS TARGET CORP

147-39 175th Street, Suite 215, Jamaica, NY 11434
Tel: (718) 244-8899; Fax: (718) 244-1889
E-Mail: service@famoustarget.com

FMC OTI NO.: 25368NF

## ARRIVAL NOTICE / FREIGHT INVOICE

| Consignee | | | |
|---|---|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET<br>WILMINGTON, DE 19805<br><br>,<br>ATTN: NAY<br>TEL: 215-395-8756   FAX: | **PREPARED BY**<br>BRUCE | | **DATE**<br>08/16/2019 |
| | **JOB NUMBER**<br>OI-1907273 | | **MASTER B/L NUMBER**<br>APLUAJD0385043 |
| | **HOUSE B/L NUMBER**<br>SZ19070433 | | **AMS #**<br>NCZLSZ19070433 |

| Notify | | |
|---|---|---|
| ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DRIVE<br>SAN LEANDRO, CA 94577<br>TEL: 510-347-5555   FAX: 510-347-1555 | **PORT OF LOADING**<br>YANTIAN, SHENZHEN        07/21/2019 | **PORT OF DISCHARGE**<br>NEW YORK, NY            08/20/2019 |
| | **PORT OF DESTINATION**<br>NEW YORK, NY            08/20/2019 | **FINAL DESTINATION** |
| | **I.T. NUMBER / PLACE** | **I.T. DATE** |

| C. Broker | | |
|---|---|---|
| | **VESSEL / VOYAGE**<br>COSCO EXCELLENCE  V.0UP47E1PL | **CARGO TYPE**<br>CY/CY |
| | **CARGO LOCATION**<br>MAHER TERMINALS LLC / BERTH 64<br>TEL: 908 527-8200   FAX: | **FIRMS CODE**<br>E416 |
| | **Shipper**<br>SHENZHEN BEI TE TRADE CO LTD | |

| CONTAINER NUMBER / SIZE |
|---|
| APHU7253481/40'HQ |

| MARKS AND NUMBERS | PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 839  CTN | GLASSWARE<br>POOPBAG<br>LIFTING PLATFORM<br>FILTER PAPER<br>HARNESS<br>DUVET COVER<br>FILTER ADAPTER CONES<br>ANIMAL FIGURES | 10,678.000<br>KGS<br>23,540.700<br>LBS | 67.000<br>CBM<br>2,366.085<br>CFT |
| | | | **O.B/L REQUIRED:  NO** | |

REMARKS

*** RELEASE ORDER REQUIRED ***

Please make checks payable to:

## FAMOUS TARGET CORP.

1. Please have your customs broker prepare entry immediately, and remit money order or cashier's check for cargo release.
2. The freight will be released within 48 hours upon receipt of your full payment shown below, along with the properly endorsed Original Bill of Lading/FCR.
3. Please call terminal or warehouse to ensure availability of your freight prior to arrangement of pick-up.
4. Free storage is limited to warehouse allowance of free time.  Cargo will be subject to demurrage charges and/or equipment detention charges per local terminal/warehouse tariff.
5. Goods not picked up may be subject to G.O. procedures. All G.O. charges and/or warehouse surcharges are for the account of consignee.
6. If segregation is required, full written instruction must be received prior to vessel arrival. Otherwise, any/all segregation charges are for the account of consignee.

| INVOICE NUMBER:  AR6190716 | |
|---|---|
| HANDLING CHG | 75.00 |
| | |
| | |
| | |
| | |
| | |
| **TOTAL:** | **75.00** |

# FAMOUS TARGET CORP

147-39 175ᵗʰ Street, Suite 215, Jamaica, NY 11434
Tel: (718) 244-8899; Fax: (718) 244-1889
E-Mail: service@famoustarget.com

FMC OTI NO.: 25368NF

## ARRIVAL NOTICE / FREIGHT INVOICE

| Consignee | | |
|---|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET<br>WILMINGTON, DE 19805<br><br>ATTN: NAY<br>TEL: 215-395-8756    FAX: | **PREPARED BY**<br>BRUCE | **DATE**<br>08/16/2019 |
| | **JOB NUMBER**<br>OI-1907273 | **MASTER B/L NUMBER**<br>APLUAJD0385043 |

| Notify | | |
|---|---|---|
| ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DRIVE<br>SAN LEANDRO, CA 94577<br>TEL: 510-347-5555    FAX: 510-347-1555 | **HOUSE B/L NUMBER**<br>SZ19070433 | **AMS #**<br>NCZLSZ19070433 |
| | **PORT OF LOADING**<br>YANTIAN, SHENZHEN    07/21/2019 | **PORT OF DISCHARGE**<br>NEW YORK, NY    08/20/2019 |
| | **PORT OF DESTINATION**<br>NEW YORK, NY    08/20/2019 | **FINAL DESTINATION** |

C. Broker

| | | |
|---|---|---|
| **I.T. NUMBER / PLACE** | | **I.T. DATE** |
| **VESSEL / VOYAGE**<br>COSCO EXCELLENCE  V.0UP47E1PL | | **CARGO TYPE**<br>CY/CY |
| **CARGO LOCATION**<br>MAHER TERMINALS LLC / BERTH 64<br>TEL: 908 527-8200   FAX: | | **FIRMS CODE**<br>E416 |
| **Shipper**<br>SHENZHEN BEI TE TRADE CO LTD | | |

**CONTAINER NUMBER / SIZE**
APHU7253481/40'HQ

| MARKS AND NUMBERS | PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 839 CTN | GLASSWARE<br>POOPBAG<br>LIFTING PLATFORM<br>FILTER PAPER<br>HARNESS<br>DUVET COVER<br>FILTER ADAPTER CONES<br>ANIMAL FIGURES | 10.678.000<br>KGS<br><br>23,540.700<br>LBS | 67.000<br>CBM<br><br>2.366.085<br>CFT |

7355



## ABILITY CUSTOMS BROKERS
13910 DOOLITTLE DRIVE
SAN LEANDRO, CA 94577
PHONE: (510) 347-5555
FAX: (510) 347-1555

Bank of America.

11-35/1210

8/16/2019

PAY TO THE
ORDER OF    FAMOUS TARGET CORP                                          $ **75.00

Seventy-Five and 00/100**********************************************************************************    DOLLARS

FAMOUS TARGET CORP
147-39 175TH ST  SUITE#215
JAMAICA, NY 11434

MEMO    MBL#APLUAJD0385043    REF#10528

AUTHORIZED SIGNATURE

⑈007355⑈  ⑆121000358⑆  325045194708⑈

5. Goods not picked up may be subject to G.O. procedures. All G.O. charges
and/or warehouse surcharges are for the account of consignee.
6. If segregation is required, full written instruction must be received prior to vessel
arrival. Otherwise, any/all segregation charges are for the account of consignee.

TOTAL:    75.00



# Ability Customs Brokers

8/30/19

To: U.S. Department of Homeland Security
U.S. Customs and Border Protection
Port of New York
Att: Fines, Penalties and Forfeitures Team

Fm: Ability Customs Brokers
13910 Doolittle Dr
San Leandro, CA 94577
Tel: 510-347-5555
Tel: 510-347-1555

Re: Entry #9NK-0010528-6
Importer: Eagle Trading LLC
Tax ID: 47-553472400
717 N. Union St, Unit #98
Wilmington, DE 19805

*D2S sent @ 1:44pm*

*9/04/19*

Dear Fines, Penalties and Forfeitures Team,

Ability Customs Brokers is informing U.S. Customs & Border Protection that we did not receive a full payment from Eagle Trading LLC, Taxpayer Identification number 47-553472400 on the payment due date. We will submit all the entry documents to entry team on time without payment.

According to CFR 19 Part 141 and Part 142, the importer failure to comply with the U.S Customs regulation. Please find the enclosed entry document and open a liquidated damage claim against Eagle Trading LLC with a penalty for mitigations issue. Broker office has contacted importer few times per day to remind import's responsibility and informed them with the payment due date information, importer still failure to make payment to broker office beyond the payment deadline on 8/29/19. This is importer's responsibility and no fault on the broker office.

We will forward the payment along with taxpayer tax identification number to U.S. Customs entry summary team with all entry document once we receive a full payment from importer.

Thank you,

May C Chen attn-in-fact

Ability Customs Brokers

**Ability Customs Brokers**
13910 Doolittle Drive, San Leandro, CA 94577
E-Mail: info@abilitycb.com   Website: www.abilitycb.com

Tel: (510) 347-5555
Fax: (510) 347-1555