# EXHIBIT "H-2"

**ABILITY CUSTOMS BROKERS**
13910 DOOLITTLE DR
SAN LEANDRO, CA. 94577
(510)347-5555 FAX: (510)347-1555

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE NO. |
|---|---|---|
| 10492-01 | 10/14/2019 | |

TO

XIYAN ZHANG
EAGLE TRADING USA LLC
717 N UNION ST STE#98
WILMINGTON DE 19805

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| 934 | 14117 / 31122 | SMALL HOUSEHOLD GOODS |

**SHIPPER/CONSIGNEE**

| ORIGIN/DESTINATION | CUSTOMER NUMBER |
|---|---|
| 4601 | 47-553472400 |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 9NK-0010492-5 | 08/13/19 |

| AIRLINE/STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| EGLV EVERGREEN LINE | 08/13/19 |
| OOCL BERLIN | 07/13/19 |

| AWB/BL NO. | HAWB |
|---|---|
| EGLV149902606378 | SZX16124212 |

**REMARKS**

CONTAINER#BMOU4738454
N.Y
REMARKS; CHASSIS , DENTENTION AND
STORAGE ARE UP TO 10/31/2019

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DUTY | 1226.06 |
| ENTRY FEE | 85.00 |
| MESSENGER FEE | 15.00 |
| IS FILING | 25.00 |
| OUT PORT SERVICE CHGS | 35.00 |
| DOCUMENT HANDLING FEE | 145.00 |
| ADDITIONAL CLASSIFICATION | 21.00 |
| FOOD & DRUG CHARGE | 15.00 |
| CARTAGE AND SERVICES | 430.00 |
| TERMINAL GATE FEE | 200.00 |
| CHASSIS RENTAL X 79 DAYS | 2765.00 |
| DETENTION FROM X 75 DAYS | 11250.00 |
| STORAGE X 79 DAYS | 2370.00 |
| **PLEASE PAY THIS AMOUNT** | **18582.06** |

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON REVERSE SIDE.
If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOM PENALTIES.

Form Approved OMB No. 1651-0022
Exp. 03-31-2012

| DEPARTMENT OF HOMELAND SECURITY U.S. Customs and Border Protection **ENTRY SUMMARY** | 1. Filer Code/Entry No. 9NK-0010492-5 | 2. Entry Type 01 ABI/A | 3. Summary Date 08/21/19 048 |
|---|---|---|---|
| | 4. Surety No. 054 | 5. Bond Type 8 | 6. Port Code 4601 | 7. Entry Date 08/12/19 |

| 8. Importing Carrier OOCL BERLIN | 9. Mode of Transport 11 | 10. Country of Origin CN | 11. Import Date 08/13/19 |
|---|---|---|---|
| 12. B/L or AWB No. EGLV149902606378 | 13. Manufacturer ID CNSHEXIN201SHE | 14. Exporting Country CN | 15. Export Date 07/13/19 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57078 | 20. U.S. Port of Unlading 4601 |
| 21. Location of Goods/G.O. No. E364 | 22. Consignee No. SAME | 23. Importer No. 47-553472400 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address EAGLE TRADING USA LLC 717 N UNION ST STE#98 |
|---|---|
| City          State DE   Zip | City WILMINGTON   State DE   Zip 19805 |

| 27. Line No. | 28. Description of Merchandise  29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars   Cents |
|---|---|---|---|---|---|---|
| | (934) CTNS CTNG: 14117.00kg | | | NOT RELATED | | |
| 001 | ARTICLE OF CHINA,US NTE 20 9903.88.03 | | | 288 | 25.0% | 72.00 |
| | ARTICLES OF IRON/STEEL:NSP 7326.90.8688 | 319kg | 150 KG | 288 C57 | 2.90% | 8.35 |
| | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | .34640% .1250% | 1.00 .36 |

| Other Fee Summary for Block 39 499   44.16 501   15.95 | 35. Total Entered Value $ 12751 Total Other Fees $ 60.11 | CBP USE ONLY A. LIQ CODE REASON CODE | B. Ascertained Duty C. Ascertained Tax D. Ascertained Other E. Ascertained Total | **TOTALS** 37. Duty 1165.95 38. Tax .00 39. Other 60.11 40. Total 1226.06 |
|---|---|---|---|---|

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,   OR ☒ owner or purchaser or agent thereof.  I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.   I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME May Chen | TITLE BROKER | SIGNATURE ABILITY CUSTOMS BROKERS,ATTY | DATE 08/09/19 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ABILITY CUSTOMS BROKERS 13910 DOOLITTLE DR SAN LEANDRO, CA. 94577  5103475555 | | 43. Broker/Importer File No. 10492  xxx/Paperless For Paperwork Reduction Act information click below. CONTINUED ON PAGE TWO | CBP Form 7501 (06/09) |

DEPARTMENT OF HOMELAND SECURITY  
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022  
EXP. 03-31-2012

1. Filer Code/Entry No.  
**9NK-0010492-5**

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars   Cents |
|---|---|---|---|---|---|---|
| 002 | ELE FI/DI LI-EM DI LAMP,OT 8539.50.0090 | 7457kg | 5496 NO | 6735 C1321 | 2.0% | 134.70 |
|  | MERCHANDISE PROCESSING FEE |  |  |  | .34640% | 23.33 |
|  | HARBOR MAINTENANCE FEE |  |  |  | .1250% | 8.42 |
| 003 | PRINTER UNITS, OTHER 8443.32.5000 | 388kg | X | 350 C69 |  | NONE |
|  | MERCHANDISE PROCESSING FEE |  |  |  | .34640% | 1.21 |
|  | HARBOR MAINTENANCE FEE |  |  |  | .1250% | .44 |
| 004 | ARTICLE OF CHINA,US NTE 20 9903.88.03 |  |  | 1857 | 25.0% | 464.25 |
|  | BATH/SHOWER FAUCETS,CU,<85 8481.80.1020 | 2056kg | 900 NO 1000 KG | 1857 C364 | 4.0% | 74.28 |
|  | MERCHANDISE PROCESSING FEE |  |  |  | .34640% | 6.43 |
|  | HARBOR MAINTENANCE FEE |  |  |  | .1250% | 2.32 |
| 005 | ARTICLE OF CHINA,US NTE 20 9903.88.02 |  |  | 267 | 25.0% | 66.75 |
|  | PLAST,FLAT,FILM/STRIP,OTHE 3920.99.2000 | 296kg | 200 KG | 267 C51 | 4.20% | 11.21 |
|  | MERCHANDISE PROCESSING FEE |  |  |  | .34640% | .92 |
|  | HARBOR MAINTENANCE FEE |  |  |  | .1250% | .33 |
| 006 | ARTIFI FLOWERS,OF PLAS,OT, 6702.10.4000 | 413kg | 427 NO | 372 C73 | 3.40% | 12.68 |
|  | MERCHANDISE PROCESSING FEE |  |  |  | .34640% | 1.29 |
|  | HARBOR MAINTENANCE FEE |  |  |  | .1250% | .47 |
| 007 | ARTICLE OF CHINA,US NTE 20 9903.88.03 |  |  | 552 | 25.0% | 138.00 |
|  | GL CONT,OTH,MTH DIM>=38MM> 7010.90.5005 | 611kg | 121 GR | 552 C108 |  | NONE |
|  | MERCHANDISE PROCESSING FEE |  |  |  | .34640% | 1.91 |
|  | HARBOR MAINTENANCE FEE |  |  |  | .1250% | .69 |

CONTINUED ON PAGE THREE   CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY  **ENTRY SUMMARY CONTINUATION SHEET**
U.S. Customs and Border Protection

1. Filer Code/Entry No.
**9NK-0010492-5**

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 008 | ARTICLE OF CHINA, US NTE 20 9903.88.03 | | | 484 | 25.0% | 121.00 | |
| | STATIC CONVERTERS, OTHER 8504.40.9580 | 536kg | 30000 NO | 484 C95 | | NONE | |
| | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | .34640% .1250% | 1.68 .61 | |
| 009 | PLASTIC,HOUSEHOLD ARTCLES 3924.90.5650 | 2043kg | 12300 NO 1838 KG | 1845 C362 | 3.40% | 62.73 | |
| | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | .34640% .1250% | 6.39 2.31 | |
| | | | | 12751 | | | |
| | Total Invoice = 12750.16 @1.000000 = 12750.16 Entered Value = 12751 | | | | | | |

CBP Form 7501 (06/09)

## COMMERCIAL INVOICE

| | FROM: | TO: |
|---|---|---|
| | ATT: Shenzhen Xintaiyuan E-commerce Co., Ltd. | ATT: Eagle Trading USA LLC |
| | ADD: Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | ADD: 717 NORTH UNION STREET, WILMINGTON, DE 19805 USA |
| | TEL: +86 13249852678 | TEL: 215-395-8756 |

| | Part Name | 中文品名 | 海关编码 | Qty-Ctns 箱数 | Total GW(kg) 总毛重 | QUANTITY 标数量 | UNIT VALUE | TOTAL VALUE (USD) | 描述 | 材质 |
|---|---|---|---|---|---|---|---|---|---|---|
| A | Clamp | 不锈钢夹 | 4403.12.0040 | 80 | 944 | 480 | 0.60 | 288.00 | for mounting glass | stainless steel |
| B | Lamp | 壁灯 | 8539.50.0090 | 364 | 5170 | 5496 | 1.23 | 6734.76 | Lighting 照明 | Aluminum+PC 铝+PC |
| C | printer | 打印机 | 8443321300 | 1 | 94 | 1 | 350.00 | 350.00 | printing/打印 | PLASTIC,METAL |
| D | Shower Faucet | 淋浴套装 | 8481809000 | 93 | 1316 | 372 | 2.50 | 930.00 | plumbing fixture (卫浴用) | Brass 铜 |
| D | Tub Faucet | 浴缸龙头 | 8481809000 | 55 | 914.5 | 406 | 1.50 | 609.00 | plumbing fixture (卫浴用) | Brass 铜 |
| D | sink faucet | 面盘龙头 | 8481809000 | 21 | 397 | 212 | 1.50 | 318.00 | plumbing fixture (卫浴用) | Brass 铜 |
| E | Window Film | 静电膜 | 3920430090 | 27 | 540 | 891 | 0.30 | 267.30 | 窗户贴膜 | PVC |
| F | Artificial Flowers | 仿真花 | 6702100000 | 14 | 122 | 122 | 1.00 | 122.00 | 装饰/Decoration | 塑料/Plastic |
| F | Artificial Fruits | 仿真水果 | 6702100000 | | | 197 | 1.00 | 197.00 | 装饰/Decoration | 塑料/Plastic |
| F | Artificial Plants | 仿真叶子 | 6702100000 | | | 108 | 0.50 | 54.00 | 装饰/Decoration | 塑料/Plastic |
| G | glass bottle | 玻璃瓶 | 7010909000 | 62 | 879 | 17360 | 0.03 | 551.60 | 用于运输或盛装货物 | 玻璃 |
| H | charging adapter | 家充头 | 8504409510 | 9 | 256.5 | 4500 | 0.02 | 67.50 | 充电charging | PVC |
| I | Charging Cable | 充电线 | 8544422000 | 85 | 1500 | 28640 | 0.01 | 416.00 | 充电charging | PC+COPPER WIRE |
| J | Phone Case | 手机壳 | 3926909990 | 123 | 1984 | 12300 | 0.15 | 1845.00 | 保护手机 protect phone | abs+tpu |
| | | | | 934.00 | 14117.00 | 71085.00 | | 12750.16 | | |

Handwritten annotations (right margin):
7326908688
8539500090
8443325000
8481801020
3920992000
7010900005
8504409580
3926908650

| | | | | |
|---|---|---|---|---|
| 509-5-11 TO 14 | #11-14 | 4 | Artificial Plants | 9.5 |
| 509-6-1 TO 32 | #1-32 | 32 | glass bottle | 17 |
| 509-6-33 TO 33 | #33-33 | 1 | glass bottle | 16 |
| 509-6-34 TO 35 | #34-35 | 2 | glass bottle | 8 |
| 509-6-36 TO 37 | #36-67 | 2 | glass bottle | 14 |
| 509-6-38 TO 62 | #38-62 | 25 | glass bottle | 11 |
| 509-7-1 TO 1 | #1-1 | 1 | printer | 94 |
| 509-8-1 TO 45 | #1-45 | 45 | Charging Cable | 17 |
| 509-8-46 TO 46 | #46-46 | 1 | Phone Case | 11 |
| 509-8-47 TO 103 | #47-103 | 57 | Phone Case | 14 |
| 509-8-104 TO 119 | #104-119 | 16 | Phone Case | 28.5 |
| 509-8-120 TO 149 | #120-149 | 30 | Phone Case | 15.7 |
| 509-8-150 TO 163 | #150-163 | 14 | Phone Case | 24 |
| 509-8-164 TO 200 | #164-200 | 37 | Charging Cable | 16 |
| 509-8-201 TO 212 | #201-212 | 12 | charging adapter Charging Cable | 17 |
| 509-8-213 TO 214 | #213-214 | 2 | Phone Case | 21.5 |
| 509-8-215 TO 217 | #215-217 | 3 | Phone Case | 21.5 |

# PACKING LIST

| ITEM NO/style | CARTON NO | TOTAL CARTON | Content | Weight (kg) |
|---|---|---|---|---|
| 509-1-1 TO 20 | #1-20 | 20 | Lamp | 14.8 |
| 509-1-21 TO 120 | #21-120 | 100 | Lamp | 14 |
| 509-1-121 TO 240 | #121-240 | 120 | Lamp | 14 |
| 509-1-241 TO 320 | #241-320 | 80 | Lamp | 14 |
| 509-1-321 TO 334 | #321-334 | 14 | Lamp | 16 |
| 509-1-335 TO 364 | #335-364 | 30 | Lamp | 15 |
| 509-2-1 TO 80 | #1-80 | 80 | Clamp | 11.8 |
| 509-3-1 TO 85 | #1-85 | 85 | Shower Faucet | 13 |
| 509-3-86 TO 87 | #86-87 | 2 | Shower Faucet | 18.5 |
| 509-3-88 TO 92 | #88-92 | 5 | sink faucet | 19 |
| 509-3-93 TO 100 | #93-100 | 8 | Shower Faucet | 18.5 |
| 509-3-101 TO 101 | #101-101 | 1 | Tub Faucet | 19.5 |
| 509-3-102 TO 110 | #102-110 | 9 | sink faucet | 20 |
| 509-3-111 TO 134 | #111-134 | 24 | Tub Faucet | 17 |
| 509-3-135 TO 161 | #135-161 | 27 | Tub Faucet | 17 |
| 509-3-162 TO 169 | #162-169 | 8 | sink faucet | 22 |
| 509-4-1 TO 27 | #1-27 | 27 | Window Film | 20 |
| 509-5-1 TO 7 | #1-7 | 7 | Artificial Flowers | 7.5 |
| 509-5-8 TO 10 | #8-10 | 3 | Artificial Fruits | 10.5 |




# LONGSAIL USA CORPORATION

**FMC-OTI No. 026296NF** — BILL OF LADING FOR PORT-TO-PORT OR COMBINED TRANSPORT

| SHIPPER | BOOKING NUMBER | BILL OF LADING NUMBER |
|---|---|---|
| SHENZHEN XINTAIYUAN E-COMMERCE CO., LTD.<br>ROOM 201, BUILDING A, NO. 1, QIANWAN 1ST ROAD,<br>QIANHAI-HONG KONG COOPERATION ZONE, QIANHAI, SHENZHEN | 149902606378 | LUCNSZX16124212 |
| | EXPORT REFERENCES | SHIPPER'S REFERENCES |

| CONSIGNEE | AMS NO & MBL NO. |
|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET, WILMINGTON, DE 19805 USA<br>215-395-8756 | |
| | POINT (STATE) OF ORIGIN OR FTZ NUMBER |

| NOTIFY PARTY | For Cargo Delivery, Please Apply To: |
|---|---|
| ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DR<br>SAN LEANDRO, CA 94577<br>T:510-347-5555<br>F:510-347-1555*** | LONGSAIL USA CORPORATION<br>376 LEMON CREEK DRIVE, SUITE B, WALNUT CA 91789<br>EMAIL: INFO.LAX@LONGSAILING.NET<br>TEL:626-386-8828 FAX:626-386-8822<br>CONTACT: IMPORT DEPARTMENT |

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | | | |
|---|---|---|---|---|
| *VESSEL / VOYAGE<br>OOCL BERLIN 028E | *PORT OF LOADING/EXPORT<br>YANTIAN, CHINA | ON BOARD DATE | | |
| *PORT OF UNLOADING<br>NEW YORK, N.Y., UNITED STATES | *PLACE OF DELIVERY<br>NEW YORK, N.Y., UNITED STATES | NUMBER OF ORIGINAL B/L<br>THREE(3) | PLACE OF ISSUE<br>SHENZHEN, CHINA | DATE OF ISSUE |

### CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 934 CARTONS | SHIPPER'S LOAD, COUNT & SEAL<br>ONE (1×40HQ) CONTAINER S.T.C FCL/FCL<br>934 CARTONS<br><br>CLAMP<br>LAMP<br>PRINTER<br>SHOWER FAUCET<br>WINDOW FILM<br>ARTIFICIAL FLOWERS<br>GLASS BOTTLE<br>CHARGING ADAPTER<br>*****SEE ATTACHMENT | 14117.000KGS | 59.500CBM |
| CONTAINER/SEAL NO. :<br>BMOU4739454/EMCWPV7098/40HQ/934 CARTONS/14117.000KGS/59.500CBM | | | | |

SAY ONE (1×40HQ) CONTAINER ONLY

| *APPLICABLE ONLY WHEN DOCUMENT USED AS COMBINED TRANSPORT BILL OF LADING | DECLARED VALUE (FOR AD VALOREM PURPOSE ONLY). (REFER TO CLAUSE 26 ON REVERSE HEREOF) IN US$ | | |
|---|---|---|---|
| | FREIGHT AND CHARGES | | |
| In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder. In witness whereof three (3) bills of lading, all of the tenor and date have been signed, one of which being accomplished, the others to stand void. | DESCRIPTION OF CHARGES | PREPAID | COLLECT |
| | | FREIGHT PREPAID | |
| **BY:**<br>LONGSAIL USA CORPORATION, As Carrier | TOTAL AMOUNT DUE | | |
| **DATE** | | | |



# LONGSAIL USA CORPORATION

| *FMC-OTI No. 026296NF* | BILL OF LADING FOR PORT-TO-PORT OR COMBINED TRANSPORT | | |
|---|---|---|---|
| **SHIPPER**<br>SHENZHEN XINTAIYUAN E-COMMERCE CO., LTD.<br>ROOM 201, BUILDING A, NO. 1, QIANWAN 1ST ROAD,<br>QIANHAI-HONG KONG COOPERATION ZONE, QIANHAI, SHENZHEN | **BOOKING NUMBER**<br>149902606378 | **BILL OF LADING NUMBER**<br>LUCNSZX16124212 | |
| | **EXPORT REFERENCES** | **SHIPPERS REFERENCES** | |
| **CONSIGNEE**<br>EAGLE TRADING USA LLC<br>717 NORTH UNION STREET, WILMINGTON, DE 19805 USA<br>215-395-8756 | **AMS NO & MBL NO.** | | |
| | **POINT (STATE) OF ORIGIN OR FTZ NUMBER** | | |
| **NOTIFY PARTY**<br>ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DR<br>SAN LEANDRO, CA 94577<br>T:510-347-5555<br>F:510-347-1555*** | For Cargo Delivery, Please Apply To:<br>LONGSAIL USA CORPORATION<br>376 LEMON CREEK DRIVE, SUITE B, WALNUT CA 91789<br>EMAIL: INFO.LAX@LONGSAILING.NET<br>TEL:626-386-8828 FAX:626-386-8822<br>CONTACT: IMPORT DEPARTMENT | | |
| ***PRE-CARRIAGE BY*** | ***PLACE OF RECEIPT BY PRE-CARRIER*** | | |
| ***VESSEL / VOYAGE***<br>OOCL BERLIN 028E | ***PORT OF LOADING/EXPORT***<br>YANTIAN, CHINA | **ON BOARD DATE** | |
| ***PORT OF UNLOADING***<br>NEW YORK, N.Y., UNITED STATES | ***PLACE OF DELIVERY***<br>NEW YORK, N.Y., UNITED STATES | **NUMBER OF ORIGINAL B/L**<br>THREE(3) | **PLACE OF ISSUE**<br>SHENZHEN, CHINA | **DATE OF ISSUE** |

| CARRIER'S RECEIPT | | | PARTICULARS FURNISHED BY SHIPPER | | |
|---|---|---|---|---|---|
| **MARKS AND NUMBERS** | **NO. OF PKGS** | **DESCRIPTION OF PACKAGES AND GOODS** | | **GROSS WEIGHT** | **MEASUREMENT** |
| N/M | 934 CARTONS | SHIPPER'S LOAD, COUNT & SEAL<br>ONE (1×40HQ) CONTAINER S.T.C FCL/FCL<br>934 CARTONS<br>CLAMP<br>LAMP<br>PRINTER<br>SHOWER FAUCET<br>WINDOW FILM<br>ARTIFICIAL FLOWERS<br>GLASS BOTTLE<br>CHARGING ADAPTER<br>*****SEE ATTACHMENT | | 14117.000KGS | 59.500CBM |
| CONTAINER/SEAL NO. :<br>BMOU4739454/EMCWPV7098/40HQ/934 CARTONS/14117.000KGS/59.500CBM | | | For and on behalf of<br>LONG SAIL SHIPPING LINE S.A. LIMITED<br>**TELEX RELEASED** | | |
| | | | | | SAY ONE (1×40HQ) CONTAINER ONLY |

| * APPLICABLE ONLY WHEN DOCUMENT USED AS COMBINED TRANSPORT BILL OF LADING | DECLARED VALUE (FOR AD VALOREM PURPOSE ONLY).<br>(REFER TO CLAUSE 26 ON REVERSE HEREOF) IN US$ | | |
|---|---|---|---|
| | **FREIGHT AND CHARGES** | | |
| In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder. In witness whereof three (3) bills of lading all of the tenor and date has been signed, one of which being accomplished, the others to stand void. | **DESCRIPTION OF CHARGES** | **PREPAID** | **COLLECT** |
| | | FREIGHT PREPAID | |
| **BY:**<br>LONGSAIL USA CORPORATION. As Carrier | **TOTAL AMOUNT DUE** | | |
| **DATE** | | | |



**LONGSAIL USA CORPORATION**
376 LEMON CREEK DRIVE, STE B, WALNUT, CA 91789
Prepared by TONY MO   08/09/2019 13:30
TEL: 626-386-8828 FAX: 626-386-8822 EMAIL: INFO.LAX@LONGSAILING.NET

# ARRIVAL NOTICE / FREIGHT INVOICE

| SHIPPER | MASTER B/L NO. | HOUSE B/L NO. |
|---|---|---|
| SHENZHEN XINTAIYUAN E-COMMERCE CO., LTD. | EGLV149902606378 | LUCNSZX16124212 |
| | FILING NO. | CUSTOMER REFERENCE NO. |
| | LSOI106528 | LSSZEC190704868 |
| | AMS B/L NO. | ISF NO. |
| | LUCNSZX16124212 | |

| CONSIGNEE | VESSEL INFO. | SUB B/L NO. |
|---|---|---|
| EAGLE TRADING USA LLC | OOCL BERLIN 028E | BY MINNIE |
| 717 NORTH UNION STREET | PORT OF LOADING | ETD |
| WILMINGTON, DE 19805 UNITED STATES | YANTIAN, CHINA | 07/13/2019 |
| ATTN:XIYAM (INFO@ABILITYCB.COM) | PORT OF DISCHARGE | ETA |
| TEL:215-395-8700 | NEW YORK, NY | 08/13/2019 |

| NOTIFY PARTY | PLACE OF DELIVERY | ETA |
|---|---|---|
| ABILITY CUSTOMS BROKER | NEW YORK, NY | 08/13/2019 |
| 13910 DOOLITTLE DRIVE | FINAL DESTINATION | ETA |
| SAN LEANDRO, CA 94577 UNITED STATES | NEW YORK, NY | 08/13/2019 |
| ATTN:MAY C (INFO@ABILITYCB.COM) | I.T. NO. & PLACE | I.T. DATE |
| TEL:510-347-1555 | | |

| CUSTOMS BROKER | CY LOCATION | FIRMS CODE |
|---|---|---|
| | MAHER TERMINAL BERTH64 | E416 |
| | FREIGHT LOCATION | |
| | MAHER TERMINAL BERTH64 T : (908) 527-8200 / 8400 | |
| | FIRMS CODE | AVAILABLE DATE | LAST FREE DATE | G.O. DATE |
| | E416 | | | |

| CONTAINER NO./SEAL NO. MARKS & NUMBERS | NO.OF PACKAGES NO. OF CONTAINERS | DESCRIPTION OF GOODS | | WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| BMOU4739454/EMCWPV7098 | 934 CARTON(S) | CLAMP LAMP PRINTER | $3.5 X | 14,117.00 KGS $4940⁹ | 59.500 CBM |
| | 40HC X 1 | SHOWER FAUCET WINDOW FILM ARTIFICIAL FLOWERS GLASS BOTTLE CHARGING ADAPTER | | 31,122.66 LBS | 2,101.332 CFT |
| | | | | EXPRESS RELEASE | |
| | | | | CY/CY | |

| REMARK | | |
|---|---|---|
| TO ALL CUSTOMERS: | **Invoice No : LSD107459** | **Due Date: 08/08/2019** |
| 1. PLEASE MAKE A CHECK PAYABLE TO "LONGSAIL USA CORPORATION" | DESCRIPTION OF CHARGES | Amount |
| 2. WE WILL RELEASE THE FREIGHT UPON RECEIVING YOUR FULL PAYMENT AS SHOWN ABOVE AND YOUR PROPERLY ENDORSED ORIGINAL BILL OF LADING. | HANDLING CHARGE | 65.00 |
| 3. ALL STORAGE CHARGE AND DEMURRAGE CHARGES ARE FOR THE ACCOUNT OF THE ULTIMATE CONSIGNEE TO WHOM THIS FREIGHT IS RELEASED. | CHASSIS FEE | 80.00 |
| 4. WE DO NOT ACCEPT FAXED COPIES OF ORIGINAL B/L OR FAXED COPIES OF CHECK FOR RELEASE. | | |
| 5. PLEASE ALLOW MINIMUM OF 24 HOURS IN ORDER TO RELEASE THE SHIPMENT AFTER RECEIVING YOUR CHECK AND ORIGINAL B/L. | | |
| 6. PLEASE CALL WAREHOUSE/TERMINAL FOR CARGO AVAILABILITY PRIOR TO PICK UP. | | |
| - IF FREIGHT HAS BEEN DAMAGED, YOU MUST FILE CLAIMS WITHIN 10 DAYS FROM DELIVERED DATE WITH ORIGINAL DOCUMENTS. OTHERWISE, YOUR CLAIMS WILL NOT BE PROCESSED AND WILL BE DECLINED. | | |
| | **TOTAL DUE** | **145.00** |
| | **PLEASE PAY THIS AMOUNT    USD** | **145.00** |



# LONGSAIL USA CORPORATION
376 LEMON CREEK DRIVE, STE B, WALNUT, CA 91789
Prepared by TONY MO   08/07/2019 17:26
TEL: 626-386-8828 FAX: 626-386-8822 EMAIL: INFO.LAX@LONGSAILING.NET

## ARRIVAL NOTICE / FREIGHT INVOICE

| SHIPPER | MASTER B/L NO. | HOUSE B/L NO. |
|---|---|---|
| SHENZHEN XINTAIYUAN E-COMMERCE CO., LTD. | EGLV149902606378 | LUCNSZX16124212 |
| | FILING NO. | CUSTOMER REFERENCE NO. |
| | LSOI106528 | LSSZEC190704868 |
| | AMS B/L NO. | ISF NO. |
| | LUCNSZX16124212 | |

| CONSIGNEE | VESSEL INFO. | SUB B/L NO. | |
|---|---|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET<br>WILMINGTON, DE 19805 UNITED STATES<br>ATTN:XIYAM (INFO@ABILITYCB.COM)<br>TEL:215-395-8700 | OOCL BERLIN 028E | BY MINNIE | |
| | PORT OF LOADING | | ETD |
| | YANTIAN,CHINA | | 07/13/2019 |
| | PORT OF DISCHARGE | | ETA |
| | NEW YORK, NY | | 08/13/2019 |
| NOTIFY PARTY | PLACE OF DELIVERY | | ETA |
| ABILITY CUSTOMS BROKER<br>13910 DOOLITTLE DRIVE<br>SAN LEANDRO, CA 94577 UNITED STATES<br>ATTN:MAY C (INFO@ABILITYCB.COM)<br>TEL:510-347-1555 | NEW YORK, NY | | 08/13/2019 |
| | FINAL DESTINATION | | ETA |
| | NEW YORK, NY | | 08/12/2019 |
| | I.T. NO. & PLACE | | I.T. DATE |
| CUSTOMS BROKER | CY LOCATION | | FIRMS CODE |
| | FREIGHT LOCATION | | |
| | FIRMS CODE | AVAILABLE DATE | LAST FREE DATE | G.O. DATE |

| CONTAINER NO./SEAL NO.<br>MARKS & NUMBERS | NO.OF PACKAGES<br>NO. OF CONTAINERS | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| BMOU4739454/EMCWPV7098 | 934 CARTON(S) | CLAMP<br>LAMP<br>PRINTER | 14,117.00 KGS | 59.500 CBM |
| | 40HC X 1 | SHOWER FAUCET | 31,122.66 LBS | 2,101.332 CFT |

7296



**ABILITY CUSTOMS BROKERS**
13910 DOOLITTLE DRIVE
SAN LEANDRO, CA 94577
PHONE: (510) 347-5555
FAX: (510) 347-1555

Bank of America

11-35/1210

8/8/2019

$  **145.00

PAY TO THE ORDER OF   LONGSAIL USA CORP.

One Hundred Forty-Five and 00/100************************************************************************ DOLLARS

LONGSAIL USA CORP.
376 LEMON CREEK DR.STE B
WALNUT CA 91789

AUTHORIZED SIGNATURE

MEMO   MBL#EGLV1499002606378    REF# 10492

⑆007296⑆ ⑉121000358⑉ 325045194708⑈

| | TOTAL DUE | 145.00 |
|---|---|---|
| | PLEASE PAY THIS AMOUNT   USD | 145.00 |



# Ability Customs Brokers

D2J sent @ 05:06 PM
08/27

8/22/19

To: U.S. Department of Homeland Security
U.S. Customs and Border Protection
Port of New York/New Jersey
Att: Fines, Penalties and Forfeitures Team

Fm: Ability Customs Brokers
13910 Doolittle Dr
San Leandro, CA 94577
Tel: 510-347-5555
Tel: 510-347-1555

Re: Entry #9NK-0010492-5
Importer: Eagle Trading LLC
Tax ID: 47-553472400
717 N. Union St, Unit #98
Wilmington, DE 19805

Dear Fines, Penalties and Forfeitures Team,

Ability Customs Brokers is informing U.S. Customs & Border Protection that we did not receive a full payment from Eagle Trading LLC, Tax payer Identification number 47-553472400 on the payment due date. We will submit all the entry documents to entry team on time without payment.

According to CFR 19 Part 141 and Part 142, the importer failure to comply with the U.S Customs regulation. Please find the enclosed entry document and open a liquidated damage claim against Eagle Trading LLC with a penalty for mitigations issue. Broker office has contacted importer few times per day to remind import's responsibility and informed them with the payment due date information, importer still failure to make payment to broker office beyond the payment deadline on 8/22/19. This is importer's responsibility and no fault on the broker office.

We will forward the payment along with taxpayer tax identification number to U.S. Customs entry summary team with all entry document once we receive a full payment from importer.

Thank you,

May C Chen attn-in-fact

Ability Customs Brokers



**Ability Customs Brokers**
13910 Doolittle Drive, San Leandro, CA 94577
E-Mail: info@abilitycb.com   Website: www.abilitycb.com

Tel: (510) 347-5555
Fax: (510) 347-1555