# EXHIBIT "H-3"

# ABILITY CUSTOMS BROKERS

13910 DOOLITTLE DR
SAN LEANDRO, CA. 94577
(510)347-5555 FAX: (510)347-1555

TO

XIYAN ZHANG
EAGLE TRADING USA LLC
717 N UNION ST STE#98
WILMINGTON DE 19805

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE NO. |
|---|---|---|
| 10461-01 | 10/14/2019 | |

| PIECES | WEIGHT | DESCRIPTION | |
|---|---|---|---|
| 654 | 7907 17432 | SMALL HOUSEHOLD ITEMS | |

**SHIPPER/CONSIGNEE**

| ORIGIN/DESTINATION | CUSTOMER NUMBER |
|---|---|
| 4601 | 47-553472400 |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 9NK-0010461-0 | 08/14/19 |

| AIRLINE/STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| EGLV EVERGREEN LINE | 08/06/19 |
| COSCO SHIPPING | 07/07/19 |

| AWB/BL NO. | HAWB |
|---|---|
| EGLV149902606319 | SZX16124183 |

**REMARKS**

CONTAINER# BMOU5390536
N.Y
REMARKS; CHASSIS , DETENTION AND
STORAGE ARE UP TO 10/31/2019

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DUTY | 297.01 |
| ENTRY FEE | 85.00 |
| MESSENGER FEE | 15.00 |
| IS FILING | 25.00 |
| OUT PORT SERVICE CHGS | 35.00 |
| DOCUMENT HANDLING FEE | 145.00 |
| CUSTOMS EXAM | 1841.12 |
| EXPRESS MAIL | 35.00 |
| FOOD & DRUG CHARGE | 15.00 |
| ADDITIONAL CLASSIFICATION | 7.00 |
| CARTAGE AND SERVICES | 430.00 |
| TERMINAL GATE FEE | 200.00 |
| CHASSIS RENTAL X 78 DAYS | 2730.00 |
| STORAGE X 78 DAYS | 2340.00 |
| DETENTION X 74 DAYS | 11100.00 |
| **PLEASE PAY THIS AMOUNT** | 19300.13 |

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON REVERSE SIDE.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOM PENALTIES.

OMB No. 1651-0022
EXP. 03-31-2012

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

# ENTRY SUMMARY

| 1. Filer Code/Entry No. 9NK-0010461-0 | 2. Entry Type 01 ABI/A | 3. Summary Date 08/15/19 048 |
|---|---|---|
| 4. Surety No. 054 | 5. Bond Type 8 | 6. Port Code 4601 | 7. Entry Date 08/06/19 |

| 8. Importing Carrier COSCO SHIPPING PEONY | 9. Mode of Transport 11 | 10. Country of Origin CN | 11. Import Date 08/06/19 |
|---|---|---|---|
| 12. B/L or AWB No. EGLV149902606319 | 13. Manufacturer ID CNSHEBEI409SHE | 14. Exporting Country CN | 15. Export Date 07/07/19 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57078 | 20. U.S. Port of Unlading 4601 |
| 21. Location of Goods/G.O. No. E416 | 22. Consignee No. SAME | 23. Importer No. 47-553472400 | 24. Reference No. |

25. Ultimate Consignee Name and Address

City      State DE      Zip

26. Importer of Record Name and Address

EAGLE TRADING USA LLC
717 N UNION ST STE#98

City WILMINGTON      State DE      Zip 19805

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars    Cents |
|---|---|---|---|---|---|---|
|  | (654) CTNS  CTNG: 7907.00kg |  |  | NOT RELATED |  |  |
| 001 | ARTIFI FLOWERS,OF PLAS,OT, 6702.10.4000 | 538kg | 276 NO | 365 C143 | 3.40% | 12.41 |
|  | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE |  |  |  | .34640% .1250% | 1.26 .46 |
| 002 | OTHER PLASTIC MAT;OTH,OTHE 3926.90.9990 | 150kg | 2040 NO 135 KG | 102 C39 | 5.30% | 5.41 |
|  | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE |  |  |  | .34640% .1250% | .35 .13 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | TOTALS |
|---|---|---|---|
| 499    26.22 501    6.72 | $ 5368 | A. LIQ CODE | B. Ascertained Duty | 37. Duty 264.07 |
|  | Total Other Fees $ 32.94 | REASON CODE | C. Ascertained Tax | 38. Tax .00 |
|  |  |  | D. Ascertained Other | 39. Other 32.94 |
|  |  |  | E. Ascertained Total | 40. Total 297.01 |

36. DECLARATION OF IMPORTER OF RECORD
(OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME May Chen | TITLE BROKER | SIGNATURE ABILITY CUSTOMS BROKERS,ATTY | DATE 08/05/19 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ABILITY CUSTOMS BROKERS 13910 DOOLITTLE DR SAN LEANDRO, CA. 94577  5103475555 | 43. Broker/Importer File No. 10461   xxx/Paperless | | |

For Paperwork Reduction Act information click below.
CONTINUED ON PAGE TWO

CBP Form 7501 (06/09)

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 03-31-2012

1. Filer Code/Entry No.
9NK-0010461-0

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD No. / 30. A. Grossweight B. Manifest Qty. / 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|
| 003 | OTHER PILLOWS, CUSHIONS ET<br>9404.90.2000   3682kg   5000 NO | 2500<br>C978 | 6.0%<br>.34640%<br>.1250% | 150.00<br>8.66<br>3.13 |
|  | MERCHANDISE PROCESSING FEE<br>HARBOR MAINTENANCE FEE |  |  |  |
| 004 | ARTICLE OF CHINA, US NTE 20<br>9903.88.03 | 385 | 25.0% | 96.25 |
|  | NOTEBK, BOUND, OF PAP/PPRBRD<br>4820.10.2060   567kg   769 NO | 385<br>C151 |  | NONE |
|  | MERCHANDISE PROCESSING FEE<br>HARBOR MAINTENANCE FEE |  | .34640%<br>.1250% | 1.33<br>.48 |
| 005 | OTHER, OTHER, OTHER TOYS,<br>9503.00.0090   2970kg   X | 2016<br>C789 |  | NONE |
|  | MERCHANDISE PROCESSING FEE<br>HARBOR MAINTENANCE FEE |  | .34640%<br>.1250% | 6.98<br>2.52 |
|  |  | ---------<br>5368 |  |  |

```
Total Invoice        =   5367.50
@1.000000            =   5367.50
Entered Value        =   5368
```

CBP Form 7501 (06/09)

## COMMERCIAL INVOICE

| FROM: | TO: |
|---|---|
| ATT: Shenzhen Bei te Trade Co Ltd | ATT: Eagle Trading USA LLC |
| ADD: SED Industrial Zone 409, huafa north road futian Shenzhen | ADD: 717 NORTH UNION STREET, WILMINGTON, DE 19805 USA |
| TEL: 0755-83769509 | TEL: 215-395-8756 |

| | Part Name | 中文品名 | 海关编码 | Qty Ctns 箱数 | Total GW(kg) 总毛重 | QUANTITY 总数量 | UNIT VALUE | TOTAL VALUE (USD) | 用途 | | 材质 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Pedestal for Flowers | 花托 | 3926400000 | 83 | 1261 | 1328 | 0.10 | 132.80 /7.65 | 装饰/装饰/dec or | "plastic/塑料" | | 6702-10.4000 |
| b | Plastic Plant | 仿真塑料植物 | 6702100000 | 129 | 1612.5 | 1548 | 0.15 | 232.20 | 装饰/装饰/dec or | "plastic/塑料" | | 3926 40.9990 |
| B | Plastic Doll Eyes | 玩偶眼睛 | 7018900000 | 102 | 1360.5 | 2040 | 0.05 | 102.00 | 手工配件(art making) | 塑料 (plastic) | | 9404 90.2000 |
| C | Travel Pillow | 旅行枕 | 9404909000 | 250 | 2000 | 5000 | 0.50 | 2500.00 | 睡觉 sleep | 记忆棉 memory foam | | 4820 10.2060 |
| D | Notebook | 笔记本 | 4820.10.20 | 20 | 413 | 769 | 0.50 | 384.50 | record | 纸+皮革 | | 9503.00.0090 |
| E | Plastic Toy | 塑料玩具 | 950300 | 70 | 1260 | 1260 | 1.60 | 2016.00 | Toy/玩具 | ABS toy | | |
| | | | | 654.00 | 7907.00 | 11945.00 | | 5367.50 — TEV | | | | |

# PACKING LIST

| ITEM NO/style | CARTON NO | TOTAL CARTON | Content | Weight (kg) |
|---|---|---|---|---|
| 506-1-1 TO 250 | #1-250 | 250 | Travel Pillow | 8 |
| 506-2-1 TO 70 | #1-70 | 70 | Plastic Toy | 18 |
| 506-3-1 TO 34 | #1-34 | 34 | Pedestal for Flowers | 12.5 |
| 506-3-35 TO 64 | #35-64 | 30 | Plastic Doll Eyes | 17 |
| 506-3-65 TO 238 | #65-238 | 174 | Pedestal for Flowers Plastic Plant | 12.5 |
| 506-3-239 TO 253 | #239-253 | 15 | Plastic Doll Eyes | 18 |
| 506-3-254 TO 314 | #254-314 | 61 | Plastic Doll Eyes | 14 |
| 506-4-1 TO 1 | #1-1 | 1 | Notebook | 15 |
| 506-4-2 TO 2 | #2-2 | 1 | Notebook | 11 |
| 506-4-3 TO 20 | #3-20 | 18 | Notebook | 21.5 |



# LONGSAIL USA CORPORATION

**FMC-OTI No. 026296NF**   BILL OF LADING FOR PORT-TO-PORT OR COMBINED TRANSPORT

| SHIPPER | BOOKING NUMBER | BILL OF LADING NUMBER |
|---|---|---|
| SHENZHEN BEI TE TRADE CO LTD<br>SED INDUSTRIAL ZONE 409,HUAFA NORTH ROAD FUTIAN<br>SHENZHEN<br>0755-83769509 | 149902606319 | LUCNSZX16124183 |
| | EXPORT REFERENCES | SHIPPER'S REFERENCES |

| CONSIGNEE | AMS NO & MBL NO. |
|---|---|
| EAGLE TRADING USA LLC<br>717 NORTH UNION STREET, WILMINGTON, DE 19805 USA<br>215-395-8756 | |
| | POINT (STATE) OF ORIGIN OR FTZ NUMBER |

| NOTIFY PARTY | For Cargo Delivery, Please Apply To: |
|---|---|
| ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DR<br>SAN LEANDRO, CA 94577<br>T:510-347-5555<br>F:510-347-1555*** | LONGSAIL USA CORPORATION<br>376 LEMON CREEK DRIVE, SUITE B, WALNUT CA 91789<br>EMAIL: INFO.LAX@LONGSAILING.NET<br>TEL:626-386-8828 FAX:626-386-8822<br>CONTACT: IMPORT DEPARTMENT |

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | | |
|---|---|---|---|
| *VESSEL / VOYAGE<br>COSCO SHIPPING PEONY 006E | *PORT OF LOADING/EXPORT<br>YANTIAN, CHINA | ON BOARD DATE | |
| *PORT OF UNLOADING<br>NEW YORK,N.Y.,UNITED STATES | *PLACE OF DELIVERY<br>NEW YORK,N.Y.,UNITED STATES | NUMBER OF ORIGINAL B/L<br>THREE(3) | PLACE OF ISSUE<br>SHENZHEN,CHINA | DATE OF ISSUE |

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 654 CARTONS | SHIPPER'S LOAD,COUNT & SEAL | 7907.000KGS | 69.000CBM |
| | | ONE (1×40HQ) CONTAINER S.T.C FCL/FCL<br>654 CARTONS<br>PEDESTAL FOR FLOWERS<br>PLASTIC PLANT<br>PLASTIC DOLL EYES<br>TRAVEL PILLOW<br>NOTEBOOK<br>PLASTIC TOY<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.<br>***EMAIL:INFO@ABILITYCB.COM | | |
| CONTAINER/SEAL NO. :<br>BMOU5390536/EMCWP57608/40HQ/654 CARTONS/7907.000KGS/69.000CBM | | | | |

For and on behalf of
**LONG SAIL SHIPPING LINE S.A. LIMITED**
**TELEX RELEASED**

SAY ONE (1×40HQ) CONTAINER ONLY

*APPLICABLE ONLY WHEN DOCUMENT USED AS COMBINED TRANSPORT BILL OF LADING

DECLARED VALUE (FOR AD VALOREM PURPOSE ONLY).
(REFER TO CLAUSE 26 ON REVERSE HEREOF) IN US$

FREIGHT AND CHARGES

| DESCRIPTION OF CHARGES | PREPAID | COLLECT |
|---|---|---|
| | FREIGHT PREPAID | |
| TOTAL AMOUNT DUE | | |

BY:
LONGSAIL USA CORPORATION, As Carrier

DATE



**LONGSAIL USA CORPORATION**
376 LEMON CREEK DRIVE, STE B, WALNUT, CA 91789
Prepared by TONY MO   08/05/2019 08:29
TEL: 626-386-8828 FAX: 626-386-8822 EMAIL: INFO.LAX@LONGSAILING.NET

# ARRIVAL NOTICE / FREIGHT INVOICE

| SHIPPER | MASTER B/L NO. | HOUSE B/L NO. |
|---|---|---|
| SHENZHEN BEI TE TRADE CO LTD | EGLV149902606319 | LUCNSZX16124183 |
| | FILING NO. | CUSTOMER REFERENCE NO. |
| | LSOI106510 | LSSZEC190615954 |
| | AMS B/L NO. | ISF NO. |
| | LUCNSZX16124183 | |
| CONSIGNEE | VESSEL INFO. | SUB B/L NO. |
| EAGLE TRADING USA LLC | COSCO SHIPPING PEONY 006E | |
| 717 NORTH UNION STREET | PORT OF LOADING | ETD |
| WILMINGTON, DE 19805 UNITED STATES | YANTIAN, CHINA | 07/07/2019 |
| ATTN:XIYAM (INFO@ABILITYCB.COM) | PORT OF DISCHARGE | ETA |
| TEL:215-395-8700 | NEW YORK, NY | 08/06/2019 |
| NOTIFY PARTY | PLACE OF DELIVERY | ETA |
| | NEW YORK, NY | 08/06/2019 |
| | FINAL DESTINATION | ETA |
| | NEW YORK, NY | 08/06/2019 |
| | I.T. NO. & PLACE | I.T. DATE |
| CUSTOMS BROKER | CY LOCATION | FIRMS CODE |
| | FREIGHT LOCATION | |
| | MAHER TERMINAL BERTH64 T : (908) 527-8200 / 8400 | |
| | FIRMS CODE | AVAILABLE DATE | LAST FREE DATE | G.O. DATE |
| | E416 | | | |

| CONTAINER NO./SEAL NO. MARKS & NUMBERS | NO.OF PACKAGES NO. OF CONTAINERS | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| BMOU5390536/EMCWPS7608 | 654 CARTON(S) 40HC X 1 | PEDESTAL FOR FLOWERS PLASTIC PLANT PLASTIC DOLL EYES TRAVEL PILLOW NOTEBOOK PLASTIC TOY | 7,907.00 KGS 17,431.95 LBS | 69.000 CBM 2,436.839 CFT |

ORIGINAL B/L REQUIRED

CY/CY

| REMARK | | |
|---|---|---|
| TO ALL CUSTOMERS: | **Invoice No : LSD107411** | **Due Date: 08/05/2019** |
| 1. PLEASE MAKE A CHECK PAYABLE TO "LONGSAIL USA CORPORATION" | DESCRIPTION OF CHARGES | Amount |
| 2. WE WILL RELEASE THE FREIGHT UPON RECEIVING YOUR FULL PAYMENT AS SHOWN ABOVE AND YOUR PROPERLY ENDORSED ORIGINAL BILL OF LADING. | HANDLING CHARGE | 65.00 |
| 3. ALL STORAGE CHARGE AND DEMURRAGE CHARGES ARE FOR THE ACCOUNT OF THE ULTIMATE CONSIGNEE TO WHOM THIS FREIGHT IS RELEASED. | CHASSIS FEE | 80.00 |
| 4. WE DO NOT ACCEPT FAXED COPIES OF ORIGINAL B/L OR FAXED COPIES OF CHECK FOR RELEASE. | | |
| 5. PLEASE ALLOW MINIMUM OF 24 HOURS IN ORDER TO RELEASE THE SHIPMENT AFTER RECEIVING YOUR CHECK AND ORIGINAL B/L. | | |
| 6. PLEASE CALL WAREHOUSE/TERMINAL FOR CARGO AVAILABILITY PRIOR TO PICK UP. | | |
| - IF FREIGHT HAS BEEN DAMAGED, YOU MUST FILE CLAIMS WITHIN 10 DAYS FROM DELIVERED DATE WITH ORIGINAL DOCUMENTS. OTHERWISE, YOUR CLAIMS WILL NOT BE PROCESSED AND WILL BE DECLINED. | | |
| | TOTAL DUE | 145.00 |
| | PLEASE PAY THIS AMOUNT   USD | 145.00 |

# LONGSAIL USA CORPORATION
376 LEMON CREEK DRIVE, STE B, WALNUT, CA 91789
Prepared by TONY MO   08/05/2019 08:29
TEL: 626-386-8828 FAX: 626-386-8822 EMAIL: INFO.LAX@LONGSAILING.NET

## ARRIVAL NOTICE / FREIGHT INVOICE

| SHIPPER | MASTER B/L NO. | HOUSE B/L NO. |
|---|---|---|
| SHENZHEN BEI TE TRADE CO LTD | EGLV149902606319 | LUCNSZX16124183 |
| | FILING NO. | CUSTOMER REFERENCE NO. |
| | LSOI106510 | LSSZEC190615954 |
| | AMS B/L NO. | ISF NO. |
| | LUCNSZX16124183 | |

| CONSIGNEE | VESSEL INFO. | SUB B/L NO. |
|---|---|---|
| EAGLE TRADING USA LLC | COSCO SHIPPING PEONY 006E | |
| 717 NORTH UNION STREET | PORT OF LOADING | ETD |
| WILMINGTON, DE 19805 UNITED STATES | YANTIAN, CHINA | 07/07/2019 |
| ATTN:XIYAM (INFO@ABILITYCB.COM) | PORT OF DISCHARGE | ETA |
| TEL:215-395-8700 | NEW YORK, NY | 08/06/2019 |
| NOTIFY PARTY | PLACE OF DELIVERY | ETA |
| | NEW YORK, NY | 08/06/2019 |
| | FINAL DESTINATION | ETA |
| | NEW YORK, NY | 08/06/2019 |
| | I.T. NO. & PLACE | I.T. DATE |
| CUSTOMS BROKER | CY LOCATION | FIRMS CODE |
| | FREIGHT LOCATION | |
| | MAHER TERMINAL BERTH64 T : (908) 527-8200 / 8400 | |
| | FIRMS CODE  AVAILABLE DATE  LAST FREE DATE  G.O. DATE | |
| | E416 | |

| CONTAINER NO./SEAL NO. MARKS & NUMBERS | NO.OF PACKAGES NO. OF CONTAINERS | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| BMOU5390536/EMCWPS7608 | 654 CARTON(S) | PEDESTAL FOR FLOWERS PLASTIC PLANT | 7,907.00 KGS | 69.000 CBM |
| | 40HC X 1 | PLASTIC DOLL EYES TRAVEL PILLOW | 17,431.95 LBS | 2,436.839 CFT |



**ABILITY CUSTOMS BROKERS**
13910 DOOLITTLE DRIVE
SAN LEANDRO, CA 94577
PHONE: (510) 347-5555
FAX: (510) 347-1555

Bank of America
11-35/1210

7280

8/5/2019

PAY TO THE ORDER OF    LONGSAIL USA CORP.                                     $ **145.00

One Hundred Forty-Five and 00/100*********************************************************************
DOLLARS

LONGSAIL USA CORP.
376 LEMON CREEK DR.STE B
WALNUT CA 91789

MEMO   MBL#EGLV149902606319      REF# 10461                    AUTHORIZED SIGNATURE

⑇007280⑇ ⑈121000358⑈ 325045194708⑇

| | TOTAL DUE | 145.00 |
|---|---|---|
| | PLEASE PAY THIS AMOUNT   USD | 145.00 |



**H & M INTERNATIONAL TRANSPORTATION, INC.**
700 Belleville Turnpike
Kearny, NJ 07032-4407
Tel: 732-510-2870
Fax: 732-510-2875

# NOTIFICATION OF CHARGES

```
Notice Date: 08-14-19              Exam Date:           08-13-19
Notice Time:  8:09:57              Free Time Expires:   08-19-19

52692   ABILITY CUSTOMS BROKERS    Bill of Lading:  EGLV149902606319
Attention: JENNY                   Entry #:         0135234
TEL: (510)-347-5555                Piece Count:     654
Ref: 9NK00104610                   Weight:          7,907.00

Please be advised that Container#  BMOU 5390536     SEAL# 207488
has been processed by U.S. Customs.

                                   QTY          RATE           TOTAL

Exam Charges-FCL                   1.00   Ea    1165.00        1,165.00
Fuel Surcharge                     1.00   Ea      73.12           73.12
Carrier Pr Diem   8/14/19- 8/14/19 1.00   Days   130.00          130.00
Chassis Stop Off                   1.00   Ea      80.00           80.00
Processing Fee                     1.00   Ea      58.00           58.00
Facility Charge                    1.00   Ea      75.00           75.00
-------------------------------------------------------------------------
Current Charges Due ---                                       $1,581.12
```

STEAMSHIPLINE PER DIEM EXPIRE DATE 08/13/19
**IMPORTANT NOTES WITH REGARD TO INCREMENTAL FEES:**
(Chassis/Equipment Fees, Reefer Monitoring, Per Diem)

**IF YOU ARE GUARANTEEING EXAMINATION FEES:** Your guarantee of charges will be applied to all costs inclusive of all incremental fees until the day of pick up or the last free day, whichever comes first. Units picked-up after the last day of free time will require a supplemental guarantee for charges through the date of delivery.

**IF YOU ARE PAYING BY CHECK OR WIRE TRANSFER:** Please note charges above are calculated for the NOTICE DATE ONLY (above left) – all incremental fees will increase daily past this date until such time as the cargo is picked up from H & M - this INCLUDES dates within the free-time period. Please process your payment mindful of the date your carrier will pick up and apply fees accordingly to avoid unnecessary delays during the delivery process.
This Notification is not an INVOICE. Please make delivery arrangements.

| FOR CARGO AVAILABILITY | SEND GUARANTEES TO: |
|---|---|
| WWW.HMIT.NET | EMAIL: HMCUSTOMERSERVICE@HMIT.NET |
| 732-510-2870 | FAX: 732-510-2875 |

info@abilitycb.com

| | |
|---|---|
| From: | Lauren Foster <lfoster@hmit.net> |
| Sent: | Thursday, August 15, 2019 9:20 AM |
| To: | info@abilitycb.com; Rhonda Mozeika |
| Cc: | H&M Customer Service; H&M CES Traffic Dept; H&M CES Routing Dept |
| Subject: | RE: Notification => B/O/L: EGLV149902606319; Container: BMOU 5390536; Vessel: COSCO SHIPPING PEONY; Voyage#: 006E |

See below for charges due per date

| | |
|---|---|
| CES Container: | BMOU 5390536 |
| Bill of Lading : | *********319 |
| Pieces: | 654 |
| Package: | CTN |
| Weight (lbs): | 17,431.95 |
| Container Size (feet) : | 40 |
| Freight Type: | Full Container |
| Freight Release: | YES |
| US Customs Release: | YES |
| Exam Status: | Available for Pickup |
| Available for Pickup: | YES |
| Location: (A) | H&M International<br>700 Belleville Turnpike<br>Kearny, NJ |



**ABILITY CUSTOMS BROKERS**
13910 DOOLITTLE DRIVE
SAN LEANDRO, CA 94577
PHONE: (510) 347-5555
FAX: (510) 347-1555

Bank of America
11-35/1210

7347
8/15/2019

PAY TO THE ORDER OF  H&M INTERNATIONAL TRANSPORTATION         $ **1,841.12

One Thousand Eight Hundred Forty-One and 12/100************************************************************
_____DOLLARS

H&M INTERNATIONAL TRANSPORTATION
700 BELLEVILLE TURNPIKE
KEARNY, NJ 07032-4407

MEMO   CONTAINER#BMOU5390536   REF# 10461              AUTHORIZED SIGNATURE

⑈007347⑈ ⑆121000358⑆ 325045194708⑈

| Chassis | | | | | |
|---|---|---|---|---|---|
| Total Due at Pickup | $1,711.12 | $1,841.12 | $1,971.12 | $2,101.12 | $2,271.12 |

Thank you,

**Ability Customs Brokers**

---

| | |
|---|---|
| From: | Yang.Huang <OP@ameriwaycorp.com> |
| Sent: | Wednesday, July 3, 2019 7:49 PM |
| To: | 美国报关—MAY（新） |
| Subject: | 附件149902606319此票ISF和提单 |
| Attachments: | 149902606319-BOL.pdf; 149902606319-ISF.txt |

Dear MAY

附件 149902606319 此票 ISF 和提单，开船时间：，请安排及时申报。

**Best Regard,**

Huang Yang

LTAmeriway

OP@AmeriwayCorp.com
**Tel: 0755-83769509**
Room 4033, Shenzhou Computer Building, No. 2, Bell Road, Longgang District, Shenzhen, China

1

Case 1:19-cv-09407-VSB-VF   Document 144-12   Filed 06/24/22   Page 13 of 13



# Ability Customs Brokers

*TRS Sent @ 05:07 pm*

*08/27*

8/27/19

To: U.S. Department of Homeland Security
U.S. Customs and Border Protection
Port of New York/New Jersey
Att: Fines, Penalties and Forfeitures Team

Fm: Ability Customs Brokers
13910 Doolittle Dr
San Leandro, CA 94577
Tel: 510-347-5555
Tel: 510-347-1555

Re: Entry #9NK-0010461-0
Importer: Eagle Trading LLC
Tax ID: 47-553472400
717 N. Union St, Unit #98
Wilmington,  DE  19805

Dear Fines, Penalties and Forfeitures Team,

Ability Customs Brokers is informing U.S. Customs & Border Protection that we did not receive a full payment from Eagle Trading LLC, Tax payer Identification number 47-553472400 on the payment due date. We will submit all the entry documents to entry team on time without payment.

According to CFR 19 Part 141 and Part 142, the importer failure to comply with the U.S Customs regulation. Please find the enclosed entry document and open a liquidated damage claim against Eagle Trading LLC with a penalty for mitigations issue. Broker office has contacted importer few times per day to remind import's responsibility and informed them with the payment due date information, importer still failure to make payment to broker office beyond the payment deadline on 8/27/19. This is importer's responsibility and no fault on the broker office.

We will forward the payment along with taxpayer tax identification number to U.S. Customs entry summary team with all entry document once we receive a full payment from importer.

Thank you,

May C Chen attn-in-fact

*[signature]*

Ability Customs Brokers
**Ability Customs Brokers**
13910 Doolittle Drive, San Leandro, CA 94577
E-Mail: info@abilitycb.com    Website: www.abilitycb.com

Tel: (510) 347-5555
Fax: (510) 347-1555