# EXHIBIT "H-4"

**ABILITY CUSTOMS BROKERS**
13910 DOOLITTLE DR
SAN LEANDRO, CA. 94577
(510)347-5555 FAX: (510)347-1555

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE NO. |
|---|---|---|
| 10498-01 | 10/14/2019 | |

TO

XIYAN ZHANG
EAGLE TRADING USA LLC
717 N UNION ST STE#98
WILMINGTON DE 19805

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| | 10691 | |
| 764 | 23569 | SMALL HOUSEHOLD ITEM |

SHIPPER/CONSIGNEE

| ORIGIN/DESTINATION | CUSTOMER NUMBER |
|---|---|
| 4601 | 47-553472400 |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 9NK-0010498-2 | 08/16/19 |

| AIRLINE/STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| HLCU HAPAG-LLOYD AMERICA | 08/16/19 |
| MONACO BRIDGE | 08/16/19 |

| AWB/BL NO. | HAWB |
|---|---|
| HLCUSZX1906BQSC3 | SZ19070369 |

REMARKS

CONTAINER# HLXU8057236
N.Y
REMARKS : CHASSIS, STORAGE FEE AND
DETENTION ARE UP TO 10/31/2019

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| DUTY | 428.49 |
| ENTRY FEE | 85.00 |
| MESSENGER FEE | 15.00 |
| IS FILING | 25.00 |
| OUT PORT SERVICE CHGS | 35.00 |
| DOCUMENT HANDLING FEE | 75.00 |
| FOOD & DRUG CHARGE | 15.00 |
| ADDITIONAL CLASSIFICATION | 10.50 |
| CARTAGE AND SERVICES | 430.00 |
| TERMINAL GATE FEE | 200.00 |
| CHASSIS RENTAL X 72 DAYS | 2520.00 |
| STORAGE X 72 DAYS | 2160.00 |
| DETENTION FROM CARRIER X 69 | 10350.00 |
| PLEASE PAY THIS AMOUNT | 16348.99 |

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON REVERSE SIDE.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker.

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOM PENALTIES.

Form Approved OMB No. 1651-0022
EXP. 03-31-2012

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| Field | Value |
|---|---|
| 1. Filer Code/Entry No. | 9NK-0010498-2 |
| 2. Entry Type | 01 ABI/A |
| 3. Summary Date | 08/27/19 048 |
| 4. Surety No. | 054 |
| 5. Bond Type | 8 |
| 6. Port Code | 4601 |
| 7. Entry Date | 08/16/19 |
| 8. Importing Carrier | MONACO BRIDGE |
| 9. Mode of Transport | 11 |
| 10. Country of Origin | CN |
| 11. Import Date | 08/16/19 |
| 12. B/L or AWB No. | HLCUSZX1906BQSC3 |
| 13. Manufacturer ID | CNSHEBEI409SHE |
| 14. Exporting Country | CN |
| 15. Export Date | 08/16/19 |
| 16. I.T. No. | |
| 17. I.T. Date | |
| 18. Missing Docs | |
| 19. Foreign Port of Lading | 57078 |
| 20. U.S. Port of Unlading | 4601 |
| 21. Location of Goods/G.O. No. | E364 |
| 22. Consignee No. | SAME |
| 23. Importer No. | 47-553472400 |
| 24. Reference No. | |

25. Ultimate Consignee Name and Address
City           State DE    Zip

26. Importer of Record Name and Address
EAGLE TRADING USA LLC
717 N UNION ST STE#98
City WILMINGTON   State DE   Zip 19805

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | |
| | (764) CTNS  CTNG: 10691.00kg | | | NOT RELATED | | |
| 001 | ARTICLE OF CHINA, US NTE 20 9903.88.03 | | | 288 | 25.0% | 72.00 |
| | ARTICLES OF IRON/STEEL:NSP 7326.90.8688 | 241kg | 150 KG | 288 C41 | 2.90% | 8.35 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 1.00 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | .36 |

Other Fee Summary for Block 39
499    44.16
501    15.94

35. Total Entered Value
$   12750
Total Other Fees
$   60.10

**CBP USE ONLY**
A. LIQ CODE
REASON CODE
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

TOTALS
37. Duty      368.39
38. Tax         .00
39. Other      60.10
40. Total     428.49

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| May Chen | BROKER | ABILITY CUSTOMS BROKERS, ATTY | 10/14/19 |

42. Broker/Filer Information (Name, address, phone number)
ABILITY CUSTOMS BROKERS
13910 DOOLITTLE DR
SAN LEANDRO, CA. 94577  5103475555

43. Broker/Importer File No.
10498  xxx/Paperless

For Paperwork Reduction Act information click below.
CONTINUED ON PAGE TWO

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY  
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

OMB No. 1651-0022  
EXP. 03-31-2012

1. Filer Code/Entry No.  
9NK-0010498-2

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 002 | ELE FI/DI LI-EM DI LAMP,OT 8539.50.0090 | 5647kg | 5496 NO | 6735 C951 | 2.0% | 134 | 70 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 23 | 33 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 8 | 42 |
| 003 | PRINTER UNITS, OTHER 8443.32.5000 | 2719kg | X | 3243 C458 | | NONE | |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 11 | 23 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 4 | 05 |
| 004 | ARTICLE OF CHINA,US NTE 20 9903.88.02 | | | 267 | 25.0% | 66 | 75 |
| | PLAST,FLAT,FILM/STRIP,OTHE 3920.99.2000 | 224kg | 200 KG | 267 C37 | 4.20% | 11 | 21 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | | 92 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 33 |
| 005 | ARTIFI FLOWERS,OF PLAS,OT, 6702.10.4000 | 313kg | 427 NO | 373 C53 | 3.40% | 12 | 68 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 1 | 29 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 47 |
| 006 | PLASTIC,HOUSEHOLD ARTCLES 3924.90.5650 | 1546kg | 12300 NO 1392 KG | 1844 C260 | 3.40% | 62 | 70 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 6 | 39 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 2 | 31 |
| | | | | 12750 | | | |

```
Total Invoice       =   12750.16
@1.000000           =   12750.16
```

CBP Form 7501 (06/09)

## COMMERCIAL INVOICE

**FROM:**
ATT: Shenzhen Xintaiyuan E-commerce Co., Ltd.
ADD: Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen
TEL: +86 13249852678

**TO:**
ATT: Eagle Trading USA LLC
ADD: 717 NORTH UNION STREET, WILMINGTON, DE 19805 USA
TEL: 215-395-8756

| Ord Part Name | 中文品名 | 海关编码 | Qty CTN 箱数 | Total GW(kg) 毛重 | QUANTITY 数量 | UNIT VALUE | TOTAL VALUE (USD) | 用途 | 材质 |
|---|---|---|---|---|---|---|---|---|---|
| Clamp | 不锈钢夹 | 4403.12.0040 | 80 | 944 | 480 | 0.60 | 288.00 | for mounting glass | stainless steel |
| Lamp | 壁灯 | 8539.50.0090 | 364 | 5170 | 5496 | 1.23 | 6734.76 | Lighting 照明 | Aluminum+PC 铝+PC |
| printer | 打印机 | 8443321300 | 1 | 94 | 1 | 350.00 | 350.00 | printing/打印 | PLASTIC,METAL |
| Shower Faucet | 淋浴套装 | 8481809000 | 93 | 1316 | 372 | 2.50 | 930.00 | plumbing fixture (卫浴用) | Brass 铜 |
| Tub Faucet | 浴缸龙头 | 8481809000 | 55 | 914.5 | 406 | 1.50 | 609.00 | plumbing fixture (卫浴用) | Brass 铜 |
| sink faucet | 面盆龙头 | 8481809000 | 21 | 397 | 212 | 1.50 | 318.00 | plumbing fixture (卫浴用) | Brass 铜 |
| Window Film | 静电膜 | 3920430090 | 27 | 540 | 891 | 0.30 | 267.30 | 窗户贴膜 | PVC |
| Artificial Flowers | 仿真花 | 6702100000 | 14 | 122 | 122 | 1.00 | 122.00 | 装饰/Decoration | 塑料/Plastic |
| Artificial Fruits | 仿真水果 | 6702100000 | | | 197 | 1.00 | 197.00 | 装饰/Decoration | 塑料/Plastic |
| Artificial Plants | 仿真叶子 | 6702100000 | | | 108 | 0.50 | 54.00 | 装饰/Decoration | 塑料/Plastic |
| glass bottle | 玻璃瓶 | 7010909000 | 62 | 879 | 17360 | 0.03 | 551.60 | 用于运输或盛装货物 | 玻璃 |
| charging adapter | 家充头 | 8504409510 | 9 | 256.5 | 4500 | 0.02 | 67.50 | 充电charging | PVC |
| Charging Cable | 充电线 | 8544422000 | 85 | 1500 | 28640 | 0.01 | 416.00 | 充电charging | PC+COPPER WIRE |
| Phone Case | 手机壳 | 3926909990 | 123 | 1984 | 12300 | 0.15 | 1845.00 | 保护手机 protect phone | abs+tpu |
| | | | 934.00 | 14117.00 | 71085.00 | | 12750.16 | | |

## COMMERCIAL INVOICE

| FROM: | TO: |
|---|---|
| ATT: Shenzhen Xintaiyuan E-commerce Co., Ltd. | ATT: Eagle Trading USA LLC |
| ADD: Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | ADD: 717 NORTH UNION STREET, WILMINGTON, DE 19805 USA |
| TEL: +86 13249852678 | TEL: 215-395-8756 |

| CN Part Name | 中文品名 | 海关编码 | G.W.(KG) | T.G.W.(KG) | QUANTITY 数量 | UNIT VALUE | TOTAL VALUE (USD) | 用途 | 材质 |
|---|---|---|---|---|---|---|---|---|---|
| Clamp | 不锈钢夹 | 4403.12.0040 | 80 | 944 | 480 | 0.60 | 288.00 | for mounting glass | stainless steel |
| Lamp | 壁灯 | 8539.50.0090 | 364 | 5170 | 5496 | 1.23 | 6734.76 | Lighting 照明 | Aluminum+PC 铝+PC |
| printer | 打印机 | 8443321300 | 1 | 94 | 1 | 350.00 | 350.00 | printing/打印 | PLASTIC,METAL |
| Shower Faucet | 淋浴套装 | 8481809000 | 93 | 1316 | 372 | 2.50 | 930.00 | plumbing fixture (卫浴用) | Brass 铜 |
| Tub Faucet | 浴缸龙头 | 8481809000 | 55 | 914.5 | 406 | 1.50 | 609.00 | plumbing fixture (卫浴用) | Brass 铜 |
| sink faucet | 面盆龙头 | 8481809000 | 21 | 397 | 212 | 1.50 | 318.00 | plumbing fixture (卫浴用) | Brass 铜 |
| Window Film | 静电膜 | 3920430090 | 27 | 540 | 891 | 0.30 | 267.30 | 窗户贴膜 | PVC |
| Artificial Flowers | 仿真花 | 6702100000 | 14 | 122 | 122 | 1.00 | 122.00 | 装饰/Decoration | 塑料/Plastic |
| Artificial Fruits | 仿真水果 | 6702100000 | | | 197 | 1.00 | 197.00 | 装饰/Decoration | 塑料/Plastic |
| Artificial Plants | 仿真叶子 | 6702100000 | | | 108 | 0.50 | 54.00 | 装饰/Decoration | 塑料/Plastic |
| glass bottle | 玻璃瓶 | 7010909000 | 62 | 879 | 17360 | 0.03 | 551.60 | 用于运输或盛装货物 | 玻璃 |
| charging adapter | 家充头 | 8504409510 | 9 | 256.5 | 4500 | 0.02 | 67.50 | 充电charging | PVC |
| Charging Cable | 充电线 | 8544422000 | 85 | 1500 | 28640 | 0.01 | 416.00 | 充电charging | PC+COPPER WIRE |
| Phone Case | 手机壳 | 3926909990 | 123 | 1984 | 12300 | 0.15 | 1845.00 | 保护手机 protect phone | abs+tpu |
| | | | 934.00 | 14117.00 | 71085.00 | | 12750.16 | | |

**NGLogistics**
**NEW CHAIN LOGISTICS CO LTD**

**NON-NEGOTIABLE B/L**  BL No. **NCZLSZ19070369**

| SHIPPER | CLIENT REF NO. |
|---|---|
| SHENZHEN XINTAIYUAN E-COMMERCE CO., LTD.<br>ROOM 201, BUILDING A, NO. 1, QIANWAN 1ST ROAD,<br>QIANHAI-HONG KONG COOPERATION ZONE, QIANHAI,<br>SHENZHEN | **DELIVERY AGENT**<br>FAMOUS TARGET CORP.<br>147-39 175TH STREET, SUITE 215<br>JAMAICA, NY 11434, USA<br>TEL: + 1718 2448899; FAX: +1 718 2441889<br>EMAIL:SERVICE@FAMOUSTARGET.COM |
| **CONSIGNEE**<br>EAGLE TRADING USA LLC<br>717 NORTH UNION STREET, WILMINGTON, DE<br>19805 USA<br>215-395-8756 | **NOTIFY PARTY**<br>ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DR<br>SAN LEANDRO, CA 94577<br>T:510-347-5555<br>F:510-347-1555<br>EMAIL:INFO@ABILITYCB.COM |
| SECOND NOTIFY PARTY / EXPORT REFERENCE | DELIVERY TO ( APPLICABLE WHEN DOOR DELIVERY BL) |

| VESSEL/ VOY | MONACO BRIDGE/007E | | |
|---|---|---|---|
| FEEDER | PLACE OF RECEIPT<br>YANTIAN,CN | CARGO RECEIVE DATE | ON BOARD DATE<br>2019/07/17 |
| AES/ IT# | PORT OF LOADING<br>YANTIAN,CN | PLACE OF DELIVERY<br>NEW YORK,NY,US | FREIGHT PAYABLE AT<br>YANTIAN,CN |
| TYPE OF SERVICE<br>CY/CY | PORT OF DISCHARGE<br>NEW YORK,NY,US | FINAL DESTINATION<br>NEW YORK,NY,US | NUMBER OF ORIGINAL B/L<br>THREE (3) |

| Marks and Numbers | QTY Type | Description of Goods | Weight Kilos | Measurement M3 |
|---|---|---|---|---|
| | | SHIPPER'S LOAD & COUNT SEAL<br>CONTAINER(S) 1 * 40' HQ<br><br>AS PER ATTACHED LIST<br><br><br><br><br><br><br><br><br><br>This Shipment Contains No Wood Packing Materials | | |
| Total: | 764 | | 10691.00 | 61.000 |

Container No./Seal No./Size/Packs/Weight/Measurement
HLXU8057236/HLB6455602/40'HQ/764 CTN(S)/10691.00KGS/61CBM;

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. Receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped, or printed.

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

In witness of the contract herein contained the above stated number of originals have been issued one of which being acomplished the others(s) to be void.

Signed on behalf of the Carrier:    HAPAG LLOYD SHIPPING LINE

NEW CHAIN LOGISTICS CO LTD

Freight and Charge    As Arranged
FREIGHT PREPAID

COPY

| Signed at | SHENZHEN | Date | 2019/07/17 | Total: |
|---|---|---|---|---|

| ATTACHED LIST FOR | | NON-NEGOTIABLE B/L | BL NO. | NCZLSZ19070369 |
|---|---|---|---|---|
| Marks and Numbers | QTY Type | Description of Goods | Weight Kilos | Measurement M3 |
| N/M | 764CTN(S) | TOWEL SET<br>CLIP<br>STORAGE BAG<br>PAPER LANTERN<br>PAPER FLOWERS<br>GREETING CARD<br>MINI CERAMIC POT<br>PLASTIC PLANT<br>TOILET PLUNGER<br>LIGHT<br>PLANT TOOL<br>MEASURING SPOON<br>MARKERS<br>SILICON FUNNEL<br>LABEL STICKERS<br>SPICE TIN<br>CYLINDER FILTER<br>FILTER<br>STRESS RELIEVES DEVICES<br>CANVAS PAINTING<br>CLIMBING CARABINER<br>SPRING BRAKE | 10691.00 | 61.000 |
| Total: | 764 | | 10691.00 | 61.000 |

2