# FOR TAX YEAR 2019

AMERIWAY CORPORATION

Sara Sam CPA PC

2424 E York Street 301C

Philadelphia, PA 19125

(215)667-8839

# Sara Sam CPA PC

2424 E York Street 301C
Philadelphia, PA 19125
sara@sarasamcpa.com
Phone: (215)667-8839  |  Fax: (215)695-2376

February 13, 2020

AMERIWAY CORPORATION
2424 E YORK ST, STE 223
Philadelphia, PA 19125

AMERIWAY CORPORATION:

Enclosed is the 2019 Form 1120, U.S. Corporation Income Tax Return, prepared for AMERIWAY CORPORATION from the information provided. The return will be e-filed with the IRS once we receive a signed Form 8879-C, IRS e-file Signature Authorization for Form 1120.

The corporation's federal return reflects neither a refund nor a balance due.

Enclosed is the 2019 Pennsylvania Corporate Tax Report return, prepared for AMERIWAY CORPORATION from the information provided. This return will be e-filed with the Pennsylvania taxing authority.

The corporation's Pennsylvania Corporate Tax Report return reflects neither a refund nor a balance due.

Enclosed is the 2019 Philadelphia Business Income and Receipts Tax return, prepared for AMERIWAY CORPORATION from the information provided. This return will be e-filed with the Philadelphia taxing authority.

The corporation's Philadelphia Business Income and Receipts Tax return reflects a balance due of $524.

Make this payment on or before April 15, 2020. If not paying electronically, mail this payment to the following address:
Philadelphia Department of Revenue
PO Box 1393
Philadelphia, PA 19105-1393
(Payable to City of Philadelphia)

The corporation's Philadelphia Business Income and Receipts Tax estimated payments have been prepared for the 2020 tax year. The corporation's Philadelphia Business Income and Receipts Tax estimate details by quarter are as follows:

1st Quarter : $792 due on April 15, 2020

If not paying electronically, mail each payment separately, with the corresponding voucher, on or before the due date to the following address:

Philadelphia Department of Revenue
PO Box 1393
Philadelphia, PA 19105-1393
(Payable to City of Philadelphia)

Thank you for the opportunity be of service. For further assistance with your tax return needs, contact our office at (215)667-8839.

Sincerely,


Sara Sam
Sara Sam CPA PC

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY_0077697

| Form **1120** | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20 _____<br>▶ Go to *www.irs.gov/Form1120* for instructions and the latest information. | | **2019** |

**A** Check if:
**1a** Consolidated return (attach 851) ☐ ☐
**b** Life/nonlife consolidated return ☐ ☐
**2** Personal holding co. (attach Sch. PH) ☐
**3** Personal service corp. (see instructions) ☐
**4** Schedule M-3 attached ☐

TYPE OR PRINT

Name
AMERIWAY CORPORATION
UNITED E-LOGISTICS CORPORATI
Number, street, and room or suite no. If a P.O. box, see instructions STE 223
2424 E YORK ST
City or town, state or province, country and ZIP or foreign postal code
Philadelphia          PA    19125

**B** Employer identification number
81-4134438
**C** Date incorporated
10-14-2016
**D** Total assets (see instructions)
$          1,598

**E** Check if: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **Income** | **1a** | Gross receipts or sales | 1a | 659,905 |
| | **b** | Returns and allowances | 1b | |
| | **c** | Balance. Subtract line 1b from line 1a | 1c | 659,905 |
| | **2** | Cost of goods sold (attach Form 1125-A) | 2 | |
| | **3** | Gross profit. Subtract line 2 from line 1c | 3 | 659,905 |
| | **4** | Dividends and inclusions (Schedule C, line 23) | 4 | |
| | **5** | Interest | 5 | |
| | **6** | Gross rents | 6 | |
| | **7** | Gross royalties | 7 | |
| | **8** | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | **10** | Other income (see instructions - attach statement) | 10 | |
| | **11** | **Total income.** Add lines 3 through 10 | 11 | 659,905 |
| **Deductions (See instructions for limitations on deductions.)** | **12** | Compensation of officers (see instructions - attach Form 1125-E) | 12 | |
| | **13** | Salaries and wages (less employment credits) | 13 | |
| | **14** | Repairs and maintenance | 14 | |
| | **15** | Bad debts | 15 | |
| | **16** | Rents | 16 | |
| | **17** | Taxes and licenses | 17 | |
| | **18** | Interest (see instructions) | 18 | |
| | **19** | Charitable contributions | 19 | |
| | **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| | **21** | Depletion | 21 | |
| | **22** | Advertising | 22 | |
| | **23** | Pension, profit-sharing, etc., plans | 23 | |
| | **24** | Employee benefit programs | 24 | |
| | **25** | Reserved for future use | 25 | |
| | **26** | Other deductions (attach statement) Statement 5 | 26 | 739,274 |
| | **27** | **Total deductions.** Add lines 12 through 26 | 27 | 739,274 |
| | **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | (79,369) |
| | **29a** | Net operating loss deduction (see instructions) | 29a | |
| | **b** | Special deductions (Schedule C, line 24) | 29b | |
| | **c** | Add lines 29a and 29b | 29c | |
| **Tax, Refundable Credits, & Payments** | **30** | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | (79,369) |
| | **31** | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| | **32** | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| | **33** | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | |
| | **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| | **35** | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | |
| | **36** | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| | **37** | Enter amount from line 36 you want: Credited to 2020 estimated tax ▶          Refunded ▶ | 37 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

XIYAN ZHANG
_____
Signature of officer          Date

CEO
_____
Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Sara Sam | Sara Sam | 02-13-2020 | | P01602029 |
| | Firm's name ▶ Sara Sam CPA PC | | | Firm's EIN ▶ 47-1500758 | |
| | Firm's address ▶ 2424 E York Street 301C | | | Phone no. | |
| | Philadelphia PA 19125 | | | (215)667-8839 | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 007598

Form 1120 (2019)    **AMERIWAY CORPORATION**                                                    81-4134438        Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions<br>(see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . . . . . . . | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI)(attach Form(s) 5471 and Form 8992) . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . ▶ | | | |

EEA                                                                                              Form **1120** (2019)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077599

Form 1120 (2019)     AMERIWAY CORPORATION                                           81-4134438           Page 3

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Base erosion minimum tax (attach Form 8991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . | 5a | 0 | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . . . . . . | 5b | | |
| c | General business credit (attach Form 3800) . . . . . . . . . . . . . | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . | 5d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . . . . | 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . . . . . . . | 8 | 0 |
| 9a | Recapture of investment credit (attach Form 4255) . . . . . . . . . . | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . . . . . . . . . . . | 9b | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9c | | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) . . | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . . . . . . | 9e | | |
| f | Other (see instructions - attach statement) . . . . . . . . . . . . . . . . . . . . . . . | 9f | | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . . . . . . . . . . . . . . | 11 | 0 |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here an on page 1, line 32 . . . . . | 12 | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | 2019 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20a | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20b | | |
| c | Form 8827, line 5c . . . . . . . . . . . . . . . . . . . . . . . . . | 20c | | |
| d | Other (attach statement - see instructions) . . . . . . . . . . . . . | 20d | | |
| 21 | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions . . . . . . . . . . . . . . . | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | |

EEA                                                                               Form **1120** (2019)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY              AMERIWAY - 0077600

Form 1120 (2019)   **AMERIWAY CORPORATION**                                                     81-4134438          Page **4**

| Schedule K | Other Information *(see instructions)* | | |
|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ▶ _____ | | | | |
| **2** | See the instructions and enter the: | | | | |
| **a** | Business activity code no.  ▶ 488990 | | | | |
| **b** | Business activity  ▶ **LOGISTICS** | | | | |
| **c** | Product or service  ▶ **SERVICE** | | | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . | | | | X |
| | If "Yes," enter name and EIN of the parent corporation  ▶ _____ | | | | |
| | _____ | | | | |
| **4** | At the end of the tax year: | | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . | | | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . | | | X | |
| **5** | At the end of the tax year, did the corporation: | | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote or any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . . | | | | X |
| | If "Yes," complete (i) through (iv) below. | | | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . . . . . . | | | | X |
| | If "Yes," complete (i) through (iv) below. | | | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . | | | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . | | | | X |
| | For rules of attribution, see section 318.  If "Yes," enter: | | | | |
| | **(a)** Percentage owned  ▶ _____  and **(b)** Owner's country ▶ _____ | | | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business.  Enter the number of Forms 5472 attached  ▶ _____0_____ | | | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . ▶ ☐ | | | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year  ▶ $ _____ | | | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer)  ▶ _____4_____ | | | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . . ▶ ☒ | | | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $    268,211 | | | | |

EEA                                                                                                    Form **1120** (2019)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                AMERIWAY - 0077601

Form 1120 (2019)      **AMERIWAY CORPORATION**                                    81-4134438                    Page 5

| Schedule K | Other Information *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year    ▶ $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deducton is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions    ▶ $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year?  See instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following conditions? See instructions. . . . . . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 14  . . . . . . . . ▶ $ | | |

EEA                                                                                 Form **1120** (2019)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY              AMERIWAY - 0077602

Form 1120 (2019)   **AMERIWAY CORPORATION**                                      81-4134438      Page **6**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash . . . . . . . . . . . . . . . . . . . | | 52,531 | | 1,598 |
| 2a Trade notes and accounts receivable . . . . . . . | | | | |
| b Less allowance for bad debts . . . . . . . . . . | ( ) | | ( ) | |
| 3 Inventories . . . . . . . . . . . . . . . . . | | | | |
| 4 U.S. government obligations . . . . . . . . . . | | | | |
| 5 Tax-exempt securities (see instructions) . . . . . | | | | |
| 6 Other current assets (attach statement) . . . . . | | | | |
| 7 Loans to shareholders . . . . . . . . . . . . | | | | |
| 8 Mortgage and real estate loans . . . . . . . . . | | | | |
| 9 Other investments (attach statement) . . . . . . | | | | |
| 10a Buildings and other depreciable assets . . . . . | | | | |
| b Less accumulated depreciation . . . . . . . . . | ( ) | | ( ) | |
| 11a Depletable assets . . . . . . . . . . . . . | | | | |
| b Less accumulated depletion . . . . . . . . . . | ( ) | | ( ) | |
| 12 Land (net of any amortization) . . . . . . . . . | | | | |
| 13a Intangible assets (amortizable only) . . . . . . . | | | | |
| b Less accumulated amortization . . . . . . . . | ( ) | | ( ) | |
| 14 Other assets (attach statement) . . . . . . . . | | | | |
| 15 Total assets . . . . . . . . . . . . . . . | | 52,531 | | 1,598 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable . . . . . . . . . . . . . . | | 38,520 | | |
| 17 Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18 Other current liabilities (attach statement) . . . . . | | | | |
| 19 Loans from shareholders . . . . . . . . . . . | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more . . . . | | | | |
| 21 Other liabilities (attach statement) . . . . . . . | | | | |
| 22 Capital stock:  a Preferred stock . . . . . . . . | | | | |
| b Common stock . . . . . . . . | 100 | 100 | 100 | 100 |
| 23 Additional paid-in capital . . . . . . . . . . . . | | 282,122 | | 349,122 |
| 24 Retained earnings-Appropriated (attach statement) . . . . | | | | |
| 25 Retained earnings-Unappropriated . . . . . . . . | | (268,211) | | (347,624) |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock . . . . . . . . . . . | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity . . . . . . | | 52,531 | | 1,598 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books . . . . . . . . . . | (79,413) | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books . . . . . . . . . | | Tax-exempt interest $ _____ | | |
| 3 Excess of capital losses over capital gains . . . . | | _____ | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| _____ | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation . . . . . $ _____ | | |
| a Depreciation . . . . . . . . $ _____ | | b Charitable contributions $ _____ | | |
| b Charitable contributions . . . . $ _____ | | _____ | | |
| c Travel and entertainment . . . $ _____ 44 | | _____ | | |
| _____ | 44 | 9 Add lines 7 and 8 . . . . . . . . . . | | |
| 6 Add lines 1 through 5 . . . . . . . . . . . . | (79,369) | 10 Income (page 1, line 28)-line 6 less line 9 | | (79,369) |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year . . . . . . . . . . . | (268,211) | 5 Distributions:  a Cash . . . . . . | | |
| 2 Net income (loss) per books . . . . . . . . . . | (79,413) | b Stock . . . . . . | | |
| 3 Other increases (itemize): _____ | | c Property . . . . . | | |
| _____ | | 6 Other decreases (itemize): _____ | | |
| _____ | | 7 Add lines 5 and 6 . . . . . . . . . | | |
| 4 Add lines 1, 2, and 3 . . . . . . . . . . . . . | (347,624) | 8 Balance at end of year (line 4 less line 7) | | (347,624) |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    AMERIWAY - 007760   Form 1120 (2019)

| SCHEDULE G | Information on Certain Persons Owning the | |
|---|---|---|
| **(Form 1120)** | **Corporation's Voting Stock** | |
| (Rev. December 2011) | ► **Attach to Form 1120.** | OMB No. 1545-0123 |
| Department of the Treasury | ► **See instructions.** | |
| Internal Revenue Service | | |

| Name | Employer identification number (EIN) |
|---|---|
| AMERIWAY CORPORATION | 81-4134438 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Xiaohong liu | FOREIGNUS | CH | 22.5 |
| Huan Yu | FOREIGNUS | CH | 20 |
| Xiyan Zhang | 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 | US | 44.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    AMERIWAY - 0077604

| | **Federal Supporting Statements** | 2019   PG01 |
|---|---|---|
| Name(s) as shown on return | | Tax ID Number |
| AMERIWAY CORPORATION | | 81-4134438 |

Form 1120 – Line 26 – Other Deductions      Statement #5

| Description | Amount |
|---|---|
| Bank charges | 848 |
| Freight | 700,965 |
| Independent Contractor | 33,150 |
| Meals 50% limit | 44 |
| Permits and fees | 2,351 |
| Utilities | 229 |
| OTHER BUSINESS EXP | 1,687 |
| **Total** | **739,274** |

 HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY      AMERIWAY - 0077605

**Form 1120-C, Schedule G, Line 9a, Column (a),**
**Patronage NOL Deduction**

(Keep for your records)

**2019**

Name(s) as shown on return

AMERIWAY CORPORATION

ID Number

81-4134438

| Year | Loss Carryover/ Carryback | Increase of NOL Due to Sec 170(d)(2)(B) Contribution Reduction* | Loss Applied to 2019 | Unused Loss | Unused Sec 170(d)(2)(B) |
|---|---|---|---|---|---|
| 1999 | | | | Expiring this year | Expiring this year |
| 2000 | | | | | |
| 2001 | | | | | |
| 2002 | | | | | |
| 2003 | | | | | |
| 2004 | | | | | |
| 2005 | | | | | |
| 2006 | | | | | |
| 2007 | | | | | |
| 2008 | | | | | |
| 2009 | | | | | |
| 2010 | | | | | |
| 2011 | | | | | |
| 2012 | | | | | |
| 2013 | | | | | |
| 2014 | | | | | |
| 2015 | | | | | |
| 2016 | 99,079 | | | 99,079 | |
| 2017 | 85,678 | | | 85,678 | |
| 2018 | 83,454 | | | 83,454 | |
| | Current year NOL | | Applied to Prior Years | Remaining 2019 NOL carryover | |
| 2019 | 79,369 | | | 79,369 | |
| | Future years NOL | | Applied to 2019 | | |
| Future Years | | | | | |
| **TOTALS** | **347,580** | | **0** | **347,580** | **0** |

* A corporation having a net operating loss (NOL) carryover from any taxable year must apply the special rule of §170(d)(2)(B). The rules are designed to prevent a double tax benefit through interaction of NOL and charitable contribution carryovers. The excess charitable deduction can reduce taxable income only once. Under these rules, a corporation's charitable contributions carryover (but not the NOL carryover) must be reduced, to the extent the charitable contribution deduction, in computing the taxable income of an intervening year, would increase the NOL to a succeeding year.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AMERIWAY - 0077606

ATT_NOL.LD

# Sara Sam CPA PC

2424 E York Street 301C
Philadelphia, PA 19125
sara@sarasamcpa.com
Phone: (215)667-8839  |  Fax: (215)695-2376

February 13, 2020

AMERIWAY CORPORATION
2424 E YORK ST, STE 223
Philadelphia, PA 19125

Your privacy is important to us. Read the following privacy policy.

We collect nonpublic personal information about you from various sources, including:

* Interviews regarding your tax situation

* Applications, organizers, or other documents that supply such information as your name, address, telephone number, Social Security Number, number of dependents, income, and other tax-related data

* Tax-related documents you provide that are required for processing tax returns, such as Forms W-2, 1099R, 1099-INT and 1099-DIV, and stock transactions

We do not disclose any nonpublic personal information about our clients or former clients to anyone, except as requested by our clients or as required by law.

We restrict access to personal information concerning you, except to our employees who need such information in order to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your personal information.

If you have any questions about our privacy policy, contact our office at (215)667-8839.

Sincerely,


Sara Sam
Sara Sam CPA PC

**1120 TAX RETURN COMPARISON**
2017 / 2018 / 2019

**2019**

| Name(s) as shown on return | Identifying number |
|---|---|
| AMERIWAY CORPORATION | 81-4134438 |

| | 2017 FEDERAL | 2018 FEDERAL | 2019 FEDERAL | DIFFERENCE BETWEEN 2018 & 2019 |
|---|---|---|---|---|
| Net receipts . . . . . . . . . . . . . | 579,722 | 848,839 | 659,905 | (188,934) |
| Cost of goods sold . . . . . . . . . . | | | | |
| Gross profit . . . . . . . . . . . . . | 579,722 | 848,839 | 659,905 | (188,934) |
| Dividends . . . . . . . . . . . . . . | | | | |
| Interest . . . . . . . . . . . . . . . . | | | | |
| Gross rents . . . . . . . . . . . . . | | | | |
| Gross royalties . . . . . . . . . . . | | | | |
| Capital gain net income . . . . . . . | | | | |
| Net gain/loss from 4797 . . . . . . . | | | | |
| Other income . . . . . . . . . . . . | | | | |
| **Total income** . . . . . . . . . . . . | 579,722 | 848,839 | 659,905 | (188,934) |
| | | | | |
| Compensation of officers . . . . . . | | | | |
| Salaries and wages . . . . . . . . . | | | | |
| Repairs and maintenance . . . . . . | | | | |
| Bad debts . . . . . . . . . . . . . . | | | | |
| Rents . . . . . . . . . . . . . . . . | | | | |
| Taxes and licenses . . . . . . . . . | | | | |
| Interest . . . . . . . . . . . . . . . | | | | |
| Charitable contributions . . . . . . . | | | | |
| Depreciation . . . . . . . . . . . . . | | | | |
| Depletion . . . . . . . . . . . . . . . | | | | |
| Advertising . . . . . . . . . . . . . | | | | |
| Pension, profit-sharing . . . . . . . . | | | | |
| Employee benefits . . . . . . . . . . | | | | |
| Domestic production activities ded . . . | | | | |
| Other deductions . . . . . . . . . . | 665,400 | 932,293 | 739,274 | (193,019) |
| **Total deductions** . . . . . . . . . . | 665,400 | 932,293 | 739,274 | (193,019) |
| NOL deduction . . . . . . . . . . . . | | | | |
| Special deductions . . . . . . . . . . | | | | |
| | | | | |
| **Taxable income** . . . . . . . . . . . | (85,678) | (83,454) | (79,369) | 4,085 |
| **Total tax** . . . . . . . . . . . . . . | | | | |
| | | | | |
| Estimated taxes paid . . . . . . . . . | | | | |
| Total payments line 33 . . . . . . . . | | | | |
| | | | | |
| **Amount owed** . . . . . . . . . . . . | | | | |
| **Overpayment** . . . . . . . . . . . . | | | | |
| Applied to estimate . . . . . . . . . . | | | | |
| Refund . . . . . . . . . . . . . . . | | | | |
| | | | | |
| **RESIDENT STATE.** . . . . . . . . . . | PA | PA | PA | |
| **Tax**able . . . . . . . . . . . . . . . | (85,678) | (83,454) | (79,369) | 4,085 |
| **Tax** . . . . . . . . . . . . . . . . . | | | | |
| Overpayment . . . . . . . . . . . . . | | | | |
| Balance Due . . . . . . . . . . . . . | | | | |
| | 2017 | 2018 | 2019 | DIFFERENCE |

COMPARHIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077608

1010019117

1010019170

**RCT-101** 08-19   **PAGE 1 OF 4**
**PA CORPORATE NET INCOME TAX REPORT 2019**

DEPARTMENT USE ONLY

**IRS Filing Type**    A = 1120   B = 1120S   C = Other    A

## STEP A

Tax Year Beginning     01012019    Tax Year Ending    12312019

## STEP B

| | | | |
|---|---|---|---|
| Amended Report | N | 52-53 Week Filer | N | First Report | N | File Period Change | N |
| Federal Extension Granted | N | Address Change | N | KOZ/EIP/SDA Credit | N | S Corp Taxable Built-in Gains | N |
| | | Change Fed Group | N | Royalty/Related Interest | N | Section 381/382/Merger | N |
| | | | | Add-Back (Act 52 of 2013) | | NOLs/Alternate Apportiohnment | |

## STEP C

| | |
|---|---|
| Revenue ID | 0000000000    Parent Corporation EIN |
| Federal EIN | 814134438 |
| Business Activity Code | 488990 |
| Corporation Name | AMERIWAY CORPORATION |
| Address Line 1 | SUITE 223 |
| Address Line 2 | 2424 E YORK ST |
| City | PHILADELPHIA |
| State | PA |
| ZIP | 19125 |

Province
Country Code
Foreign Postal Code

## STEP D: PA CORPORATE NET INCOME TAX     USE WHOLE DOLLARS ONLY

**STEP E:**
**Payment Due/Overpayment**
Calculation: A minus B minus C
See instructions.

| | A. Tax Liability from Page 2 (can not be less than zero) | B. Estimated Payments & Credits on Deposit | C. Restricted Credits | |
|---|---|---|---|---|
| CNI | 0 | 0 | 0 | 0 |

## STEP F: Transfer/Refund Method (See instructions.)       E-File Opt Out (See instructions.)    N

0    **Transfer:** Amount to be credited to the next tax year after offsetting all unpaid liabilities.

0    **Refund:** Amount to be refunded after offsetting all unpaid liabilities.

## STEP G: Corporate Officer (Must sign affirmation below)

| | |
|---|---|
| NAME | XIYAN ZHANG |
| PHONE | 2153958756 |
| EMAIL | XZHANG@STRATUMLAW.COM |

FORM    1024
BARCODE    0000

I affirm under penalties prescribed by law, this report, including any accompanying schedules and statements, has been examined by me and to the best of my knowledge and belief is a true, correct and complete report. If this report is an amended report, the taxpayer hereby consents to the extension of the assessment period for this tax year to one year from the date of filing of this amended report or three years from the filing of the original report, whichever period last expires, and agrees to retain all required records pertaining to that tax and tax period until the end of the extended assessment period, regardless of any statutory provision providing for a shorter period of retention. For purposes of this extension, an original report filed before the due date is deemed filed on the due date. I am authorized to execute this consent to the extension of the assessment period.

| Corporate Officer Signature | Date |
|---|---|
| XIYAN ZHANG | 02132020 |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077609

1010019217

REVENUE ID    0000000000
TAX YEAR END    12312019    NAME    AMERIWAY CORPORATION
RCT-101    08-19    PAGE 2 OF 4    PA CORPORATE NET INCOME TAX REPORT 2019

## SECTION A: BONUS DEPRECIATION

USE WHOLE DOLLARS ONLY

(Include REV-1834, Schedule C-8 and C-9, if claiming bonus depreciation.)

| | | | |
|---|---|---|---|
| 1. | Current year federal depreciation of 168k prop. | 1 | 0 |
| 2. | Current year adjustment for disposition of 168k prop. | 2 | 0 |
| 3. | Other adjustments. | 3 | 0 |

## SECTION B:  PA CORPORATE NET INCOME TAX

| | | | |
|---|---|---|---|
| 1. | Income or loss from federal return on a separate-company basis. | 1 | -79369 |

2. **DEDUCTIONS:**

| | | | |
|---|---|---|---|
| 2A. | Corporate dividends received (from REV-798, Schedule C-2, Line 7). | 2A | 0 |
| 2B. | Interest on U.S. securities (GROSS INTEREST minus EXPENSES). | 2B | 0 |
| 2C. | Current yr. addtl. PA deprec. plus adjust. for sale (REV-1834, Sched. C-8, Line 8). | 2C | 0 |
| 2D. | Other (from REV-860, Schedule OD) See instructions. | 2D | 0 |
| | **TOTAL DEDUCTIONS** - Add Lines 2A through 2D and enter the result on Line 2. | 2 | 0 |

3. **ADDITIONS:**

| | | | |
|---|---|---|---|
| 3A. | Taxes imposed on or measured by net income (from REV-860, Schedule C-5, Line 6). | 3A | 0 |
| 3B. | Employment incentive payment credit adjustment (Include Schedule W). | 3B | 0 |
| 3C. | Current year bonus depreciation (from REV-1834, Sched. C-8, Line 3). | 3C | 0 |
| 3D. | Intangible expense or related interest expense (REV-802, Sched. C-6, Line 11; must include REV-802). | 3D | 0 |
| 3E. | Other (from REV-860, Schedule OA) See instructions. | 3E | 0 |
| | **TOTAL ADDITIONS** - Add Lines 3A through 3E and enter the result on Line 3. | 3 | 0 |

| | | | |
|---|---|---|---|
| 4. | Income or loss with Pennsylvania adjustments (Line 1 minus Line 2 plus Line 3). | 4 | -79369 |
| 5. | Total nonbusiness income or loss (from REV-934, Column C, Total; must include REV-934). | 5 | 0 |
| 6. | Income or loss to be apportioned (Line 4 minus Line 5). | 6 | -79369 |
| 7. | Apportionment (from Schedule C-1, 1C, or 2C if using Special Apportionment). | 7 | 1.000000 |
| 8. | Income or loss apportioned to PA (Line 6 times Line 7). | 8 | -79369 |
| 9. | Nonbusiness income or loss allocated to PA (from REV-934, Column A, Total; must include REV-934). | 9 | 0 |
| 10. | PA taxable income or loss after apportionment (Line 8 plus Line 9). | 10 | -79369 |
| 11. | Total net operating loss deduction (from RCT-103, Part A, Line 4). | 11 | 0 |
| 12. | PA taxable income or loss (Line 10 minus Line 11). | 12 | -79369 |
| 13. | PA corporate net income tax (Line 12 times 0.0999). If Line 12 is less than zero, enter "0". | 13 | 0 |
| 14. | Less: Credit for tax paid by affiliate(s) for intangible expense or related interest expense | 14 | 0 |
| | (from REV-803, Sched. C-7, Line 9; must include REV-803). | | |
| 15. | Tax Due (Line 13 minus Line 14.) | 15 | 0 |

## SCHEDULE C-1: Apportionment Schedule For **Corporate Net Income Tax** (Include RCT-106.) *

| Sales Factor | | | | | | Special Apportionment | | |
|---|---|---|---|---|---|---|---|---|
| Sales - PA | 1A | 659905 | 1C | 1.000000 | | Numerator | 2A | 0 |
| Sales - Total | 1B | 659905 | | | | Denominator | 2B | 0 |
| | | | | | | Apportionment Proportion | 2C | 0 |

* Refer to REV-1200, PA Corporate Net Income Tax Instructions, found at www.revenue.pa.gov.



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

1010019217
AMERIWAY - 0077610

1010019317

REVENUE ID    0000000000
TAX YEAR END    12312019    NAME    AMERIWAY CORPORATION
RCT-101   08-19   PAGE 3 OF 4   PA CORPORATE NET INCOME TAX REPORT 2019

## SECTION C: CORPORATE STATUS CHANGES

**Final Report**   N

**PA Corporations:**

Did you ever transact business anywhere?   N   If yes, enter date all business activity ceased

Did you hold assets anywhere?   N   If yes, enter date of final disposition of assets*

**Foreign Corporations:**

Did you ever transact business in PA on your own or through an unincorporated entity?   N   If yes, enter date PA business activity ceased

Did you hold assets in PA on your own or through an unincorporated entity?   N   If yes, enter date of final disposition of
PA assets*

*Schedule of Disposition of Assets, REV-861, must be completed and filed with this report.

Has the corporation sold or transferred in bulk, 51 percent or more of any class of assets? (See instructions.)   N

If yes, enter the following information. (Include a separate schedule if additional space is needed.)

Purchaser Name

Address Line 1

Address Line 2

City   Province

State   Country Code

ZIP   Foreign Postal Code

## SECTION D: GENERAL INFORMATION QUESTIONNAIRE

Describe corporate activity in PA   LOGISTICS

Describe corporate activity outside PA

Other states in which taxpayer has activity

State of Incorporation   PA   Incorporation Date   10142016

1. Does any corporation, individual or other business entity hold all or a majority of the stock of this corporation?   1   N
2. Does this corporation own all or a majority of stock in other corporations? If yes, include REV-798, Schedule X.   2   N
3. Is this taxpayer a partnership or other unincorporated entity that elects to file federal taxes as a corporation?   3   N
4. Has the federal government changed taxable income as originally reported for any prior period for which reports of change   4   N
   have not been filed in PA?

If yes:  First Period End Date:   Last Period End Date:

Accounting Method - Federal Tax Return   Accounting Method - Financial Statements

C   A = Accrual   C = Cash   O = Other   C   A = Accrual   C = Cash   O = Other

Other   Other

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

1010019317

1010019317
AMERIWAY - 0077611

1010019417

REVENUE ID 0000000000
TAX YEAR END 12312019    NAME AMERIWAY CORPORATION

**RCT-101** 08-19 **PAGE 4 OF 4   PA CORPORATE NET INCOME TAX REPORT 2019**

**SCHEDULE OF REAL PROPERTY IN PA** (Include a separate schedule if additional space is needed.)

**Did you own or rent property in PA titled to the corporation or any Single Member LLC during this filing period?** N

**If yes, the below section must be completed.**

O = Own

R = Rent | Street Address | City | County | KOZ/KOEZ

**CORPORATE OFFICERS**
(See instructions.)
**Must provide requested information
for all filled officer positions.**

| | SSN | Last Name | First Name | MI |
|---|---|---|---|---|

President/Managing Partner
Vice President
Secretary
Treasurer/Tax Manager

**PREPARER'S INFORMATION**

Firm Federal EIN   471500758
Firm Name   SARA SAM CPA PC
Address Line 1   2424 E YORK STREET 301C
Address Line 2
City   PHILADELPHIA
State   PA     Province
ZIP   19125     Country Code
     Foreign Postal Code

I affirm under penalties prescribed by law, this report, including any accompanying schedules and statements, has been prepared by me and to the best of my knowledge and belief is a true, correct and complete report.

**Tax Preparer's Signature**    Date
02132020

**INDIVIDUAL PREPARER**  SARA SAM
**PHONE**  2156678839
**EMAIL**  SARA@SARASAMCPA.COM
**PTIN/SSN**  P01602029

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

1010019417
AMERIWAY - 0077612

**pennsylvania**
DEPARTMENT OF REVENUE

**REV-860** (CT) 04-18
**C-5 SCHEDULE OF TAXES**

TAX YEAR BEGINNING: 01-01-2019

CORPORATION NAME: AMERIWAY CORPORATION    REVENUE ID: 0000000000    TAX YEAR ENDING: 12-31-2019

| | |
|---|---|
| 1. PA Corporate Net Income Tax . . . . . . . . . . . . . . . . . . . . . . . | |
| 2. Philadelphia Business Income and Receipts Tax (BIRT) - Net Income Portion . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 3. Income Taxes - Other States . . . . . . . . . . . . . . . . . . . . . . | |
| 4. Local Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 5. Other Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 6. Total Income Taxes (Add Lines 1 through 5) Carry to RCT-101, Page 2, Line 3A . . . . . . . . . . . . . . . . . . . | |
| 7. PA Capital Stock/Foreign Franchise Tax (Not applicable for tax years beginning on or after Jan. 1, 2016) . . . . | |
| 8. Philadelphia Business Income and Receipts Tax (BIRT) - Gross Receipts Portion . . . . . . . . . . . . . . . . . . . . . | 792 |
| 9. Payroll Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 10. Real Estate Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 11. Sales and Use Tax . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 12. Business Privilege Tax - Other than Income . . . . . . . . . . . . . . . | |
| 13. Occupancy Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 14. Local Taxes - Not Based on Income . . . . . . . . . . . . . . . . . . | |
| 15. Other Taxes - Not Based on Income . . . . . . . . . . . . . . . . . . | |
| 16. Total Taxes Not Imposed on or Measured by Income (Add Lines 7 through 15) . . . . . . . . . . . . . . . . . . . . . . | 792 |
| 17. Total tax Expense Reported on Federal Income Tax Return (Add Lines 6 and 16) . . . . . . . . . . . . . . . . . . . . . . | 792 |

### Schedule OA - Other Additions

| Description | Amount |
|---|---|
| Tax Preference Items | |
| | |
| | |
| | |
| **Total** Carry to RCT-101, Section B, Line 3-E | |

### Schedule OD - Other Deductions

| Description | Amount |
|---|---|
| Federal Wages Disallowed as a Result of Tax Credits Under IRC Sec 45B or IRC Sec 51 | |
| | |
| | |
| | |
| **Total** Carry to RCT-101, Section B, Line 2-D | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY       AMERIWAY - 0077613

**pennsylvania**
DEPARTMENT OF REVENUE

**REV-1834** (CT) 08-18
**SCHEDULE C-8**
**ADJUSTMENT FOR BONUS DEPRECIATION**

**TAX** YEAR
BEGINNING  01-01-2019

CORPORATION NAME  AMERIWAY CORPORATION    REVENUE ID  0000000000    **TAX** YEAR
ENDING  12-31-2019

**This Schedule is required to be completed annually and submitted with the RCT-101**

**1.** Unused Bonus Depreciation Balance from prior year: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    **1A.** Unrecovered Bonus Depreciation Balance: . . . . . . . . . . . . . . . . . . . . . . .
        On Qualified Property Acquired in Transactions Where Asset Basis is Carried Over
        Date of Transaction:_____Type of Transaction: _____
        Revenue ID of Corporation from Whom Assets Acquired: _____    FEIN: _____

**2.** Amount of Federal Bonus Depreciation claimed in this **tax** year:
    **2A.** Property placed in service prior to Sept. 28, 2017 . . . . . . . . . . . . . . . . . . . .
    **2B.** Property placed in service on or after Sept. 28, 2017 . . . . . . . . . . . . . . . . .

**3.** Current Year Bonus Deprec. Addition (Line 2A plus 2B)
    TOTAL (Carry to Line 3C, Page 2, of RCT-101) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**4.** Additional PA Bonus Depreciation Deduction:
    **4A.** Property placed in service prior to Sept. 28, 2017 (MACRS x 3/7) . . . . . . . . . . . .
    **4B.** Property placed in service on or after Sept. 28, 2017 (MACRS w/o regard to Bonus) . .

**5.** PA Bonus Depreciation Deduction
    TOTAL (Line 4A plus 4B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6.** Deduction for Property Which is Fully Depreciated, Sold or Otherwise Disposed:
    **6A.** Property placed in service prior to Sept. 28, 2017 (Schedule C-9 Line 2) . . . . . . .
    **6B.** Property placed in service on or after Sept. 28, 2017 (Schedule C-9 Line 4) . . . . . .

**7.** PA Deduction for Property Which is Fully Depreciated, Sold or Otherwise Disposed:
    TOTAL (Line 6A plus 6B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**8.** PA Bonus Depreciation Deduction (Line 5 plus 7)
    TOTAL (Carry to line 2C, Page 2, of RCT-101) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**9.** Remaining Unused Bonus Depreciation Balance Carry-Forward:
    TOTAL (Line 1 plus Line 1A plus Line 3 minus Line 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . .

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    AMERIWAY - 0077614



# 2019 BIRT-EZ
**DUE DATE:  APRIL 15, 2020**

**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
## 2019 BUSINESS INCOME & RECEIPTS TAX
### For business conducted 100% in Philadelphia

3 1 2 1 9

**City Account Number**
3253796

AMERIWAY CORPORATION
2424 E YORK ST

PHILADELPHIA, PA 19125

**EIN**   814134438

**SSN**

**Taxpayer E-mail Address**
XZHANG@STRATUMLAW.COM

If this is a change of address, file a Change Form and check this box:

If your business terminated in 2019, enter the termination date **AND** file a CHANGE FORM.    ➡

| YOU MUST COMPLETE WORKSHEET "S-EZ" |
| --- |

*If this is an amended return place an "X" here:*

## COMPUTATION OF TAX DUE OR OVERPAYMENT

| | | |
|---|---|---|
| 1. NET INCOME PORTION OF TAX (from Page 2, Line 6). If there is no tax due, enter "0" . . . . . . . . . . . . . . . . . . . . . . . | 1. | 0 |
| 2. GROSS RECEIPTS PORTION OF TAX (from Page 2, Line 11). If there is no tax due, enter "0" . . . . . . . . . . . . . . . . . . . . . . . | 2. | 792 |
| 3. Tax Due for the 2019 Business Income & Receipts Tax (Line 1 plus Line 2). . . . . . . . . . . | 3. | 792 |
| 4. **MANDATORY** 2020 BIRT Estimated Payment (See Instructions)   . . . . . . . . . . . | 4. | 792 |
| 5. Total Due by **4/15/2020** (Line 3 plus Line 4) . . . . . . . . . . . . . . . . . . . . . . . . | 5. | 1,584 |

**ESTIMATED PAYMENTS AND OTHER CREDITS**

| | | |
|---|---|---|
| 6a. Include any estimated and/or extension payments of 2019 BIRT previously made and any credit from overpayment of the 2018 BIRT and/or 2019 NPT return . . . . . . . . . | 6a. | 1,060 |
| 6b. Credit from Special Credit Schedule (SC). (Cannot exceed amount on Line 3) . . . . . . . . . . | 6b. | |
| 6c. Total payments and credits. (Line 6a plus Line 6b) . . . . . . . . . . . . . . . . . . . | 6c. | 1,060 |
| 7. Net Tax Due (Line 5 less Line 6c). If Line 6c is greater than Line 5, enter "0" . . . . . . . . . . . . . . . . . . . . . . . . . | 7. | 524 |
| 8. Interest and Penalty Refer to web site for current percentage   . . . . . . . . . . . . . . . . . . . . . | 8. | |
| 9. **TOTAL DUE** including Interest and Penalty (Line 7 plus Line 8). Use payment coupon. Make check payable to: "City of Philadelphia" . . . . . . . . . . . . . | 9. | 524 |

**OVERPAYMENT OPTIONS** If Line 6C is greater than Line 5, enter the amount to be:

| | | |
|---|---|---|
| 10a. Refunded. **Do not file a separate Refund Petition** . . . . . . . . . . . . . . . . . . . . | 10a. | |
| 10b. Applied to the 2019 Net Profits Tax Return . . . . . . . . . . . . . . . . . . . . . . . . . | 10b. | |
| 10c. Applied to the 2020 Business Income & Receipts Tax   . . . . . . . . . . . . . . . . . . . . | 10c. | |

Under penalties of perjury, as set forth in 18 PA C.S. §§ 4902-4903 as amended, I swear that I have reviewed this return and accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete.

| | | | | |
|---|---|---|---|---|
| Taxpayer Signature | _____ | Date 02-13-2020 | Phone # 215-395-8756 |
| Preparer Signature | _____ | Date 02-13-2020 | Phone # 215-667-8839 |

Drake Software 12-17-2019





# 2019 BIRT-EZ

**TAX** COMPUTATION SCHEDULES



City Account Number
3253796

If business is operated inside and outside of Philadelphia, you _must_ file the BIRT Regular return available at www.phila.gov/revenue.
**Reminder** - You _must_ use the same method (METHOD I or METHOD II) that you elected on the first Business Income & Receipts **Tax** return filed.

### NET INCOME PORTION

Place "X" in box to indicate a loss.

1. **METHOD II.** Net Income (or loss) as properly reported to the Federal Government . . . . . . . .  1. X    79369

OR

2. **METHOD I.** Net Income (or loss) in accordance with Accounting System . . . . . . . . . . .  2.

3. **Statutory Net Income Deduction from Worksheet S-EZ, Line S5, below** . . . . . . . . . . .  3.

4. Loss Carry Forward, if any . . . . . . . . . . . . . . . . . . . . . . . . . . .  4.

5. **Tax**able Income or loss. (Amount on Line 1 OR Line 2 minus Line 3 minus Line 4) . . . . . . . .  5. X    79369

6. **TAX** DUE (Line 5 X .0625). **If Line 5 is a loss, enter zero here and on Page 1, Line 1** . . . . .  6.

### GROSS RECEIPTS PORTION

_Do not report negative numbers for gross receipts._

**TAX**ABLE GROSS RECEIPTS from:

7a. Sales and/or rentals of tangible personal property . . . . . . . . . . . . . . . . . . . .  7a.

7b. Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7b.    659905

7c. Rentals of real property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7c.

7d. Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7d.

7e. Gains on sales of capital business assets . . . . . . . . . . . . . . . . . . . . . . .  7e.

7f. Gains on sales of stocks, bonds, etc. (Not applicable to individuals.) . . . . . . . . . . . .  7f.

7g. Dividends. (Not applicable to individuals.) . . . . . . . . . . . . . . . . . . . . . .  7g.

7h. Interest. (Not applicable to individuals.) . . . . . . . . . . . . . . . . . . . . . . .  7h.

7i. Other. (Describe) _____ . . . . . . . . .  7i.

8. **TAX**ABLE GROSS RECEIPTS before Statutory Exclusion. (Add Lines 7a through 7i.) . . . .  8.    659905

9. **Statutory Exclusion (Lower of Line 8 or $100,000.00)** . . . . . . . . . . . . . . . .  9.    100000

10. Net **tax**able Gross Receipts (Line 8 minus Line 9) . . . . . . . . . . . . . . . . . .  10.    559905

11. **TAX** DUE. (Line 10 X .001415). **Enter here and on Page 1, Line 2** . . . . . . . . . . .  11.    792

---

**Worksheet S-EZ - Use to calculate Statutory Net Income Deduction**

S1. Enter the lower of Line 8 above or $100,000.00 . . . . . . . . . . . . . . . . . .  S1.    100000

S2. Enter Net Income from Line 1 or Line 2. If loss, enter zero . . . . . . . . . . . . .  S2.

S3. Enter **Tax**able Gross Receipts from Line 8 above . . . . . . . . . . . . . . . . .  S3.    659905

S4. Divide Line S2 by Line S3. (Cannot be greater than 1.0000) . . . . . . . . . . . .  S4.

S5. Statutory Net Income Deduction (Line S1 times Line S4. Cannot exceed $100,000) . .  S5.
   Enter here and on Line 3, above.

---

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
BIRT-EZ Page 2



Drake Software 12-17-2019

### 2020 BIRT & MANDATORY EST. PAY Estimate Instructions
### AMERIWAY CORPORATION

**Filing method:**
Your estimate voucher will not be e-filed. Sign and date your check. Then mail the voucher and check on or before the due date of the estimate to the address listed below.

**Due date:**
04-15-2020

**Payment:**
$524.00

**Payment methods:**
Make check payable to the "City of Philadelphia". Payment of tax MUST be made using the preprinted coupons and postage paid envelope provided to existing taxpayers. Payment of BPT includes tax (net of prepayments/credits) AND mandatory estimate.

**Address to file:**
City of Philadelphia
Department of Revenue
PO Box 1393
Philadelphia, PA 19105-1393

**Taxpayer records**

Amount paid:          _____
Check number:         _____
Date mailed:          _____

- - - - - - - - - - - - - - - - - - - - - - - Detach here - - - - - - - - - - - - - - - - - - - - - - - - - - - -

■ **2019 BIRT and MANDATORY ESTIMATED 2020 BIRT**     Due Date: April 15, 2020  ■
**PAYMENT COUPON**

TAXPAYER NAME and ADDRESS

AMERIWAY CORPORATION
2424 E YORK ST STE 223
Philadelphia, PA 19125

CITY ACCOUNT #: 3253796

**Tax Due**          524

**Interest & Penalty**

**Total Due**        524



Make check payable to: "City of Philadelphia"
Include your Account Number on your check or money order.

3332404152000000000325379600000000000000000000000001219000000000000008



Drake    HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    AMERIWAY - 0077617