# EXHIBIT "N"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERIWAY CORPORATION

                        Plaintiff,

        v.

MAY YAN CHEN,

ABILITY CUSTOMS, INC.

                   Defendants

19 -cv-09407 (VSB)

**DEFENDANT'S FIRST
NOTICE TO ADMIT**

S I R S :

**PLEASE TAKE NOTICE**, that Defendants May Yan Chen (also May Yan Chen d/b/a Ability Customs Brokers) and Ability Customs, Inc. pursuant to Rule 36 of the Federal Rules of Civil Procedure hereby requests that Plaintiff, admit or deny separately and individually within thirty (30) days after the service of this notice a written admission of the truth of the statements and/or documents set forth herein.

**INSTRUCTIONS:**

I.    With respect to the five (5) cargo containers that are presently under the "control" of Defendant Chen, those specific containers shall be denominated as follows:

    a.  Container # OOCU6964350 [shall hereinafter be referred to as "Container A" or "Container #4350"];

    b.  Container #APHU7253481 [shall hereinafter be referred to as "Container B" or "Container #3481"];

    c.  Container #HLXU8057236 [shall hereinafter be referred to as "Container C" or "Container #7236"];

d. Container #BMOU4738454 [shall hereinafter be referred to as "Container D" or "Container #8454"]; and

e. Container #BMOU5390536 [shall hereinafter be referred to as "Container E" or "Container #0536"];

II. Plaintiff is directed to indicate whether the statement is admitted or denied by placing an "X" on the line so indicated

III. In the event Plaintiff responds to any statement of admission in the negative, it is hereby demanded that Plaintiff state in the affirmative the correct statement of admission on the line so indicated after each statement set forth hereinbelow.

IV. In the event Plaintiff responds to any statement of admission in the negative and does not have knowledge of the correct affirmative statement of admission, then in that event Plaintiff shall so respond on the line so indicated after each statement set forth hereinbelow.

V. XIYAN ZHANG shall hereinafter be referred to as "Zhang".

VI. Eagle Trading LLC shall hereinafter be referred to as "Eagle".

VII. Ameriway Corp shall hereinafter be referred to as Ameriway or Plaintiff.

VIII. Peter Wolfgram shall hereinafter be referred to as Wolfgram.

IX. May Y Chen d/b/a Ability Customs Brokers shall hereinafter be referred to as Ability or Defendant.

X. The Department of Homeland Security, U.S. Customs and Broder Protection Agency shall hereinafter be referred to as "Customs".

## STATEMENTS OF ADMISSION DEMANDED OF PLAINTIFF:

1. With respect to container number 4350 (container A), attached as exhibit "A" is a true and accurate copy of the invoice for services rendered and expenses incurred by Ability Customs broker dated 10/14/2019.

Answer:      Admit: _____    Deny: _X_

Correct statement of admission: _____

2. With respect to container "A", attached as exhibit "B" is a true and accurate copy of the entry summary for said container with customs. *(Does not connect w/ Cont. "A")*

Answer:   Admit: _X_ (?)   Deny: _____

Correct statement of admission: _____

3. With respect to container "A", attached as exhibit "C" is a true and accurate copy of the commercial invoice with respect to the contents of container "A".

Answer:      Admit: _____    Deny: _X_

Correct statement of admission: _Document is Incomplete_

4.      With respect to container "A", attached as exhibit "D" is a true and accurate copy of the packing list for the contents of container "A".

Answer:     Admit: _X_    Deny: _____

Correct statement of admission: _____

5.      With respect to container "A", attached as exhibit "E" is a true and accurate copy of the non-negotiable bill of lading for container "A".

Answer:      Admit: _____    Deny: _____

Correct statement of admission: _TT w/o Knowledge to Ans after Reasonable Inquiry_

6.      With respect to container "A", attached as exhibit "F" is a true and accurate copy of the arrival notice for container "A".

Answer:     Admit: _X_    Deny: _____

Correct statement of admission: _____

7.      With respect to container "A", attached as exhibit "G" is a true and accurate copy of the commercial invoice for container "A".

Answer:     Admit: _X_    Deny: _____

Correct statement of admission: _____

8.    With respect to container number 3481 (container B), attached as exhibit "H" is a true and accurate copy of the invoice for services rendered and expenses incurred by Ability Customs Broker dated 10/14/2019.

Answer:    Admit: _____    Deny: _X_ *(Request Alternate Invoice)*

Correct statement of admission: _No_____

9.    With respect to container "B", attached as exhibit "I" is a true and accurate copy of the entry summary for said container with customs.

Answer:    Admit: _X_    Deny: _____    *(Request*

Correct statement of admission: _Reject Ex "I" is an entry summary_

10.  With respect to container "B", attached as exhibit "J" is a true and accurate copy of the commercial invoice with respect to the contents of container "B".

Answer:    Admit: _____    Deny: _X_

Correct statement of admission: _The Document is Incomplete._

11.  With respect to container "B", attached as exhibit "K" is a true and accurate copy of the packing list for the contents of container "B".

Answer:    Admit: _X_    Deny: _____

Correct statement of admission: _____

12.  With respect to container "B", attached as exhibit "L" is a true and accurate copy of the non-negotiable bill of lading for container "B".

Answer:    Admit: _____    Deny: _____

Correct statement of admission: _It is w/o knowledge to Ans after Reasonable inquiry_

13.  With respect to container "B", attached as exhibit "M" is a true and accurate copy of the arrival notice for container "B".

Answer:    Admit: _X_    Deny: _____

Correct statement of admission: _____

14.  With respect to container "B", attached as exhibit "N" is a true and accurate copy of the commercial invoice for container "B".

Answer:    Admit: _X_    Deny: _____

Correct statement of admission: _____

15.    With respect to container number 7236 (container C), attached as exhibit "O" is a true and accurate copy of the invoice for services rendered and expenses incurred by Ability Customs Broker dated 10/14/2019.

Answer:    Admit: _____    Deny: _X_ *(Request Alternate Invoice*

Correct statement of admission: _____

16.    With respect to container "C", attached as exhibit "P" is a true and accurate copy of the entry summary for said container with customs.

Answer:        Admit: ___X___    Deny: _____

Correct statement of admission: _Don't Admt that Entry Summary For Container "C"_

17. With respect to container "C", attached as exhibit Q" is a true and accurate copy of the commercial invoice with respect to the contents of container "C".

Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _Document Incomplete "_

18. With respect to container "C", attached as exhibit "R" is a true and accurate copy of the packing list for the contents of container "C".

Answer:        Admit: ___X___    Deny: _____

Correct statement of admission: _____

19. With respect to container "C", attached as exhibit "S" is a true and accurate copy of the non-negotiable bill of lading for container "C".

Answer:        Admit: _____    Deny: _____

Correct statement of admission: _II u/o Unawledge to Ans at the Reasonable Inquiry_

20. With respect to container "C", attached as exhibit "T" is a true and accurate copy of the arrival notice for container "C".

Answer:        Admit: __X___    Deny: _____

Correct statement of admission: _____

21.  With respect to container "C", attached as exhibit "U" is a true and accurate copy of the commercial invoice for container "C".

Answer:        Admit: __X___    Deny: _____

Correct statement of admission: _Admit that Content of container is acceptable — Does not Admit Invoice._

22.    With respect to container number 8454 (container D), attached as exhibit "V" is a true and accurate copy of the invoice for services rendered and expenses incurred by Ability Customs Broker dated 8/27/2019.

Answer:        Admit: _____    Deny: __X__    (Request copy of Alternate Invoice.)

Correct statement of admission: _____

23.    With respect to container "D", attached as exhibit "W" is a true and accurate copy of the entry summary for said container with customs. *(Does not Admit Entry Summary for Cont. "D")*
Answer:    Admit: X    Deny: _____

Correct statement of admission: _____

24.    With respect to container "D", attached as exhibit "X" is a true and accurate copy of the commercial invoice with respect to the contents of container "D".
Answer:    Admit: _____    Deny: X

Correct statement of admission: *Document incomplete.*

25.    With respect to container "D", attached as exhibit "Y" is a true and accurate copy of the packing list for the contents of container "D".
Answer:    Admit: X    Deny: _____

Correct statement of admission: _____

26.    With respect to container "D", attached as exhibit "Z" is a true and accurate copy of the non-negotiable bill of lading for container "D".
Answer:    Admit: _____    Deny: _____

Correct statement of admission: *// w/o Knowledge.*

27.    With respect to container "D", attached as exhibit "AA" is a true and accurate copy of the arrival notice for container "D".
Answer:    Admit: X    Deny: _____

Correct statement of admission: _____

28.    With respect to container number 0536 (container E), attached as exhibit "BB" is a true and accurate copy of the invoice for services rendered and expenses incurred by Ability Customs Broker dated 10/14/2019.
Answer:    Admit: _____    Deny: X

Correct statement of admission: _____

29.    With respect to container "E", attached as exhibit "CC" is a true and accurate copy of the entry summary for said container with customs. *(Does not Admit Entry Summ. for Cont "E")*
Answer:    Admit: X    Deny: _____

Correct statement of admission: _____

30.    With respect to container "E", attached as exhibit "DD" is a true and accurate copy of the commercial invoice with respect to the contents of container "E".
Answer:    Admit: _____    Deny: X

Correct statement of admission: _Document Incomplete_____

31. With respect to container "E", attached as exhibit "EE" is a true and accurate copy of the packing list for the contents of container "E".
Answer:      Admit: _X____      Deny: _____

Correct statement of admission: _____

32. With respect to container "E", attached as exhibit "FF" is a true and accurate copy of the non-negotiable bill of lading for container "E".
Answer:      Admit: _____      Deny: _____

Correct statement of admission: _Truly Knowledge_____

33. With respect to container "E", attached as exhibit "GG" is a true and accurate copy of the arrival notice for container "E".
Answer:      Admit: _X____      Deny: _____

Correct statement of admission: _____

34. With respect to container "E", attached as exhibit "HH/8" is a true and accurate copy of the commercial invoice for container "E".
Answer:      Admit: _X____      Deny: _____

Correct statement of admission: _Admit to list of Contents of Container_

35. Zhang, is a shareholder of Ameriway.
Answer:      Admit: _X____      Deny: _____

Correct statement of admission: _____

36. Zhang, is not a shareholder of Ameriway.
Answer:      Admit: _____      Deny: _X____

Correct statement of admission: _____

37. Zhang, is a Director of Ameriway.
Answer:      Admit: _X____      Deny: _____

Correct statement of admission: _____

38. Zhang, is not a Director of Ameriway.
Answer:      Admit: _____      Deny: _X____

Correct statement of admission: _____

39. Zhang is an officer of Ameriway.
Answer:      Admit: _X____      Deny: _____

Correct statement of admission: _____

40. Zhang, is not an officer of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

41. Zhang, is the president of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

42. Zhang what is the president of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

43. Zhang, is a vice president of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

44. Zhang, was vice president of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

45. Zhang, is the treasurer of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

46. Zhang, was the treasurer of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

47. Zhang is the secretary of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

48. Zhang, was the secretary of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

49. Zhang is the CEO of Ameriway.

Answer:       Admit: X     Deny: _____

Correct statement of admission: _____

50. Zhang, was the CEO of Ameriway.
Answer:       Admit: X     Deny: _____

Correct statement of admission: _____

51. Zhang, is the COO of Ameriway.
Answer:       Admit: _____     Deny: X

Correct statement of admission: _____

52. Zhang was the COO of Ameriway.
Answer:       Admit: _____     Deny: X

Correct statement of admission: _____

53. Zhang, on behalf of Ameriway wrote one or more checks to Ability in payment of services and/or reimbursement of out-of-pocket expenses.
Answer:       Admit: X     Deny: _____

Correct statement of admission: _____

54. Corporate minutes of Ameriway exist that identifies the shareholders of the corporation.
Answer:       Admit: _____     Deny: X

Correct statement of admission: _____

55. Corporate minutes of Ameriway exist that identify the directors of the corporation.
Answer:       Admit: _____     Deny: X

Correct statement of admission: _____

56. Corporate minutes of Ameriway exist but identify the officers of the corporation.
Answer:       Admit: _____     Deny: X

Correct statement of admission: _____

57. A shareholders agreement of Ameriway exists.     went @fy
Answer:       Admit: X     Deny: _____

Correct statement of admission: _____

58. Shares of Ameriway have been issued.
Answer:       Admit: X     Deny: _____

Correct statement of admission: _____

*D/T* ✗    59. A corporate book for Ameriway exists.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

60. The parties to whom shares of Ameriway have been issued are recorded in the Ameriway corporate book.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

*D/T none*    61. Ameriway has an accountant that performs accounting services on his behalf as of this date.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

✗    62. Since 2017 Ameriway has filed corporate income taxes with the Internal Revenue Service.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

63. Ameriway has filed federal income taxes for the tax year 2017.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

64. Ameriway has filed federal income taxes for the tax year 2018.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

65. Ameriway has filed federal income taxes for the tax year 2019.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

66. Ameriway has filed federal income taxes for the tax year 2020.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

67. Ameriway presently maintains a bank account.
Answer:    Admit: _____    Deny: __X__

Correct statement of admission: _____

68. Since 2017 Ameriway has maintained a bank account.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

*DH* *✱*

69. In connection with any bank account that Ameriway maintained between 2017 to the present date, a corporate resolution was signed and filed with the bank at which the account was located.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

70. Eagle never paid Ameriway for any services rendered on its behalf during the period 2017 to the present.
Answer:    Admit: _____    Deny: __X__

Correct statement of admission: _____

71. Eagle from time to time paid Ameriway for services rendered on his behalf during the period 2017 to the present.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

*Doesn't Make Sense.*

72. Ameriway never paid Eagle for any services rendered on its behalf during the period 2017 to the present.
Answer:    Admit: _____    Deny: __X__

Correct statement of admission: _____

73. Ameriway from time to time paid Eagle for services rendered on his behalf during the period 2017 to the present.
Answer:    Admit: _____    Deny: __X__

Correct statement of admission: _____

74. Ameriway is in the business of a provider of logistics for the importation of goods into the United States.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

*DH licenses*

75. In connection with its logistics business, Ameriway has one or more licenses to perform services on behalf of its customers/clients.
Answer:    Admit: __X__    Deny: _____    *Does not admit to having licenses*

Correct statement of admission: _____

*DH*

76. Ameriway is licensed to do business in the United States as a logistics provider.
Answer:    Admit: __✓__    Deny: _____    *Does not Admit has licenses*

Correct statement of admission: _____

*D(license*

77. Ameriway is not licensed to do business in the United States as a logistics provider.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

78. No license held by Ameriway to perform services as a logistic provider has been suspended or revoked in any state, country, or governmental jurisdiction since 2011.
Answer:    Admit: __X__    Deny: _____  *Does not Admit has licence*

Correct statement of admission: _____

79. Ameriway presently has no employees.
Answer:    Admit: _____    Deny: __X__

Correct statement of admission: _____

*Q: # Employees* 80. Ameriway presently has employees.
Answer:    Admit: __X__    Deny: _____  *to Extent Zhang is CEO*

Correct statement of admission: _____

81. During the Period 2017 through 2019 Ameriway had employees.
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

82. Ameriway sent invoices to Eagle for services it rendered in connection with the import of goods into the United States.
Answer:    Admit: _____    Deny: __X__  *✱ Ameriway did not send Invoices.*

Correct statement of admission: _____

*✱* 83.    Ameriway is the owner of the cargo in Container "A".
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

84.    Ameriway is not the owner of the cargo in Container "A".
Answer:    Admit: _____    Deny: __X__

Correct statement of admission: _____

*D/F* 85.    Ameriway has in its possession documentation identifying the owner or owners of the cargo in Container "A".
Answer:    Admit: __X__    Deny: _____

Correct statement of admission: _____

86.    Ameriway is the owner of the cargo in Container "B".

Answer:     Admit: __X__     Deny: _____

Correct statement of admission: _____

87.     Ameriway is not the owner of the cargo in Container "B".
Answer:     Admit: _____     Deny: __X__

Correct statement of admission: _____

88.     Ameriway has in its possession documentation identifying the owner or owners of the cargo in Container "B".
Answer:     Admit: __X__     Deny: _____

Correct statement of admission: _____

89.     Ameriway is the owner of the cargo in Container "C".
Answer:     Admit: __X__     Deny: _____

Correct statement of admission: _____

90.     Ameriway is not the owner of the cargo in Container "C".
Answer:     Admit: _____     Deny: __X__

Correct statement of admission: _____

91.     Ameriway has in its possession documentation identifying the owner or owners of the cargo in Container "C".
Answer:     Admit: __X__     Deny: _____

Correct statement of admission: _____

92.     Ameriway is the owner of the cargo in Container "D".
Answer:     Admit: __X__     Deny: _____

Correct statement of admission: _____

93.     Ameriway is not the owner of the cargo in Container "D".
Answer:     Admit: _____     Deny: __X__

Correct statement of admission: _____

94.     Ameriway has in its possession documentation identifying the owner or owners of the cargo in Container "D".
Answer:     Admit: __X__     Deny: _____

Correct statement of admission: _____

95.     Ameriway is the owner of the cargo in Container "E".
Answer:     Admit: __X__     Deny: _____

Correct statement of admission: _____

96.    Ameriway is not the owner of the cargo in Container "E".
Answer:       Admit: _____    Deny: __X__

Correct statement of admission: _____

97.    Ameriway has in its possession documentation identifying the owner or owners of the cargo in Container "E".
Answer:       Admit: __X__    Deny: _____

Correct statement of admission: _____

98.    During the period 2017 to the present, one or more written contracts have been entered into between Ameriway and Eagle.
Answer:       Admit: _____    Deny: __X__

Correct statement of admission: _____

99.    Ameriway was not the importer of record for Container "A".
Answer:       Admit: __X__    Deny: _____

Correct statement of admission: _____

100.    Ameriway was not the importer of record for Container "B".
Answer:       Admit: __X__    Deny: _____

Correct statement of admission: _____

101.    Ameriway was not the importer of record for Container "C".
Answer:       Admit: __X__    Deny: _____

Correct statement of admission: _____

102.    Ameriway was not the importer of record for Container "D".
Answer:       Admit: __X__    Deny: _____

Correct statement of admission: _____

103.    Ameriway was not the importer of record for Container "E".
Answer:       Admit: __X__    Deny: _____

Correct statement of admission: _____

104.    Ameriway was not the importer of record for any container in which Ability was the customs broker during the period 2017 through 2019.
Answer:       Admit: __X__    Deny: _____

Correct statement of admission: _____

105.    Attached as Exhibit "II" is a true and accurate copy of the "Power of Attorney" entered into between Eagle and Ability.
Answer:    Admit: _____    Deny: _X_

Correct statement of admission: *Supply True Copy of POA*

106.    At no time did Ameriway execute a power of attorney in which it gave the authority to Ability to act on its behalf with respect to the import of goods into or out of the United States.
Answer:    Admit: _____    Deny: _X_    *Produce POA*

Correct statement of admission: _____

107.    Wolfgram is a shareholder of Ameriway.
Answer:    Admit: _____    Deny: _X_

Correct statement of admission: _____

108.    Wolfgram is a shareholder of Ameriway.
Answer:    Admit: _____    Deny: _X_

Correct statement of admission: _____

109.    Wolfgram is not a shareholder of Ameriway.
Answer:    Admit: _X_    Deny: _____

Correct statement of admission: _____

110.    Wolfgram is a Director of Ameriway.
Answer:    Admit: _____    Deny: _X_

Correct statement of admission: _____

111.    Wolfgram is not a Director of Ameriway.
Answer:    Admit: _X_    Deny: _____

Correct statement of admission: _____

112.    Wolfgram is an officer of Ameriway.
Answer:    Admit: _____    Deny: _X_

Correct statement of admission: _____

113.    Wolfgram is not an officer of Ameriway.
Answer:    Admit: _X_    Deny: _____

Correct statement of admission: _____

114.    Wolfgram is the president of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

115.    Wolfgram what is the president of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

116.    Wolfgram is a vice president of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

117.    Wolfgram was vice president of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

118.    Wolfgram is the treasurer of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

120.    Wolfgram was the treasurer of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

121.    Wolfgram is the secretary of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

122.    Wolfgram was the secretary of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

123.    Wolfgram is the CEO of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

124.    Wolfgram was the CEO of Ameriway.
Answer:        Admit: _____    Deny: X

Correct statement of admission: _____

125.    Wolfgram is the COO of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

126.    Wolfgram was the COO of Ameriway.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

127.    Wolfgram on behalf of Ameriway wrote one or more checks to Ability in payment of services and/or reimbursement of out-of-pocket expenses.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

128.    Company minutes of Eagle exist that identifies the members of the Company.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____ *Cannot testify on behalf of 3rd Party*

129.    Company minutes of Eagle exist that identifies the managing members of the Company.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____ *Cannot testify*_____

130.    Company minutes of Eagle exist that identifies the officers of the Company.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

131.    A members agreement of Eagle exists.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

132.    A company book for Eagle exists.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

134.    The members of Eagle have been recorded in the Eagle company book.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

135.    Eagle has an accountant that performs accounting services on its behalf as of this date.
Answer:        Admit: _____    Deny: _____

*Notes (handwritten left margin): Notary cannot be testify on behalf on 3rd Party*

Correct statement of admission: _____

*Motion Cannot Testify on behalf of 3rd Party*

136.    Since 2017 Eagle has filed income taxes with the Internal Revenue Service.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

137.    Eagle has filed federal income taxes for the tax year 2017.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

138.    Eagle has filed federal income taxes for the tax year 2018.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

139.    Eagle has filed federal income taxes for the tax year 2019.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

140.    Eagle has filed federal income taxes for the tax year 2020.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

141.    Eagle presently maintains a bank account.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

142.    Since 2017 Eagle has maintained a bank account.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

143.    In connection with any bank account that Eagle maintained between 2017 to the present date, a corporate resolution was signed and filed with the bank at which the account was located.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

144.    Eagle is licensed to do business in the United States as a logistics provider.
Answer:        Admit: _____      Deny: _____

Correct statement of admission: _____

145.    Eagle is not licensed to do business in the United States as a logistics provider.

*Motion cannot testify on behalf of 3rd party*

Answer:     Admit: _____     Deny: _____

Correct statement of admission: _____

146.    No license held by Eagle been suspended or revoked in any state, country, or governmental jurisdiction since 2011.
Answer:     Admit: _____     Deny: _____

Correct statement of admission: _____

147.    Eagle presently has no employees.
Answer:     Admit: _____     Deny: _____

Correct statement of admission: _____

148.    Eagle presently has employees.
Answer:     Admit: _____     Deny: _____

Correct statement of admission: _____

149.    During the Period 2017 through 2019 Eagle had employees.
Answer:     Admit: _____     Deny: _____

Correct statement of admission: _____

150.    Eagle is the owner of the cargo in Container "A".
Answer:     Admit: _____     Deny: _X___

Correct statement of admission: _____

151.    Eagle is not the owner of the cargo in Container "A".
Answer:     Admit: _X___     Deny: _____

Correct statement of admission: _____

*cannot testify*

152.    Eagle has in its possession documentation identifying the owner or owners of the cargo in Container "A".
Answer:     Admit: _____     Deny: _____

Correct statement of admission: _____

153.    Eagle is the owner of the cargo in Container "B".
Answer:     Admit: _____     Deny: _X___

Correct statement of admission: _____

154.    Eagle is not the owner of the cargo in Container "B".
Answer:     Admit: _X___     Deny: _____

Correct statement of admission: _____

*Cannot Testify* ✗ 155.    Eagle has in its possession documentation identifying the owner or owners of the cargo in Container "B".
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

156.    Eagle is the owner of the cargo in Container "C".
Answer:        Admit: _____        Deny: __X__

Correct statement of admission: _____

157.    Eagle is not the owner of the cargo in Container "C".
Answer:        Admit: __X__        Deny: _____

Correct statement of admission: _____

*Cannot Testify* 158.    Eagle has in its possession documentation identifying the owner or owners of the cargo in Container "C".
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

159.    Eagle is the owner of the cargo in Container "D".
Answer:        Admit: _____        Deny: __X__

Correct statement of admission: _____

160.    Eagle is not the owner of the cargo in Container "D".
Answer:        Admit: __X__        Deny: _____

Correct statement of admission: _____

*Cannot Testify* 161.    Eagle has in its possession documentation identifying the owner or owners of the cargo in Container "D".
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

162.    Eagle is the owner of the cargo in Container "E".
Answer:        Admit: _____        Deny: __X__

Correct statement of admission: _____

163.    Eagle is not the owner of the cargo in Container "E".
Answer:        Admit: __X__        Deny: _____

Correct statement of admission: _____

*Cannot*
*testify*

164.   Eagle has in its possession documentation identifying the owner or owners of the cargo in Container "E".
Answer:      Admit: _____      Deny: _____

Correct statement of admission: _____

165.   Wolfgram is not a shareholder of Ameriway.
Answer:      Admit:    X      Deny: _____

Correct statement of admission: _____

166.   Wolfgram is a shareholder of Ameriway.
Answer:      Admit: _____      Deny:   X

Correct statement of admission: _____

167.   Wolfgram, is a Director of Ameriway.
Answer:      Admit: _____      Deny:   X

Correct statement of admission: _____

168.   Wolfgram, is not a Director of Ameriway.
Answer:      Admit:    X      Deny: _____

Correct statement of admission: _____

170.   Wolfgram is an officer of Ameriway.
Answer:      Admit: _____      Deny:   X

Correct statement of admission: _____

171.   Wolfgram, is not an officer of Ameriway.
Answer:      Admit:    X      Deny: _____

Correct statement of admission: _____

172.   Wolfgram, is the president of Ameriway.
Answer:      Admit: _____      Deny:   X

Correct statement of admission: _____

173.   Wolfgram what is the president of Ameriway.
Answer:      Admit: _____      Deny:   X

Correct statement of admission: _____

174.   Wolfgram, is a vice president of Ameriway.
Answer:      Admit: _____      Deny:   X

Correct statement of admission: _____

175.   Wolfgram, was vice president of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

176.   Wolfgram, is the treasurer of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

177.   Wolfgram, was the treasurer of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

178.   Wolfgram is the secretary of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

179.   Wolfgram, was the secretary of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

180.   Wolfgram is the CEO of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

181.   Wolfgram, was the CEO of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

182.   Wolfgram is the COO of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

183.   Wolfgram was the COO of Ameriway.
Answer:        Admit: _____        Deny: _X____

Correct statement of admission: _____

184.    Wolfgram on behalf of Ameriway wrote one or more checks to Ability in payment of services and/or reimbursement of out-of-pocket expenses.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

185.  Company minutes of Eagle exist that identifies the members of the LLC.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

*Cannot Testify on behalf of 3rd Party*

186.  Company minutes of Eagle exist that identify the directors/managing members of the company.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

187.  Company minutes of Eagle exist that identifies the officers of the company.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

188.  An operating agreement of Eagle exists.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

189.  A company book for Eagle exists.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

190.  The parties to who are members of Eagle are recorded in the Eagle company book.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

191.  Eagle has an accountant that performs accounting services on his behalf as of this date.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

192.  Since 2017 Eagle has filed company income taxes with the Internal Revenue Service.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

193.  Eagle has filed federal income taxes for the tax year 2017.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

194. Eagle has filed federal income taxes for the tax year 2018.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

195. Eagle has filed federal income taxes for the tax year 2019.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

196. Eagle has filed federal income taxes for the tax year 2020.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

197. Eagle presently maintains a bank account.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

198. Since 2017 Eagle has maintained a bank account.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

199. In connection with any bank account that Eagle maintained between 2017 to the present date, a corporate resolution was signed and filed with the bank at which the account was located.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

200. Eagle is licensed to do business in the United States as a logistics provider.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

201. Eagle is not licensed to do business in the United States as a logistics provider.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

202. No license held by Eagle has been suspended or revoked in any state, country, or governmental jurisdiction since 2011.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

*Cannot Testify*

203. Eagle presently has no employees.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

204. Eagle presently has employees.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

205. During the Period 2017 through 2019 Eagle had employees.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

206.    Zhang's signature appears on the power of attorney annexed at exhibit "II".
Answer:        Admit: __X__    Deny: _____

Correct statement of admission: _____

*Cannot Testify*

207. On April 11, 2017 Zhang was the COO of Eagle.
Answer:        Admit: _____    Deny: _____        *Motion*

Correct statement of admission: _____

208.    On April 11, 2017 Zhang held himself out as the COO of Eagle.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

209.    On April 11, 2017 Wolfgram held himself out as an attorney representing Eagle.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

*Privileged*

210.    On April 11, 2017 Wolfgram reviewed the power of attorney annexed as exhibit "II" and directed Zhang to sign the power of attorney on behalf of Eagle.        *Motion*
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

211.    Wolfgram never recommended to his client, Ameriway, to sign a power of attorney with Defendant to perform custom brokers services.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

*Ott of POA*

212.    Ameriway never signed a power of attorney with Defendant to perform custom brokers services.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

213.   Zhang, as an officer and agent of Eagle signed the power of attorney annexed at Exhibit "II" to induce Defendant to perform custom brokers services on behalf of Eagle.
Answer:        Admit: _____     Deny: _____

Correct statement of admission: _____

214.   Defendant never performed customs broker services on behalf of Ameriway.
Answer:        Admit: _____     Deny: ✗

Correct statement of admission: _____

*cannot testify*

215.   Defendant performed customs broker services on behalf of Eagle.
Answer:        Admit: _____     Deny: _____

Correct statement of admission: _____

216.   Defendant did not perform customs broker services on behalf of Eagle.
Answer:        Admit: _____     Deny: _____

Correct statement of admission: _____

217.   Defendant performed customs brokers services on Eagle's behalf with respect to the contents of Container A.
Answer:        Admit: _____     Deny: _____

Correct statement of admission: _____

218.   Defendant did not perform customs brokers services on Eagle's behalf with respect to the contents of Container A.
Answer:        Admit: _____     Deny: _____

Correct statement of admission: _____

219.   Defendant performed customs brokers services on Ameri way's behalf with respect to the contents of Container A.
Answer:        Admit: ✗     Deny: _____

Correct statement of admission: _____

220.   Defendant did not perform customs brokers services on Ameri way's behalf with respect to the contents of Container A.
Answer:        Admit: _____     Deny: ✗

Correct statement of admission: _____

221.   Defendant performed customs brokers services on Eagle's behalf with respect to the contents of Container B.

*Cannot Testify*

Answer:       Admit: _____     Deny: _____

Correct statement of admission: _____

222.    Defendant did not perform customs brokers services on Eagle's behalf with respect to the contents of Container B.

Answer:       Admit: _____     Deny: _____

Correct statement of admission: _____

223.    Defendant performed customs brokers services on Ameri way's behalf with respect to the contents of Container B.

Answer:       Admit: _X____     Deny: _____

Correct statement of admission: _____

224.    Defendant did not perform customs brokers services on Ameri way's  behalf with respect to the contents of Container B

Answer:       Admit: _____     Deny: _X____

Correct statement of admission: _____

*Cannot Testify*

225.    Defendant performed customs brokers services on Eagle's behalf with respect to the contents of Container C.

Answer:       Admit: _____     Deny: _____

Correct statement of admission: _____

226.    Defendant did not perform customs brokers services on Eagle's  behalf with respect to the contents of Container C.

Answer:       Admit: _____     Deny: _____

Correct statement of admission: _____

227.    Defendant performed customs brokers services on Ameri way's behalf with respect to the contents of Container C.

Answer:       Admit: _X____     Deny: _____

Correct statement of admission: _____

228.    Defendant did not perform customs brokers services on Ameri way's  behalf with respect to the contents of Container C.

Answer:       Admit: _____     Deny: _X____

Correct statement of admission: _____

*Cannot Testify*

229.    Defendant performed customs brokers services on Eagle's behalf with respect to the contents of Container D.

Answer:       Admit: _____     Deny: _____

*[handwritten margin note: Cannot Testify]*

Correct statement of admission: _____

230.   Defendant did not perform customs brokers services on Eagle's  behalf with respect to the contents of Container D.
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

231.   Defendant performed customs brokers services on Ameriway's behalf with respect to the contents of Container D.
Answer:        Admit: __X__        Deny: _____

Correct statement of admission: _____

232.   Defendant did not perform customs brokers services on Ameriway's  behalf with respect to the contents of Container D.
Answer:        Admit: _____        Deny: __X__

Correct statement of admission: _____

*[handwritten margin note: Cannot Testify]*

233.   Defendant performed customs brokers services on Eagle's behalf with respect to the contents of Container E.
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

234.   Defendant did not perform customs brokers services on Eagle's  behalf with respect to the contents of Container E.
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

235.   Defendant performed customs brokers services on Ameriway's behalf with respect to the contents of Container E.
Admit: ___   ___X___   Deny: _____

236.   Defendant did not perform customs brokers services on Ameriway's  behalf with respect to the contents of Container E.
Answer:        Admit: _____        Deny: __X__

Correct statement of admission: _____

237.   Ameriway did not pay Defendant for any customs brokers services or money advanced  with respect to the contents of Container A.
Answer:        Admit: __X__        Deny: _____

Correct statement of admission: _____

238.   Ameriway did not pay Defendant for any customs brokers services or money advanced  with respect to the contents of Container B.
Answer:        Admit: __X__        Deny: _____

Correct statement of admission: _____

239.    Ameriway did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container C.
Answer:        Admit: ___X___    Deny: _____

Correct statement of admission: _____

240.    Ameriway did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container D.
Answer:        Admit: ___X___    Deny: _____

Correct statement of admission: _____

241.    Ameriway did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container E.
Answer:        Admit: ___X___    Deny: _____

Correct statement of admission: _____

242.    Eagle did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container A.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

243.    Eagle did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container B.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

244.    Eagle did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container C.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

245.    Eagle did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container D.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

246.    Eagle did not pay Defendant for any customs brokers services or money advanced with respect to the contents of Container E.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

247.    Ameriway entered into one or more contracts to perform services with respect to the contents of Container A.
Answer:        Admit: __X__       Deny: _____

Correct statement of admission: _____

248.    Ameriway entered into one or more contracts to perform services with respect to the contents of Container B.
Answer:        Admit: __X__       Deny: _____

Correct statement of admission: _____

249.    Ameriway entered into one or more contracts to perform services with respect to the contents of Container C.
Answer:        Admit: __X__       Deny: _____

Correct statement of admission: _____

250.    Ameriway entered into one or more contracts to perform services with respect to the contents of Container D.
Answer:        Admit: __X__       Deny: _____

Correct statement of admission: _____

251.    Ameriway entered into one or more contracts to perform services with respect to the contents of Container E.
Answer:        Admit: __X__       Deny: _____

Correct statement of admission: _____

252.    Ameriway sent an invoice for services it rendered with respect to the contents of Container A.
Answer:        Admit: _____       Deny: __X__

Correct statement of admission: _____

253.    Ameriway sent an invoice for services it rendered with respect to the contents of Container B.
Answer:        Admit: _____       Deny: __X__

Correct statement of admission: _____

254.    Ameriway sent an invoice for services it rendered with respect to the contents of Container C.
Answer:        Admit: _____       Deny: __X__

Correct statement of admission: _____

255.    Ameriway sent an invoice for services it rendered with respect to the contents of Container D.
Answer:        Admit: _____       Deny: __X__

Correct statement of admission: _____

256.    Ameriway sent an invoice for services it rendered with respect to the contents of Container E.
Answer:        Admit: _____    Deny: __X__

Correct statement of admission: _____

257.    No claim has been asserted against Ameriway with regard to Container A or its contents.
Answer:        Admit: __X__    Deny: _____

Correct statement of admission: _____

*Cannot Testify*

258.    No claim has been asserted against Eagle with regard to Container A or its contents.
Answer:        Admit: __☒__    Deny: _____

Correct statement of admission: _____

259.    No claim has been asserted against Ameriway with regard to Container B or its contents.
Answer:        Admit: __X__    Deny: _____

Correct statement of admission: _____

*Cannot Testify*

258.    No claim has been asserted against Eagle with regard to Container B or its contents.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

259.    No claim has been asserted against Ameriway with regard to Container C or its contents.
Answer:        Admit: __X__    Deny: _____

Correct statement of admission: _____

*Cannot Testify*

260.    No claim has been asserted against Eagle with regard to Container C or its contents.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____
261.    No claim has been asserted against Ameriway with regard to Container D or its contents.
Answer:        Admit: __X__    Deny: _____

Correct statement of admission: _____

*Cannot Testify*

262.    No claim has been asserted against Eagle with regard to Container D or its contents.
Answer:        Admit: _____    Deny: _____

Correct statement of admission: _____

263.    No claim has been asserted against Ameriway with regard to Container E or its contents.

Answer:    Admit: X    Deny: _____

Correct statement of admission: _____

*(handwritten note: Cannot testify)*

264.    No claim has been asserted against Eagle with regard to Container E or its contents.
Answer:    Admit: _____    Deny: _____

Correct statement of admission: _____

265.    Ameriway has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container A.
Answer:    Admit: X    Deny: _____

Correct statement of admission: _____

*(handwritten note: Cannot testify)*

266.    Eagle has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container A.
Answer:    Admit: _____    Deny: _____

Correct statement of admission: _____

267.    Ameriway has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container A.
Answer:    Admit: _____    Deny: X

Correct statement of admission: _____

*(handwritten note: Cannot testify)*

268.    Eagle has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container A.
Answer:    Admit: _____    Deny: _____

Correct statement of admission: _____

269.    Ameriway has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container B.
Answer:    Admit: X    Deny: _____

Correct statement of admission: _____

*(handwritten note: Cannot testify)*

270.    Eagle has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container B.
Answer:    Admit: _____    Deny: _____

Correct statement of admission: _____

271.    Ameriway has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container B.
Answer:    Admit: _____    Deny: X

Correct statement of admission: _____

*Cannot Testify*

272.    Eagle has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container B.
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

273.    Ameriway has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container C.
Answer:        Admit: ___X___        Deny: _____

Correct statement of admission: _____

*Cannot Testify*

274.    Eagle has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container C.
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

275.    Ameriway has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container C.
Answer:        Admit: _____        Deny: ___X___

Correct statement of admission: _____

*Cannot Testify*

276.    Eagle has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container C.
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

277.    Ameriway has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container D.
Answer:        Admit: ___X___        Deny: _____

Correct statement of admission: _____

*Cannot Testify*

278.    Eagle has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container D.
Answer:        Admit: _____        Deny: _____

Correct statement of admission: _____

279.    Ameriway has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container D.
Answer:        Admit: _____        Deny: ___X___

Correct statement of admission: _____

*Cannot Testify*

280. Eagle has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container D.
Answer:        Admit: _____   Deny: _____

Correct statement of admission: _____

281. Ameriway has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container E.
Answer:        Admit: _X___   Deny: _____

Correct statement of admission: _____

*Cannot Testify*

282. Eagle has not made any payment(s) to any party claiming ownership to any part of the cargo contained in Container E.
Answer:        Admit: _____   Deny: _____

Correct statement of admission: _____

283. Ameriway has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container E.
Answer:        Admit: _____   Deny: _X___

Correct statement of admission: _____

*Cannot Testify*

284. Eagle has made one or more payments to a party that claims ownership in all or part of the cargo contained in Container E.
Answer:        Admit: _____   Deny: _____

Correct statement of admission: _____

285. Ameriway has filed an insurance claim with regard to the cargo contained in Container A.
Answer:        Admit: _____   Deny: _X___

Correct statement of admission: _____

286. Ameriway has filed an insurance claim with regard to the cargo contained in Container B.
Answer:        Admit: _____   Deny: _X___

Correct statement of admission: _____

287. Ameriway has filed an insurance claim with regard to the cargo contained in Container C.
Answer:        Admit: _____   Deny: _X___

Correct statement of admission: _____

288. Ameriway has filed an insurance claim with regard to the cargo contained in Container D.
Answer:        Admit: _____   Deny: _X___

Correct statement of admission: _____

289.    Ameriway has filed an insurance claim with regard to the cargo contained in Container E.
Answer:         Admit: _____     Deny: __X__

Correct statement of admission: _____

290.    Eagle has filed an insurance claim with regard to the cargo contained in Container A.
Answer:         Admit: _____     Deny: _____

Correct statement of admission: _____

*Cannot Testify*

286.    Eagle has filed an insurance claim with regard to the cargo contained in Container B.
Answer:         Admit: _____     Deny: _____

Correct statement of admission: _____

287.    Eagle has filed an insurance claim with regard to the cargo contained in Container C.
Answer:         Admit: _____     Deny: _____

Correct statement of admission: _____

288.    Eagle has filed an insurance claim with regard to the cargo contained in Container D.
Answer:         Admit: _____     Deny: _____

Correct statement of admission: _____

289.    Eagle has filed an insurance claim with regard to the cargo contained in Container E.
Answer:         Admit: _____     Deny: _____

Correct statement of admission: _____

290.    The contents of Container A were insured for loss and theft.
Answer:         Admit: _____     Deny: __X__

Correct statement of admission: _____

291.    The contents of Container B were insured for loss and theft.
Answer:         Admit: _____     Deny: __X__

Correct statement of admission: _____

292.    The contents of Container C were insured for loss and theft.
Answer:         Admit: _____     Deny: __X__

Correct statement of admission: _____

293.    The contents of Container D were insured for loss and theft.
Answer:         Admit: _____     Deny: __X__

Correct statement of admission: _____

294.   The contents of Container E were insured for loss and theft.
Answer:      Admit: _____      Deny: __X__

Correct statement of admission: _____

Dated:  Garden City, New York
        December 14, 2021              Yours, etc.


                                       S/    Richard E. Schrier_____
                                       By:  Richard E. Schrier, Esq.
                                       Attorneys for: Defendants
                                       595 Stewart Avenue, suite 530
                                       Garden City,  New York 11530
                                       Tel:  (516) 739-8000
                                       Fax: (516) 739-8004