# EXHIBIT "P"

Division of Corporations - Filing

Delaware.gov                                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

[View Search Results](#)

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 6172107 | Incorporation Date / Formation Date: | 10/3/2016 (mm/dd/yyyy) |
| Entity Name: | AMERIWAY CORPORATION | | |
| Entity Kind: | Corporation | Entity Type: | Closed Corp |
| Residency: | Domestic | State: | State: |
| Status: | Void, AR's or Tax Delinquent | Status Date: | 3/1/2020 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | RITA CARNEVALE | | |
| Address: | 717 NORTH UNION STREET | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19805-3031 |
| Phone: | 302-225-7000 | | |

[Back to Entity Search]   [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov