# EXHIBIT "Q"

| INVOICE # | INVOICE DATE | INVOICE AMOUNT | Bates Number CHEN+ |
|---|---|---|---|
| 6135-02 | 04/23/2019 | $243.73 | 4940 |
| 9121-01 | 03/12/2019 | $3,380.90 | 0386 |
| 9275-01 | 03/12/2019 | $5,793.44 | 0411 |
| 9325-01 | 03/12/2019 | $5,213.72 | 0437 |
| 9369-01 | 04/23/2019 | $3,388.76 | 0463 |
| 9380-01 | 03/12/2019 | $1,762.63 | 0482 |
| 9381-01 | 03/12/2019 | $1,662.13 | 0492 |
| 9403-01 | 03/12/2019 | $1,701.33 | 0504 |
| 9434-01 | 03/12/2019 | $1,640.11 | 0522 |
| 9435-01 | 03/12/2019 | $1,599.25 | 0538 |
| 9447-01 | 03/12/2019 | $1,574.55 | 0553 |
| 9455-01 | 03/13/2019 | $1,591.65 | 0566 |
| 9466-01 | 03/13/2019 | $2,930.59 | 0579 |
| 9470-01 | 03/13/2019 | $1,538.83 | 0599 |
| 9471-01 | 04/23/2019 | $2,054.23 | 0614 |
| 9472-02 | 08/16/2019 | $7,324.00 | 5036 |
| 9485-01 | 04/23/2019 | $2,456.56 | 0639 |
| 9493-01 | 03/13/2019 | $874.07 | 0656 |
| 9503-01 | 04/23/2019 | $1,676.81 | 0669 |
| 9506-01 | 03/13/2019 | $993.08 | 0686 |
| 9510-01 | 04/22/2019 | $2,009.12 | 0696 |
| 9522-01 | 04/23/2019 | $4,119.79 | 0711 |
| 9540-01 | 04/22/2019 | $2,188.41 | 0724 |
| 9549-01 | 04/23/2019 | $4,013.76 | 0739 |
| 9568-01 | 04/22/2019 | $2,558.79 | 0750 |
| 9582-01 | 04/23/2019 | $1,730.24 | 0763 |
| 9583-01 | 04/19/2019 | $2,371.05 | 0773 |
| 9593-01 | 04/22/2019 | $2,463.55 | 0786 |
| 9598-01 | 04/19/2019 | $1,846.52 | 0799 |
| 9599-01 | 04/23/2019 | $1,895.36 | 0817 |
| 9601-01 | 04/19/2019 | $263.45 | 0831 |
| 9604-01 | 04/23/2019 | $2,726.92 | 0841 |
| 9650-01 | 04/19/2019 | $1,857.45 | 0857 |
| 9656-01 | 04/23/2019 | $1,656.52 | 0867 |
| 9666-01 | 04/23/2019 | $1,976.13 | 0880 |
| 9674-01 | 04/23/2019 | $2,054.28 | 0895 |
| 9676-01 | 04/19/2019 | $1,388.65 | 0908 |
| 9684-01 | 05/18/2019 | $3,249.28 | 0924 |
| 9692-01 | 05/18/2019 | $2,122.19 | 0943 |
| 9696-01 | 05/18/2019 | $3,651.71 | 0956 |
| 9704-01 | 05/18/2019 | $3,184.91 | 0979 |

**Exhibit C**    page 1 of 4

| Invoice | Date | Amount | Bates |
|---|---|---|---|
| 9714-01 | 05/18/2019 | $2,063.37 | 0998 |
| 9718-01 | 05/18/2019 | $1,754.64 | 1016 |
| 9725-01 | 05/18/2019 | $2,036.91 | 1026 |
| 9729-01 | 05/18/2019 | $2,643.36 | 1035 |
| 9731-01 | 04/22/2019 | $1,310.03 | 1050 |
| 9740-01 | 05/18/2019 | $1,956.77 | 1059 |
| 9741-01 | 04/22/2019 | $2,896.46 | 1071 |
| 9751-01 | 05/18/2019 | $1,981.13 | 1090 |
| 9752-01 | 06/10/2019 | $648.17 | 1103 |
| 9754-01 | 04/22/2019 | $2,378.63 | 1111 |
| 9755-01 | 04/22/2019 | $1,384.68 | 1124 |
| 9765-01 | 05/18/2019 | $1,773.81 | 1136 |
| 9776-01 | 05/18/2019 | $3,793.97 | 1145 |
| 9782-01 | 05/18/2019 | $2,006.69 | 1160 |
| 9789-01 | 05/18/2019 | $1,122.10 | 1174 |
| 9790-01 | 05/18/2019 | $2,180.64 | 1186 |
| 9817-01 | 05/18/2019 | $1,800.10 | 1201 |
| 9819-01 | 07/12/2019 | $2,184.50 | 1213 |
| 9827-01 | 05/18/2019 | $3,904.00 | 1231 |
| 9838-01 | 05/18/2019 | $1,843.13 | 1245 |
| 9850-01 | 05/18/2019 | $389.77 | 1259 |
| 9851-01 | 05/18/2019 | $1,932.66 | 1267 |
| 9852-01 | 05/18/2019 | $2,292.93 | 1285 |
| 9857-01 | 05/18/2019 | $1,768.48 | 1305 |
| 9864-01 | 05/18/2019 | $1,421.74 | 1315 |
| 9866-01 | 05/18/2019 | $1,119.66 | 1331 |
| 9869-01 | 06/10/2019 | $2,185.12 | 1342 |
| 9882-01 | 05/18/2019 | $1,848.16 | 1355 |
| 9886-01 | 06/10/2019 | $1,731.99 | 1367 |
| 9888-01 | 06/10/2019 | $5,512.61 | 1381 |
| 9919-01 | 06/10/2019 | $1,662.93 | 1403 |
| 9930-01 | 06/10/2019 | $1,701.00 | 1417 |
| 9931-01 | 06/10/2019 | $1,856.79 | 1430 |
| 9939-01 | 06/10/2019 | $1,764.80 | 1446 |
| 9852-02 | 08/16/2019 | $436.00 | 5058 |
| 9964-01 | 06/10/2019 | $3,126.54 | 1460 |
| 9975-01 | 06/10/2019 | $1,753.27 | 1480 |
| 9981-01 | 06/10/2019 | $2,827.81 | 1491 |
| 9982-01 | 06/10/2019 | $1,543.51 | 1511 |
| 9987-01 | 06/10/2019 | $2,750.34 | 1523 |
| 10001-01 | 07/01/2019 | $2,212.48 | 1539 |
| 10002-01 | 06/10/2019 | $5,811.25 | 1552 |
| 10002-02 | 06/10/2019 | $210.00 | 1553 |
| 10015-01 | 06/10/2019 | $2,259.58 | 1576 |
| 10123-02 | 08/16/2019 | $330.00 | No Bates |

**Exhibit C**                                                                                                                                                                                          page 2 of 4

| | | | |
|---|---|---|---|
| 10031-01 | 07/12/2019 | $2,020.15 | 1597 |
| 10032-01 | 06/10/2019 | $3,788.39 | 1611 |
| 10047-01 | 07/02/2019 | $1,709.75 | 1629 |
| 10049-01 | 07/12/2019 | $3,739.97 | 1639 |
| 10056-01 | 07/12/2019 | $2,145.54 | 1662 |
| 10060-01 | 06/28/2019 | $1,414.14 | 1675 |
| 10099-01 | 07/12/2019 | $2,201.53 | 1687 |
| 10108-01 | 07/12/2019 | $1,960.02 | 1709 |
| 10114-01 | 07/03/2019 | $2,675.75 | 1725 |
| 10123-01 | 07/12/2019 | $1,957.67 | 1742 |
| 10156-01 | 07/12/2019 | $2,511.71 | 1764 |
| 10156-02 | 08/16/2019 | $340.00 | 5066 |
| 10159-01 | 07/03/2019 | $373.53 | 1776 |
| 10170-01 | 07/03/2019 | $1,693.00 | 1784 |
| 10171-01 | 07/03/2019 | $2,289.81 | 1798 |
| 10173-01 | 07/12/2019 | $2,231.44 | 1815 |
| 10204-01 | 07/12/2019 | $2,576.52 | 1825 |
| 10204-02 | 08/16/2019 | $208.00 | 5067 |
| 10216-01 | 07/12/2019 | $3,733.73 | 1841 |
| 10218-01 | 08/16/2019 | $5,215.59 | 1862 |
| 10219-01 | 08/09/2019 | $2,274.47 | 1877 |
| 10219-02 | 08/16/2019 | $292.00 | 5068 |
| 10220-01 | 07/12/2019 | $1,522.96 | 1889 |
| 10221-01 | 07/12/2019 | $2,619.45 | 1902 |
| 10222-01 | 07/12/2019 | $1,863.17 | 1913 |
| 10250-01 | 08/09/2019 | $2,443.26 | 1922 |
| 10251-01 | 07/12/2019 | $1,452.07 | 1933 |
| 10253-01 | 08/09/2019 | $3,220.46 | 1944 |
| 10265-01 | 07/12/2019 | $4,484.01 | 1958 |
| 10282-01 | 07/12/2019 | $1,574.25 | 1978 |
| 10283-01 | 07/12/2019 | $1,289.16 | 1988 |
| 10295-01 | 07/12/2019 | $1,098.15 | 2005 |
| 10323-01 | 08/16/2019 | $1,312.85 | 2025 |
| 10329-01 | 08/16/2019 | $1,761.77 | 2027 |
| 10330-01 | 08/16/2019 | $7,980.28 | 2038 |
| 10336-01 | 07/12/2019 | $2,120.90 | 2070 |
| 10377-01 | 10/14/2019 | $22,872.23 | 2086 |
| 10388-01 | 08/16/2019 | $1,954.46 | 2097 |
| 10390-01 | 08/16/2019 | $828.06 | 2117 |
| 10424-01 | 08/09/2019 | $1,941.32 | 2135 |
| 10425-01 | 08/09/2019 | $1,760.59 | 2147 |
| 10426-01 | 08/16/2019 | $1,126.07 | 2160 |
| 10461-01 | 10/14/2019 | $19,300.13 | 2176 |
| 10464-01 | 08/16/2019 | $1,037.34 | 2192 |
| 10468-01 | 08/16/2019 | $2,086.55 | 2204 |

**Exhibit C**                                                                                                                              page 3 of 4

| Invoice | Date | Amount | Ref |
|---|---|---|---|
| 10492-01 | 08/21/2019 | $18,582.06 | 2224 |
| 10498-01 | 10/14/2019 | $16,348.99 | 2236 |
| 10499-01 | 08/16/2019 | $1,937.50 | 2248 |
| 10528-01 | 10/14/2019 | $16,263.99 | 2265 |
| 10554-01 | 10/15/2019 | $3,489.27 | 2277 |
| | TOTAL UNPAID INVOICE | $382,464.97 | |

**Exhibit C**