# EXHIBIT "S"

Delaware.gov                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

View Search Results

### Entity Details

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

| | | | |
|---|---|---|---|
| File Number: | 5765918 | Incorporation Date / Formation Date: | 6/12/2015 (mm/dd/yyyy) |
| Entity Name: | EAGLE TRADING USA LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Cancelled, Failure to Pay Tax | Status Date: | 6/1/2019 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 1770 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | RITA CARNEVALE |
| Address: | 717 NORTH UNION STREET |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19805-3031 |
| Phone: | 302-225-7000 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Change of Agent; LLC 9000014 | 1 | 8/27/2015 | 11:00 AM | 8/27/2015 |
| 2 | LLC | 1 | 6/12/2015 | 11:30 AM | 6/12/2015 |

[Back to Entity Search]   [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.