# EXHIBIT "T"



# AVALON
## RISK MANAGEMENT

Important

January 15, 2020

EAGLE TRADING USA LLC
717 N UNION ST, STE 98
WILMINGTON, DE 19805-3031

RE:    PAST DUE PAYMENT TO UNITED STATES CUSTOMS SERVICE:

## MULTIPLE CASES ATTACHED

U.S. Customs issued the above referenced liquidated damage case for Non-Payment of duties. To date, the duties amounts for this case had not been paid. As a result, the company who provided your U.S. Customs Bond to secure the referenced entry has received a demand from Customs requiring immediate payment.

Based on the foregoing, you are herein demanded to make payment ASAP. Please make checks payable to U.S. Customs Service and Protection send to my attention at Avalon Risk Management, Inc.: Avalon Risk Management, Inc., Attn: Michelle Childs, 150 Northwest Point Blvd., 2nd Floor, Elk Grove Village, IL 60007. I will forward the payments onto Customs with a letter from surety to ensure acceptance. To ensure proper facilitation of your payment, please note the case numbers on your checks.

This is a very serious matter and non-payment of the subject case constitutes a breach of your contractual obligations to U.S. Customs. If the referenced case is not paid by the due date, we will have no choice but to take immediate collection action against your company and request termination of any Customs Bond you may have on file with our company. Please be aware, a Customs Bond allows you to import merchandise into the United States and is required by the U.S. Customs Service. In addition to the termination of your Customs Bond, Customs will place you on their Sanction list, which revokes your immediate delivery privilege and requires payment of estimated duty via cashiers' check. If surety is forced to pay Customs on your behalf, legal proceedings will commence of which you will be responsible for legal fees and costs. We will also seek additional remedy(s), including, but not limited to the attachment of shipments, etc. *To avoid these unnecessary measures and continue importing without interruption, please remit payment to Customs TODAY.*

Should you have any questions, please do not hesitate to contact me directly at (847) 700-8086, via facsimile at (847) 700-8117 or via e-mail at mchilds@avalonrisk.com

Sincerely,

Avalon Risk Management
Managing General Agent for
Southwest Marine and General Ins

*Michelle Childs*

Michelle Childs
*Surety Claims Specialist*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY        AMERIWAY - 0077352

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION<br><br>**NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618,19 USC 1623<br>DEMAND ON SURETY** | Case Number<br>2020270420036201 |
|---|---|
| | Port Code and Name<br>2704 LOS ANGELES |
| | 47553472400 |

| TO:<br>  Southwest Marine and General Ins<br>  150 Northwest Point Blvd<br>  Fl 2<br>  Elk Grove Village, IL 60007-1015 | JAN 0 9 2020 | |
|---|---|---|

Demand is hereby made for payment of $1,420.00 , representing ☐ Penalties ☑ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

The summary for entry number 9NK-00104990 was filed timely, but estimated duties, fees, taxes and charges have not been paid. There will be no relief from this claim until estimated duties, fees, taxes and charges of $710.00 are paid.

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| 19 CFR 142.12, 19 CFR 113.62(a)(1)(i), 19 CFR 113.62(m)(4) | | Bond Activity Type: 1<br>Bond #: 17C0043XT | |
| **Description of Bond**<br>Importer or broker | **Bond Type**<br>8 | **Amount**<br>$200000 | **Bond Effective Date**<br>11/10/2017 |
| **Name and Address of Principal on Bond**<br>EAGLE TRADING USA LLC<br>717 N Union St<br>Ste 98<br>WILMINGTON, DE 19805-3031 | | | |
| **Name and Address of Surety on Bond**<br>Southwest Marine and General Ins<br>150 Northwest Point Blvd<br>Fl 2<br>Elk Grove Village, IL 60007-1015 | | **Surety Identification No**<br>054 | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077353



| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION | Case Number<br>2020270420036201 |
|---|---|
| **NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618,19 USC 1623<br>DEMAND ON SURETY** | Port Code and Name<br>**2704 LOS ANGELES**<br><br>47553472400 |

**TO:**

    Southwest Marine and General Ins
    150 Northwest Point Blvd
    Fl 2
    Elk Grove Village, IL 60007-1015

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Commissioner of Customs and Border Protection, and forward to the FP&F officer at:
**U.S. CBP FPF OFFICE, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA 90802.**

| | TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF |
|---|---|
| **Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim.** | 60 days from the date of this notice |

| Signature<br>**LEE M. BAXLEY** | Title<br>**FP&F Officer 5623665400** | Date<br>**01/03<br>/2020** |
|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    AMERIWAY - 0077354

Mc

| **DEPARTMENT OF HOMELAND SECURITY**<br>**U.S. CUSTOMS AND BORDER PROTECTION**<br>NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>**19 USC 1618, 19 USC 1623**<br>**DEMAND ON SURETY** | **Case Number**<br>**2020460120034701** |
|---|---|
| | **Port Code and Name**<br>**4601 NEWARK** |
| | 47553472400 |

**TO:**

  **Southwest Marine and General Ins**
  **150 Northwest Point Blvd**
  **Fl 2**
  **Elk Grove Village, IL 60007-1015**

  ~~JAN~~ 0 7 2020

Demand is hereby made for payment of $1,682.14 , representing ☐ Penalties ☑ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

The summary for entry number 9NK-00104263 was filed timely, but estimated duties, fees, taxes and charges have not been paid. There will be no relief from this claim until estimated duties, fees, taxes and charges of $841.07 are paid.

| \*\*\* COURTESY COPY \*\*\* | | | |
|---|---|---|---|
| **LAW OR REGULATION VIOLATED** | | **BOND BREACHED** | |
| 19 CFR 142.12, 19 CFR 113.62(a)(1)(i), 19 CFR 113.62(m)(4) | | **Bond Activity Type:** 1<br>**Bond #:** 17C0043XT | |
| **Description of Bond**<br>Importer or broker | **Bond Type**<br>8 | **Amount**<br>$200000 | **Bond Effective Date**<br>11/10/2017 |
| **Name and Address of Principal on Bond**<br>EAGLE TRADING USA LLC<br>717 N Union St<br>Ste 98<br>WILMINGTON, DE 19805-3031 | | | |
| **Name and Address of Surety on Bond**<br>Southwest Marine and General Ins<br>150 Northwest Point Blvd<br>Fl 2<br>Elk Grove Village, IL 60007-1015 | | **Surety Identification No**<br>054 | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077355

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION<br>NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618,19 USC 1623<br>DEMAND ON SURETY | Case Number<br>2020460120034701 |
|---|---|
| | Port Code and Name<br>4601 NEWARK |
| | 47553472400 |

TO:

    Southwest Marine and General Ins
    150 Northwest Point Blvd
    Fl 2
    Elk Grove Village, IL 60007-1015

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Commissioner of Customs and Border Protection, and forward to the FP&F officer at:
**U.S. CBP FP&F OFFICE, 1100 RAYMOND BLVD, STE 502, NEWARK, NJ 07102-5234.**

| | TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim. | 60 days from the date of this notice |

| Signature<br>EDWARD P. NAGLE | Title<br>FP&F Officer 9733686960 | Date<br>12/30<br>/2019 |
|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    AMERIWAY - 0077356



| **DEPARTMENT OF HOMELAND SECURITY** | **Case Number** 2020460120034901 |
|---|---|
| **U.S. CUSTOMS AND BORDER PROTECTION** | **Port Code and Name** 4601 NEWARK |
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT 19 USC 1618,19 USC 1623 DEMAND ON SURETY | 47553472400 |

**TO:**

Southwest Marine and General Ins
150 Northwest Point Blvd
Fl 2
Elk Grove Village, IL 60007-1015

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Commissioner of Customs and Border Protection, and forward to the FP&F officer at:
U.S. CBP FP&F OFFICE, 1100 RAYMOND BLVD, STE 502, NEWARK, NJ 07102-5234.

| | **TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF** |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim. | 60 days from the date of this notice |

| **Signature** EDWARD P. NAGLE | **Title** FP&F Officer 9733686960 | **Date** 12/30 /2019 |
|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY          AMERIWAY - 0077357

| DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT 19 USC 1618,19 USC 1623 DEMAND ON SURETY | Case Number 2020460120034901 |
|---|---|
| | Port Code and Name 4601 NEWARK |
| | 47553472400 |

TO:
    **Southwest Marine and General Ins**
    150 Northwest Point Blvd
    Fl 2
    Elk Grove Village, IL 60007-1015

JAN 0 7 2020

Demand is hereby made for payment of $2,452.12 , representing ☐ Penalties ☑ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

The summary for entry number 9NK-00104925 was filed timely, but estimated duties, fees, taxes and charges have not been paid. There will be no relief from this claim until estimated duties, fees, taxes and charges of $1,226.06 are paid.

### *** COURTESY COPY ***

| LAW OR REGULATION VIOLATED | BOND BREACHED | | |
|---|---|---|---|
| 19 CFR 142.12, 19 CFR 113.62(a)(1)(i), 19 CFR 113.62(m)(4) | Bond Activity Type: 1 Bond #: 17C0043XT | | |
| **Description of Bond** Importer or broker | **Bond Type** 8 | **Amount** $200000 | **Bond Effective Date** 11/10/2017 |

**Name and Address of Principal on Bond**
EAGLE TRADING USA LLC
717 N Union St
Ste 98
WILMINGTON, DE 19805-3031

| Name and Address of Surety on Bond Southwest Marine and General Ins 150 Northwest Point Blvd Fl 2 Elk Grove Village, IL 60007-1015 | Surety Identification No 054 |
|---|---|

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY      AMERIWAY - 0077358

| DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION | Case Number 2020460120034801 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT 19 USC 1618,19 USC 1623 DEMAND ON SURETY | Port Code and Name 4601 NEWARK |
| | 47553472400 |

TO:

    Southwest Marine and General Ins
    150 Northwest Point Blvd
    Fl 2
    Elk Grove Village, IL 60007-1015

JAN 0 7 2020

Demand is hereby made for payment of $1,000.00 , representing ☐ Penalties ☑ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

The summary for entry number 9NK-00104610 was filed timely, but estimated duties, fees, taxes and charges have not been paid. There will be no relief from this claim until estimated duties, fees, taxes and charges of $297.01 are paid.

### *** COURTESY COPY ***

| LAW OR REGULATION VIOLATED | BOND BREACHED | | |
|---|---|---|---|
| 19 CFR 142.12, 19 CFR 113.62(a)(1)(i), 19 CFR 113.62(m)(4) | Bond Activity Type: 1 Bond #: 17C0043XT | | |
| **Description of Bond** Importer or broker | **Bond Type** 8 | **Amount** $200000 | **Bond Effective Date** 11/10/2017 |

**Name and Address of Principal on Bond**
EAGLE TRADING USA LLC
717 N Union St
Ste 98
WILMINGTON, DE 19805-3031

| **Name and Address of Surety on Bond** Southwest Marine and General Ins 150 Northwest Point Blvd Fl 2 Elk Grove Village, IL 60007-1015 | **Surety Identification No** 054 |
|---|---|

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

| DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION | Case Number 2020460120034801 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT 19 USC 1618,19 USC 1623 DEMAND ON SURETY | Port Code and Name 4601 NEWARK |
| | 47553472400 |

TO:

    Southwest Marine and General Ins
    150 Northwest Point Blvd
    Fl 2
    Elk Grove Village, IL 60007-1015

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Commissioner of Customs and Border Protection, and forward to the FP&F officer at:
U.S. CBP FP&F OFFICE, 1100 RAYMOND BLVD, STE 502, NEWARK, NJ 07102-5234.

| | TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim. | 60 days from the date of this notice |

| Signature EDWARD P. NAGLE | Title FP&F Officer 9733686960 | Date 12/30 /2019 |
|---|---|---|

| **DEPARTMENT OF HOMELAND SECURITY**<br>**U.S. CUSTOMS AND BORDER PROTECTION**<br>NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618,19 USC 1623<br>**DEMAND ON SURETY** | **Case Number**<br>2020460120035001 |
|---|---|
| | **Port Code and Name**<br>**4601 NEWARK** |
| | 47553472400 |

TO:

    **Southwest Marine and General Ins**
    **150 Northwest Point Blvd**
    **Fl 2**
    **Elk Grove Village, IL 60007-1015**

JAN 0 7 2020

CLAIMS DEPARTMENT

Demand is hereby made for payment of <u>$1,000.00</u> , representing ☐ Penalties ☑ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

The summary for entry number 9NK-00104982 was filed timely, but estimated duties, fees, taxes and charges have not been paid. There will be no relief from this claim until estimated duties, fees, taxes and charges of $428.49 are paid.

| \*\*\* COURTESY COPY \*\*\* | | | |
|---|---|---|---|
| **LAW OR REGULATION VIOLATED** | | **BOND BREACHED** | |
| 19 CFR 142.12, 19 CFR 113.62(a)(1)(i), 19 CFR 113.62(m)(4) | | **Bond Activity Type:** 1<br>**Bond #:** 17C0043XT | |
| **Description of Bond**<br>Importer or broker | **Bond Type**<br>8 | **Amount**<br>$200000 | **Bond Effective Date**<br>11/10/2017 |
| **Name and Address of Principal on Bond**<br>EAGLE TRADING USA LLC<br>717 N Union St<br>Ste 98<br>WILMINGTON, DE 19805-3031 | | | |
| **Name and Address of Surety on Bond**<br>Southwest Marine and General Ins<br>150 Northwest Point Blvd<br>Fl 2<br>Elk Grove Village, IL 60007-1015 | | **Surety Identification No**<br>054 | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AMERIWAY - 0077361

| DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION | Case Number 2020460120035001 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT 19 USC 1618,19 USC 1623 DEMAND ON SURETY | Port Code and Name 4601 NEWARK |
| | 47553472400 |

**TO:**

    Southwest Marine and General Ins
    150 Northwest Point Blvd
    Fl 2
    Elk Grove Village, IL 60007-1015

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Commissioner of Customs and Border Protection, and forward to the FP&F officer at:
U.S. CBP FP&F OFFICE, 1100 RAYMOND BLVD, STE 502, NEWARK, NJ 07102-5234.

| | TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim. | 60 days from the date of this notice |

| Signature EDWARD P. NAGLE | Title FP&F Officer 9733686960 | Date 12/30 /2019 |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION | Case Number 2020460120035101 |
|---|---|
| | Port Code and Name 4601 NEWARK |

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**

NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT
19 USC 1618,19 USC 1623
DEMAND ON SURETY

**Case Number**
2020460120035101

**Port Code and Name**
4601 NEWARK

47553472400

TO:

    **Southwest Marine and General Ins**
    150 Northwest Point Blvd
    Fl 2
    Elk Grove Village, IL 60007-1015

JAN 0 7 2020

CLAIMS

Demand is hereby made for payment of $1,000.00 , representing ☐ Penalties ☑ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

The summary for entry number 9NK-00105286 was filed timely, but estimated duties, fees, taxes and charges have not been paid. There will be no relief from this claim until estimated duties, fees, taxes and charges of $428.49 are paid.

**\*\*\* COURTESY COPY \*\*\***

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| 19 CFR 142.12, 19 CFR 113.62(a)(1)(i), 19 CFR 113.62(m)(4) | | Bond Activity Type: 1 Bond #: 17C0043XT | |
| **Description of Bond** Importer or broker | **Bond Type** 8 | **Amount** $200000 | **Bond Effective Date** 11/10/2017 |
| **Name and Address of Principal on Bond** EAGLE TRADING USA LLC 717 N Union St Ste 98 WILMINGTON, DE 19805-3031 | | | |
| **Name and Address of Surety on Bond** Southwest Marine and General Ins 150 Northwest Point Blvd Fl 2 Elk Grove Village, IL 60007-1015 | | **Surety Identification No** 054 | |

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION<br><br>NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618,19 USC 1623<br>DEMAND ON SURETY | Case Number<br>2020460120035101 |
|---|---|
| | Port Code and Name<br>**4601 NEWARK** |
| | 47553472400 |

TO:

    **Southwest Marine and General Ins**
    **150 Northwest Point Blvd**
    **Fl 2**
    **Elk Grove Village, IL 60007-1015**

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Commissioner of Customs and Border Protection, and forward to the FP&F officer at:

U.S. CBP FP&F OFFICE, 1100 RAYMOND BLVD, STE 502, NEWARK, NJ 07102-5234.

| | TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim. | 60 days from the date of this notice |

| Signature<br>EDWARD P. NAGLE | Title<br>FP&F Officer 9733686960 | Date<br>12/30<br>/2019 |
|---|---|---|

| Details | Service Date | Detail Amt | Disc Revoke | Balance Owed |
|---|---|---|---|---|
| 4187337082 | 4/17/2019 | $340.30 | $0.00 | $340.30 |
| 4187377910 | 4/17/2019 | $693.19 | $4,108.62 | $4,738.81 |
| 4187505401 | 4/20/2019 | $335.50 | $2,187.36 | $2,522.86 |
| 4187541234 | 4/20/2019 | $209.38 | $1,365.08 | $1,574.46 |
| 4187541946 | 4/19/2019 | $369.69 | $1,963.66 | $2,333.35 |
| 4187540540 | 4/18/2019 | $917.96 | $4,491.50 | $5,409.46 |
| 4187479932 | 4/22/2019 | $776.38 | $3,943.95 | $4,720.33 |
| 4188179704 | 4/25/2019 | $542.72 | $2,620.26 | $3,162.98 |
| 4188182950 | 4/24/2019 | $891.84 | $5,242.25 | $6,234.09 |
| 4189694320 | 5/7/2019 | $261.28 | $0.00 | $261.28 |
| 4189717140 | 5/9/2019 | $262.00 | $1,704.03 | $1,966.03 |
| 4190633445 | 5/10/2019 | $340.78 | $0.00 | $340.78 |
| 4190607282 | 5/18/2019 | $222.32 | $1,444.80 | $1,667.12 |
| 4190609102 | 5/17/2019 | $724.11 | $3,241.06 | $3,965.17 |
| 4190629354 | 5/16/2019 | $891.01 | $4,897.97 | $5,788.98 |
| 4190631421 | 5/15/2019 | $390.56 | $1,614.10 | $2,004.66 |
| 4190639682 | 5/15/2019 | $591.07 | $3,444.77 | $4,035.84 |
| 4190807865 | 5/23/2019 | $200.45 | $0.00 | $200.45 |
| 4191114691 | 5/17/2019 | $274.98 | $1,341.85 | $1,616.83 |
| 4193433961 | 6/11/2019 | $200.28 | $0.00 | $200.28 |
| 4193224273 | 6/7/2019 | $246.83 | $1,605.40 | $1,852.23 |
| 4193639996 | 6/11/2019 | $361.33 | $1,437.42 | $1,798.75 |
| 4193632822 | 6/12/2019 | $520.64 | $3,061.31 | $3,681.95 |
| 4193727344 | 6/13/2019 | $429.70 | $2,341.01 | $2,770.71 |

Totals: 520006512325     $63,187.70

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY     AMERIWAY - 0077365

PRINT DATE 09/14/2020

**U.S. Customs and Border Protection**

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



For Bill Inquiries Please Contact the Port at (973) 368-6100 or the Revenue Division at (317) 614-4811

| BILL TO: | |
|---|---|
| 869  1 MB 0.439 P2 T4  43472-1-3-1 SUPPLMNT | |

||||||||||||||||||||||||||||||||||||||||||||

EAGLE TRADING USA LLC
717 N UNION ST
STE 98
WILMINGTON DE 19805-3031

| | |
|---|---|
| Importer Number: | 47-553472400 |
| Bill Number: | 482523785 |
| Bill Date: | 08-07-20 |
| Port of Service/Charge: | 24601 |
| | NEWARK, NJ |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 08-13-19 | 9NK00104925 | | DUTY | 1165.95 |
| | | | FORMAL MPF | 44.16 |
| | | | HMF | 15.95 |
| | | | INTEREST | 56.91 |
| | | | | |
| | | | Interest Accrued to Date | 3.16 |
| | | Full Amount Due Upon Receipt | | **1286.13** |
| | | Amount Due After  10-05-20  (including interest) | | 1289.29 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____        Surety Code ____054____

Interest Rate Effective ___07-01-20___    3.00%___

For more information visit www.cbp.gov/trade/priority-issues/revenue        CBP Form 6084 (07/11)

- - - - - - - - - - - - - - - - - - - - - - - - - - - **PAYER S COPY** - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Enclose this portion with remittance**    PRINT DATE 09/14/2020

BILL TO:    EAGLE TRADING USA LLC
717 N UNION ST
STE 98
WILMINGTON DE 19805-3031

Bill Number: _____482523785_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 979126
St. Louis, MO 63197-9000




HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY        AMERIWAY - 0077366

CBP Form 6084 (07/11)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077367

# The Receivable Management Services LLC

**R·M·S**

800-613-1545

May 18, 2020

AMERIWAY CORP
2424 E YORK ST
PHILADELPHIA, PA 19125-3026

      Re:    FedEx Freight
              Amount Owed: $63,187.70
              Account No.  663536770
              Reference No. 520006512325

AMERIWAY CORP:

We are a debt collection company and FedEx Freight has contracted with us to collect the debt noted above. This is an attempt to collect a debt and any information obtained will be used for that purpose.

To make a payment, please telephone us at 800-613-1545 or mail your payment to us using the coupon on the reverse side of this letter.

To access your account online, including payment options, please visit www.rmspay.com. You will be prompted to enter your Zip Code and the Reference Number from this letter.

Your balance may increase or decrease based on additional information we receive from the client.

We look forward to receiving your payment.

Sincerely,

*The Receivable Management Services LLC*

When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number at the top of this notice.

P.O. Box 19646, Minneapolis, MN 55419
help@rmscustomersupport.com
(888)807-2576 (9:00 AM – 6:00 PM ET)

---

RETURN MAIL ONLY                          (Detach and return with payment)
P.O.Box 1954
Southgate, MI 48195-0954                                  520006512325

 

4003-0000391

RMS
PO Box 19646
AMERIWAY CORP                              Minneapolis, MN 55419
2424 E YORK ST
PHILADELPHIA, PA 19125-3026

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY         AMERIWAY - 0077369

PRINT DATE 09/07/2020



**U.S. Customs and Border Protection**

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (973) 368-6100 or the Revenue Division at (317) 614-4811

| BILL TO: | |
|---|---|
| 1091  1 MB 0.439 P2 T4 43472-1-1-1 SUPPLMNT | |
| ЍЙЊЍЙЉЉЊЍЊЉ··ЍЊЉЍЊЉ·ЍЊЉЍЉ||||||ЍЊЉЉ··ЍЊ|||||ЍЊЉЉ·Ѝ | |
| EAGLE TRADING USA LLC | |
| 717 N UNION ST | |
| STE 98 | |
| WILMINGTON DE 19805-3031 | |

| | |
|---|---|
| Importer Number: | 47-553472400 |
| Bill Number: | 482473024 |
| Bill Date: | 07-31-20 |
| Port of Service/Charge: | 24601 |
| | NEWARK, NJ |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).  CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts.  The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 08-03-19 | 9NK00104263 | | DUTY | 806.77 |
| | | | FORMAL MPF | 26.22 |
| | | | HMF | 8.08 |
| | | | INTEREST | 39.86 |

| | | |
|---|---|---|
| | Interest Accrued to Date | 2.17 |
| | Full Amount Due Upon Receipt | **883.10** |
| Amount Due After   09-28-20   (including interest) | | 885.27 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____          Surety Code _____054_____

Interest Rate Effective ____07-01-20____     3.00%_____

For more information visit www.cbp.gov/trade/priority-issues/revenue          CBP Form 6084 (07/11)

- - - - - - - - - - - - - - - - - - - - - - - - - **PAYER S COPY** - - - - - - - - - - - - - - - - - - - - - - - - -

**Enclose this portion with remittance**   PRINT DATE 09/07/2020



BILL TO:    EAGLE TRADING USA LLC
717 N UNION ST
STE 98
WILMINGTON DE 19805-3031

Bill Number: _____482473024_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 979126
St. Louis, MO 63197-9000



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY   AMERIWAY - 0077370

04755347724004824179024079312000000000863310          CBP Form 6084 (07/11)



**U.S. Customs and Border Protection**
FPF OFFICE
1100 RAYMOND BLVD, STE 502
NEWARK NJ 07102-5234

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 280 1 MB 0.439 P2 T2 43473-1-1-1 | |
| BILL TO:  EAGLE TRADING USA LLC | |
| 717 N UNION ST | |
| STE 98 | |
| WILMINGTON DE 19805-3031 | |

| | |
|---|---|
| Importer Number: | 47-553472400 |
| Bill Number: | FP00032826 |
| Bill Date: | *09/05/2020* |
| Port of Service/Charge: | 4601 |

For Bill Inquiries Please Contact the CBP Port Office at (973) 368-6960.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/29/2019 | FPF CASE | 2020460120035101 | LIQ DAMAGES | 1000.00 |

BOND NO          17C0043XT
APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: EAGLE TRADING USA LLC    47-553472400

VIOLATION DATE: 09-04-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 1000.00**

SURETY CODE: 054

PAYER'S COPY                          CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:     09/05/2020
Bill To:       EAGLE TRADING USA LLC
               717 N UNION ST
               STE 98
               WILMINGTON DE 19805-3031

| | | |
|---|---|---|
| Bill Number: | FP00032826 | |
| Transaction Identification: | 2020460120035101 | FPF OFFICE |
| FIRST NOTICE | | 1100 RAYMOND BLVD, STE 502 |
| Amount Due: | 1000.00 | NEWARK NJ 07102-5234 |
| Amount Enclosed: | | |

PLEASE ADVISE OF ANY ADDRESS CHANGE

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY_0077371

CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
FPF OFFICE
1100 RAYMOND BLVD, STE 502
NEWARK NJ 07102-5234

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 279  1 MB 0.439 P2 T2  43473-1-1-1 | |
| BILL TO:  EAGLE TRADING USA LLC | |
| 717 N UNION ST | |
| STE 98 | |
| WILMINGTON DE 19805-3031 | |

| | |
|---|---|
| Importer Number: | 47-553472400 |
| Bill Number: | FP00032825 |
| Bill Date: | 09/05/2020 |
| Port of Service/Charge: | 4601 |

For Bill Inquiries Please Contact the CBP Port Office at (973) 368-6960.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/29/2019 | FPF CASE | 2020460120035001 | LIQ DAMAGES | 1000.00 |

BOND NO          17C0043XT
APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: EAGLE TRADING USA LLC    47-553472400

VIOLATION DATE: 08-30-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 1000.00**

SURETY CODE: 054

PAYER'S COPY                                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    09/05/2020
Bill To:      EAGLE TRADING USA LLC
              717 N UNION ST
              STE 98
              WILMINGTON DE 19805-3031

| | |
|---|---|
| Bill Number: | FP00032825 |
| Transaction Identification: | 2020460120035001 |
| FIRST NOTICE | |
| Amount Due: | 1000.00 |
| Amount Enclosed: | |

FPF OFFICE
1100 RAYMOND BLVD, STE 502
NEWARK NJ 07102-5234

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          AMERIWAY_0077372



**U.S. Customs and Border Protection**
FPF OFFICE
1100 RAYMOND BLVD, STE 502
NEWARK NJ 07102-5234

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 277 1 MB 0.439 P2 T2 43473-1-1-1 | |
| BILL TO:  EAGLE TRADING USA LLC | |
| 717 N UNION ST | |
| STE 98 | |
| WILMINGTON DE 19805-3031 | |

|l•ll••ll|ll|ll•l••l|••l|l|l•l|l•l•|ll|•l•|•ll••l|l|

| | |
|---|---|
| Importer Number: | 47-553472400 |
| Bill Number: | FP00032827 |
| Bill Date: | 09/05/2020 |
| Port of Service/Charge: | 4601 |

For Bill Inquiries Please Contact the CBP Port Office at (973) 368-6960.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/29/2019 | FPF CASE | 2020460120034701 | LIQ DAMAGES | 1682.14 |

BOND NO          17C0043XT
APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: EAGLE TRADING USA LLC     47-553472400

VIOLATION DATE: 08-16-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 1682.14**

SURETY CODE: 054

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

| | |
|---|---|
| Bill Date: | 09/05/2020 |
| Bill To: | EAGLE TRADING USA LLC |
| | 717 N UNION ST |
| | STE 98 |
| | WILMINGTON DE 19805-3031 |

| | |
|---|---|
| Bill Number: | FP00032827 |
| Transaction Identification: | 2020460120034701 |
| FIRST NOTICE | |
| Amount Due: | 1682.14 |
| Amount Enclosed: | |

FPF OFFICE
1100 RAYMOND BLVD, STE 502
NEWARK NJ 07102-5234

PLEASE ADVISE OF ANY ADDRESS CHANGE          CBP FORM 6084SC (03/12)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY 0077373



**U.S. Customs and Border Protection**

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



For Bill Inquiries Please Contact the Port at (562) 366-5405 or the Revenue Division at (317) 614-4811

| BILL TO: | |
|---|---|
| 868  1 MB 0.439 P2 T4  43472-1-3-1 SUPPLMNT | |
| ǁ‧‧ǁ‖‧‧ǁǁ‧ǁ‧‧ǁǁ‧ǁ‧ǁ‧ǁ‧ǁ‧ǁǁǁ‧ǁ‧ǁ‧ǁ‧‧‧ǁ‖ǁ‧ǁ‧‧ | |
| EAGLE TRADING USA LLC | |
| 717 N UNION ST | |
| STE 98 | |
| WILMINGTON DE 19805-3031 | |

| Importer Number: | 47-553472400 |
|---|---|
| Bill Number: | 482792690 |
| Bill Date: | 09-11-20 |
| Port of Service/Charge: | 72704 |
| | LONG BEACH, CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 09-17-19 | 9NK00105542 | | DUTY | 2386.56 |
| | | | INTEREST | 105.97 |
| | | | COTTON | 1.98 |
| | | | INTEREST | 0.09 |
| | | | FORMAL MPF | 162.18 |
| | | | INTEREST | 7.20 |
| | | | HMF | 58.55 |
| | | | INTEREST | 2.60 |
| | | | OTHER | |

| | | |
|---|---|---|
| | Interest Accrued to Date | 0.00 |
| | Full Amount Due Upon Receipt | **2725.13** |
| Amount Due After   10-20-20   (including interest) | | 2731.84 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____

Surety Code _____ 054 _____

Interest Rate Effective ____ 07-01-20 ____   3.00% ____

For more information visit www.cbp.gov/trade/priority-issues/revenue

CBP Form 6084 (07/11)

- - - - - - - - - - - - - - - - - - - - - - - **PAYER S COPY** - - - - - - - - - - - - - - - - - - - - - - -

**Enclose this portion with remittance**   PRINT DATE 09/14/2020



BILL TO:   EAGLE TRADING USA LLC
717 N UNION ST
STE 98
WILMINGTON DE 19805-3031

Bill Number: _____ 482792690 _____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 979126
St. Louis, MO 63197-9000



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

0475534724004827426400411200000002725113

AMERIWAY - 0077374
CBP Form 6084 (07/11)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077375

PRINT DATE 09/14/2020

# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



For Bill Inquiries Please Contact the Port at (973) 368-6100 or the Revenue Division at (317) 614-4811

| BILL TO: | |
|---|---|
| 870  1 MB 0.439 P2 T4  43472-1-3-1 SUPPLMNT | |
| EAGLE TRADING USA LLC<br>717 N UNION ST<br>STE 98<br>WILMINGTON DE 19805-3031 | |

| | |
|---|---|
| Importer Number: | 47-553472400 |
| Bill Number: | 482523774 |
| Bill Date: | 08-07-20 |
| Port of Service/Charge: | 24601 |
| | NEWARK, NJ |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 08-14-19 | 9NK00104610 | | DUTY<br>FORMAL MPF<br>HMF<br>INTEREST | 264.07<br>26.22<br>6.72<br>13.74 |
| | | | Interest Accrued to Date | 0.77 |
| | | | Full Amount Due Upon Receipt | **311.52** |
| | | Amount Due After    10-05-20    (including interest) | | 312.28 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____          Surety Code _____054_____

Interest Rate Effective _____07-01-20_____    _____3.00%_____

For more information visit www.cbp.gov/trade/priority-issues/revenue                    CBP Form 6084 (07/11)

- - - - - - - - - - - - - - - - - - - - - - - - - **PAYER S COPY** - - - - - - - - - - - - - - - - - - - - - - - - -

**Enclose this portion with remittance**    PRINT DATE 09/14/2020

BILL TO:    EAGLE TRADING USA LLC
717 N UNION ST
STE 98
WILMINGTON DE 19805-3031

Bill Number: _____482523774_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 979126
St. Louis, MO 63197-9000



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    AMERIWAY - 0077376

04755347240048252377408072000000000031152                    CBP Form 6084 (07/11)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY - 0077377



**U.S. Customs and Border Protection**
FPF OFFICE
1100 RAYMOND BLVD, STE
502
NEWARK NJ 07102-5234

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 278  1 MB 0.439 P2 T2  43473-1-1-1 | |
| BILL TO:  EAGLE TRADING USA LLC | |
| 717 N UNION ST | |
| STE 98 | |
| WILMINGTON DE 19805-3031 | |

| | |
|---|---|
| Importer Number: | 47-553472400 |
| Bill Number: | FP00032828 |
| Bill Date: | 09/05/2020 |
| Port of Service/Charge: | 4601 |

For Bill Inquiries Please Contact the CBP Port Office at (973) 368-6960.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/29/2019 | FPF CASE | 2020460120034801 | LIQ DAMAGES | 1000.00 |

BOND NO            17C0043XT
APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: EAGLE TRADING USA LLC    47-553472400

VIOLATION DATE: 08-28-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 1000.00**

SURETY CODE: 054

PAYER'S COPY                                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    09/05/2020
Bill To:      EAGLE TRADING USA LLC
              717 N UNION ST
              STE 98
              WILMINGTON DE 19805-3031

Bill Number:                    FP00032828
Transaction Identification:     2020460120034801
FIRST NOTICE
Amount Due:                     1000.00
Amount Enclosed:

FPF OFFICE
1100 RAYMOND BLVD, STE 502
NEWARK NJ 07102-5234

PLEASE ADVISE OF ANY ADDRESS CHANGE    CBP FORM 6084SC (03/12)

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          AMERIWAY 0077378