# Ex. C

Certified Translation of Emails Sent from Chen to Plaintiff in August, 2019

ASTRAL SERVICES
P.O. BOX 754340
FOREST HILLS, NY 11375
customer_service@astralservicesllc.com
929-316-8518
ATA Corporate Member Number: 272638

AFFIDAVIT OF TRANSLATION FROM **CHINESE (MANDARIN) TO ENGLISH** AND VICE VERSA

STATE OF **NEW YORK**           )

                                     ) SS.

COUNTY OF **QUEENS**           )

     On this day, personally appeared before me **JIACONG LI** who, after being duly sworn, depose and says:

     That **he**/she is a translator of the **English and Chinese (Mandarin)** languages by profession since **2019** and **he**/she is a **Managing Member** of **Astral Services**.

     That **he**/she is thoroughly conversant with these languages as a native Chinese speaker/writer and graduated from CUNY John Jay College of Criminal Justice in 2016 with a Bachelor of Arts Degree.

     That **he**/she has carefully made the attached translation from the original document(s) written/typed/printed in the **Chinese** language. While respecting the original contents faithfully and that the translation is true and accurate to the best of **his**/her knowledge, ability and belief.

     That this document has not been translated for a family member, friend or business associate.

     This is to certify that the attached document is a complete, true and correct **English** translation of the attached **Chinese** document of **AMERIWAY CORPORATION'S E-MAILS DATED 08/06/2019 – 08/08/2019, 08/12/2019, 08/16/2019 – 08/17/2019, 08/20/2019 – 08/22/2019, 08/29/2019 AND 08/31/2019 WITH CORPORATION REFERENCE NUMBERS: AMERIWAY - 0077241- 0077255, AMERIWAY - 0077208 – 0077216, AMERIWAY – 0077196 AND AMERIWAY - 0077191**.

Signature of the Translator: _____           [COMPANY CERTIFICATION SEAL]

Date: **NOVEMBER 04, 2021**

**Acknowledgement**

On the **4TH** day of **NOVEMBER** in the year **2021**, before me, the undersigned Notary Public, personally appeared **JIACONG LI**, personally known to me or proved to me on the basis of satisfactory evidence(s) to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
**NOTARY PUBLIC**

KEVIN ZHIWEI ZHU
NO. 01ZH6409325
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES ON 09/28/2024

ASTRAL SERVICES
P.O. BOX 754340
FOREST HILLS, NY 11375
customer_service@astralservicesllc.com
929-316-8518
ATA Corporate Member Number: 272638

**[TRANSLATION FOR E-MAILS DATED: 08/06/2019 – 08/07/2019]**

Friday, September 18, 2020 at 14:02:15 Eastern Daylight Time

---

**Subject**: RE: Reply： RE: Reply： Container #OOCU6964350 delivery instruc=on REF# 10377

**Date**: Wednesday, August 7, 2019 at 7:37:40 PM Eastern Daylight Time

**From**: info@abilitycb.com

**To**: 'Huang, Yang', 'Xiyan Zhang', 'yuti.yu'

Dear Yang,

Terribly sorry, because our company are having some financial issues, the truck company(ies) in the New York Harbor and the other harbors have seized all of the containers of our company's clients. Therefore, we cannot deliver the containers to your company's warehouse for the time being until the issues between us and the truck company(ies) are resolved, we are currently trying our best to resolve the financial issues. I am extremely sorry and thank you for your understanding.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
Email: info@abilitycb.com
www.abilitycb.com

**\*\*Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.\*\***

**\*\*Important !!! \*\***
U.S. Customs & Border Protection will commence full ISF enforcement on **July 9, 2013** and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be **$5,000** per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

**From**: 'Huang, Yang' <lt_docking@qq.com>

ASTRAL SERVICES
P.O. BOX 754340
FOREST HILLS, NY 11375
customer_service@astralservicesllc.com
929-316-8518
ATA Corporate Member Number: 272638

**Sent**: Tuesday, August 6, 2019 06:45 PM
**To**: US customs clearance <info@abilitycb.com>; dustin.matos <dustin.matos@ameriwaycorp.com>; 'frank tang' <frank.tang@ameriwaycorp.com>; Zhang-Latest <xiyan.zhang@ameriwaycorp.com>; 'Yang.Huang' <OP@ameriwaycorp.com>
**Subject**: Reply RE: Reply Container #OOCU6964350 delivery instruction REF# 10377

Hi MAY

OOCU6964350, please let me know if this container has been delivered to the warehouse in JW?

1665 Jersey Ave. Unit A North Brunswick. NJ 08902 OFFICE-732-414-6390 EXT 1

------------------
Best Regard,

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY AMERIWAY – 0077191**

---

[*TRANSLATION FOR E-MAIL DATED: 08/08/2019*]

**Friday, September 18, 2020 at 14:03:56 Eastern Daylight Time**

---

**Subject:** Re: Reply：RE: Reply：Container #OOCU6964350 Communications regarding container being detained

**Date:** Thursday, August 8, 2019 at 8:33:27 PM Eastern Daylight Time

**From:** May Chen

**To:** Xiyan Zhang, yuti.yu

**Attachments:** Eagle Trading Current statement.pdf, Bank of America.docx

General Manager Yu,

Hello! I am terribly sorry that a container from your company has been seized by one of the truck companies that we have business collaboration with, because of our company's financial issues and the funds shortage situation at the moment. We could not pay off the service fees that we owe them previously. Now a dozen of our company's containers has been seized by various truck companies in the harbors at Chicago, New York, and Mobil, etc., until our company pay off all the accounts due then they will release the containers they have at hand and continues to provide services to us. In addition, due to the trade war between the United States and China, our company has to pay very high tariffs every day. The daily cost of tariffs are about one hundred thousand, sometimes even as high as two hundred thousand. Therefore, the remaining operating funds of our company is almost completely depleted, and it is extremely urgent that we obtain a large amount of funds to continue to operate. Now we require the assistance of each client, we ask that each client to

**ASTRAL SERVICES**
P.O. BOX 754340
FOREST HILLS, NY 11375
customer_service@astralservicesllc.com
929-316-8518
ATA Corporate Member Number: 272638

please pay off all the fees to us in order to assist our company in resolving the funds shortage and turnover matter.

In the past two weeks, our company has been working hard to find ways to resolve the issue with the funds shortage and expedite the release of the seized containers from the truck companies. We now urgently need at least more than one hundred thousand of funds for turnover to be able to continue operating, we are also demanding each of our client to pay off all of their fees owed to us in a short period of time. At the same time, we are also collecting the receivables before releasing each batch of goods before releasing them in order to alleviate our urgent needs. Currently, your company's accounts owed is the largest, it is about two hundred fifty thousand, your company's assistance is also the greatest and the most powerful. Please review the attached financial statements, I hope that your company can assist and pay about one hundred thousand of funds to assist us in resolving the current dire situation. Our company will definitely strive to deliver your company's containers which was seized by the truck companies to your company's warehouse in the first given time.

I hope that your company understand our current emergency situation, please assist and wire the funds to our company's bank account as soon as possible in order to reduce our company's financial burdens which at the same time can also expedite the delivery of your company's containers to your company's designated warehouse, to reduce unnecessary situations from happening. The other attachment is our company's bank account information, I am thankful of your company's understanding and assistance. Upon receipt of our e-mail please provide us with a reply for the wire transfer time. I am extremely sorry and extremely thankful of your company's assistance.

Thank you!

May


General Manager Yu,

The Customs Brokerage Firm would like to discuss the business containers' matter with you.

Please call May to discuss it.

Thank you,

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY AMERIWAY – 0077196**

---

[*TRANSLATION FOR E-MAIL DATED: 08/12/2019*]

Friday, September 18, 2020 at 14:05:57 Eastern Daylight Time

---

**Subject**: Reply: Container #OOCU6964350 Communications regarding container being seized

ASTRAL SERVICES
P.O. BOX 754340
FOREST HILLS, NY 11375
customer_service@astralservicesllc.com
929-316-8518
ATA Corporate Member Number: 272638

**Date**: Monday, August 12, 2019 at 9:50:07 PM Eastern Daylight Time

**To**: 'yuti.yu', 'General Manager Zhang'

**Attachments**: winmail.dat

General Manager Yu, General Manager Zhang,

Hello, thank you very much for your reply and informing us of the situation. In the past few days, we were busy dealing with various truck companies and discussing repayment solutions, therefore I could not reply your e-mail in a timely manner, because both the truck companies and us hope to maintain good collaboration relationship and continued future collaborations while at the same time we also need to handle the issue with the payment and the details. After all, our company and their collaboration does not exist principal issue(s), the only issues are the funds for turnover and the payment. I hope you can understand.

After communications with the various truck companies in these past two days, our company have also proposed a similar repayment plan to the truck companies based on the foundations of your company's monthly repayment proposal from last week. The truck companies basically agreed that we will repay in installments after adding interest in the form of a loan, but the truck companies required us to sign an agreement to promise payment on time as a guarantee for repayment. We are also fully understandable and considerate to their concerns and worries. Our company have no intentions of not paying them their service fees, it's just that we are unable to prepare a large amount of money now to pay off each of the truck companies' previous service fees all at once. The truck companies seized your company's containers and the containers of our company's other clients as a last resort, this was not out of our desire. In within these two days, the various truck companies will provide their respective repayment agreement and terms for our company to execute as written guaranty that our company will repay the money in a timely manner.

Our company also understand the current situations of your company, the current competitions are fierce, it is not easy for anyone to operate. We also understand that for anyone to prepare a large amount of money available to use also requires a certain period of time, which is difficult. Basically our company and your company's collaboration in the past three years basically does not exist any principal issue, it's just that each of us have funds turnover issues, both parties require time to prepare. We hope that our company and your company may continue to have long term collaboration as usual, but we also ask your company to understand our company's difficulties and expedite the payment as soon as possible, we sincerely hope that your company can wire transfer fifty thousand to us first in this week for us to temporarily relieve our difficulties, it will help our company reduce the debts as soon as possible and at the same time it also allow the truck companies to release our clients' containers first. I sincerely hope that your company understand our difficulties and urgent needs, you may mobilize some funds from other channels, wire transfer to us first to resolve the current urgent situation. We understand your company's current status, we also discussed with the bank about a commercial loan's plan today in order to resolve the current dire situation. Because the truck companies seized a total of a dozen containers of our clients, all the frame and shipping companies' penalty fees also require payment from