# EXHIBIT "A"

**Department of State: Division of Corporations**

HOME

View Search Results

Allowable Characters

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 5765918 | Incorporation Date / Formation Date: | 6/12/2015 (mm/dd/yyyy) |
| Entity Name: | EAGLE TRADING USA LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 7/1/2021 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | RITA CARNEVALE | | |
| Address: | 717 NORTH UNION STREET | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19805-3031 |
| Phone: | 302-225-7000 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Renewal for Void | 1 | 5/4/2020 | 5:10 PM | 5/4/2020 |
| 2 | Change of Agent; LLC 9000014 | 1 | 8/27/2015 | 11:00 AM | 8/27/2015 |
| 3 | LLC | 1 | 6/12/2015 | 11:30 AM | 6/12/2015 |

[Back to Entity Search]  [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.
site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/Ecorp/EntitySearch/EntitySearchStatus.aspx?i=5765918&d=y
1/1

Filters Used:
1 Tagged · Record

# Email Report
Form Format

Date Printed: 1-19-2022
Time Printed: 12:21
Printed By: WCS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 1-19-2022 | Time | 11:44 | 11:44 | Duration | 0.01 (hours) | Code |
| Subject | Results for Entity Name: EAGLE TRADING USA LLC | | | | | | Staff |
| Client | 50326 ABILITY CUSTOMS BROKERS MatterRef ABILITY - Ameriway v. May Y Chen - MatterNo 50326.004 | | | | | | |
| From | gsherman@cscinfo.com | | | | | | |
| To | wshayne@shaynelawgroup.com | | | | | | |
| CC To | | | | | | | |
| BCC To | | | | | | | |
| Reminders | | (days before) Follow N Done N Notify N Hide N Trigger N Private N Status | | | | | |
| Custom1 | | | | | Custom3 | | |
| Custom2 | | | | | Custom4 | | |
| **Plain Body** | | | | | | | |

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "EAGLE TRADING USA LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE TWELFTH DAY OF JUNE, A.D. 2015, AT 11:30 O`CLOCK A.M.

CERTIFICATE OF CHANGE OF REGISTERED AGENT, FILED THE TWENTY-SEVENTH DAY OF AUGUST, A.D. 2015, AT 11 O`CLOCK A.M.

CERTIFICATE OF REVIVAL, FILED THE FOURTH DAY OF MAY, A.D. 2020, AT 5:10 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "EAGLE TRADING USA LLC".

Jeffrey W. Bullock, Secretary of State

5765918 8100H
SR# 20220171471

Authentication: 202428981
Date: 01-19-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:30 AM 06/12/2015
FILED 11:30 AM 06/12/2015
SRV 150927771 - 5765918 FILE

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

**First:** The name of the limited liability company is  Eagle Trading USA LLC

**Second:** The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington Zip code 19808. The name of its Registered agent at such address is Corporation Service Company

**Third:** (Use this paragraph only if the company is to have a specific effective date of dissolution: "The latest date on which the limited liability company is to dissolve is _____.")

**Fourth:** (Insert any other matters the members determine to include herein.)

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 09 day of June, 2015.

By: _____
Authorized Person (s)

Name: Xiyan Zhang

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 11:00 AM 08/27/2015*
*FILED 11:00 AM 08/27/2015*
*SRV 151226620 - 5765918 FILE*

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT CHANGING ONLY THE REGISTERED OFFICE OR REGISTERED AGENT OF A LIMITED LIABILITY COMPANY

The limited liability company organized and existing under the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is  Eagle Trading USA LLC

2. The Registered Office of the limited liability company in the State of Delaware is changed to  717 N. Union Street  (street), in the City of  Wilmington , Zip Code  19805 . The name of the Registered Agent at such address upon whom process against this limited liability company may be served is  Rita Carnevale

By: _____
    Authorized Person

Name:  Xiyan Zhang
       Print or Type

# STATE OF DELAWARE
# CERTIFICATE OF REVIVAL OF
# A DELAWARE LIMITED LIABILITY COMPANY
# PURSUANT TO TITLE 6, SEC. 18-1109

1. Name of the Limited Liability Company: Eagle Trading USA LLC

2. Date of the original filing with the Delaware Secretary of State: 6/12/2015

3. The name and address of the Registered Agent is:
   RITA CARNEVALE
   717 NORTH UNION STREET
   WILMINGTON, DE 19805

4. (Insert any other matters the members determine to include herein).

5. This Certificate of Revival is being filed by one or more persons authorized to Execute and file the Certificate of Revival.

In witness whereof, the above name Limited Liability Company does hereby certify that the Limited Liability Company is paying all annual Taxes, penalties and interest due to the State of Delaware.

BY: _____
Authorized Person
Name: Xiyan Zhang
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:10 PM 05/04/2020
FILED 05:10 PM 05/04/2020
SR 20203421566 - File Number 5765918