# EXHIBIT "B"

Case 1:19-cv-09407-VSB-VF    Document 151-2    Filed 07/08/22    Page 2 of 7



# State of Delaware

### SECRETARY OF STATE
### DIVISION OF CORPORATIONS
### P.O. BOX 898
### DOVER, DELAWARE 19903

9016043                                                                                     *10-23-2019*
**SHAYNE LAW GROUP, P.C.**
**64 FULTON ST. SUITE 1000**
**NEW YORK, NY  10038**

**ATTN: WILLIAM SHAYNE**

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **6172107 - AMERIWAY CORPORATION** | | |
| 4100H  Plain Copy History 1 Copies | | |
| | *Plain Copy Fee* | *$12.00* |
| | *Expedite Fee, 24 Hour* | *$20.00* |
| | | |
| **6172107 - AMERIWAY CORPORATION** | | |
| 4100A  Plain Copy AR - 2017 1 Copies | | |
| | *Plain Copy Fee* | *$10.00* |
| | | |
| **6172107 - AMERIWAY CORPORATION** | | |
| 4100A  Plain Copy AR - 2016 1 Copies | | |
| | *Plain Copy Fee* | *$10.00* |
| | *TOTAL CHARGES* | *$52.00* |
| | *TOTAL PAYMENTS* | *$52.00* |
| | | |
| | *BALANCE* | *$0.00* |

**2**

**Delaware Division of Corporations**

**Division of Corporations Survey**
401 Federal Street, Suite 4
Dover, DE 19901
**Fax: 302-739-7219**

*On a scale of 1 (unacceptable) to 10 (outstanding), please rate the following questions.*

1. How would you rate the **overall quality** of service provided by the Division of Corporations?
   1   2   3   4   5   6   7   8   9   10   NA

2. How would you rate the **convenience** of our services?
   1   2   3   4   5   6   7   8   9   10   NA

3. How would you rate the **promptness** of service provided?
   1   2   3   4   5   6   7   8   9   10   NA

4. How would you rate the **accessibility** of the Division of Corporations staff?
   1   2   3   4   5   6   7   8   9   10   NA

5. How would you rate the **training** you received from the Division of Corporations staff?
   1   2   3   4   5   6   7   8   9   10   NA

6. How would you rate the **written materials** received from the Division of Corporations?
   (Were they easy to read and helpful?  i.e., guidelines, forms, DCIS Manual.)
   1   2   3   4   5   6   7   8   9   10   NA

7. Were Division of Corporations **staff attentive and helpful** relative to your comments and concerns?
   1   2   3   4   5   6   7   8   9   10   NA

8. Did Division of Corporations staff display **professionalism & courtesy**?
   1   2   3   4   5   6   7   8   9   10   NA

9. Are Division of Corporations staff **knowledgeable**?
   1   2   3   4   5   6   7   8   9   10   NA

Please let us know about experiences and incidents with the Division of Corporations (i.e., staff, equipment, connectivity, customer service) that impressed or disappointed you.

Comments: _____

_____

Company name and contact information: _____
**If you would prefer, you may take this survey online at**
**https://surveymonkey.com/r/corporationssurvey**

State of Delaware
Secretary of State
Division of Corporations
Delivered  11:00 AM 10/03/2016
FILED  11:00 AM 10/03/2016
SR 20166072685 - File Number 6172107

# STATE *of* DELAWARE
## CERTIFICATE *of* INCORPORATION
## *A* CLOSE CORPORATION
### Of

UNITED E-LOGISTICS CORPORATION
(name of corporation)

• **First:** The name of this Corporation is  United E-Logistics Corporation

• **Second:** Its Registered Office in the State of Delaware is to be located at
717 N. Union St.
_____Street, in the City of Wilmington
County of New Castle    Zip Code 19805 .
The Registered Agent in charge thereof is Rita Carnevale

**Third:** The nature of business and the objects and purposes proposed to be transacted, promoted and carried on, are to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

• **Fourth:** The amount of the total stock of this corporation is authorized to issue is
1,000,000 _____ shares (number of authorized shares) with a par value of $0.001 _____ per share.

• **Fifth:** The name and mailing address of the incorporator are as follows:
Name Xiyan Zhang
Mailing Address 626 E. Flora St. Philadelphia, PA
_____ Zip Code 19125

• **Sixth:** All of the Corporation's issued stock of all classes, exclusive of treasury shares, shall be represented by certificates and shall be held of record by not more than a specified number of persons, not exceeding 30.

• **Seventh:** All of the issued stock of all classes shall be subject to 1 or more of the restrictions on transfer permitted by Section 202 of the General Corporation Law of State of Delaware.

• **Eighth:** The Corporation shall make no offering of any of its stock of any class which would constitute a "public offering" within the meaning of the United States Securities Act of 1933 as it may be amended from time to time.

• **I, The Undersigned,** for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I have accordingly hereunto set my hand this
28 _____ day of September _____, A.D. 2016 .

BY: _____
(Incorporator)

NAME: Xiyan Zhang
_____
(type or print)

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:30 AM 02/15/2017
FILED 11:30 AM 02/15/2017
SR 20170952906 - File Number 6172107

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

**FIRST**: That at a meeting of the Board of Directors of

United E-Logistics Corporation

resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

**RESOLVED**, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "   First   " so that, as amended, said Article shall be and read as follows: The name of the corporation is:

Ameriway Corporation

**SECOND**: That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**THIRD**: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF**, said corporation has caused this certificate to be signed this 11th   day of February   , 2017   .

By: _____
Authorized Officer

Title: CEO

Name: Xiyan Zhang
Print or Type

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| AMERIWAY CORPORATION | | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6172107 | 2016/10/03 | |

**PRINCIPAL PLACE OF BUSINESS**
2424 E. YORK ST. STE. 300
PHILADELPHIA, PA 19125

**PHONE NUMBER**
(215)395-8756

**REGISTERED AGENT**
RITA CARNEVALE
717 NORTH UNION STREET
WILMINGTON DE 19805-3031

**AGENT NUMBER**
9554358

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2016/10/03 | | COMMON | 1,000,000 | .0001000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| XIYAN    ZHANG | 2424 E. YORK ST. STE. 300<br>PHILADELPHIA, PA 19125 | CEO |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| XIYAN    ZHANG | 2424 E. YORK ST. STE. 300<br>PHILADELPHIA, PA 19125 |
| XIAOHONG    LIU | 2424 E. YORK ST. STE. 300<br>PHILADELPHIA, PA 19125 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| XIYAN    ZHANG<br>2424 E. YORK ST. 300<br>PHILADELPHIA, PA 19125 US | 2017/05/12 | CEO |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| AMERIWAY CORPORATION | | | | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 6172107 | 2016/10/03 | | |

**PRINCIPAL PLACE OF BUSINESS**
2424 E. YORK ST. STE. 306
PHILADELPHIA, PA 19125

**PHONE NUMBER**
(215)395-8756

**REGISTERED AGENT**
RITA CARNEVALE
717 NORTH UNION STREET
WILMINGTON DE 19805-3031

**AGENT NUMBER**
9554358

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2016/10/03 | | COMMON | 1,000,000 | .0001000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| XIYAN    ZHANG | 2424 E. YORK ST. STE. 306 PHILADELPHIA, PA 19125 | CEO |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| KAM HUNG   LEE | 2424 E YORK ST PHILADELPHIA, PA 19125 |
| XIAOHONG   LIU | 2424 E YORK ST PHILADELPHIA, PA 19125 |
| HUAN   YU | 2424 E YORK ST PHILADELPHIA, PA 19125 |
| XIYAN ZHANG   ZHANG | 2424 E YORK ST PHILADELPHIA, PA 19125 |

NOTICE:  Pursuant to 8 Del. C.  502(6),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| XIYAN    ZHANG 2424 E YORK ST PHILADELPHIA, PA 19125 US | 2018/04/17 | CEO |