# EXHIBIT "O"

# MEMO ENDORSED



**SHAYNE**
LAW GROUP, P.C.

WILLIAM C. SHAYNE, ESQ.

WSHAYNE@SHAYNELAWGROUP.COM

The Court will address this letter at the conference
scheduled for Thursday, June 16 at 3:00 p.m.

Valerie Figueredo, U.S.M.J.
Dated:

June 10, 2022

Via ECF:

Magistrate Judge Valerie Figueredo
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Ameriway Corp. v. May Yan Chen and Ability Customs Inc.
       Case # 19-cv-09407 (VSB) (DCF)

Dear Magistrate Judge Figueredo:

Pursuant to your order we hereby file this report as to the status of our client's search for
records relating to their having provided terms and conditions to their clients.

The investigation, as we previously advised the court, is a manual and labor-intensive activity
which is why we previously requested an extension of time for their production.

Our client started with a review of their older records.  Yesterday we produced as Chen's
Supplemental Response to Ameriway's 3rd Set of Requests for the Production of Documents
copies of Fax coversheets (Redacted pursuant to 19 CFR 111.24), Fax confirmations, and
Affidavits of Defendant's customers that have consented to the revealing of their identity.  The
un-redacted versions are, of course, available to your honor for *in-camera* review.

Copies of the document provided are attached as provided to Plaintiff in two emails as a result
of their size.  I have subsequently compressed the PDF files for purpose of this filing.

We are continuing with the search for and will produce such other records as we are able to
locate them on a continuing basis. For sake of clarity of the record, we again request an
extension of time for such investigation and production.

Sincerely,

**SHAYNE LAW GROUP, P.C.**

*William Shayne*  (electronic signature)

William Shayne

**SHAYNE**
LAW GROUP

cc:
    Peter Wolfgram
    Xiyan Zhang
    Stratum Law LLC
    150 Monument Road, Suite 207
    Bala Cynwyd, PA  19004 (via ECF)

SHAYNE
LAW GROUP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERIWAY CORP,

Plaintiff

v

MAY Y CHEN,
ABILITY CUSTOMS BROKERS, INC.

Defendants.

19-CV-09047 (VSB) (DCF)

## DEFENDANT'S SUPPLEMENTAL RESPONSE TO AMERIWAY CORPORATION'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS (NOS. 42-63)

As and for Defendants Supplemental Response to Ameriway Corp.'s ("Ameriway")

Third Set of Requests of Production of Documents states as follows:

**REQUEST FOR PRODUCTION NO. 42:**

All native files of the "Terms and Conditions of Service" as shown in Exhibits A, B and C

created prior to April 10, 2019.

Response: Attached hereto are the following documents:

1. Copy of fax coversheets, with fax confirmation and copy of terms and conditions (with identity of recipient redacted) dated as follows: 10/11/2011, 12/29/2011, 1/18/2012, 10/23/2012, 12/16/2012;

2. Affidavit of Ting Feng Wu, president of Tai-Ao Aluminum North America;

3. Affidavit of Raymond Chen, owner of The Win Company;

4. Affidavit of Xiao Bing Ye, corporate officer of e-Go Bike, LLC;

5. Zhi Zhong Sun, president of E Poly Star, Inc.

Defendant reserves the right to supplement this response if, as and when other customers

or former customers of Defendant consent to revealing their identity and/or Defendant

*locates further* documentary proof that other customers were sent copies of the terms and conditions.

Shayne Law Group

Dated:  June 9, 2022
        Garden City, New York

By:  _s/Richard E. Schrier_
       Richard E. Schrier, esq.
       *Attorney for Plaintiff Ameriway Corporation*
       *595 Stewart Avenue*
       *Garden City , New York 11530*
       *516-739-8000*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2022, I caused a copy of Defendant's Supplemental Response to Ameriway Corporation's THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS to be served via electronic mail upon: Pete Wolfgram, Esq. and Xiyan Zhang, Esq. of the law firm of Stratum Law LLC

<div style="text-align: center;">Shayne Law Group</div>

Dated:  June 9, 2022               By:  _s/Richard E. Schrier_____
        Garden City, New York           Richard E. Schrier, esq.
                                        *Attorney for Plaintiff Ameriway Corporation*
                                        *595 Stewart Avenue*
                                        *Garden City , New York 11530*
                                        *516-739-8000*

From : "RICHARD E. SCHRIER"

To : "xzhang@stratumlaw.com" , "pwolfgram@stratumlaw.com"

Sent : 6-09-2022 23:50

Subject : RE: AMERIWAY V CHEN- SUPPLEMENTAL RESPONSE TO DEMAND FOR DOCUMENTARY DISCOVERY (1 OF 2 EMAILS)

ATTACHED HERETO PLEASE FIND DEFENDANT, CHEN'S SUPPLEMENTAL RESPONSE TO AMERIWAY'S 3RD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS.
WITH ATTACHMENTS OF COPIES OF FAX COVERSHIPS (REDACTED), FAX CONFIRMATIONS + AFFIDAVITS OF DEFENDANT'S CUSTOMERS THAT HAVE CONSENTED TO REVEALING THEIR IDENTITY.
NOTE THAT THE DOCUMENT SIZE EXCEEDS THE ABILITY TO SEND IN ONE EMAIL. THEREFORE PLEASE REVIEW 2ND EMAIL

SCHRIER SHAYNE KOENIG SAMBERG & RYNE P.C.
RICHARD E. SCHRIER, ESQ
595 STEWART AVENUE
GARDEN CITY, NEW YORK 11530
516-739-8000
F: 516-739-8004
C: 516-578-8999
resincourt@aol.com
richardschrier@gmail.com

From : "RICHARD E. SCHRIER"

To : "xzhang@stratumlaw.com", "pwolfgram@stratumlaw.com"

Sent : 6-09-2022 23:56

Subject : Re: AMERIWAY V CHEN- SUPPLEMENTAL RESPONSE TO DEMAND FOR DOCUMENTARY DISCOVERY (1 OF 2 EMAILS)

THIS IS 2 OF 2 EMAILS WITH SUPPLEMENTAL RESPONSE TO DEMAND FOR DOCUMENTS BY AMERIWAY

SCHRIER SHAYNE KOENIG SAMBERG & RYNE P.C.
RICHARD E. SCHRIER, ESQ
595 STEWART AVENUE
GARDEN CITY, NEW YORK 11530
516-739-8000
F: 516-739-8004
C: 516-578-8999
resincourt@aol.com
richardschrier@gmail.com

-----Original Message-----
From: RICHARD E. SCHRIER <resincourtt@aol.com>
To: xzhang@stratumlaw.com <xzhang@stratumlaw.com>; pwolfgram@stratumlaw.com <pwolfgram@stratumlaw.com>
Cc: wshayne@shaynelawgroup.com <wshayne@shaynelawgroup.com>; RICHARD E. SCHRIER <resincourt@aol.com>; richardschrier@gmail.com <richardschrier@gmail.com>
Sent: Thu, Jun 9, 2022 11:50 pm
Subject: RE: AMERIWAY V CHEN- SUPPLEMENTAL RESPONSE TO DEMAND FOR DOCUMENTARY DISCOVERY (1 OF 2 EMAILS)

ATTACHED HERETO PLEASE FIND DEFENDANT, CHEN'S SUPPLEMENTAL RESPONSE TO AMERIWAY'S 3RD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS.
WITH ATTACHMENTS OF COPIES OF FAX COVERSHIPS (REDACTED), FAX CONFIRMATIONS + AFFIDAVITS OF DEFENDANT'S CUSTOMERS THAT HAVE CONSENTED TO REVEALING THEIR IDENTITY.
NOTE THAT THE DOCUMENT SIZE EXCEEDS THE ABILITY TO SEND IN ONE EMAIL. THEREFORE PLEASE REVIEW 2ND EMAIL

SCHRIER SHAYNE KOENIG SAMBERG & RYNE P.C.
RICHARD E. SCHRIER, ESQ
595 STEWART AVENUE
GARDEN CITY, NEW YORK 11530
516-739-8000
F: 516-739-8004
C: 516-578-8999
resincourt@aol.com
richardschrier@gmail.com

# Ability Customs Brokers

13910 Doolittle Drive, San Leandro, CA  94577
Tel:510-347-5555   Fax: 510-347-15555
www.abilitycb.com   Email: info@abilitycb.com

| | FROM: _____ |
| ATTN: _____ | TOTAL PAGES: _____ |
| DSR, TPC Rate Sheet | DATE: _____ |

FAX MESSAGE: 请找到我们充位更近捉权本，麦款来日
金价目表。填完授权本后再寄回给我们。

TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/11/2011 14:17
NAME   : ABILITY CUSTOMS BROK.
FAX    : 5103471555
TEL    : 5103475555
SER.#  : BROD1J271139
```

```
DATE,TIME         10/11  14:16
FAX NO./NAME      ██████
DURATION          00:01:27
PAGE(S)           04
RESULT            OK
MODE              STANDARD
                  ECM
```

**TERMS AND CONDITIONS OF SERVICE**
**(Please Read Carefully)**

All shipments to or from the Customer which term shall include the exporter, importer, vendor, receiver, owner, consignor, consignee ... [illegible] ... (hereinafter called the "Company") on the following terms and conditions.

**1. Services by Third Parties.** Unless the Company carries, stores or otherwise physically handles the shipment, and loss, damage, expense or delay ... [illegible]

**2. Liability Limitations of Third Parties.** The Company is authorized to select and engage carriers, truckmen, lightermen, forwarders, customs brokers, agents, warehousemen and others ... [illegible]

**3. Choosing Routes or Agents.** Unless express instructions in writing are received from the Customer, the Company has complete freedom in choosing the means, route and procedure ... [illegible]

**4. Quotations Not Binding.** Quotations as to fees, rates of duty, freight charges, insurance premiums or other charges ... [illegible]

**5. Duty to Furnish Information.** (a) On an import at a reasonable time prior to entering of the goods for U.S. Customs ... [illegible]

**6. Declaring Higher Valuation.** [illegible]

**7. Insurance.** [illegible]

**8. Limitation of Liability for Loss, etc.** [illegible]

**9. Presenting Claims.** [illegible]

**10. Advancing Money.** [illegible]

**11. Indemnification for Freight, Duties.** [illegible]

**12. C.O.D. Shipments.** [illegible]

**13. General Lien on Any Property.** [illegible]

**14. Compensation of Company.** [illegible]

**15. No Responsibility For Governmental Requirements.** It is the responsibility of the Customer to know and comply with the marking requirements of the U.S. Customs Service, the regulations of the U.S. Food and Drug Administration and all other requirements ... [illegible]

**16. Indemnity Against Liability Arising From The Importation of Merchandise.** The Customer agrees to indemnify and hold the Company harmless from any claim ... [illegible]

**17. Loss, Damage or Expense Due To Delay.** Unless the services to be performed by the Company on behalf of the Customer are delayed by reason of the negligence or other fault of the Company, the Company shall not be responsible for any loss, damage or expense incurred by the Customer because of such delay. In the event the Company is at fault, as aforesaid, its liability is limited in accordance with the provisions of paragraphs 8-9 above.

Based on National Customs Brokers & Forwarders Association of America, Inc. [illegible]

# Ability Customs Brokers

13910 Doolittle Drive, San Leandro, CA 94577
Tel:510-347-5555 Fax: 510-347-15555
www.abilitycb.com Email: info@abilitycb.com

TO: ▇▇▇▇▇▇▇▇

ATTN: ▇▇▇▇

RE: POA , TOC , Rate

FROM: _Ability_

TOTAL PAGES: 4

DATE: 12/29/2011

FAX MESSAGE: _Please complete our Power of Attorney and return to us. We also fax our rate sheet and Terms of Conditions for your reference._

TRANSMISSION VERIFICATION REPORT

```
TIME  : 12/29/2011 16:26
NAME  : ABILITY CUSTOMS BROK
FAX   : 5103471555
TEL   : 5103475555
SER.# : BROD1J271139
```

```
DATE,TIME          12/29  16:25
FAX NO./NAME       ███████████
DURATION           00:00:56
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

# TERMS AND CONDITIONS OF SERVICE

*(Please Read Carefully)*

All shipments to or from the Customer which term shall include the exporter, importer, sender, receiver, owner, consignor, consignee [illegible] (hereinafter called the "Company") on the following terms and conditions: [illegible]

1. **Services by Third Parties.** [illegible]

2. **Liability Limitations of Third Parties.** [illegible]

3. **Choosing Routes or Agents.** [illegible]

4. **Quotations Not Binding.** [illegible]

5. **Duty to Furnish Information.** [illegible]

6. **Declaring Higher Valuation.** [illegible]

7. **Insurance.** [illegible]

8. **Limitation of Liability for Loss, etc.** [illegible]

9. **Presenting Claims.** [illegible]

10. **Advancing Money.** [illegible]

11. **Indemnification for Freight, Duties.** [illegible]

12. **C.O.D. Shipments.** [illegible]

13. **General Lien on Any Property.** [illegible]

14. **Compensation of Company.** [illegible]

15. **No Responsibility For Governmental Requirements.** [illegible]

16. **Indemnity Against Liability Arising From The Importation of Merchandise.** [illegible]

17. **Loss, Damage Or Expense Due To Delay.** [illegible] the provisions of paragraphs 8-9 above.

Based on National Customs Brokers & Forwarders Association of America, Inc. [illegible]

# Ability Customs Brokers

13910 Doolittle Drive, San Leandro, CA 94577
Tel:510-347-5555  Fax: 510-347-15555
www.abilitycb.com  Email: info@abilitycb.com

TO: ▮▮▮▮▮▮▮

ATTN: ▮▮▮▮▮

RE: POA, TOC, Rate

FROM: Ability

TOTAL PAGES: 4

DATE: 1/18/2012

FAX MESSAGE: Power of Attorney, Terms of Conditions, and our rate sheet are fax to you. Please complete and return our Power of attorney to us.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 01/18/2012 14:13
NAME  : ABILITY CUSTOMS BRO
FAX   : 5103471555
TEL   : 5103475555
SER.# : BROD1J271139
```

```
DATE,TIME          01/18  14:12
FAX NO./NAME        ███████████
DURATION           00:00:49
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

**TERMS AND CONDITIONS OF SERVICE**

**(Please Read Carefully)**

[illegible]

Based on National Customs Brokers & Forwarders Association of America, Inc. (Revised [illegible])

# Ability Customs Brokers

13910 Doolittle Drive, San Le ndro, CA  94577
Tel:510-347-5555   Fax: 510-347-15555
www.abilitycb.com   Email: info@abilitycb.com

TO: ███████████

ATTN: ██████

RE: 授权书，条款条例，价目表

FROM: Ability

TOTAL PAGES: 四页

DATE: 2012年 10月 23日

FAX MESSAGE: 请找到 你们 办公室的 授权书，条款条例
和价目表。填完 授权书后请发回给我们。

TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/23/2012 12:09
NAME   : ABILITY CUSTOMS BROK
FAX    : 5103471555
TEL    : 5103475555
SER.#  : BROD1J271139
```

```
DATE,TIME              10/23  12:08
FAX NO./NAME           ████████████
DURATION               00:00:59
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

TERMS AND CONDITIONS OF SERVICE

(Please Read Carefully)

[illegible]

Based on National Customs Brokers & Forwarders Association of America, Inc. (Revised 6/24)

# Ability Customs Brokers

13910 Doolittle Drive, San Leandro, CA 94577
Tel:510-347-5555  Fax: 510-347-15555
www.abilitycb.com  Email: info@abilitycb.com

TO: ▮▮▮▮▮▮▮▮▮▮

ATTN: ▮▮▮▮▮

te 叼 TOC

FROM: _____ ability

TOTAL PAGES: _____ 2

DATE: _____ 12/16 年 二

MESSAGE: 请找到你以水运 的授权书， 本文件如
额度授权书后请发 回给我们。

TRANSMISSION VERIFICATION REPORT

```
TIME    : 12/16/2012 14:57
NAME    : ABILITY CUSTOMS BRO.
FAX     : 5103471555
TEL     : 5103475555
SER.# : BROD1J271139
```

```
DATE,TIME          12/16  14:55
FAX NO./NAME
DURATION           00:01:52
PAGE(S)            03
RESULT             OK
MODE               STANDARD
```

**TERMS AND CONDITIONS OF SERVICE**
*(Please Read Carefully)*

All shipments to or from the Customer which term shall include the exporter, importer, sender, receiver, owner, consignor, consignee transferor, or transferee of the shipments, shall be handled by the customs broker ... that a reason as the site: All of the Company ("Company") on the following terms and conditions:

1. Services by Third Parties. Unless the Company carries, stores or otherwise physically handles the shipment, and loss, damage, expense or delay occurs during such activity, the Company ... not to be held responsible for any loss, damage, expense or delay to the goods to be forwarded or imported except as provided in paragraph 8 and subject to limitations of paragraph 9 below for undertakes only to use reasonable care in the selection of carriers, truckers, lightermen, forwarders, customs brokers, agents, warehousemen and others to whom it may entrust the goods for transportation cartage, handling and/or delivery and/or storage or otherwise. When the Company carries, stores or otherwise physically handles the shipment, it does so subject to the limitation of liability set forth in paragraph 8 below unless a separate bill of lading, air waybill ... of carriage is issued by the Company, in which event the terms thereof shall govern.

2. Liability Limitation of Third Parties. The Company is authorized to select and engage ... as carriers, truckmen, lightermen, forwarders, customs brokers, agents, warehousemen and others, to proceed to the extent necessary and deliver the goods, all of whom shall be considered as the agents of the Customer, and the goods may be entrusted to such agencies subject to all conditions as to limitation of liability for loss, damage, expense or delay ... rules, regulations, requirements and conditions, whether printed, written or stamped, appearing in bills of lading, receipts or tariffs issued by such carriers, truckmen, lightermen, forwarders, customs brokers, agents, warehousemen and others. The Company shall under no circumstances be liable for any loss, damage, expense or delay to the goods for any reason whatsoever when said goods are in custody possession or control of third parties selected by the Company to forward, enter and clear, transport or render other services with respect to such goods.

3. Choosing Routes or Agents. Unless express instructions in writing are received from the Customer, the Company has complete freedom in choosing the means, route and procedure to be followed in the handling, transportation and delivery of the goods. Advice by the Company to the Customer that a particular person or firm has been selected to render services with respect to the goods shall not be construed to mean that the Company warrants or represents that such person or firm will render such services ...

4. Quotations Not Binding. Quotations as to fees, rates of duty, freight charges, insurance premiums or other charges given by the Company to the Customer are for informational purposes only and are subject to change without notice and shall not under any circumstances be binding upon the Company unless the Company in writing specifically undertakes the handling or transportation of the shipment at a specific rate ...

5. Duty to Furnish Information. (a) On an import of a reasonable time prior to entry of the goods for U.S. Customs, the Customer shall furnish to the Company such information ... the preparation of the U.S. Customs entry and also such further information as may be sufficient to establish, inter alia, the dutiable value, the classification, the ... tion. If the Customer fails in a timely manner to furnish such ... or special material with it, the Customer's right to import and/or distribute the merchandise, and the merchandise's admissibility, pursuant to U.S. law or regulations, and if the information or documents given to the Company are incorrect in any respect or in any way, or if the information or documents, in whole or in part, as may be required to comply with U.S Customs entry or comply with U.S. laws or regulations, or if the information or documents which are required to complete the U.S. Customs entry or comply with U.S laws or regulations or if the information or documents are not furnished in a timely manner the Company ... shall be obligated only to use its best judgment in connection with any of the above matters and it shall not be criticized if it is charged with knowledge by the Customer of the true circumstances to which such materials, as may be required by U.S. Customs to be given for the production of any document in the performance of any act the Customer and the Customer shall indemnify the Company ...

6. Declaring Higher Valuation. ... the Company agrees to indemnify and hold harmless the Company against any increased duty, penalty, fine or expense including attorneys' fees, resulting from any inaccurately incomplete statement, omission or any failure to state timely presentation, even if not due to any negligence of the Customer ...

7. Insurance. The Company will make reasonable efforts to effect insurance, fire, theft, and other insurance upon the goods only after specific written instructions have been received by the Company in sufficient time prior to shipment ...

8. Limitation of Liability for Loss, etc. (a) The Customer agrees that the Company shall only be liable for any loss, damage, expense or delay to the goods resulting from the negligence or other fault of the Company ... limited to such amount equal to the lesser of fifty dollars ($50.00) per entry or shipment or the lawful charge ... (b) In the event the Company is unable ...

9. Presenting Claims. Company shall not be liable under penalty of any kind for loss of or damage to the goods or for any delay in the delivery ...

10. Advancing Money. The Company shall not be obligated to advance freight charges, customs duties or taxes on any shipment nor shall any advance by the Company be construed ...

11. Indemnification for Freight, Duties. In the event of a claim, other person or any government agency makes a claim or demand against the Company for any sum ... including but not limited to the Customer for any sum due the Company for any services rendered for the Customer. The Customer agrees to indemnify and hold harmless the Company for any sum ...

12. C.O.D. Shipments. Except noted and such express charges, including money fees, insured ... the Company shall have the option of demanding ...

13. General Lien on Any Property. The Company shall have a general lien on any and all documents relating thereto of the Customer, in its possession, custody or control ...

14. Compensation of Company. The compensation of the Company for its services shall be included with and is in addition to the rates and charges of all carriers and other agencies selected by the Company to transport and deal with the goods ...

15. Governmental Requirements. It is the responsibility of the Customer to secure and comply with the making requirements of the U.S. Customs Service, the regulations of the U.S. Food and Drug Administration and all other departments, including regulations of Federal, state and/or local agencies pertaining to the merchandise ...

16. Indemnity Against Liability by Acting from the Instructions of Merchandise. The Customer agrees to indemnify and hold the Company harmless against any and all liability, loss, damages, costs, claims and/or expenses, including but not limited to attorney's fees ...

17. Loss, Damage or Expense Due To Delay. Unless the services to be performed by the Company on behalf of the Customer are delayed by reason of the negligence or other fault of the Company, the Company shall not be responsible for any loss, damage or expense incurred by the Customer because of delay ...

*Read on National Customs Brokers & Forwarders Association of America, Inc. (Revised 4/98)*

RE: MAY Y CHEN d/b/a Ability Customs Brokers

Dawson Ting Feng Wu, being duly sworn deposes and says:

1. I am the President of Tai-Ao Aluminum North America., with offices at 1721 W. Plano Parkway, Plano, Texas 75075. We are in the business of marketing semifinished metal products, many of which are imported into the United States.

2. Since around June 2012 we have utilized the services of May Yan Chen and her company, Ability Customs Brokers to oversee the clearance of imported products through U.S. Customs and other U.S. agencies. It was and is my understanding that May Yan Chen is a licensed Customs Broker by the United States.

3. At that time we first began using Ability Customs Brokers' services, we signed a power of attorney authorizing May Yan Chen to represent Tai-Ao Aluminum North America in the importation of products into the United States. I recall when we first began utilizing Ability Customs Brokers, we received, at my Roseville, California office, a one (1) page terms and conditions in the mail that was referred to in the power of attorney we signed.

4. I have been provided and reviewed terms and conditions, a copy of which is attached, and based upon my recollection, the attached terms and conditions is a copy of the terms and conditions that was sent to me in the mail at my Roseville, California office when we first began using Ability Customs Brokers.

Tai-Ao Aluminum North America

By: Dawson Wu                    6/9/2022

Sworn to before me this
Day of June 2022

SEE
ATTACHED

Notary

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Sacramento } SS.

Subscribed and sworn to (or affirmed) before me on this 9 day of June, 20 22, by

Dawson Ting Feng Wu, proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

LIZA MARIE ZAMPERIN
COMM. # 2360316
NOTARY PUBLIC-CALIFORNIA
County Of Sacramento
My Comm. Exp. June 8, 2025

NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

- [✓] INDIVIDUAL
- [ ] CORPORATE OFFICER
- [ ] PARTNER(S)          TITLE(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] OTHER: _____

**DESCRPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

6·9·22
DATE OF DOCUMENT

_____
OTHER

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

RIGHT
THUMBPRINT
OF
SIGNER

Top of thumbprint here

TERMS AND CONDITIONS OF SERVICE
(Please Read Carefully)

[illegible]

1. Services by Third Parties. [illegible]

2. Liability Limitations of Third Parties. [illegible]

3. Choosing Routes or Agents. [illegible]

4. Quotations Not Binding. [illegible]

5. Duty to Furnish Information. [illegible]

6. Declaring Higher Valuation. [illegible]

7. Insurance. [illegible]

8. Limitation of Liability for Loss, etc. [illegible]

9. Presenting Claims. [illegible]

10. Advancing Money. [illegible]

11. Indemnification for Freight, Duties. [illegible]

12. C.O.D. Shipments. [illegible]

13. General Lien on Any Property. [illegible]

14. Compensation of Company. [illegible]

15. No Responsibility for Governmental Requirements. [illegible]

16. Indemnity Against Liability Arising From The Importation of Merchandise. [illegible]

17. Loss, Damage or Expense Due To Delay. [illegible]

Based on National Customs Brokers & Forwarders Association of America, Inc. [illegible]

RE: MAY Y CHEN d/b/a Ability Customs Brokers

Raymond Chen, being duly sworn deposes and says:

1. I am the owner of The Win Company, with offices at 175-01 Rockaway Blvd, Rochdale, New York 11434. We are in the business of supply chain logistics, which includes assisting customers with the importation of products into the United States.

2. Over the years we have utilized the services of May Yan Chen and her company, Ability Customs Brokers to oversee the clearance of imported products through U.S. Customs and other U.S. agencies. It was and is my understanding that May Yan Chen is a licensed Customs Broker by the United States.

3. To the best of my recollection, we began utilizing Ability Customs Brokers in about February 2015. At that time we signed a power of attorney authorizing May Yan Chen to represent the Win company and our customers that were importing products into the United States. I recall when we first began utilizing Ability Customs Brokers, we received in the mail a one (1) page terms and conditions that was referred to in the pow  of attorney we signed.

4. I have been provided and reviewed terms and conditions, a copy of  hich is attached, and based upon my recollection, the attached terms and conditions is a copy of the terms and conditions that was sent to me in the mail when we first began using Ability Customs Brokers.

The Win Company

By: Raymond Chen

Sworn to before me this
Day of June 2022

Notary Shenea C. O'Connor

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Francisco_

On _June 9, 2022_ , before me, _Shanea C. O'Connor Notary Public_
         Date                                  Here Insert Name and Title of the Officer

personally appeared _Raymond Chen_
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SHANEA C. O'CONNOR
Notary Public - California
San Francisco County
Commission # 2378771
My Comm. Expires Oct 17, 2025

Signature _____
                              Signature of Notary Public

Place Notary Seal and/or Stamp Above

─────────────── OPTIONAL ───────────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _Affidavit of Ability Custom Brokers_
Document Date: _6/9/2022_                        Number of Pages: _1_
Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Raymond Chen_
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

TERMS AND CONDITIONS OF SERVICE
(Please Read Carefully)

All shipments to or from the Customer [illegible] shall include the exporter, importer, sender, receiver, owner, consignor, consignee, transferor, or transferee of the shipments, will be handled by the customs broker [illegible] (hereinafter called the "Company") on the following terms and conditions. [illegible]

1. Services by Third Parties. [illegible]

2. Liability Limitations of Third Parties. [illegible]

3. Choosing Routes or Agents. [illegible]

4. Quotations Not Binding. [illegible]

5. Duty to Furnish Information. [illegible]

6. Declaring Higher Valuation. [illegible]

7. Insurance. [illegible]

8. Limitation of Liability for Loss, etc. [illegible]

9. Presenting Claims. [illegible]

10. Advancing Money. [illegible]

11. Indemnification for Freight, Duties. [illegible]

12. C.O.D. Shipments. [illegible]

13. General Lien on Any Property. [illegible]

14. Compensation of Company. [illegible]

15. No Responsibility For Governmental Requirements. [illegible]

16. Indemnity Against Liability Arising From The Importation of Merchandise. [illegible]

17. Loss, Damage or Expense Due To Delay. [illegible] the provisions of paragraphs 8-9 above.

Based on National Customs Brokers & Forwarders Association of America, Inc. [illegible]

RE: MAY Y CHEN d/b/a Ability Customs Brokers

Xiao Bing Ye, being duly sworn deposes and says:

1. I am a corporate officer with e-Go Bike, LLC., with offices at 2720 Via De La Valle. Del Mar, California 92014. We are in the business of selling electric bikes, many of which are imported into the United States.

2. Since approximately March 2015 we have utilized the services of ˙ ay Yan Chen and her company, Ability Customs Brokers to oversee the clearance of imported products through U.S. Customs and other U.S. agencies. It was and is my understanding that May Yan Chen is a licensed Customs Broker by the United States.

3.  When we first started using Ability as our Customs Broker, we signed a power of attorney authorizing May Yan Chen to represent the company. I recall when we first began utilizing Ability Customs Brokers, we received in the mail a one (1) page terms and conditions at my then Hayward, California office that was referred to in the power of attorney we signed.

4. I have been provided with and reviewed terms and conditions, a copy of which is attached, and based upon my recollection, the attached terms and conditions is a copy of the terms and conditions that was sent to me in the mail when we first began using Ability Customs Brokers.

E-Go Bike, LLC

By: Xiao Bing Ye

Sworn to before me this
Day of June 2022

_____
Notary

SIA NOROUZI
Notary Public - California
Alameda County
Commission  2330552
My Comm. Expir   Jul 19, 2024

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**          CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of _Alameda_

On _06/09/2022_ before me, _Sia Norouzi / Notary Public_
　　　Date　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _Xiao Bing Ye_
　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sia Norouzi_
　　　　　Signature of Notary Public

> SIA NOROUZI
> Notary Public · California
> Alameda County
> Commission # 2310552
> My Comm. Expires Jul 19, 2024

Place Notary Seal Above

—————— **OPTIONAL** ——————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____　Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____　　　　Signer's Name: _____
☐ Corporate Officer — Title(s): _____　☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General　　☐ Partner — ☐ Limited ☐ General
☐ Individual　☐ Attorney in Fact　　☐ Individual　☐ Attorney in Fact
☐ Trustee　☐ Guardian or Conservator　☐ Trustee　☐ Guardian or Conservator
☐ Other: _____　　　　　☐ Other: _____
Signer Is Representing: _____　Signer Is Representing: _____

©2015 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907

TERMS AND CONDITIONS OF SERVICE
*(Please Read Carefully)*

Based on National Customs Brokers & Forwarders Association of America, Inc.

RE: MAY Y CHEN d/b/a Ability Customs Brokers

Zhi Zhong Sun, being duly sworn deposes and says:

1. I am the president of E Poly Star, Inc., with offices at 2085 Burroughs Avenue, San Leandro, California 94577. We are in the business of the manufacture and importation of plastics products, such as plastic film and bags.

2. In or around June, 2015 we began utilizing the services of May Yan Chen and her company, Ability Customs Brokers to oversee the clearance of impc ted products through U.S. Customs and other U.S. agencies. It was and is my understanding that May Yan Chen is a licensed Customs Broker by the United States.

3. At that time began using Ability Custom Brokers as our Customs Broker, we signed a power of attorney authorizing May Yan Chen to represent E Polly Star, Inc. in the importation of products into the United States. I recall when we first began utilizing Ability Customs Brokers, we received in the mail a one (1) page terms and conditions that was referred to in the power of attorney we signed.

4. I have been provided and reviewed terms and conditions, a copy of which is attached, and based upon my recollection, the attached terms and conditions is a copy of the terms and conditions that was sent to me in the mail when we first began using Ability Customs Brokers.

E Poly Star, Inc.

By: Zhi Zhong Sun, President

Sworn to before me this
Day of June 2022

June 8 2022

Notary

SEE NOTARY ATTACHMENT

INITIALS: SA DATE: June 8, 20..

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    )

County of _Alameda_                                )

On _June 8 2022_ before me, _____
_____ (here insert name and title of the officer)

personally appeared _Zhi Zhong Sun_
_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

SHUSHAN AGADJANIAN
COMM. #2365869
Notary Public - California
Alameda County
My Comm. Expires July 16, 2025

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

**Description of Attached Document**

The preceding Certificate of Acknowledgment is attached to a document
titled/for the purpose of _Personal letter_

containing _3_ pages, and dated _June 8 2022_

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s)

      _____
              title(s)

- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
      Name(s) of Person(s) or Entity(ies) Signer is Representing

**Additional Information**

**Method of Signer Identification**

Proved to me on the basis of satisfactory evidence:
( ) form(s) of identification   ( ) credible witness(es)

Notarial event is detailed in notary journal on:
      Page # _____   Entry # _____

Notary contact: _____

**Other**
- [ ] Additional Signer(s)   [ ] Signer(s) Thumbprint(s)
- [ ]

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.    Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

## TERMS AND CONDITIONS OF SERVICE
### (Please Read Carefully)

All shipments to or from the Customer which Same shall include the exporter, import, sender, receiver, owner, consignor, consignee transferor, or transferee of the shipments, will be handled by the customs broker, "May Y Chen dba Holley Customs Brokers" (hereinafter called the "Company") on the following terms and conditions:

1. **Services by These Parties.** Unless the Company carries, stores or otherwise physically handles the shipment, and loss, damage, expense or delay occurs during such activity, the Company assumes no liability as a carrier and is not to be held responsible for any loss, damage, expense or delay to the goods to be forwards or transported except as provided in paragraph 8 and subject to limitations of paragraph 1 below but undertakes only to use reasonable care in the selection of carriers, truckmen, lightermen, forwarders, customs brokers, agents, warehousemen and other to whom it may entrust the goods for transportation cartage, handling and/or delivery and/or storage or otherwise. When the Company carries, stores or otherwise physically handles the shipment, it does so subject to the limitation of liability set forth in paragraph 8 below unless a separate bill of lading, air waybill or other contract of carriage is issued by the Company, in which event the terms thereof shall govern.

2. **Liability Limitations of Third Parties.** The Company is authorized to select and engage carriers, truckmen, lightermen, forwarders, customs brokers, agents, warehousemen and others, and to deal and allow the goods, all of whom shall be considered as the agents of the Customer, and the goods may be entrusted to such agencies subject to all conditions as to limitation of liability for loss, damage, expense or delay and to all rules, regulations, requirements and conditions, whether printed, written or stamped, appearing in bills of lading, receipts or tariffs issued by such carriers, truckmen, lightermen, forwarders, customs brokers, agents, warehousemen and others. The Company shall under no circumstances be liable for any loss, damage, expense or delay to the goods for any reason whatsoever when said goods are in custody possession or control of third parties selected by the Company to forward, enter and clear, transport or render other services with respect to such goods.

3. **Choosing Routes or Agents.** Unless express instructions in writing are received from the Customer, the Company has complete freedom in choosing the means, route and procedure to be followed in the handling, transportation and delivery of the goods. Advice by the Company to the Customer that a particular person or firm has been selected to render services with respect to the goods shall not be construed to mean that the Company warrants or represents that such person or firm will render such services.

4. **Quotations Not Binding.** Quotations as to fees, rates of duty, freight charges, insurance premiums or other charges given by the Company to the Customer... are for informational purposes only and are subject to change without notice and shall not under any circumstances be binding upon the Company unless the Company in writing specifically undertakes the handling or transportation of the shipment at specific rate.

5. **Duty to Furnish Information.** (a) On an import as a reasonable time prior to entering of the goods for U.S. Customs, the Customer shall furnish to the Company invoices in proper form and other documents necessary or useful in the preparation of the U.S. Customs entry and also such further information as may be sufficient to establish, inter alia, the dutiable value, the classification, the country of origin, the genuineness of the merchandise and any mark or symbol associated with it, the Customer's right to import and/or distribute the merchandise, and the merchandise's admissibility, pursuant to U.S. law or regulation. If the Customer fails in a timely manner to furnish such information or documents, in whole or in part, as may be required to complete U.S. Customs entry or any instance shall be charged with knowledge by the Customer of the true circumstances to which such inaccurate, incomplete, or omitted information or document pertains. Where a bond is required by U.S. Customs to be given for the production of any document or the performance of any act, the Customer shall be deemed bound by the term of the bond notwithstanding the fact that the bond has been executed by the Company as principal, it being understood that the Company entered into such undertaking at the instance and on behalf of the Customer, and the Customer shall be obligated only to use its best judgment in connection with the shipment and in no instance shall be charged with knowledge by the Customer of the true circumstances to which such inaccurate, incomplete, or omitted information indemnify and hold the Company harmless for the consequences of any breach of the terms of the bond. (b) On an export at a reasonable time prior to the exportation of the shipment the Customer shall furnish to the Company commercial invoice in proper form and number, a proper consular declaration weights, measures, values and other information in the language of and as may be required by the laws and regulations of the U.S. and the country of destination of the goods. (c) On an export or import the Company shall not in any way be responsible or liable for increased duty, penalty, fine or expense unless caused by the negligence or other fault of the Company, in which event its liability to the Customer shall be governed by the provisions of paragraph 8-9 below. The Customer shall be bound by and warrant the accuracy of all invoices, documents and information furnished to the Company by the Customer or its agent for export, entry or other purposes and the Customer agrees to indemnify and hold harmless the Company against any increased duty, penalty, fine or expense resulting from any inaccuracy incomplete statement, omission or any failure to make timely presentation, even if not due to any negligence of the Customer.

6. **Declaring Higher Valuation.** In as much as truckmen, carriers, warehousemen and others to whom the goods are entrusted usually limit their liability for loss or damage unless a higher value is declared and a change based on such higher value is agreed to by said truckers, etc., the Company must receive specific written instructions from the Customer to pay such higher charge based on valuation and the truckers, etc., must accept such higher declared value otherwise the valuation placed by Customer on the goods shall be considered solely for export or customs purposes and the goods will be delivered to the trucker, etc., subject to the limitation of liability set forth herein in paragraphs 8-9 below with respect to any claim against the Company for loss, damage, expense or delay.

7. **Insurance.** The Company will make reasonable efforts to effect marine, fire, theft, and other insurance upon the goods only after specific written instructions have been received from the Customer or warrant that such insurance can or will be placed. Unless the Customer has its own open marine policy and the Customer at the same time states specifically the kind and amount of insurance to be placed. The Company does not undertake or warrant that such insurance can or will be placed. Any insurance placed shall be governed by the certificate or policy issued and will only be effective when accepted by such insurance companies or underwriters. Should an insurer dispute its liability for any reason, the insured shall have recourse against the insurer only and the Company shall not be under any responsibility of liability in relation thereto, notwithstanding that the premium upon the policy may not be at the same rates as that charged or paid to the Company against the insurer only and the Company shall not be under any responsibility of liability in relation thereto, notwithstanding that the premium and the charge of the Company for arranging the same shall be at the Customer's expense. If for any reason the goods are held in warehouse or elsewhere, the same will not be covered by any insurance unless the Company received written instructions from the Customer. Unless specifically agreed in writing, the Company assumes no responsibility to effect insurance on any export or import shipment which it does not handle.

8. **Limitation of Liability for Loss, etc.** (a) The Customer agrees that the Company shall only be liable for any loss, damage, expense or delay to the goods resulting from the negligence or other fault of the Company; such liability shall be limited to an amount equal to the lesser of fifty dollars ($50.00) per entry or shipment or the fee(s) charged for the services, provided that, in the case of partial loss, such amount will be adjusted pro rata; (b) Where the Company issues its own bill of lading and receivers' freight charges at its composition, Customer has the option of paying a special compensation and increasing the limit of Company's liability up to shipment's actual value; however, such option must be exercised by written agreement, entered into prior to any covered transaction(s), setting forth the limit of the Company's liability and the compensation received; (c) In instances other than in (b) above, unless the Customer makes specific written arrangement with the Company to pay special compensation and declare a higher value and Company agrees in writing, liability is limited to the amount set forth in (a) above; (d) Customer agrees that the Company shall, in no event, be liable for consequential, punitive, statutory or special damages in excess of the monetary limit provided for above.

9. **Presenting Claims.** Company shall not be liable under paragraph 8 for any claim not presented to it in writing 30 days of either the date of loss or incident giving rise to be claim; no suit to recover for any claim or demand hereunder shall be maintained against the Company unless instituted with 20 months after the presentation of the claim shall be under longer period provided for under statute(s) of the State having jurisdiction of the matter.

10. **Advancing Money.** The Company shall not be obliged to incur any expense, guarantee payment or advance any money in connection with the importing, forwarding, transporting, insuring or clearing of the goods, unless the same is previously provided by the Company by the Customer on demand. The Company shall be under no obligation to advance freight charges, customs duties or taxes on any shipment nor shall any advance by the Company be construed as a waiver of the provisions hereof.

11. **Indemnification for Freight, Duties.** In the event that a carrier, other person or any government agency makes a claim or institutes legal action against the Company for ocean or other freight duties, fine, penalties, liquidated damages or other money due arising from a shipment of goods or the Customer, the Customer agrees to indemnify and hold harmless the Company for any account the Company may be required to pay such carrier, other person or governmental agency together with reasonable expenses, including attorney fee, incurred by the Company in connection with defending such claim or legal action and obtaining reimbursement from the Customer. The confiscation or detention of the goods by any governmental authority shall not affect or diminish the liability of the Customer to the Company to pay all charges or other money due prompt on demand.

12. **C.O.D. Shipments.** Goods received with Customer's or other person's instructions to "Collect on Delivery" (C.O.D) by drafts or otherwise, or to collect on any specified terms by time drafts or otherwise are received by the Company with the express understanding that it will exercise reasonable care in the selection of a bank, correspondent, carrier or agent to whom it will send such items for collection, and the Company will not be responsible for any act, omission, default, suspension, insolvency or want of care, negligence, fault of such bank, correspondent, carrier or agent, nor for any delay in remittance lost in exchange, or loss during transmission, or while in the course of collection.

13. **General Lien on Any Property.** The Company shall have a general lien on any and all (and documents relating thereto) of the Customer, in its possession, custody or control or en-route, for all claims for charges, expenses or advances incurred by the Company in connection with any shipments of the Customer and if such claim remains unsatisfied for thirty (30) days after demand for its payment is made, the Company may sell at public auction or private sale upon ten (10) days written notice registered mail (R.R.R.) to the Customer, the goods, wares and/or merchandise, or so much thereof as may be necessary to satisfy such lien, and apply the net proceeds of such sale to the payment of the amount due to the Company. Any surplus from such sale shall be transmitted to the Customer, and the Customer shall be liable for any deficiency in the sale.

14. **Compensation of Company.** The compensation of the Company for its services shall be included with, and is in addition to the rates and charges of all carriers and other agencies selected by the Company to transport and deal with the goods and such compensation shall be exclusive of any brokerage, commissions, dividends or other revenue received by the Company from carriers, insurers and others in connection with the shipment. On ocean exports, upon request, the Company shall provide a detailed breakout of the components of all charges assessed and a true copy of each pertinent document relating to these charges. In any referral for collection or action against the Customer for monies due to the Company, upon recovery by the Company, the Customer shall pay the expenses of collection and/or litigation, including a reasonable attorney fee.

15. **No Responsibility For Governmental Requirements.** It is the responsibility of the Customer to know and comply with the marking requirements of the U.S. Customs Service, the regulations of the U.S. Food and Drug Administration and all other requirements, including regulations of federal, state and/or local agencies pertaining to the merchandise. The Company shall not be responsible for action taken or fines, or penalties assessed by any government agency against the shipment because of the failure of the Customer to comply with the law of the requirements or regulations of any government agency or with a notification issued to the Customer by any such agency.

16. **Indemnity Against Liability Arising From The Importation of Merchandise.** The Customer agrees to indemnify and hold the Company harmless from any action, suit or proceeding against the Company that violates any federal, state and/or other laws or regulations and further agrees to indemnify and hold the Company harmless against all loss, damages, costs, claims and/or expenses, including but not limited to attorney's fee, which the Company may hereafter incur, suffer or be required to pay by reason of claims by any government agency or private party. The event that any action, suit or proceeding is brought against the Company against such action and take all steps as may necessary or proper to prevent the obtaining of a judgment and/or order against the Customer. Upon receipt of such notice, the Customer at its own expense shall defend against such action and take all steps as may necessary or proper to prevent the obtaining of a judgment and/or order against the Company.

17. **Loss, Damage or Expense Due To Delay.** Unless the services to be performed by the Company on behalf of the Customer are delayed by reason of the negligence or other fault of the Company, the Company shall not be responsible for any loss, damage or expense incurred by the Customer because of such delay. In the event the Company is at fault, as aforesaid, its liability is limited in accordance with the provisions of paragraphs 8-9 above.

Based on National Customs Brokers & Forwarders Association of America, Inc (Revised 6/94)