# Ex. B

Chen's Response to Plaintiff's First Set of Interrogatories

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMERIWAY CORPORATION**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**MAY YAN CHEN, and**<br><br>**ABILITY CUSTOMS INC.**<br><br>　　　　　　　　**Defendants** | 19 -cv-09407 (VSB) (DCF)<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |
| **MAY YAN CHEN**<br><br>　　　　　　　　**Third-Party Plaintiff,**<br><br>　　v.<br><br>**EAGLE TRADING LLC,**<br><br>**XIAN ZHANG, and**<br><br>**JOHN DOE Members of EAGLE TRADING LLC**<br><br>　　　　　　　　**Third-Party Defendants** | |

　　Defendant. May Y Chen d/b/a Ability Customs Brokers (hereinafter "Defendant", "Chen" or "Ability") hereby responds to Plaintiff Ameriway Corp. (hereinafter "Plaintiff" or "Ameriway") Interrogatories made pursuant to pursuant to Fed. R. Civ. P. Rules 26 and 33, as follows:

1

12. Defendant objects to the Interrogatories to the extent that a request contained therein is vague, ambiguous, overly broad, unduly burdensome, harassing, not relevant to the subject matter of this action, not reasonably calculated to lead to the discovery of admissible evidence, and/or seek the production of documents beyond the bounds of permissible discovery.

13. To the extent that defendant objects to a request contained in the Interrogatories, defendant's objections are deemed to pertain to the entirety of that request.

14. The foregoing objections are incorporated into defendant's response to each and every Interrogatory. Defendant's responses are made without waiver of, or prejudice to, these or any additional objections that defendant may make. All such objections are preserved, as is the right to move for a protective order.

## ANSWER TO FIRST SET OF INTERROGATORIES

**Interrogatory No. 1:** Provide the current status of the containers identified as OOCU6964350, BMOU5390536, BMOU4739454, HLXU8057236, and APHU7253481 in Exhibit A, including:

    a. Each container's current location.
    b. The condition of each of the boxes in the containers as listed in Exhibit B.
    c. The facility/company/individual currently in possession of the containers.
    d. The dates when Defendants arranged the transport of each subject container out of CBP custody to said facility/company/individual.
    e. The facility/company/individual who removed the containers on behalf of Defendants.

Subject to the foregoing general objections, and without waiving same, Defendant provides the following responses.

**Answer:**

1(a)  All containers are maintained at 252 and 504 Doremus Avenue, Newark, New Jersey;

1(b)  The containers remain sealed with the original seals;

1(c)  See 1(c) See 1(a) above;

1(d)  The containers were picked up between August 3, 2019 through August 22, 3019 (see response to Plaintiff's Demand for Documents at Pages 2298-2310).

1(e)  L & H Trucking Inc.

Notwithstanding the foregoing, the defendant expressly reserves the right to supplement and/or amend these responses and/or objections at any time prior to the trial and/or hearing of this matter, or any other proceeding.

**Interrogatory No. 2:**  Provide a detailed list of all inventory in container nos. OOCU6964350, BMOU5390536, BMOU4739454, HLXU8057236, and APHU7253481(*see* Exhibit A) by the identification numbers marked on the boxes therein (*see* Exhibit B), including:

 a.  A description of the items in each box by category.

 b.  Number of units in each box by category.

 c.  Photos of each item in the relevant category.

**Answer:**

Defendant objects to this interrogatory in so much as it seeks information and details already in plaintiff's possession.

Dated: New York, New York
October 23, 2020

                          Yours, etc.,
                          SHAYNE LAW GROUP P.C.

                          By: WILLIAM SHAYNE ESQ. WS5672
                          64 Fulton Street
                          New York, New York 11038
                          Tel.: (212) 566-49498
                          Fax: (212) 202-5423
                          ***Attorneys for the Defendant***

Xiyan Zhang, Esq.
Peter S. Wolfgram, Esq.
**Stratum Law LLC**
*Attorney for Plaintiff Ameriway Corporation*