# Ex. E

# Frank Tang Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Ameriway Corporation**<br><br>                              Plaintiff,<br>          v.<br><br>**May Yan Chen**,<br><br>**Ability Customs, Inc.**,<br><br>                              Defendants. | **19-cv-09407 (VSB) (VF)** |

### DECLARATION OF FRANK TANG

1. My Name is Frank Tang.

2. Attached is a true and correct copy of my driver's license.

3. I was an employee of Ameriway Corporation from August, 2018 to May, 2019.

4. My primarily responsibilities at Ameriway included coordinating customs clearance and freight movement with its vendors, suppliers and contractors.

5. I routinely sent emails to May Yan Chen and Ability Customs Brokers on issues relating to custom clearance and freight movement of Ameriway's containers during my employment with Ameriway.

6. I routinely called May Yan Chen and her employees on issues relating to customs clearance and freight movement of Ameriway's containers during my employment with Ameriway.

7. Upon my resignation around May 2019, I gave Pete Wolfgram access to all my Ameriway accounts including my email account at frank.tang@ameriwaycorp.com.

8. I gave Mr. Wolfgram access to my Ameriway accounts so that Mr. Wolfgram can handle unfinished matters that I was dealing with on behalf of Ameriway.

9. This arrangement was made with the consent of Ameriway's management.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2022

_____
Frank Tang

