# Ex. E

## Email from Chen to Wolfgram

**From:** info@abilitycb.com
**Subject:** Re: 28 cartons delivery ref#10330
**Date:** August 2, 2019 at 7:57 PM
**To:** dustin.matos dustin.matos@ameriwaycorp.com, frank tang frank.tang@ameriwaycorp.com, Xiyan Zhang xiyan.zhang@ameriwaycorp.com, Yang.Huang OP@ameriwaycorp.com



Dear Dustin & Pete,

Please provide the delivery instruction to us for the 28 cartons shipment that help by U.S. Customs by mistake. This shipment was from the Master Bill of lading EGLV149902168231, container #TGHU6937520. The container was delivered to your warehouse after Customs inspection completed, but Customs detained 36 cartons because of keyboard trade mark issue. Your overseas office informed us that the keyboard is less than 36 cartons, and we informed this information to U.S. Customs immediately.

Yesterday, we finally received Customs decision and release the extra 28 cartons. So, please provide the delivery instruction to us ASAP. We will arrange it and delivery these boxes to your facility to avoid additional warehouse storage fee. Thank you and have a nice weekend.


Best Regards,
May
Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
Email: info@abilitycb.com
www.abilitycb.com


**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**


**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on **July 9, 2013** and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and **it is the importer's responsibility** to ensure that it is done. Liquidated damages assessed will be **$5,000** per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.