# EXHIBIT "V"

Packing List Provided by Plaintiff Counsel in preparation for Container Inspection

OOCU6964350

# 联特美国专线商业发

| 箱号* | 英文品名* | 中文品名* | 海关编码* | 数量* | 单价* |
|---|---|---|---|---|---|
| 92 | Greeting Card | 贺卡 | 3926909090 | 1840.00 | $0.20 |
| 256 | Tisuue Paper | 礼物包装纸 | 4808900000 | 2048.00 | $0.10 |
| 90 | Acrylic Table Scatters | 亚克力装饰品 | 3926400000 | 1800.00 | $0.10 |
| 100 | Document Folders | 文件袋 | 3923210000 | 1000.00 | $0.10 |
| 6 | Turner Set | 铲子 | 3924100000 | 126.00 | $2.30 |
| 13 | Spatula Set | 厨具套装 | 3924100000 | 356.00 | $2.70 |
| 2 | Large Turner | 大铲 | 3924100000 | 96.00 | $0.80 |
| 5 | Spatula | 刮刀 | 3924100000 | 500.00 | $0.75 |
| 6 | Single Spoonula | 蓝色大铲 | 3924100000 | 600.00 | $0.60 |
| 26 | Wide Slotted Turner | 漏铲 | 3924100000 | 546.00 | $0.80 |
| 23 | Mini Ice Cream Containers | 迷你雪糕筒 | 3924100000 | 920.00 | $1.10 |
| 24 | Single Mixing Spoon | 勺子 | 3924100000 | 2000.00 | $0.52 |
| 17 | Food Tong | 食品夹 | 3924100000 | 906.00 | $1.08 |
| 5 | Large Silicone Ladle | 汤勺红色 | 3924100000 | 250.00 | $0.70 |
| 23 | Ceramic Soup Spoon Set | 陶瓷勺 | 6913100000 | 552.00 | $1.00 |
| 51 | Long Scoop Ice Cream Containers | 雪糕桶 | 3924100000 | 1580.00 | $0.93 |
| 9 | Towel Set | 口水巾套装 | 62132090 | 450.00 | $0.70 |
| 26 | Storage Bag | 背包+夹子套装 | 42021290 | 650.00 | $0.90 |
| 774 | | | | 16220.00 | |

票及装箱单

| 总价（usd） | 材质* | 用途* | 品牌* | 规格型号* | 源产国* | 总毛重 | 图片 |
|---|---|---|---|---|---|---|---|
| $368.00 | "paper 纸制品" | "gift card 送礼卡片 | 无 | 无 | China | 1524.00 | |
| $204.80 | "paper 纸" | 礼物包装 packaging | 无 | 无 | China | 3514.50 | |
| $180.00 | "plastic 塑料" | decor 装饰 | 无 | 无 | China | 1423.00 | |
| $100.00 | PLASTIC/ 塑料 | office/办 公用品 | 无 | 无 | China | 1700.00 | |
| $289.80 | 硅胶+不锈 钢 | 厨房烘焙 | STARPAC K HOME | 无 | China | 78.00 | |
| $960.00 | 硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 207.50 | |
| $76.80 | 硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 37.00 | |
| $375.00 | 硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 65.00 | |
| $360.00 | 硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 87.00 | |
| $436.80 | 硅胶+不锈 钢 | 厨房烘焙 | STARPAC K HOME | 无 | China | 267.00 | |
| $1,012.00 | PP+硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 126.50 | |
| $1,040.00 | 硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 313.00 | |
| $980.40 | 硅胶+不锈 钢 | 厨房烘焙 | STARPAC K HOME | 无 | China | 249.50 | |
| $175.00 | 硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 46.50 | |
| $552.00 | 陶瓷 | 厨房烘焙 | STARPAC K HOME | 无 | China | 386.50 | |
| $1,474.00 | PP+硅胶 | 厨房烘焙 | STARPAC K HOME | 无 | China | 865.50 | |
| $315.00 | 棉+五金 (COTTON | 清洁用(CL EAN) | 无 | 无 | China | 117.00 | |
| $585.00 | 背包：牛津 布， | 容器+固 定用 | 无 | 无 | China | 520.00 | |
| $9,484.60 | | | | | | 11527.50 | |
| | | | | | | | |

| 托盘号 | 单号 | Amazon Reference ID | 客户名称 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 500-A-538 | FBA15H48TB8T<br>FBA15H3X6QSK<br>FBA15H3W4BNJ | 4DJLV95M<br>83JYA5QX<br>8THBVKYK | ⑤A林淋 |
| 500-B-201 | FBA15GZP1JH8 | 1UZXUEZF | ⑤A深圳市顺欣达国际货运代理有限公司 |
| 500-C-35 | FBA15H4FW1HZ<br>FBA15H3YRXWZ | 676M9YCQ<br>13VUUO4M | ⑤A广州海首国际货运代理有限公司 |
| | | | |
| | | | |

Packing List Provided by Plaintiff Counsel in preparation for Container Inspection

HLXU8057236

# 联特美国专线商业发票及装箱单

| 箱号* | 英文品名* | 中文品名* | 海关编码* | 数量* | 单价* | 总价（USD）* | 材质* | 用途* |
|---|---|---|---|---|---|---|---|---|
| 58 | Towel Set | 口水巾套装 | 62132090 | 2900.00 | $0.70 | $2,030.00 | 棉+五金(COTTON | 清洁用(CLEAN) |
| 9 | Clip | 夹子套装 | 63079000 | 900.00 | $0.80 | $720.00 | 弹力带+五金 (Plastic | 固定用FIXED |
| 20 | Storage Bag | 背包+夹子套装 | 42021290 | 500.00 | $1.00 | $500.00 | 背包;牛津布 | 容器+固定用 |
| 84 | Paper Lantern | 纸灯笼 | 4823909000 | 1260.00 | $0.20 | $252.00 | "paper 纸" | décor 装饰/装 |
| 110 | Paper Flowers | 纸花 | 4808900000 | 2200.00 | $0.20 | $440.00 | "paper 纸" | 装饰/decor |
| 104 | Greeting Card | 贺卡 | 3926909090 | 1560.00 | $0.10 | $156.00 | "paper 纸制品" | gift card 送礼卡片 |
| 110 | Mini Ceramic Pot | 迷你陶瓷花盆 | 6913100000 | 1320.00 | $0.40 | $528.00 | 瓷 (Ceramic" | 种花 (planting) |
| 85 | Plastic Plant | 仿真塑料植物 | 6702100000 | 1020.00 | $0.30 | $306.00 | "plastic/塑料" | 装饰/装饰/decor |
| 11 | Toilet Plunger | 马桶塞 | 6910100000 | 396.00 | $0.80 | $316.80 | 塑料 | 家用 |
| 5 | Light | 灯 | 9405409000 | 60.00 | $1.20 | $72.00 | mental | 照明 |
| 5 | plant tool | 水草工具 | 8201100090 | 415.00 | $1.00 | $415.00 | 不锈钢 | 清洁鱼缸 |
| 22 | Measuring Spoon | 计量勺 | 8215994500 | 1080.00 | $0.10 | $108.00 | 不锈钢/stainless steel | home kitchen |
| | Markers | 马克笔 | 9608200000 | 300.00 | $0.20 | $60.00 | 塑料/plastic | home kitchen |
| | Silicon Funnel | 硅胶漏斗 | 3926909990 | 300.00 | $0.10 | $30.00 | 硅胶/silicone | home kitchen |
| | Label Stickers | 标签纸 | 4821104000 | 570.00 | $0.12 | $68.40 | 纸/paper | home kitchen |
| | Spice Tin | 调料罐 | 7323930060 | 5760.00 | $0.20 | $1,152.00 | 不锈钢/stainless steel | home kitchen |
| 10 | Cylinder Filter | 双层过滤器 | 3902100090 | 360.00 | $0.50 | $180.00 | Polypropylene/聚丙烯 | Filter Liquid/过滤 |
| 11 | Filter | 过滤包 | 5407102010 | 5950.00 | $0.06 | $365.00 | Polyester/聚酯 | Filter Liquid/过滤 |
| 9 | Cylinder Filter | 圆柱形滤网 | 7314140000 | 810.00 | $0.20 | $162.00 | Stainless Steel/不锈塑料加金属 | Filter Liquid/过滤 |
| 32 | Stress Relieves Devices | 减压套组 | 9014209015 | 1664.00 | $0.69 | $1,148.16 | Plastic | 娱乐 |
| 27 | Canvas Painting | 装饰画 | 4911910000 | 270.00 | $2.00 | $540.00 | fabric, wooden | home decor |
| 6 | climbing carabiner | 爬山挂扣 | 9506.99.1200 | 488.00 | $0.11 | $53.68 | 钢steel | 爬山/climbing |
| 2 | climbing carabiner. | 爬山挂扣 | 9506.99.1200 | 1000.00 | $0.08 | $80.00 | 钢steel | 爬山/climbing |
| 38 | spring brake | 减震弹簧 | 8714.94.3080 | 304.00 | $0.80 | $243.20 | 钢steel | 减震spring brake |
| 6 | climbing pulley | 爬山滑轮 | 9506.99.1200 | 240.00 | $0.35 | $84.00 | 铝aluminum | 爬山/climbing |
| 764 | | | | 31627.00 | | $10,010.24 | | |

| 品牌 | 规格型号 | 原产国 | 总毛重 | 图片 | 托盘号 | 单号 | Amazon Reference ID |
|---|---|---|---|---|---|---|---|
| 无 | 无 | China | 829.50 | | | FBA15HBDRC1F | 59QESU8C |
| 无 | 无 | China | 136.50 | | 510-A-ABE8-87 | FBA15HBJJB17 | 677TSH9O |
| 无 | 无 | China | 325.00 | | | FBA15HBDR9V0 | 7TIHK6QX |
| | | | | | | FBA15H9K7HT | 3F5485FP |
| | | | | | | FBA15H9K7H7T | 4E44CGRP |
| 无 | 无 | China | 1050.00 | | | | 74CBIBBU |
| 无 | 无 | China | 1375.00 | | | FBA15H7H1JPN | 4GSKXOUP |
| 无 | 无 | China | 1724.00 | | 510-B-ABE8-493 | FBA15H90VY2G | 8F9GJFDX |
| | | | | | | FBA15HB3SLR2 | 8GNFO9XX |
| 无 | 无 | China | 1445.00 | | | FBA15HB3S42W | 5HV9VI6O |
| 无 | 无 | China | 1157.50 | | | FBA15H9030D6 | 8OILLK6N |
| | | | | | | FBA15H99F8Z1 | |
| 无 | 无 | China | 182.40 | | | | 767475DI |
| 无 | 无 | China | 67.50 | | 510-C-ABE8-21 | FBA15H9BJL7B | 52BHYSAH |
| 无 | 无 | China | 64.50 | | | FBA15H9HZPVM | |
| 无 | 无 | China | | | | | |
| 无 | 无 | China | | | | | |
| 无 | 无 | China | 417.00 | | 510-D-AVP1-22 | FBA15H90MRZ9 | 3S4HNE6U |
| 无 | 无 | China | | | | | |
| 无 | 无 | China | | | | | |
| 无 | 无 | China | 201.50 | | | | |
| 无 | 无 | China | 147.10 | | 510-E-MEM1-30 | FBA15H92LRBL | 7B939RUG |
| 无 | 无 | China | 107.90 | | | | |
| 无 | 无 | China | 590.00 | | 510-F-MEM1-32 | FBA15HBDSPY4 | 6EVZNAGR |
| 无 | 无 | China | 233.50 | | 510-G-PHL5-27 | FBA15H9NVM60 | 2OHEAQQS |
| CARAPEAK | 无 | China | 64.50 | | | | |
| CARAPEAK | 无 | China | 21.50 | | | | |
| CARAPEAK | 无 | China | 486.90 | | 510-H-MEM1-52 | FBA15HB33293 | 4F82D6VK |
| CARAPEAK | 无 | China | 64.50 | | | | |
| | | | 10691.30 | | | | |

| |
|---|
| |
| |
| |
| |
| 客户名称 |
| ⑤A广州海首国际货运代理有限公司 |
| ⑥A林淋 |
| ⑧深圳科城科技有限公司 |
| ⑥A深圳普方国际物流有限公司 |
| ⑤深圳市麦海科技有限公司 |
| ⑤深圳华恒盛泰科技有限公司 |
| ⑤深圳燕泉电子商务有限责任公司 |
| ⑤福建轻奢酒业有限公司 |
| |
| |

Packing List from Plaintiff Counsel in preparation for container Inspection

Container APHU7253481

Packing List from Plaintiff Counsel in preparation for container Inspection

Container APHU7253481

# 联特美国专线商业发票及

| 箱号* | 英文品名* | 中文品名* | 海关编码* | 数量* | 单价* | 总价（usd） |
|---|---|---|---|---|---|---|
| 29 | glassware | 玻璃量器 | 7017905000 | 226.00 | $1.50 | $339.00 |
| | poopbag | 粪便袋 | 3923210000 | 366.00 | $1.50 | $549.00 |
| | lifting platform | 升降台 | 9403200090 | 4.00 | $4.00 | $16.00 |
| | Filter Paper | 过滤纸 | 4823200000 | 28.00 | $1.00 | $28.00 |
| | flat sheet | 床笠 | 6302319100 | 5.00 | $2.00 | $10.00 |
| | harness | 胸背带 | 4201003000 | 93.00 | $1.20 | $111.60 |
| | Duvet Cover | 羽绒被套 | 6302329000 | 57.00 | $2.00 | $114.00 |
| | Filter Adapter Cones | 抽滤瓶套 | 8421999090 | 3.00 | $1.00 | $3.00 |
| 25 | Animal Figures | 动物模型 | 95049080 | 1000.00 | $1.00 | $1,000.00 |
| 108 | Plastic Plant | 仿真塑料植物 | 6702100000 | 1296.00 | $0.30 | $388.80 |
| 157 | Scotch Tape | 胶带 | 3926909090 | 3140.00 | $0.10 | $314.00 |
| 363 | paper Streamers | 彩色纸带 | 4808900000 | 5445.00 | $0.20 | $1,089.00 |
| 85 | Foam Sheets | 泡沫片 | 3921199000 | 680.00 | $0.20 | $136.00 |
| 1 | Artificial Fruits | 仿真水果 | 6702100000 | 20.00 | $2.00 | $40.00 |
| 19 | Artificial Flowers | 仿真花 | 6702100000 | 340.00 | $2.00 | $680.00 |
| | Artificial Plants | 仿真叶子 | 6702100000 | 150.00 | $1.00 | $150.00 |
| | Artificial Flowers | 仿真花 | 6702100000 | 46.00 | $2.00 | $92.00 |
| 6 | Artificial Flowers | 仿真花 | 6702100000 | 200.00 | $2.00 | $400.00 |
| 10 | Halloween wall decorations | 万圣墙贴装饰品 | 9505900000 | 1500.00 | $0.80 | $1,200.00 |
| 14 | simulation animal decoration | 仿真动物装饰物 | 9505900000 | 504.00 | $1.50 | $756.00 |
| 9 | Water Beads | 水晶泥 | 9505900000 | 540.00 | $1.00 | $540.00 |
| 13 | Halloween spider with net | 万圣蜘蛛和网 | 9505900000 | 390.00 | $1.00 | $390.00 |
| 839 | | | | 16033.00 | | $8,346.40 |

# 装箱单

| 材质* | 用途* | 品牌* | 规格型号 | 原产国* | 总毛重 | 图片 | 托盘号 |
|---|---|---|---|---|---|---|---|
| 玻璃glass | glass | 无 | 无 | China | | | |
| 塑料plastic | 粪便袋 | 无 | 无 | China | | | |
| 金属metal | 教具 | 无 | 无 | China | | | |
| 纸paper | 教具 | 无 | 无 | China | 383.20 | | 512-A-ABE8-29 |
| 织物Fabric | 家用 | 无 | 无 | China | | | |
| 织物fabric | 遛狗 | 无 | 无 | China | | | |
| 织物Fabric | 家用 | 无 | 无 | China | | | |
| 橡胶rubber | 抽滤瓶套 | 无 | 无 | China | | | |
| PVC | Play | Ericoo | Anim004 | China | 365.00 | | 512-B-ABE8-25 |
| "plastic/塑料" | "装饰/装饰/decor" | 无 | 无 | China | 1252.00 | | |
| "plastic 塑料" | "sign 标志" | 无 | 无 | China | 2011.00 | | 512-C-ABE8-713 |
| "paper 纸" | "装饰/装饰/decor" | 无 | 无 | China | 4515.00 | | |
| "plastic/塑料" | "Art Crafts" | 无 | 无 | China | 1244.50 | | |
| 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | 8.60 | | |
| 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | | | 512-D-ABE8-20 |
| 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | 186.46 | | |
| 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | | | |
| 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | 59.30 | | 512-E-ABE8-6 |
| 聚氯乙烯 PVC | 万圣节装饰 | 无 | 无 | China | 144.50 | | |
| polyurethane 聚氨酯 | 装饰物 decoration | 无 | 无 | China | 224.00 | | 512-F-ABE8-46 |
| 合成树脂和塑料 resin | 装饰物 decoration | 无 | 无 | China | 112.50 | | |
| 聚酯纤维 Polyester | 万圣节装饰 | 无 | 无 | China | 172.00 | | |
| | | | | | 10678.06 | | |

| 单号 | Amazon Reference ID | 客户名称 |
|---|---|---|
| | | |
| | | |
| | | |
| FBA15H9R3VLC | 1NM4R2JE | ⑤A深圳市静发跨境物流有限公司 |
| FBA15H7R3V8R | 7SN7N5IM | ⑨深圳市顺维供应链有限公司 |
| FBA15HCXD88F FBA15HCS1D9R FBA15HC0MX84 FBA15HBM40YL FBA15HBSD5SH | 3YGQGYEE 7HO9896N 8RXI22XO 2EIPNGLS 58ZBSQ4D | ⑥A林淋 |
| FBA15HCVNZZR | 52WUWNRD | ⑧深圳市曝昇科技有限公司 |
| FBA15HD1XN8P | 4638DYAJ | ⑧深圳市曝昇科技有限公司 |
| FBA15HDDF6B7 FBA15HDDH2FJ FBA15HCRJZPY FBA15HDDGV7Y | 4KLYK8QD 57XZ1UJV 19W58EIP 1CIRRRGN | ⑧东莞厚发电子科技有限公司 |
| | | |

Packing List Provided by Plaintiff Counsel in preparation for Container Inspection

BMOU5390536

# 联特美国专线商业发票

| 箱号* | 英文品名* | 中文品名* | 海关编码* | 数量* | 单价* | 总价（usd）* |
|---|---|---|---|---|---|---|
| 83 | Pedestal for Flowers | 花托 | 3926400000 | 1328.00 | $0.20 | $265.60 |
| 129 | Plastic Plant | 仿真塑料植物 | 6702100000 | 1548.00 | $0.30 | $464.40 |
| 102 | Plastic Doll Eyes | 玩偶眼睛 | 7018900000 | 2040.00 | $0.10 | $204.00 |
| 250 | Travel Pillow | 旅行枕 | 9404909000 | 5000.00 | $1.00 | $5,000.00 |
| 20 | Notebook | 笔记本 | 4820.10.20 | 769.00 | $1.00 | $769.00 |
| 70 | Plastic Toy | 塑料玩具 | 950300 | 1260.00 | $3.20 | $4,032.00 |
| 654 | | | | 11945.00 | | $10,735.00 |

Packing List Provided by Plaintiff Counsel in preparation for Container Inspection

BMOU4739454

# 及装箱单

| 材质* | 用途* | 品牌* | 规格型号 | 原产国* | 总毛重 | 图片 | 托盘号 |
|---|---|---|---|---|---|---|---|
| "plastic/塑料" | "装饰/装饰/decor | 无 | 无 | China | 1261.00 | | |
| "plastic/塑料" | "装饰/装饰/decor | 无 | 无 | China | 1612.50 | | 506-A-314 |
| 塑料（plastic） | 手工配件(art | 无 | 无 | China | 1360.50 | | |
| 记忆棉 memory | 睡觉 sleep | 无 | 无 | China | 2000.00 | | 506-B-250 |
| 纸+皮革 | record | 无 | 无 | China | 413.00 | | 506-C-20 |
| ABS toy | Toy/玩具 | Lydaz | 无 | China | 1260.00 | | 506-D-70 |
| | | | | | 7907.00 | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| 单号 | Amazon Reference ID | 客户名称 |
| FBA15H75YT4N<br>FBA15H7W1M33<br>FBA15H75Z1JP | 19HRSEFJ<br>4B96A8YA<br>6RXJTF9Y | ⑥A林淋 |
| FBA15H5JFQRP | 54YPT5PQ | ⑧厦门赛瑞德塑胶制品有限公司 |
| FBA15H7GTW7N | 1OLUH9KH | ⑥A深圳普方国际物流有限公司 |
| FBA15H6QC5151 | 8G7V98MS | ⑤深圳市俐达仕科技有限公司 |
| | | |

Packing List Provided by Plaintiff Counsel in preparation for Container Inspection

BMOU4739454

# 联特美国专线商业发票及装

| 箱号 | 英文品名 | 中文品名 | 海关编码 | 数量 | 单价 | 总价 (USD) | 材质 |
|---|---|---|---|---|---|---|---|
| 80 | Clamp | 不锈钢夹 | 4403.12.0040 | 480.00 | $1.20 | $576.00 | stainless steel |
| 364 | Lamp | 壁灯 | 8539.50.0090 | 5496.00 | $2.45 | $13,469.52 | Aluminum+PC PLASTIC,METAL |
| 1 | printer | 打印机 | 8443321300 | 1.00 | $700.00 | $700.00 | |
| 93 | Shower Faucet | 淋浴套装 | 8481809000 | 372.00 | $5.00 | $1,860.00 | Brass 铜 |
| 55 | Tub Faucet | 浴缸龙头 | 8481809000 | 406.00 | $3.00 | $1,218.00 | Brass 铜 |
| 21 | sink faucet | 面盘龙头 | 8481809000 | 212.00 | $3.00 | $636.00 | Brass 铜 |
| 27 | Window Film | 静电膜 | 3920430090 | 891.00 | $0.60 | $534.60 | PVC |
| 14 | Artificial Flowers | 仿真花 | 6702100000 | 122.00 | $2.00 | $244.00 | 塑料/Plastic |
| | Artificial Fruits | 仿真水果 | 6702100000 | 197.00 | $2.00 | $394.00 | 塑料/Plastic |
| | Artificial Plants | 仿真叶子 | 6702100000 | 108.00 | $1.00 | $108.00 | 塑料/Plastic |
| 62 | glass bottle | 玻璃瓶 | 7010909000 | 17360.00 | $0.06 | $1,103.20 | 玻璃 |
| 9 | charging adapter | 条充头 | 8504409510 | 4500.00 | $0.03 | $135.00 | PVC |
| 85 | Charging Cable | 充电线 | 8544422000 | 28640.00 | $0.03 | $832.00 | PC+COPPER WIRE |
| 123 | Phone Case | 手机壳 | 3926909990 | 12300.00 | $0.30 | $3,690.00 | abs+tpu |
| 934 | | | | 71085.00 | | $25,500.32 | |

# 箱单

| 用途 | 品牌 | 规格型号 | 原产国 | 总毛重 | 图片 | 托盘号 |
|------|------|----------|--------|--------|------|--------|
| for mountin | no | 无 | China | 944.00 | | 509-A-80 |
| Lighting 照明 | WP03E-20W-XX | 无 | China | 5170.00 | 单独报关 | 509-B-364 |
| printing/打印 | 无 | 无 | China | 94.00 | | 509-C-1 |
| plumbing | 无 | 无 | China | 1316.00 | | |
| plumbing | 无 | 无 | China | 914.50 | | 509-D-169 |
| plumbing | 无 | 无 | China | 397.00 | | |
| 窗户贴膜 | 无 | 无 | China | 540.00 | | 509-F-27 |
| 装饰/Decoration | 无 | 无 | China | | | |
| 装饰/Decoration | 无 | 无 | China | 122.00 | | 509-G-14 |
| 装饰/Decoration | 无 | 无 | China | | | |
| 用于运输或盛装货 | 无 | 无 | China | 879.00 | 单独报关 | 509-H-62 |
| 充电charging | 无 | 无 | China | 256.50 | | |
| 充电charging | 无 | 无 | China | 1500.00 | | 509-I-217 |
| 保护手机protect | 无 | 无 | China | 1984.00 | | |
| | | | | 14117.00 | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| 单号 | Amazon Reference ID | 客户名称 |
| FBA15H84KDW2 | 3MX2JVEB | ⑧马发贸易 |
| FBA15H4TKFBC FBA15H54K400 | 82VRPJJT 68NA54ZG | ⑤A深圳夜雨通达国际物流有限公司 |
| LT2019070800002 | 7734993172 | ⑧陈日刚 -iehk technology co ltd |
| FBA15H93QJ0B | 2NSCUILS | ⑤开平市雅恩卫浴厂 |
| FBA15H97P4LC | 1391HS3D | ⑥A深圳普方国际物流有限公司 |
| FBA15HB9WRSW | 478G6YDC | ⑧深圳市曝昇科技有限公司 |
| LT2019070800001 | 001 919-985-3507 | ⑤徐州鹏旭玻璃制品有限公司 |
| LT2019071000001 | 3479236096/7 183868666 | ⑩8A INC |
| | | |

# 联特美国专线商业发票及装

| 箱号* | 英文品名* | 中文品名* | 海关编码* | 数量* | 单价* | 总价（usd）* | 材质* |
|---|---|---|---|---|---|---|---|
| 80 | Clamp | 不锈钢夹 | 4403.12.0040 | 480.00 | $1.20 | $576.00 | stainless steel |
| 364 | Lamp | 壁灯 | 8539.50.0090 | 5496.00 | $2.45 | $13,469.52 | Aluminum +PC |
| 1 | printer | 打印机 | 8443321300 | 1.00 | $700.00 | $700.00 | PLASTIC,M ETAL |
| 93 | Shower Faucet | 淋浴套装 | 8481809000 | 372.00 | $5.00 | $1,860.00 | Brass 铜 |
| 55 | Tub Faucet | 浴缸龙头 | 8481809000 | 406.00 | $3.00 | $1,218.00 | Brass 铜 |
| 21 | sink faucet | 面盘龙头 | 8481809000 | 212.00 | $3.00 | $636.00 | Brass 铜 |
| 27 | Window Film | 静电膜 | 3920430090 | 891.00 | $0.60 | $534.60 | PVC |
| 14 | Artificial Flowers | 仿真花 | 6702100000 | 122.00 | $2.00 | $244.00 | 塑料/Plasti c |
| | Artificial Fruits | 仿真水果 | 6702100000 | 197.00 | $2.00 | $394.00 | 塑料/Plasti c |
| | Artificial Plants | 仿真叶子 | 6702100000 | 108.00 | $1.00 | $108.00 | 塑料/Plasti c |
| 62 | glass bottle | 玻璃瓶 | 7010909000 | 17360.00 | $0.06 | $1,103.20 | 玻璃 |
| 9 | charging adapter | 家充头 | 8504409510 | 4500.00 | $0.03 | $135.00 | PVC |
| 85 | Charging Cable | 充电线 | 8544422000 | 28640.00 | $0.03 | $832.00 | PC+COPP ER WIRE |
| 123 | Phone Case | 手机壳 | 3926909990 | 12300.00 | $0.30 | $3,690.00 | abs+tpu |
| 934 | | | | 71085.00 | | $25,500.32 | |

# 箱单

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| 用途* | 品牌* | 规格型号 | 原产国* | 总毛重 | 图片 | 托盘号 |
|---|---|---|---|---|---|---|
| for mountin | no | 无 | China | 944.00 | | 509-A-80 |
| Lighting 照明 | WP03E-20W-XX | 无 | China | 5170.00 | 单独报关 | 509-B-364 |
| printing/打印 | 无 | 无 | China | 94.00 | | 509-C-1 |
| plumbing | 无 | 无 | China | 1316.00 | | |
| plumbing | 无 | 无 | China | 914.50 | | 509-D-169 |
| plumbing | 无 | 无 | China | 397.00 | | |
| 窗户贴膜 | 无 | 无 | China | 540.00 | | 509-F-27 |
| 装饰/Decoration | 无 | 无 | China | | | |
| 装饰/Decoration | 无 | 无 | China | 122.00 | | 509-G-14 |
| 装饰/Decoration | 无 | 无 | China | | | |
| 用于运输或盛装货 | 无 | 无 | China | 879.00 | 单独报关 | 509-H-62 |
| 充电charging | 无 | 无 | China | 256.50 | | |
| 充电charging | 无 | 无 | China | 1500.00 | | 509-I-217 |
| 保护手机protect | 无 | 无 | China | 1984.00 | | |
| | | | | 14117.00 | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| 单号 | Amazon Reference ID | 客户名称 |
| FBA15H84KDW2 | 3MX2JVEB | ⑧马发贸易 |
| FBA15H4TKFBC FBA15H54K400 | 82VRPJJT 68NA54ZG | ⑤A深圳夜雨通达国际物流有限公司 |
| LT2019070800002 | 7734993172 | ⑧陈日刚 -iehk technology co ltd |
| FBA15H93QJ0B | 2NSCUILS | ⑤开平市雅恩卫浴厂 |
| FBA15H97P4LC | 1391HS3D | ⑥A深圳普方国际物流有限公司 |
| FBA15HB9WRSW | 478G6YDC | ⑧深圳市曝昇科技有限公司 |
| LT2019070800001 | 001 919-985-3507 | ⑤徐州鹏旭玻璃制品有限公司 |
| LT2019071000001 | 3479236096/7 183868666 | ⑩8A INC |
| | | |