# EXHIBIT "W"

Form Approved OMB No. 1651-0022
EXP. 03-31-2012

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| 9NK-0010492-5 | 01 ABI/A | 08/21/19 048 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 054 | 8 | 4601 | 08/12/19 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| OOCL BERLIN | 11 | CN | 08/13/19 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| EGLV149902606378 | CNSHEXIN201SHE | CN | 07/13/19 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
|  |  |  | 57078 | 4601 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| E364 | SAME | 47-553472400 |  |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
|  | EAGLE TRADING USA LLC<br>717 N UNION ST STE#98 |
| City      State DE    Zip | City WILMINGTON    State DE    Zip 19805 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars    Cents |
|---|---|---|---|---|---|---|
|  | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units |  |  |  |
|  | (934) CTNS CTNG:<br>14117.00kg |  |  | NOT RELATED |  |  |
| 001 | ARTICLE OF CHINA,US NTE 20<br>9903.88.03 |  |  | 288 | 25.0% | 72.00 |
|  | ARTICLES OF IRON/STEEL:NSP<br>7326.90.8688 | 319kg | 150 KG | 288<br>C57 | 2.90% | 8.35 |
|  | MERCHANDISE PROCESSING FEE<br>HARBOR MAINTENANCE FEE |  |  |  | .34640%<br>.1250% | 1.00<br>.36 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| 499  44.16<br>501  15.95 | $   12751 | A. LIQ CODE | B. Ascertained Duty | 37. Duty  1165.95 |
|  | Total Other Fees<br>$   60.11 | REASON CODE | C. Ascertained Tax | 38. Tax  .00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other  60.11 |
| I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,   OR ☒ owner | | | E. Ascertained Total | 40. Total  1226.06 |

or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| May Chen | BROKER | ABILITY CUSTOMS BROKERS, ATTY | 08/09/19 |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| ABILITY CUSTOMS BROKERS<br>13910 DOOLITTLE DR<br>SAN LEANDRO, CA. 94577  5103475555 | 10492   xxx/Paperless |

For Paperwork Reduction Act information click below.
CONTINUED ON PAGE TWO

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY  
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022  
EXP. 03-31-2012

1. Filer Code/Entry No.  
9NK-0010492-5

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|
| 002 | ELE FI/DI LI-EM DI LAMP,OT<br>8539.50.0090 | 7457kg | 5496 NO | 6735<br>C1321 | 2.0% | 134.70 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 23.33 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 8.42 |
| 003 | PRINTER UNITS, OTHER<br>8443.32.5000 | 388kg | X | 350<br>C69 | | NONE |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 1.21 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | .44 |
| 004 | ARTICLE OF CHINA,US NTE 20<br>9903.88.03 | | | 1857 | 25.0% | 464.25 |
| | BATH/SHOWER FAUCETS,CU,<85<br>8481.80.1020 | 2056kg | 900 NO<br>1000 KG | 1857<br>C364 | 4.0% | 74.28 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 6.43 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | 2.32 |
| 005 | ARTICLE OF CHINA,US NTE 20<br>9903.88.02 | | | 267 | 25.0% | 66.75 |
| | PLAST,FLAT,FILM/STRIP,OTHE<br>3920.99.2000 | 296kg | 200 KG | 267<br>C51 | 4.20% | 11.21 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | .92 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | .33 |
| 006 | ARTIFI FLOWERS,OF PLAS,OT,<br>6702.10.4000 | 413kg | 427 NO | 372<br>C73 | 3.40% | 12.68 |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 1.29 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | .47 |
| 007 | ARTICLE OF CHINA,US NTE 20<br>9903.88.03 | | | 552 | 25.0% | 138.00 |
| | GL CONT,OTH,MTH DIM>=38MM><br>7010.90.5005 | 611kg | 121 GR | 552<br>C108 | | NONE |
| | MERCHANDISE PROCESSING FEE | | | | .34640% | 1.91 |
| | HARBOR MAINTENANCE FEE | | | | .1250% | .69 |

CONTINUED ON PAGE THREE

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY   **ENTRY SUMMARY CONTINUATION SHEET**
U.S. Customs and Border Protection

OMB No. 1651-0022
EXP. 03-31-2012

1. Filer Code/Entry No.
9NK-0010492-5

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 008 | ARTICLE OF CHINA, US NTE 20 9903.88.03 | | | 484 | 25.0% | 121.00 | |
| | STATIC CONVERTERS, OTHER 8504.40.9580 | 536kg | 30000 NO | 484 C95 | | NONE | |
| | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | .34640% .1250% | 1.68 | .61 |
| 009 | PLASTIC, HOUSEHOLD ARTCLES 3924.90.5650 | 2043kg | 12300 NO 1838 KG | 1845 C362 | 3.40% | 62.73 | |
| | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | .34640% .1250% | 6.39 2.31 | |
| | | | | 12751 | | | |
| | Total Invoice      =           12750.16 @1.000000        =           12750.16 Entered Value   =           12751 | | | | | | |

CBP Form 7501 (06/09)

# COMMERCIAL INVOICE

| FROM: | TO: |
|---|---|
| ATT: Shenzhen Xintaiyuan E-commerce Co., Ltd. | ATT: Eagle Trading USA LLC |
| ADD: Room 201, Building A, No. 1, Qianwan 1st Road, Qianhai-Hong Kong Cooperation Zone, Qianhai, Shenzhen | ADD: 717 NORTH UNION STREET, WILMINGTON, DE 19805 USA |
| TEL: +86 13249852678 | TEL: 215-395-8756 |

|   | Name | 中文名 | HS Code | CTN | G.W. | QTY | Unit Price | Value (USD) | Usage | Material |   |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Clamp | 不锈钢夹 | 4403.12.0040 | 80 | 944 | 480 | 0.60 | 288.00 | for mounting glass | stainless steel | 7326908688 |
| B | Lamp | 壁灯 | 8539.50.0090 | 364 | 5170 | 5496 | 1.23 | 6734.76 | Lighting 照明 | Aluminum+PC 铝+PC | 8539500090 |
| C | printer | 打印机 | 8443321300 | 1 | 94 | 1 | 350.00 | 350.00 | printing/打印 | PLASTIC,METAL | 8443325000 |
| D | Shower Faucet | 淋浴套装 | 8481809000 | 93 | 1316 | 372 | 2.50 | 930.00 | plumbing fixture (卫浴用) | Brass 铜 | 8481801020 |
| D | Tub Faucet | 浴缸龙头 | 8481809000 | 55 | 914.5 | 406 | 1.50 | 609.00 | plumbing fixture (卫浴用) | Brass 铜 |   |
| D | sink faucet | 面盘龙头 | 8481809000 | 21 | 397 | 212 | 1.50 | 318.00 | plumbing fixture (卫浴用) | Brass 铜 |   |
| E | Window Film | 静电膜 | 3920430090 | 27 | 540 | 891 | 0.30 | 267.30 | 窗户贴膜 | PVC | 3920992000 |
| F | Artificial Flowers | 仿真花 | 6702100000 |   |   | 122 | 1.00 | 122.00 | 装饰/Decoration | 塑料/Plastic |   |
| F | Artificial Fruits | 仿真水果 | 6702100000 | 14 | 122 | 197 | 1.00 | 197.00 | 装饰/Decoration | 塑料/Plastic |   |
| F | Artificial Plants | 仿真叶子 | 6702100000 |   |   | 108 | 0.50 | 54.00 | 装饰/Decoration | 塑料/Plastic |   |
| G | glass bottle | 玻璃瓶 | 7010909000 | 62 | 879 | 17360 | 0.03 | 551.60 | 用于运输或盛装货物 | 玻璃 | 7010900005 |
| H | charging adapter | 家充头 | 8504409510 | 9 | 256.5 | 4500 | 0.02 | 67.50 | 充电charging | PVC | 8504409580 |
| I | Charging Cable | 充电线 | 8544422000 | 85 | 1500 | 28640 | 0.01 | 416.00 | 充电charging | PC+COPPER WIRE |   |
| J | Phone Case | 手机壳 | 3926909990 | 123 | 1984 | 12300 | 0.15 | 1845.00 | 保护手机 protect phone | abs+tpu | 3926900650 |
|   |   |   |   | 934.00 | 14117.00 | 71085.00 |   | 12750.16 |   |   |   |

| | | | | |
|---|---|---|---|---|
| 509-5-11 TO 14 | #11-14 | 4 | Artificial Plants | 9.5 |
| 509-6-1 TO 32 | #1-32 | 32 | glass bottle | 17 |
| 509-6-33 TO 33 | #33-33 | 1 | glass bottle | 16 |
| 509-6-34 TO 35 | #34-35 | 2 | glass bottle | 8 |
| 509-6-36 TO 37 | #36-67 | 2 | glass bottle | 14 |
| 509-6-38 TO 62 | #38-62 | 25 | glass bottle | 11 |
| 509-7-1 TO 1 | #1-1 | 1 | printer | 94 |
| 509-8-1 TO 45 | #1-45 | 45 | Charging Cable | 17 |
| 509-8-46 TO 46 | #46-46 | 1 | Phone Case | 11 |
| 509-8-47 TO 103 | #47-103 | 57 | Phone Case | 14 |
| 509-8-104 TO 119 | #104-119 | 16 | Phone Case | 28.5 |
| 509-8-120 TO 149 | #120-149 | 30 | Phone Case | 15.7 |
| 509-8-150 TO 163 | #150-163 | 14 | Phone Case | 24 |
| 509-8-164 TO 200 | #164-200 | 37 | Charging Cable | 16 |
| 509-8-201 TO 212 | #201-212 | 12 | charging adapter Charging Cable | 17 |
| 509-8-213 TO 214 | #213-214 | 2 | Phone Case | 21.5 |
| 509-8-215 TO 217 | #215-217 | 3 | Phone Case | 21.5 |

# PACKING LIST

| ITEM NO/style | CARTON NO | TOTAL CARTON | Content | Weight (kg) |
|---|---|---|---|---|
| 509-1-1 TO 20 | #1-20 | 20 | Lamp | 14.8 |
| 509-1-21 TO 120 | #21-120 | 100 | Lamp | 14 |
| 509-1-121 TO 240 | #121-240 | 120 | Lamp | 14 |
| 509-1-241 TO 320 | #241-320 | 80 | Lamp | 14 |
| 509-1-321 TO 334 | #321-334 | 14 | Lamp | 16 |
| 509-1-335 TO 364 | #335-364 | 30 | Lamp | 15 |
| 509-2-1 TO 80 | #1-80 | 80 | Clamp | 11.8 |
| 509-3-1 TO 85 | #1-85 | 85 | Shower Faucet | 13 |
| 509-3-86 TO 87 | #86-87 | 2 | Shower Faucet | 18.5 |
| 509-3-88 TO 92 | #88-92 | 5 | sink faucet | 19 |
| 509-3-93 TO 100 | #93-100 | 8 | Shower Faucet | 18.5 |
| 509-3-101 TO 101 | #101-101 | 1 | Tub Faucet | 19.5 |
| 509-3-102 TO 110 | #102-110 | 9 | sink faucet | 20 |
| 509-3-111 TO 134 | #111-134 | 24 | Tub Faucet | 17 |
| 509-3-135 TO 161 | #135-161 | 27 | Tub Faucet | 17 |
| 509-3-162 TO 169 | #162-169 | 8 | sink faucet | 22 |
| 509-4-1 TO 27 | #1-27 | 27 | Window Film | 20 |
| 509-5-1 TO 7 | #1-7 | 7 | Artificial Flowers | 7.5 |
| 509-5-8 TO 10 | #8-10 | 3 | Artificial Fruits | 10.5 |

Container BMOU4739454 Shower Faucet

Photographs from Container Inspection



 

From Amazon

https://www.amazon.com/SUMERAIN-Included-Components-Customized-Acceptable/dp/B07919XN3F/ref=sr_1_3_sspa?crid=183F5CNTWAFEI&keywords=sumerain%2Bshower%2Bfaucet%2Bs3218ci&qid=1655330114&sprefix=sumerain%2Bshower%2Bfaucet%2Bs3218ci%2Caps%2C41&sr=8-3-spons&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyVEwxVEJPMUkySzZEJmVuY3J5cHRlZElkPUEwODYyMTIzVFdCCQ1Uy

Qk1YMEMwJmVuY3J5cHRlZEFkSWQ9QTAxOTcxMjNVN1JHNzVDNDdQUDkmd2lkZ2V0TmFtZT1zcF9hdGYmYWN0aW9uPWNsaWNrUmVkaXJlY3QmZG9Ob3RMb2dDbGljaz10cnVlJth=1





Packing List from Plaintiff Counsel in preparation for container Inspection

Container BMOU4739454

# 联特美国专线商业发票及装箱单

| 箱号* | 英文品名* | 中文品名* | 海关编码* | 数量* | 单价* | 总价 (usd) | 材质* | 用途* | 品牌* | 规格型号 | 原产国* | 总毛重 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | Clamp | 不锈钢夹 | 4403.12.0040 | 480.00 | $1.20 | $576.00 | stainless steel | for mountin | no | 无 | China | 944.00 |
| 364 | Lamp | 壁灯 | 8539.50.0090 | 5496.00 | $2.45 | $13,469.52 | Aluminum+PC | Lighting 照明 | WP03E-20W-XX | 无 | China | 5170.00 |
| 1 | printer | 打印机 | 8443321300 | 1.00 | $700.00 | $700.00 | PLASTIC,METAL | printing/打印 | 无 | 无 | China | 94.00 |
| 93 | Shower Faucet | 淋浴套装 | 8481809000 | 372.00 | $5.00 | $1,860.00 | Brass 铜 | plumbing | 无 | 无 | China | 1316.00 |
| 55 | Tub Faucet | 浴缸龙头 | 8481809000 | 406.00 | $3.00 | $1,218.00 | Brass 铜 | plumbing | 无 | 无 | China | 914.50 |
| 21 | sink faucet | 面盆龙头 | 8481809000 | 212.00 | $3.00 | $636.00 | Brass 铜 | plumbing | 无 | 无 | China | 397.00 |
| 27 | Window Film | 静电膜 | 3920430090 | 891.00 | $0.60 | $534.60 | PVC | 窗户贴膜 | 无 | 无 | China | 540.00 |
| 14 | Artificial Flowers | 仿真花 | 6702100000 | 122.00 | $2.00 | $244.00 | 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | 122.00 |
| | Artificial Fruits | 仿真水果 | 6702100000 | 197.00 | $2.00 | $394.00 | 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | |
| | Artificial Plants | 仿真叶子 | 6702100000 | 108.00 | $1.00 | $108.00 | 塑料/Plastic | 装饰/Decoration | 无 | 无 | China | |
| 62 | glass bottle | 玻璃瓶 | 7010909000 | 17360.00 | $0.06 | $1,103.20 | 玻璃 | 用于运输或盛装货 | 无 | 无 | China | 879.00 |
| 9 | charging adapter | 家充头 | 8504409510 | 4500.00 | $0.03 | $135.00 | PVC | 充电charging | 无 | 无 | China | 256.50 |
| 85 | Charging Cable | 充电线 | 8544422000 | 28640.00 | $0.03 | $832.00 | PC+COPPER WIRE | 充电charging | 无 | 无 | China | 1500.00 |
| 123 | Phone Case | 手机壳 | 3926909990 | 12300.00 | $0.30 | $3,690.00 | abs+tpu | 保护手机protect | 无 | 无 | China | 1984.00 |
| 934 | | | | 71085.00 | | $25,500.32 | | | | | | 14117.00 |

| 图片 | 托盘号 | 单号 | Amazon Reference ID | 客户名称 |
|---|---|---|---|---|
|  | 509-A-80 | FBA15H84KDW2 | 3MX2JVEB | ⑧马发贸易 |
| 单独报关 | 509-B-364 | FBA15H4TKFBC FBA15H54K400 | 82VRPJJT 68NA54ZG | ⑤A深圳夜雨通达国际物流有限公司 |
|  | 509-C-1 | LT2019070800002 | 7734993172 | ⑥陈日刚 -iehk technology co ltd |
|  | 509-D-169 | FBA15H93QJ0B | 2NSCUILS | ⑤开平市雅恩卫浴厂 |
|  | 509-F-27 | FBA15H97P4LC | 1391HS3D | ⑥A深圳普方国际物流有限公司 |
|  | 509-G-14 | FBA15HB9WRSW | 478G6YDC | ⑧深圳市曝昇科技有限公司 |
| 单独报关 | 509-H-62 | LT2019070800001 | 001 919-985-3507 | ⑤徐州鹏旭玻璃制品有限公司 |
|  | 509-I-217 | LT2019071000001 | 3479236096/7 183868666 | ⑩8A INC |

Packing List Provided by Plaintiff Counsel in preparation for Container Inspection

OOCU6964350