# Ex. S

Metadata Showing William Shayne as Author
of Court Filings Citing to the TCS









