# Ex. T

# PDF properties and metadata

Search Adobe Support

- Acrobat User Guide
- > Introduction to Acrobat
- > Workspace
- > Creating PDFs
- ∨ Editing PDFs
  - Edit text in PDFs
  - Edit images or objects in a PDF
  - Rotate, move, delete, and renumber PDF pages
  - Edit scanned PDFs
  - Enhance document photos captured using a mobile camera
  - Optimizing PDFs
  - PDF properties and metadata
  - Links and attachments in PDFs
  - PDF layers
  - Page thumbnails and bookmarks in PDFs
  - Action Wizard (Acrobat Pro)
  - PDFs converted to web pages
  - Setting up PDFs for a presentation
  - PDF articles
  - Geospatial PDFs
  - Applying actions and scripts to PDFs
  - Change the default font for adding text
  - Delete pages from a PDF
- > Scan and OCR
- > Forms
- > Combining files
- > Sharing, reviews, and commenting
- > Saving and exporting PDFs
- > Security
- > Electronic signatures
- > Printing

Last updated on Jan 12, 2022 | Also Applies to Adobe Acrobat 2017, Adobe Acrobat 2020, ... More

## View document properties

When you view a PDF, you can get information about it, such as the title, the fonts used, and security settings. Some of this information is set by the person who created the document, and some is generated automatically.

**In Acrobat**, you can change any information that can be set by the document creator, unless the file has been saved with security settings that prevent changes.

1. Choose File > Properties.
2. Click a tab in the **Document Properties** dialog box.

### Document Properties

**Description**   Shows basic information about the document. The title, author, subject, and keywords may have been set by the person who created the document in the source application, such as Word or InDesign, or by the person who created the PDF. You can search for these description items to find particular documents. The Keywords section can be particularly useful for narrowing searches.

Note that many search engines use the title to describe the document in their search results list. If a PDF does not have a title, the filename appears in the results list instead. A file's title is not necessarily the same as its filename.

**The Advanced** area shows the PDF version, the page size, number of pages, whether the document is tagged, and if it's enabled for **Fast Web View**. (The size of the first page is reported in PDFs or **PDF Portfolios** that contain multiple page sizes.) This information is generated automatically and cannot be modified.

**Security**   Describes what changes and functionality are allowed within the PDF. If a password, certificate, or security policy has been applied to the PDF, the method is listed here.

**Fonts**   Lists the fonts and the font types used in the original document, and the fonts, font types, and encoding used to display the original fonts.

If substitute fonts are used and you aren't satisfied with their appearance, you may want to install the original fonts on your system or ask the document creator to re-create the document with the original fonts embedded in it.

**Initial View (Acrobat only)**   Describes how the PDF appears when it's opened. This includes the initial window size, the opening page number and magnification level, and whether bookmarks, thumbnails, the toolbar, and the menu bar are displayed. You can change any of these settings to control how the document appears the next time it is opened. You can also create JavaScript that runs when a page is viewed, a document is opened, and more.

**Custom (Acrobat only)**   Lets you add document properties to your document.

**Advanced**   Lists PDF settings, print dialog presets, and reading options for the document.

In the PDF settings for Acrobat, you can set a base **Uniform Resource Locator** (URL) for web links in the document. Specifying a base URL makes it easy for you to manage web links to other websites. If the URL to the other site changes, you can simply edit the base URL and not have to edit each individual web link that refers to that site. The base URL is not used if a link contains a complete URL address.

You can also associate a catalog index file (PDX) with the PDF. When the PDF is searched with the **Search PDF** window, all of the PDFs that are indexed by the specified PDX file are also searched.

You can include prepress information, such as trapping, for the document. You can define print presets for a document, which prepopulate the Print dialog box with document-specific values. You can also set reading options that determine how the PDF is read by a screen reader or other assistive device.



Adobe
Sign in to your account

Sign in