# Ex. U

## Notice of Deposition of William Shayne Issued on April 14, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERIWAY CORPORATION<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAY YAN CHEN<br>ABILITY CUSTOMS, INC.<br><br>　　　　　Defendants. | No. 19-CV-62009407 |

**PLAINTIFF'S FIRST NOTICE OF DEPOSITION
OF WILLIAM SHAYNE**

PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of the person named below, before an Official Court Reporter or before a Notary Public, or some other officer duly authorized by law to take depositions, on the date and time indicated below, and at the location indicated below:

| **NAME** | **DATE/TIME/LOCATION** |
|---|---|
| William Shayne | Monday, May 9, 2022<br>9:00 am<br>2424 E. York St. Ste. 223,<br>Philadelphia, PA 19125 |

Mr. Shayne will be deposed on all underlying facts related to the Power of Attorney and its attached "Terms and Conditions of Services" annexed as Exhibit A to this notice, including but not limited to the following:

- Mr. Shayne's role in creating, modifying, or altering any part of the referenced "Terms and Conditions of Service," or any prior/subsequent version thereof,

- 1 -

- 2 -

which Defendant Chen is currently using to assert a lien over the five cargo containers at issue.

The testimony of Mr. Shayne will be recorded by audio, audiovisual, and stenographic means.

**PLEASE GOVERN YOURSELF ACORDINGLY**

Dated April 14, 2022

/s/ Pete Wolfgram
Pete Wolfgram
pwolfgram@stratumlaw.com
Xiyan Zhang
xzhang@stratumlaw.com
**Stratum Law LLC**
150 Monument Road Ste. 207
Bala Cynwyd, PA 19125

*Attorneys for Plaintiff Ameriway Corporation*

- 3 -

## CERTIFICATE OF SERVICE

      I, Pete Wolfgram, certify that on this 14th day of April, 2022, I caused the foregoing First Notice of Deposition of William Shayne to be served by electronic mail to the following:

Attorney William Shayne
wshayne@shaynelawgroup.com
Attorney Richard Schrier
resincourt@aol.com
SHAYNE LAW GROUP, P.C.
Tel 212 566-4949, Fax 212 202-5423
64 Fulton St. Suite 1000
New York, NY 10038

*Attorneys for Defendants*

May Yan Chen
Ability Customs Brokers, Inc.
13910 Doolittle Dr.,
San Leandro, CA 94577

                                                  /s/ Pete Wolfgram
                                                  Pete Wolfgram
                                                  pwolfgram@stratumlaw.com
                                                  **Stratum Law LLC**
                                                  2424 E. York St. Ste. 223
                                                  Philadelphia, PA 19125
                                                  *Attorney for Plaintiff*