

2424 E. York St. Ste. 223　　　　　　　　　　　　　　　　　　　　　　　　　　(215) 621-8008
Philadelphia, PA 19125　　　　　　　　　　　　　　　　　　　　　　　　　　www.stratumlaw.com

*Via ECF*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　August 5, 2022

Hon. Magistrate Judge Figueredo
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

　　　　Re:　**Case # 19-cv-09407 - Ameriway Corp. v. May Yan Chen and Ability Customs Inc. – Status Letter Pursuant to Docket No. 143.**

Dear Judge Figueredo:

Pursuant to this Court's June 17, 2022 Order, Plaintiff hereby submits this status letter regarding the pending discovery issues.

The Court's June 17 Order directed the parties to (1) complete the search for Terms & Conditions as discussed at the conferences on May 23 and June 16, 2022, no later than Monday, August 1, 2022, and (2) meet and confer regarding outstanding discovery disputes raised in the parties' letters at ECF Nos. 114-115, 118-119, 121, 126, 132, 138, and 142.

Defendant Chen has not produced any requested documentation pertaining to the Terms & Conditions (native email files) to support her claim that she used the document during her regular course of business from 2011 to the present. Plaintiff originally requested this material on February 2. Chen has thus had <u>six</u> months to complete the search and knows or should know exactly which documents Plaintiff is requesting. Chen's counsel have not stated any reasons why they let the August 1 production deadline elapse, despite receiving multiple extensions from the Court on this specific discovery issue.

Further, Chen's counsel have not communicated with Plaintiff's counsel about their own discovery requests pursuant to ECF Nos. 114-115, and 121 since the June 17 discovery conference.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: _/s/ Xiyan Zhang_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Xiyan Zhang
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STRATUM LAW LLC