**Info**

---

**From:**        Info
**Sent:**        Monday, August 3, 2015 1:32 PM
**To:**          R▓▓▓▓▓▓▓
**Subject:**     Power of Attorney/Terms of Conditions Rate Sheet
**Attachments:** rate sheet.docx; POWER OF ATTORNEY.docx; Terms and Conditions.pdf

Dear L▓

Thank you for contacting Ability Customs Brokers for a service inquiry. Our service rate sheet and Terms of Conditions are attached, please review them, and complete the attached Power of Attorney if you decide to hire us to handle your shipment. Please send the complete Power of Attorney with an IRS document, SS-4 or the 1st page company federal tax return along with the business owner's driver license copy to verify your company's EIN number to us if you satisfy our service charges. To complete power of attorney, please use lines 1, 2, 3, 4, 5, 7, 9. For an individual importer, social security card and driver license copy is required to verify the social security number.

Best Regards,

Emily

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

\*\*Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.\*\*

\*\*<u>Important !!!</u> \*\*
U.S. Customs & Border Protection will commence full ISF enforcement on <u>July 9, 2013</u> and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be <u>$5,000</u> per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

1