# Ex. A

# Info

| | |
|---|---|
| From: | May C <info@abilitycb.com> |
| Sent: | Tuesday, January 8, 2013 3:49 PM |
| To: | R▮▮▮▮▮▮▮▮▮▮▮▮▮▮s.com |
| Subject: | service rate sheet, Power of Attorney & Terms of Conditions |
| Attachments: | POWER OF ATTORNEY.docx; Terms and Conditions.pdf; rate sheet.docx |

Dear R▮▮▮▮

Thank you for contacting Ability Customs Brokers for a service inquiry. The service rate sheet and Terms and Conditions are attached, please review it and let us know if you have any questions. Otherwise, please complete the attached Power of Attorney and return it back to me with an IRS document to verify your company's EIN number. For an individual importer, social security card and driver license copy is required to verify the social security number.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

**Info**

| | |
|---|---|
| **From:** | Info |
| **Sent:** | Monday, August 3, 2015 1:32 PM |
| **To:** | R██████: |
| **Subject:** | Power of Attorney/Terms of Conditions Rate Sheet |
| **Attachments:** | rate sheet.docx; POWER OF ATTORNEY.docx; Terms and Conditions.pdf |

Dear L█

Thank you for contacting Ability Customs Brokers for a service inquiry. Our service rate sheet and Terms of Conditions are attached, please review them, and complete the attached Power of Attorney if you decide to hire us to handle your shipment. Please send the complete Power of Attorney with an IRS document, SS-4 or the 1st page company federal tax return along with the business owner's driver license copy to verify your company's EIN number to us if you satisfy our service charges. To complete power of attorney, please use lines 1, 2, 3, 4, 5, 7, 9. For an individual importer, social security card and driver license copy is required to verify the social security number.


Best Regards,

Emily

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**


**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

1

2

Info
_____

**From:** Info
**Sent:** Thursday, January 5, 2017 1:02 PM
**To:** 'k▮▮▮▮▮▮t.net'
**Subject:** RE: Broker Service & Power of Attorney
**Attachments:** rate sheet.docx; POWER OF ATTORNEY #2.docx; Terms and Conditions.pdf


Dear K▮▮▮

Thank you for contacting Ability Customs Brokers for a service inquiry. Our service rate sheet and Terms of Conditions are attached, please review it and complete the attached Power of Attorney if you decide to hire us to handle your shipment. Please send the complete Power of Attorney with an IRS document, SS-4 or the 1st page company federal tax return to verify your company's EIN number to us if you satisfy our service charges. For an individual importer, social security card and driver license copy is required to verify the social security number.
Our service charges are not included any other third parties fees, such as freight agent document handling fee, customs exam, terminal fee, warehouse charge and trucking service, etc.
Please provide the Import Security Filing (ISF, 10+2) information to us prior to the vessel departure date from the export country to the U.S, we have to report it to the U.S customs before the vessel sailing date, if this is an ocean shipment.
Also, we will contact the shipper/agent on behalf of your company for commercial invoice, packing list and bill of lading if you let us know their email contact. For any question or information, please contact us.




Best Regards,

Jenny

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**


**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.