LINDA L MITCHELL, D-ABFDE   CERTIFIED FORENSIC DOCUMENT EXAMINER

Mailing Address: 243 S. Escondido Boulevard #550, Escondido, CA 92025-4116
Laboratory: 3225 N. Broadway, Escondido, CA  92026 | 888.760.0339 | 760.310.1279 | forensicqde@gmail.com
Riverside Office: 7121 Magnolia Avenue, Riverside, CA 92504
Long Beach Office: 444 W. Ocean Blvd. #813, Long Beach, CA 90802



# *Forensic Document Analysis Report*

Tuesday, December 6, 2022                    Laboratory Report #22-09121.5

William Shayne, Esq.
64 Fulton Street
New York, NY  10038

In RE: <u>Ameriway v. May C Chen, Ability Customs Broker</u>
Case No.:1:19-cv-09407-VSB-VF

**OVERVIEW**

My client, Attorney William Shayne, represents May C Chen, d/b/a Ability Customs Broker (ACB), the defendant in the above-captioned case. Ameriway has proposed that a supporting document submitted by ACB is not actual output from her office machine - contending that it is fabricated.

The subject of this examination is a printout of an email transmission from Ability Customs Brokers to R▇▇▇▇ of ▇▇ V▇▇▇▇, dated January 8, 2013. This document's authenticity is disputed based on anomalies in the layout and typestyle differences. Attorney Shayne retained me to examine this and other printouts of email transmissions to and from ACB and opine if the contents result from fabrication and manipulation or if there are reasonable explanations for the inconsistencies noted by Plaintiff.

Plaintiff also questions the anachronistic presence of a footer under the signature area that refers to an Importer Security Filing (ISF). My client asked me to perform a comparative study of additional course-of-business documents to establish whether or not this footer was a common ACB practice and during what time frame ACB included it in their transmissions.

In RE: Ameriway v. May C Chen, Ability Customs Broker
Case No.: 1:19-cv-09407-VSB-VF

Forensic
QDE
lab llc

Laboratory Report #22-09121.4
December 8, 2022

## EXPERT QUALIFICATIONS

I am a Certified Forensic Document Examiner.  I have been confirmed as a competent expert witness in the Superior Courts in San Diego, Orange County, Los Angeles, Riverside, and San Bernardino Counties, as well as the United States Bankruptcy Court. I am the designated examiner for voter fraud in the state of California for the period 2016 through 2023.

My research has been published in the Journal of the American Society of Forensic Document Examiners. I am a contributing author and technical advisor for two textbooks used in forensic document examination. I have been a diplomat of the American Board of Forensic Document Examiners since 2014, and I am a member of the American Academy of Forensics Sciences (question document section), the American Society of Question Document Examiners, and the Southwestern Association of Forensic Document Examiners

I did my formal internship and training in forensic document examination at Alliance Forensics Services from 2008 through 2011. Besides handwriting identification, my training included many aspects of document production, printing processes, software manipulation, and anomalies created by office machines. I have applied this knowledge since 2011 to hundreds of cases, many involving office machine output questions. My full curriculum vitae is attached as Exhibit E.

## EVIDENCE COLLECTED AND EXAMINED

For this analysis, Attorney Shayne sent me digital images of three email printouts from 2013, 2015, to 2017 with similar content, one of which is the disputed document. Later, the original printouts of those emails and related documents arrived via FedEx. I then requested and received additional email printouts and associated documents directly from Attorney Shayne's client, which I used as supplemental baseline comparisons. According to my client, Ms. Chen retrieved these hard copies from her storage archives. I scanned the applicable documents onto my database for further analysis and research using digital images and standard computer software.

In RE: Ameriway v. May C Chen, Ability Customs Broker
Case No.: 1:19-cv-09407-VSB-VF

Forensic
QDE
lab llc

Laboratory Report #22-09121.4
December 8, 2022

## METHODS OF ANALYSIS

This matter relates to the validity of a computer printout. Such an analysis requires a working knowledge of office machines, their capabilities, and their shortcomings. In addition, one must understand how office machines interpret, save, transmit and print documents to recognize the difference between intentional manipulation and unintentional effects of moving a record from one device to another.

I referred to the Declaration of Andrew Nicholas to identify the elements of the email in dispute. It is attached hereto as Exhibit A. The disputed elements involve an email header purportedly created in Outlook© software and transmitted from ACB to Ray Yow on January 8, 2013. In my experience, an email printout such as this indicates text recognition errors. To illustrate how these digital errors can occur, I recreated a similar email header from my Outlook© program, submitted it to myself, and printed it as an image. I then converted it to .pdf format with OCR (Optical Character Recognition) capabilities. The results of my laboratory experiment are illustrated in Exhibit B.

To resolve the consistency of the email ISF footer, I compared contemporary emails sent by the defendant addressed to other unrelated recipients. Among the email printouts are responses from the recipients with the original document appended, and these were also included for comparison to determine the consistency of similar transmissions. The evidence used for this procedure is included in Exhibit C.

## OPINIONS AND SUPPORTING COMMENTARY

### OCR ERRORS:

Many printers/scanners are embedded with automatic optical character recognition software that "reads" a physical copy of the document and prints what it perceives as the characters represented in the image. **Based on my 11 years of experience and training as a Certified Forensic Document Examiner, my expert opinion is that the email printout in dispute is not a result of manipulation or fabrication**. Instead, it is a manifestation of an office machine misinterpreting the existing file,

In RE: Ameriway v. May C Chen, Ability Customs Broker
Case No.: 1:19-cv-09407-VSB-VF



Forensic
QDE
lab llc

Laboratory Report #22-09121.4
December 8, 2022

converting it to electronic form, and reprinting what it senses using the type styles embedded in its system, resulting in different font output. I can confirm that while this process has become more refined over the years, it is a common anomaly that the visible output from OCR devices is fraught with digital misinterpretations.

Some software compresses an image to save computer space or saves the image at a low resolution. Then, when the device retrieves the digital image, there is not enough data to recreate it properly. Using current office machines, I duplicated this type of anomaly. My results represent ways fonts can become inconsistent simply by using a different file format. See Exhibit B for my results.

FABRICATION

Document fabrications are relatively easy to do if one has a basic knowledge of copy-and-paste techniques. However, when differing spacing and font size show up in unusual places, the document examiner looks to other potential reasons. For instance, parts of the email body also contain irregularities, such as the condensed capital letters "IRS" and "EIN" in the third line (below),



or the enlargement of proper names as in the footer located directly below the signature line as pictured below:

the West Coast Ports due t
for any demurrage, standby

In my expert opinion, assuming that these anomalies would be purposely cut-and-pasted as part of a fabricated document is unreasonable.

To further support my opinion, I examined a printout of the email received by ACB on January 10, 2013, in response to the January 8, 2013 message. The reply message is consistent with an ordinary memo-style email printout, and the same anomalies appear in the original message attachment to which Raymond Yow replied. Exhibit D contains the response under the original message.



ANACHRONISM

I received copies of ACB course-of-business emails dating between December 12, 2012, and January 10, 2017. Exhibit C contains these emails, and I observed that the footnote regarding the Importer Security Filing appears on all of them. Moreover, the same footnote information was included in the email attachments in responses from the email recipients - further supporting the practice by ACB.

**In my expert opinion, the statement below is very likely part of the predetermined signature affixed to certain outgoing emails in the regular course of its business**. Based upon my examination of the sample documents supplied to me, it is my opinion that the statement regarding the "importer security filing" was added as early as 2012 through including 2017 by ACB in the regular course of its business. It is not an anachronistic fabrication, but was instead a part of the day-to-day transmissions during the period examined…"

**Important!!!**

U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to endure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

In RE: Ameriway v. May C Chen, Ability Customs Broker
Case No.: 1:19-cv-09407-VSB-VF


Forensic
QDE
lab llc

Laboratory Report #22-09121.4
December 8, 2022

**PROTOCOLS**

This matter was examined and reported upon within the guidelines set by the U.S. Commerce Department's National Institute of Standards and Technology (NIST) - Organization for Scientific Area Committees (OSAC), established to coordinate the development of standards and guidelines for the science community. SWGDOC.org (Scientific Working Group for Forensic Document Examination) currently publishes these standards and newly updated standards recognized and approved by ANSI (American National Standards Institute).

*Linda M Mitchell*

Linda L Mitchell, D-ABFDE
Certified Forensic Document Examiner

*Attachments:*
*A – Declaration of Andrew Nicholas*
*B – Laboratory Printing Anomaly Results*
*C – ACB Email Printouts*
*D – Raymond Yow Email Message and Response*
*E – CV of Linda L Mitchell*

---

[i] **Optical character recognition** or **optical character reader** (**OCR**) is the electronic or mechanical conversion of images of typed, handwritten or printed text into machine-encoded text. Early versions needed to be trained with images of each character, and worked on one font at a time. Advanced systems capable of producing a high degree of recognition accuracy for most fonts are now common, and with support for a variety of digital image file format inputs. *Ref. https://en.wikipedia.org/wiki/Optical_character_recognition*



Forensic
QDE
lab llc

Declaration of Andrew Nicholas

Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Ameriway Corporation** | |
| Plaintiff, | |
| v. | |
| **May Yan Chen**, | **19-cv-09407 (VSB) (VF)** |
| **Ability Customs, Inc**., | |
| Defendants. | |

<u>**DECLARATION OF ANDREW NICHOLAS**</u>

I, Andrew Nicholas, declare the following:

1. My name is Andrew Nicholas. I have over 20 years of experience in the graphic design field. From 2011-2021, I was COO and Partner of "Pixel Parlor," an award-winning design studio specializing in both print and web design services. I am currently employed as a Senior UX Designer at BP3 Global, a software company in the automation technology field.

2. I have substantial experience in multiple digital mediums, such as electronic imaging, printing, publishing, photo retouching, printing equipment, printing supplies, computer graphics (Adobe Creative Cloud) and digital imaging. As a graphic designer, I also have considerable educational and professional experience in typography and fonts within printing and marketing settings. In 2003, for example, I attended a six-week course in the United Kingdom focused exclusively on typography at the University of Reading, deepening my knowledge of the details and elements that comprise font families. My resume is attached herein in Appendix A.

ACB 002  LLM

3. I continue to review materials and documents related to this case and reserve the right to supplement this expert opinion based on any additional work that I may be asked to do.

**Background and Documents Reviewed**

4. It is my understanding that the Defendant in this case, May Yan Chen ("Chen"), claims to have sent a document titled "Terms and Conditions" to Plaintiff Ameriway Corporation in April 2017, granting her the right to place a lien over several cargo containers. I understand Ameriway disputes that Chen ever had a valid lien, and is challenging the authenticity of several documents related to the Terms and Conditions.

5. I have reviewed two email exhibits submitted by Chen to the Court on August 16, 2022, marked as 157-1, 157-3. I understand the email exhibits are PDF scans of paper hardcopies; and, electronic versions of the emails are unavailable at this time. A complete list of the documents reviewed by me for this report is shown in Appendix B.

6. I understand Chen is offering the emails as proof that the Terms and Conditions are authentic, specifically that she sent the document to her customers since 2011. The first email I reviewed is dated January 8, 2013 (157-1), and references a "Power of Attorney & Terms of Conditions" in the 'Subject' line; it also references a "Terms and Conditions .pdf" in the 'Attachments' field. The second email I reviewed is dated January 5, 2017 (157-3), and references the "Terms and Conditions.pdf" in the 'Attachments' field.

7. The email printouts were generated in Microsoft Outlook, which prints the body of the email below a standardized header (known as the "memo header") containing the 'From,' 'Sent,' 'To,' 'Subject', and 'Attachments' fields.

8. Outlook allows users to define a single font for the title bar and memo header fields, but does **not** allow the user to choose multiple/different fonts **within** the header fields. For

ACB 003  LLM

example, a user cannot use "Times New Roman" in the "From" field, and "Calibri" in the "Attachments" field. Nor does Outlook allow users to introduce any variation of font size (different sized text is not permitted), nor font width (the user cannot specify that certain fields/text is more condensed or expanded).

9. Additionally, Outlook sets default spacing (referred to as "kerning" within a word, or called "tracking" when referring to the letter spacing of an entire line) of the characters within the memo header fields, which cannot be adjusted. This means there will always be uniform spacing between the letters within the memo header fields of a printed Outlook email. And while a user may adjust the font size of the header field, this selection will always result in all characters being uniform in size. **Again, Outlook does not allow for different font sizes or types <u>within</u> the printed memo header.**

10. The two emails at issue contain multiple formatting inconsistencies (e.g., different font characteristics and unexpected spacing within the header, indentation inconsistencies) not permitted within Outlook, and which are strong evidence of digital manipulation.

**The January 2013 Email (157-1): Indentation Inconsistencies Within the Memo Header**

11. Outlook automatically formats all lines within the memo header fields flush left (aligned on the left axis). This default setting cannot be altered by the user. However, the subject email printout, dated January 8, 2013, contains a clear indentation anomaly, namely 'May C' in the 'From' line is noticeably <u>not</u> aligned with the 'To,' 'Subject', and 'Attachment' lines. Outlook does not permit these indentation variations.

ACB 004  LLM



## The January 2013 Email (157-1): Impossible Font Variations Within the Memo Header

12. Outlook allows the user to select different fonts within the body, or message portion of the email. However, Outlook does not allow different font variation (sizes, styling, etc.) within the memo header itself. In other words, the font within the 'From,' 'Sent,' 'To,' 'Subject', and 'Attachments' fields should be completely uniform. However, the January 2013 email contains obvious font inconsistencies within the header, which is a clear sign of digital manipulation. For example, 'Terms of conditions' within the 'Subject' line is noticeably different from 'Terms and 'Conditions.pdf' in the 'Attachments' line. These characters should be the same size in an email printout, but even a cursory review reveals they are not:



4

ACB 005 LLM

**The January 2013 Email (157-1): Impossible Space Variations Within the Memo Header**

13. The spacing ("tracking") between the characters in the memo header is set by Outlook, and cannot be altered by the user. There is no practical reason to change the spacing within the memo header, so Outlook does not even provide the option. However, the January 2013 email contains space variation between the letters *in the same line*. Specifically, there is significantly more space between the letters in 'January' than 'Tuesday' in the 'Sent' line. This tracking inconsistency is not possible within Outlook, which controls tracking, and is a clear sign of image manipulation.



**The January 2017 Email (157-3): Spacing Anomalies Within Memo Header**

14. Again, Outlook controls spacing within the memo header; spacing should be absolutely uniform. However, in the January 2017 email, the date information—'Thursday, January 5, 2017 1:02 PM'—contains significantly larger spacing between the elements. Even a cursory glance shows double spacing between 'Thursday' and 'January' within the Sent field. There are also two spaces between '2017' and '1:02 PM' in the 'Sent' line, which again is not permitted (nor would ever occur) within Outlook.

ACB 006 LLM

| Info | |
|---|---|
| **From:** | Info |
| **Sent:** | Thursday, January 5, 2017 1:02 PM |
| **To:** | 'k............t.net' |
| **Subject:** | RE: Broker Service & Power of Attorney |
| **Attachments:** | rate sheet.docx; POWER OF ATTORNEY #2.docx; Terms and Conditions.pdf |

> Blue indicates unexpected, abnormal spacing between words.

> Green shows a typical, expected spacing between words

Dear K█████

Thank you for contacting Ability Customs Brokers for a service inquiry. Our service rate sheet and Terms of Conditions are attached, please review it and complete the attached Power of Attorney if you decide to hire us to handle your shipment. Please send the complete Power of Attorney with an IRS document, SS-4 or the 1st page company federal tax return, to verify your company's EIN number, to us if you satisfy our service charges. For an individual importer, social

15. Further, when a user sends an email, the date information is automatically logged by Outlook.  Outlook retrieves and displays this information when the user prints an email through the 'Memo Style' function.  Outlook handles this entire process, and certainly does not allow the user to change the spacing within the 'Sent' field.  Again, there is no practical reason for double-spacing between the elements in the 'Sent' field, so the user is not given the option to make these alterations in the first place.

### *The January 2017 Email (157-3): 'Times New Roman' Inconsistencies Within the Memo Header*

16. Again, font size and type should be absolutely uniform within the Memo Header. However, in the 'Attachments' line, the words 'Terms and Conditions.pdf' are compressed (squeezed horizontally) in contrast to 'sheet.docx,' which are visibly extended (horizontally stretched).  Outlook does not permit such variation within the Memo Header, much less within the *same line* in the Memo Header.  This is a clear sign of digital manipulation.

6

ACB 007  LLM

Info

| | |
|---|---|
| From: | Info |
| Sent: | Thursday, January 5, 2017 1:02 PM |
| To: | 'k████████.net' |
| Subject: | RE: Broker Service & Power of Attorney |
| Attachments: | rate sheet.docx POWER OF ATTORNEY #2.docx Terms and Conditions.pdf |

*These words are condensed, the "n" appears much narrower than elsewhere in the document.*

*These letters have been stretched horizontally. The "e" is wider than elsewhere in the header area.*

Dear K████

Thank you for contacting Ability Customs Brokers for a service inquiry. Our service rate sheet and Terms of Conditions are attached, please review it and complete the attached Power of Attorney if you decide to hire us to handle your ~~shipment. Please send the complete Power of Attorney with an IRS document, SS-4, or the 1st page company federal tax~~

## Summary of Findings and Conclusion

17. In my opinion, there is overwhelming digital evidence the two subject emails have been manipulated/edited. The multiple formatting discrepancies identified above, which are visibly noticeable to a layperson, simply do not occur within Outlook.  Further, these anomalies are not the result of poor scanning, because the scanning of a non-flat piece of paper (resulting in a curved surface or plane) always manifests itself with a consistent transformation of page content, be it vertically, horizontally, or diagonally, often paired with slight discoloration of the background, as the paper's curve introduces a shadow gradient. A visible symptom of a poor scan does not selectively impact only one word or part of a line, it imprints itself in a larger way, impacting more page content.

18. In conclusion, it is my informed opinion, to a very high degree of confidence, the two printouts do not represent original, untouched, authentic emails.  They could not have been generated by Outlook in their present form without being edited/manipulated.

19. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of September, 2022.

*Andrew Nicholas*

Andrew Nicholas

ACB 008  LLM



Laboratory Printing Anomaly Results

Exhibit B

# OCR Interpretation Error Exercise

1. Copied the email in question and saved it as a bitmap image.
2. Converted the image to a .PDF document with OCR capabilties

## Info

| | |
|---|---|
| **From:** | May C <info@abilitycb.com> |
| **Sent:** | Tuesday, January 8, 2013 3:49 PM |
| **To:** | R▮▮▮▮▮▮▮▮▮\▮▮▮▮.com |
| **Subject:** | service rate sheet, Power of Attorney & Terms of Conditions |
| **Attachments:** | POWER OF ATTORNEY.docx; Terms and Conditions.pdf; rate sheet.docx |

*sent to Liyan* (handwritten)

Dear Raymond

Thank you for contacting Ability Customs Brokers for a service inquiry. The service rate sheet and Terms and Conditions are attached, please review it and let us know if you have any questions. Otherwise, please complete the attached Power of Attorney and return it back to me with an IRS document to verify your company's EIN number. For an individual importer, social security card and driver license copy is required to verify the social security number.

Copy retrieved from client's physical records saved as .bmp

## Info

| | |
|---|---|
| From: | May C<info@abili1:ycb.co.JJ1> |
| Sent: | Tuesday, January 8, 2013 3:49 PM |
| To: | F▮▮▮▮▮▮▮\▮▮▮▮.com |
| Subject: | service rare sheet, Power of Attorney & Tennsof Co,lditions |
| Attachments: | POWER OF ATIORNEY.docx;Terms and Conditions.pdf; rate sheet.docx |

*u   Liyan* (handwritten)

Dear Raymond

nrnok you for contacting Ability Cusmms Brokers for a service inquiry. The service rate. shee1 and Tenns and Conditions arc attached, please review it and Jet us know if you haveany questioos. Otherwise, please complete lhe attached Power of Attorney and return it back to me with an IRSdocument to verify your company's EJN number. Foran individuaJ importer, social sec.urity card and dri\•er licensecopy is required to veriiYthe social security number.

Printout using OCR

In this instance the OCR misinterpreted typestyles, spelling, spacing, and punctuation.



# ACB Email Printouts

*Reordered Chronologically*

# Exhibit C

Info

**From:** G███████████ @A███████ .com>
**Sent:** Wednesday, January 02, 2013 12:47 PM
**To:** info@abilitycb.com
**Subject:** RE: Importer Number

Hello May

I will reconfirm and advise asap.

Best Regards,
G███████
A███████



Tel: █████████3
Fax: █████████7
Cell: ████████0
Email: G███@A█████████.com
www.A████████.com

---

**From:** May C [mailto:info@abilitycb.com]
**Sent:** Wednesday, January 02, 2013 12:39 PM
**To:** 'G███@A███████
**Subject:** RE: Importer Number

Dear C████.

Please verify the address with the importer again because customs responded the address is invalid and rejected the application.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the

ACB 015  LLM

Info
_____

From:       Info
Sent:       Thursday, May 23, 2013 1:56PM
To:         T███@███.cc
Subject:    document for Container#MEDU203███

Hi T███,

Do you know when trade team will exam it tomorrow? Do you think it might be finish in the afternoon or must wait for next week?

Best Regards,

Yuran


Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**


**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

Info

---

**From:**      Info
**Sent:**       Thursday, January 03, 2013 1:43 PM
**To:**          C██████████@██.cc>
**Subject:**    RE: KKFU152██

Hi Cyntra,

Happy new year! Thank you for your help. The check will send to your office today. Please let me know if you have any questions.

Best Regards,

Lily

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

---

**From:** C████ [mailto:C████@██.cc]
**Sent:** Thursday, January 03, 2013 11:49 AM
**To:** info@abilitycb.com
**Subject:** KKFU152██

Lily,

Please refer to the attached for the exam charges due thru 1/04. Please be sure that your trucker checks on availability before sending the driver.

Any questions, please let us know.
Regards,
*Cyntra Giboney*
CES/CET Supervisor

ACB 017 LLM

Info

| | |
|---|---|
| From: | May C <info@abilitycb.com> |
| Sent: | Wednesday, December 12, 2012 2:02 PM |
| To: | 'K███████@████com' |
| Subject: | RE: Customs clearance |

Hi,

I would suggest you to contact T██N██ to check the release status. Otherwise, please contact us again and provide shipping document to us and we will take over the clearance process if they did not submit entry to customs for your shipment. Thank you.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

---

**From:** k███████@████.com [mailto:k███████@████.com]
**Sent:** Wednesday, December 12, 2012 9:51 AM
**To:** info@abilitycb.com
**Subject:** Customs clearance

Hi i'm in a bit of a concern atm with my shipment at the warehouse. i've been working with t██n██ brokers because of a referral and ever since getting started I have not received an email back from them. Can you guys help me? I have only 2 days left

Info

From:                 Info
Sent:                Tuesday, March 5, 2013 2:56 PM
To:                  L█████████
Subject:          ref #731

Hi Ruby,

What is the delivery schedule for container #GLDU707███?

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

__Important !!! __
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 019 LLM

**Info**

| | |
|---|---|
| **From:** | Info |
| **Sent:** | Wednesday, February 20, 2013 9:13 AM |
| **To:** | V▮▮ E▮▮ |
| **Subject:** | 490.414▮▮ Imports |

Dear Vicky,


I am sorry my office's internet was downed yesterday afternoon and I was not able to contact you. The entry was sent to customs yesterday at 2PM. FDA was released the shipment and I will let you know when I get the customs release status on the system.



Best Regards,

Yuran


Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**


**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

Info

| | |
|---|---|
| From: | Info |
| Sent: | Wednesday, February 6, 2013 9:33 AM |
| To: | S███ L██████ |
| Subject: | DRAFT BILL: Haiphong/Oakland: ETA 27/2 |

Hi Linh,

Can you telex release the original bill of lading? You can email the invoice, packing list and bill of lading copy to me if you are able to telex release the OBL.

Otherwise, please send 3 original bill of landing & 3 copy bill of lading and invoice, packing list to my office at below address.
Please give me the entry specialist' phone number. I will call them for the details.

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilityeb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CSP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 021  LLM

Info

_____

From:        Info
Sent:        Friday, February 8, 2013 3:56 PM
To:          S█████ C████████
Subject:     bond for Paps#ABFS1220█████

Hi Sarah,

Please give me the entry specialist' phone number. I will call them for the details.

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 022 LLM

Info

**From:**        May C <info@abilitycb.com>
**Sent:**        Thursday, December 13, 2012 4:46 PM
**To:**          A███ H███
**Subject:**     D.O for container MEDU 329███
**Attachments:** ██████D.O.pdf

Dear V███

The D.O is attached. please arrange a delivery service with ███ H███. Please confirm receipt. thank you

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs**


**important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on Jul. 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

Info

| | |
|---|---|
| **From:** | May C <info@abilitycb.com> |
| **Sent:** | Tuesday, July 8, 2014 10:58 AM |
| **To:** | W███████████ @███ com |
| **Subject:** | B/L copy, 10+2 file please confirm |

Dear W███

The information is no shows on the document. Please ask oversea agent to complete #5,6 11 to 12. These are the most important information.



Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time. per diem/detention and/or dry runs.**


**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 024 LLM



R▮▮▮▮▮▮▮▮▮
Message and Response

Exhibit D

**Info**

| | |
|---|---|
| **From:** | R▇▇▇▇▇▇@▇.▇▇com> |
| **Sent:** | January 10, 2013 8:40 PM |
| **To:** | May C <info@abilitycb.com> |
| **Subject:** | service rate sheet, Power of Attorney & Terms of Conditions |

Thanks May. It was nice talking to you.

I will review this and get back to you. Thanks

-r▇▇▇▇

---

**From:** May C <info@abilitycb.com>
**Sent:** Tuesday, January 8, 2013 3:49 PM
**To:** R▇▇▇▇▇▇ @▇ v▇▇▇▇.com
**Subject:** service rate sheet, Power of Attorney & Terms of Conditions

Dear R▇▇▇▇

Thank you for contacting Ability Customs Brokers for a service inquiry. The service rate sheet and Terms and Conditions are attached, please review it and let us know if you have any questions. Otherwise, please complete the attached Power of Attorney and return it back to me with an IRS document to verify your company's EIN number. For an individual importer, social security card and driver license copy is required to verify the social security number.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

\*\*Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.\*\*

\*\*Important !!! \*\*
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.



CV of Linda L Mitchell

Exhibit E

## Linda L Mitchell, D-ABFDE

*Mailing Address: 243 S. Escondido Boulevard #550, Escondido, CA 92025-4116 | 888.760.0339*
*Lab Address: 260 S. Orange Street #10, Escondido, CA 92025 | 760.310.1279 | forensicqde@gmail.com*
*Riverside Office: 7121 Magnolia Avenue, Riverside, CA 92504*
*Long Beach Office: 444 W. Ocean Blvd. #813, Long Beach, CA 90802*

Linda Mitchell is a Certified Forensic Document Examiner and Handwriting Expert. The work of a document examiner most often involves the identification or authentication of handwriting; but, there are many other aspects of the profession that can be applied to a document in question. Deciphering documents containing indented writings, and obliterated content and insertions of additional data are just a few examples that can be part of a complex multiple–page document examination. Linda is fully capable of performing all such examinations.

Linda's laboratory includes up–to–date equipment and a full library of reference resources. She provides informative presentations about most aspects of the field document examination for small or large audiences, and is a competent expert witness confirmed in San Diego, Orange County, Los Angeles, Riverside and San Bernardino Superior Court as well as Federal Bankruptcy Court. Linda is has also been selected by the Office of the Secretary of State as the Voter Fraud Examiner for the 2016 election year through 2023.

Her professional research, was published in the Journal of the American Society of Forensic Document Examiners, June 2016, is entitled, A Blind Study of the Reliability of Hand Printing Identification by the Forensic Document Examiner. She initiated this study in response to a 2013 ruling by the 7th District Court disallowing testimony because of the lack of meaningful research on the subject.

Linda Mitchell is also a contributing author and technical advisor to two recently published textbooks. Forensic Document Examination in the 21st Century, edited by Jan Seaman Kelly and Miriam Angel, pp 105-109, 2021, CRC Press and the Second Edition of Forensic Handwriting Identification: Fundamental Concepts and Principles, Ron Morris, 2021, Elsiver Ltd.

Ms. Mitchell completed her formal apprenticeship in questioned document examination under the direct supervision of Manny Gonzales, who has more than 40 years of professional experience involving most aspects of forensic document examination. (Mr. Gonzales' CV is available upon request.) Her training conformed to SWGDOC.org guidelines and the Southwestern Association of Forensic Document Examiners (SWAFDE) Training Guidelines (2006) which included training from FBI and Secret Service materials.

### Education

| | |
|---|---|
| 1970-73 | AA in Dental Hygiene - Cerritos College, Norwalk, CA |
| 2006-08 | BS in Criminal Justice Administration - University of Phoenix, Phoenix, AZ |
| 2008-11 | Internship and Training in Forensic Document Examination - Alliance Forensic Services |

### Certification

| | |
|---|---|
| 2014-now | Diplomate of the American Board of Forensic Document Examiners |

### Scope of Practice

Expert Analysis and Testimony and Consulting for all types of document and handwriting matters

- Probate
- Family Law
- Personal Investigations
- Fraud
- Medical Malpractice
- Corporate Investigations
- Civil
- Criminal
- Private Matters

### Areas of Expertise

Expert Witness Testimony
Handwriting and Signature Identification / Authentication
Development & Deciphering of Indented Writings    &    Counterfeit Detection
Analysis of Computer–Generated Documents    &    Photocopy Manipulations
Relative Document Dating & Anachronisms    &    Decipherment of Obliterations
Non–destructive Ink & Paper Analyses    &    Typewriting Classification & Identification
Examination of Altered Documents    &    Photocopier Classification & Identification

### Memberships

ABFDE – Diplomate of the American Board of Forensic Document Examiners
AAFS – American Academy of Forensic Sciences – Questioned Document Section (Fellow)
ASQDE – American Society of Questioned Document Examiners (Member)
SWAFDE – Southwestern Association of Forensic Document Examiners (Member)
RCBA – Riverside County Bar Association (Supporting Member)

## Other Awards and Endeavors

- o  Recipient of the AAFS 2020 Hilton Award for outstanding contributions to the profession
- o  California Secretary of State – Voter Fraud Examiner  2016-2023
- o  Moot Court Training for the San Diego and Riverside County Sheriff Crime Lab Trainees
- o  US Attorney, Eastern California District Expert
- o  San Bernardino County Public Defender Designated Expert
- o  Riverside County Office of the Public Defender Expert
- o  Fresno County Office of the Public Defender Expert
- o  Tulare County Office of the District Attorney and Sheriff Dept. Expert

## Publications 2009–Present

2020    Forensic Document Examination in the 21st Century, contributing author pp105-109. 2021 CRC Press (Peer Reviewed)
2016    The Reliability of the FDE in Identification of Hand Printing, A Blind Study. The Journal of ASQDE, Vol. 19, Number 1, June 2016, pp 25-32. (Peer Reviewed)
2015    Is a Notarized Document Genuine? Syndicated through Ezine @rticles to NBIZ Magazine
2015    The Forensic Significance of Handwriting Biometrics. Published in Digital Forensics Magazine (co-author Bill Flynn (ret.), certified forensic document examiner)

## Examined Documents and Conclusions Rendered on Behalf of:

| | | |
|---|---|---|
| CA Secretary of State | Lanak & Hanah – Orange | James O. Douglass, Esq. – Palm Desert |
| United States Attorney's Office Eastern District of California | Lurie, Zepeda, Schmalz, Hogan & Martin, APC - Los Angeles | Sheppard, Mullin, Richter & Hampton - Palo Alto |
| Riverside County Public Defender | Best Best & Kreieger – Riverside | Robert W. Pederzani, Esq. – Newport Beach |
| Fresno County Public Defender | Musick, Peeler & Garrett – San Francisco | Burns, Schaldenbrand & Rodriguez – Oceanside |
| CA Dept. of Consumer Affairs | Hueston Hannegan - Los Angeles | Vivoli Sacuzzo, LLP – San Diego |
| San Diego Co. District Attorney | Schorr Law – Orange County | Zinder & Kock - Stevenson Ranch |
| Tulare County Sheriff's Dept. | Tulare County District Attorney | Anderson and LeBlanc - Upland |

## Presentations 2009–Present

**General Forensic Document Examiner Information**

- o  Embry-Riddle Aeronautical University, Guest Lecturer for General Forensics Class, Prescott, AZ

- o  LSI (Legal Secretaries Inc.) Quarterly Conference, Palm Springs, CA

- o  Lake University, Guest Lecturer for Criminalistics Class Camp Pendleton, CA.

- o  ACFI (Association of Certified Fraud Investigators) (2 MCLE units) Orange County, CA

- o  ACFI, Palm Desert, CA (co–presenter Manny Gonzales)

- o  National League of Licensed Investigators, Ontario, CA (co–presenter Manny Gonzales)

- o  Orange County Chapter of ACFI, Irvine, CA (co–presenter, Manny Gonzales)

- o  Annual Conference of Calif. Assoc. of Licensed Investigators – (CALI), Costa Mesa, CA (co–presenter, Manny Gonzales)

- o  San Diego Public Defenders (MCLE provider units; co–presenter, Manny Gonzales), Vista, CA

- o  Other presentations to San Diego Republican Women's Club, Escondido Rotary, Escondido Chamber of Commerce, Fallbrook Women's Association, Forensic Expert Witness Association (FEWA San Diego Chapter)

**Presentations to Colleagues**

Introduction to the Application of Practice Management Software for the FDE
    ASQDE Annual Scientific Session, Charleston, SC 2019 and AAFS Scientific Session 2020
Discussion of research regarding the Reliability of the FDE to Identify Hand Printing
    AAFS – American Academy of Forensic Science Annual Scientific Session
    2017 and as part of a 6-hour Workshop on hand printing at AAFS 2020
Arabic Signatures on American Documents; Are there Class Characteristics?
    AAFS – American Academy of Forensic Science Annual Scientific Session
    *(Ron Morris, former USSS FDE presented on her behalf)*
Methods for Reassembling Crosscut Shredded Documents
    ASQDE Annual Scientific Session, Charleston, SC
    *(presented on behalf of Larry A. Olson, Diplomate – ABFDE, IRS QD Lab, Chicago, IL)*
Training Requirements for the Forensic Document Examiner
    IAI, California Regional Education Conference, San Diego, CA (co–presenter, Manny Gonzales)
    IAI, International Educational Annual Conference (co–presenter, Manny Gonzales), Spokane, WA
Computer–Generated Altered Document Detection
    SWAFDE, 30th Anniversary Meeting, Scottsdale, AZ
    IAI, International Educational Annual Conference (co–presenter, Manny Gonzales), Spokane, WA
Onsite Infrared/Ultra Violet Examination of Questioned Documents
    SWAFDE Annual Scientific Session (co–presenter, Manny Gonzales), Los Angeles, CA

**Highlights of Approved Continuing Professional Education**

- ICITAP - Global Collaboration of Forensic Scientists Webinar  May 18 2022
- AAFS – Annual Scientific Session attended 2007–2012, 2015–2021
- ASQDE – Annual Scientific Meetings attended 2011–2015, 2017–2020
- Texas A&M – Foundations of Fingerprint Comparison 2015
- SWAFDE – Annual Conferences attended 2009–2016, 2018
- NIST – Measurement Science Standards in Forensic Handwriting Analysis Conference 2013, 2015
- ICAP – Annual Education Conference 2012
- FBI/NIJ – Impression and Pattern Evidence Symposium  2012
- Notary Public Mandatory Training  2012, 2016
- IAI – Annual Scientific Meeting 2012
- LCI – Methods of Latent Print and Crime Scene Processing 2009
- Escondido Adult Education – Photoshop  Applications  2009
- ST2AR FDE Workshop 2008
- SEAK – Expert Witness Conference 2007

*Following are full names represented by the acronyms above:*

AAFS – American Academy of Forensic Sciences, multi–disciplinary professional organization that provides leadership to advance science and its application to the legal system. Highly regarded among forensic experts; membership in FDE section is vetted.

ASQDE – American Society of Questioned Documents Examiners, the oldest and largest organization in the world dedicated to the profession of forensic document examination. Strict membership requirements.
SWAFDE – Southwestern Assoc. of Forensic Document Examiners, a regional FDE organization; membership is vetted.

ICITAP - The International Criminal Investigative Training Assistance Program (ICITAP) works with foreign governments to develop professional and transparent law enforcement institutions.

IAI – Int'l Assoc. for Identification, oldest & largest forensic assoc. in the world. Membership in QD section is vetted.

ICAP – Inland Counties Association of Paralegals

LCI Services– Lewis Consulting and Investigative Training, Inc., a for–profit law enforcement training company.

NIST – National Institute of Science and TechnologyS

SEAK – Skills, Education, Achievement, Knowledge, a for–profit continuing education, consulting & publishing company.

ST2AR – Skill Task Training Assessment Research, Inc., training, testing and research provided for a fee by ABFDE certified Forensic Document Examiners with the express goal of advancing the forensic sciences.

## Court Appearances within the last five years

| Year | Court | Location | Court Case # | Judge | QDE # | Case Name |
|------|-------|----------|--------------|-------|-------|-----------|
| 2022 | San Diego | Central | 37-2020-3606 | Julia Kelety | 21-011011 | E/O Ruth Mae RICHARDSON |
| | Los Angeles | Stanley Mosk | 19STCV34774 | Yolansa Orozco | 21-01071 | SHIBER v Movagharian |
| | Los Angeles | Santa Monica virtual | 21SMRO00136 | Joshua D Wayser | 22-05051 | RAZAVI, MICHELLE v Seyed |
| | Riverside | Palm Springs | PRIN2000928 | John G Evans | 21-07131 | E/O Ramona LUJAN |
| | San Bernardino | Dept 27 | CIVDS1802330 | Thomas Gatza | 22-01261 | Eilar v FRANKENBERGER |
| | Orange County | Santa Ana | 30-2019-1060981 | Comm. Aaron W Heisler | 21-12311 | JENSEN Family Trust D |
| | Los Angeles | Santa Monica | 21SMRO00136 | Joahua D Wayser | 22-05051 | RAZAVI, MICHELLE v Seyed |
| | San Diego | Central | 37-2020-675 | Timothy B Taylor | 20-10261 | Russo v DINNEEN |
| | | | | | | |
| 2021 | Orange County | Santa Ana | 30-2018-00975694 | Deborah C Servino | 20-10201 | SAKAN v LA Tasty |
| | San Diego | Central virtual | 30-2019-00044278 | John B. Scherling | 20-12181 | E/O Margaret Mingo |
| | AAA | San Bernardino virtual | 01-1-0004-6134 | Gayle Eskridge | 17-09121 | GERARDI v Redlands Ford |
| | Utah | Salt Lake City virtual | 200700578 | David R Hamilton | 21-04201 | Crossley v CHANCELLOR GARDENS |
| | Los Angeles | Dept F48 virtual | 21CHRO0180 | Sanches DuFour | 21-05173 | Rhonda RICHARDS Matter |
| 2020 | San Diego | State Admin Hearing | 2019080369 | Marion J Vomhof | 20-01291 | SERVEY V Miller |
| | Los Angeles | Santa Monica | 20SMUD619, 642, 643 | Michael I Levanas | 20-09141 | DARSHAD v Farrell |
| | Orange County | Santa Ana | 30-2018-00975694 | Deborah C Servino | 20-10201 | SAKAN v LA Tasty |
| 2019 | Riverside | Corona | RIC1824736 | Christopher B Harmon | 19TJ0131 | Sarah ALLESSIO Trust |
| | Riverside | Palm Springs | RIC1409788 | Kira L Klatchko | 19-09213 | KORTSCH v Correa |
| | Orange County | Santa Ana | 10DO11474 | Salvadore Sarmiento | 18MOO710 | M/O HOLBURN |
| | Orange County | Santa Ana | 30-2017-900137 | Linda S Marks | 18DL1210 | Select Bank Card v ROBINSON |
| 2018 | Los Angeles | Downtown | 37-2017-45895 | Gary Kreep | 18CC1121 | CIF v RAY'S MARKET |
| | Los Angeles | Probate | 17STPB04135 | Daniel Juarez | 17JY0717 | E/O James NORTH |
| | Riverside | Probate | RIP 1700678 | Roger Luebs | 18DW0604 | E/O Gabriel MUNOZ |
| | San Diego | Central | 37-2017-6948 | John S Meyer | 18IM0526 | LA FORNARA v Hurwitz |
| | San Diego | North County | DN 182625 | Kelly C Dowian | 18RM0511 | HOLTEN v Comerford |
| | Los Angeles | Stanley Mosk | P 588514 | Maria E Stratton | 18ZS0626 | HICKEY Probate |
| | San Diego | Central | DN 182625 | David B Overholtzer | 16LH0610 | M/O SONODA |
| | | | | | | |
| 21 Court Testimonies previous to 2018 | | | TOTAL 48 | | | |

## Depositions within the last five years

| Year | Court | Location | Court Case # | Deposing Atty | QDE # | Case Name |
|------|-------|----------|--------------|---------------|-------|-----------|
| 2022 | San Diego | 402 W. Broadway, #2600 | 37-2020-675 | Vinny Sorrentino | 20-10261 | Russo v. DINNEEN |
| | Santa Ana | virtual (Baker&Baker) | 30-201901060981 | Brett Stenard | 21-12311 | JENSEN Fam Trust, Trust D |
| | San Diego | virtual (Pennington) | 37-2020-3606 | Walt Pennington | 21-011011 | E/O Ruth Mae RICHARDSON |
| | San Diego | virtual (D'Ambrosio) | 37-2020-46847 | James D'Ambrosio | 22-01061 | SOMO v. Hanna, Toma |
| | Los Angeles | virtual (Lewis Brisbois) | 19STCV39727 | Lance Selfridge | 22-05241 | SHIBER v DR Welch |
| | San Diego | virtual (Elliott Kanter) | 37-2016-3443 | Elliott Kanter | 2206211 | Shahbeig v RAHIMZADEH |
| | Pasadena | virtual(Law & Brandeyer) | BC595760 | Kent Brandmeyer | 21-12041 | Middleton v Hollywood Health Ctr, Inc. |
| | Orange County | virtual(Ray & Gourde) | 30-201901054110 | Thomas Gourde | 21-11111 | Balboa Capital v OLYMPIA Fam Medicine |
| 2021 | Orange County | virtual | 30-2019-01 063 54 | Daniel E Katz | 21-03261 | E/O Fanny NISTTAHUZ |
| | AAA | San Bernardino virtual | 01-1-0004-6134 (AAA) | Joseph Suarez | 17-09121 | GERARDI v Redlands Ford |
| | Utah | Salt Lake City virtual | 200700578 | Melanie Bossie | 21-04201 | Crossley v CHANCELLOR GARDENS |
| | San Diego | Higgs Fletcher Mack | 37-2019-31743 | Scott Ingold | 21-08311 | E/O Robert H RAU |
| 2020 | NONE | | | | | |
| 2019 | Santa Monica | Donald Garrard Law Office | SC123911 | Donald Garrard | 18RB0713 | BERNEY v Davis Plastering |
| | Riverside | Gresham Savage | RIC1824736 | Stephanie Field | 19TJ0131 | Sarah ALLESSIO Trust |
| | Tampa, FL | Awerbach & Cohn | 18-000954-C1 | Michael Cohn | 19PG0225 | GRAND HOPE v Lake Ave. So. |
| | Los Angeles | Ludwig Klein Reporters | 17STPB01362 | Fred Soldewedel | 18YB0910 | Floyd ALLEN Trust |
| | San Diego | Navigato & Battin | 37-2017-00036946 | Travis Bray | 18SK0914 | MEARS v All Valley Home Healthcare |
| 2018 | San Bernardino | Marchetti Office | PROPS 1591002 | Al Marchetti | 16RA0126 | E/O Louia REICHMUTH |
| | San Diego | Browning Hocker | 37-2017-6948 | Robert N Hocker | 18IM0526 | LA FORNARA v Hurwitz |
| | San Diego | Opus Law Firm | 37-2016-26072 | Michael Manley | 16DG1018 | ROSE v Murphy Family Trust |
| | San Diego | Opus Law Firm | 37-2016-26072 | Charles Pernicka | 16DG1018 | ROSE v Murphy Family Trust |
| | | | | | | |
| 10 Depositions previous to 2018 | | | TOTAL 31 | | | |