# Ex. C

