```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERIWAY CORPORATION,                                       :
                                                            :
                         Plaintiff,                         :
                                                            :    19-CV-9407 (VSB)
            - against -                                     :
                                                            :         ORDER
                                                            :
MAY YAN CHEN and ABILITY CUSTOMS,                           :
INC.,                                                       :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X
MAY YAN CHEN, d/b/a/ ABILITY                                :
CUSTOMS BROKERS,                                            :
                                                            :
                         Third-Party                        :
                         Plaintiff,                         :
                                                            :
            - against -                                     :
                                                            :
                                                            :
EAGLE TRADING USA, LLC, XIYAN                               :
ZHANG, and SHIPING JIA,                                     :
                                                            :
                         Third-Party                        :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      This Order supersedes the endorsement filed at Doc. 165. The parties shall appear on Wednesday, May 24, 2023, at 2:00 PM for a conference via telephone using the dial in 888-363-4749 and access code 2682448 to discuss Plaintiff's request to file a second motion for sanctions and Defendant's motion for continuance.

SO ORDERED.

Dated: May 22, 2023
      New York, New York

_Vernon S. Broderick_
United States District Judge