IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Ameriway Corporation**<br><br>        Plaintiff,<br><br>   v.<br><br>**May Yan Chen**,<br><br>**Ability Customs, Inc.**,<br><br>        Defendants. | 19-cv-09407 (VSB) (DCF) |

**PLAINTIFF'S SECOND SANCTION MOTION FOR DEFAULT JUDGMENT, DISMISSAL, AND ATTORNEYS' FEES FOR FRAUD ON THE COURT**

Plaintiff Ameriway Corporation ("Plaintiff"), by and through its undersigned counsel, hereby moves for default judgment, dismissal, and attorneys' fees against Defendants May Yan Chen and Ability Customs, Inc. ("Defendants" or "Chen") and her counsel, William Shayne and Richard Schrier of Shayne Law Group P.C. pursuant to the Court's inherent powers, Fed. R. Civ. P. 11, and 28 U.S.C. § 1927.

Plaintiff respectfully requests the Court to issue an Order:

1) Granting default judgment as to each claim stated in Ameriway's Second Amended Complaint (Counts I-VIII), with a damages inquest to be held at a later date;

2) Dismissing Chen's counterclaims (Counts I-V) in the instant case with prejudice;

3) Dismissing Chen's third-party Complaint (1:22-cv-00658) in its entirety against Eagle Trading, LLC (Counts I-VII) with prejudice;

4) Granting Plaintiff attorneys' fees and costs associated with the instant case (1:19-cv-09407) and Chen's third-party lawsuit (1:22-cv-00658);

1

5) Holding Defendant Chen, Counsel William Shayne and Counsel Richard Schrier jointly and severally liable for attorneys' fees and costs associated.

Dated: June 9, 2023

Respectfully submitted,

STRATUM LAW LLC

By: _____
Peter S. Wolfgram
Xiyan Zhang
STRATUM LAW LLC
*Attorneys for Plaintiff,*
*Ameriway Corporation*