x

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

**Ameriway Corporation**

                              Plaintiff,

         v.                                                          **19-cv-09407 (VSB) (DCF)**

**May Yan Chen**,

**Ability Customs, Inc**.,

                              Defendants.

## LATE FILING DUE TO ECF NYSD WEBSITE OUTAGE – 6-9-23

Counsel for Ameriway Corporation (Plaintiff) attempted to file Plaintiff's Second Motion for Default Judgment, Dismissal, and Attorneys' Fees for Fraud on the Court on June 9, 2023, pursuant to the Court's briefing schedule. Dkt. 167. However, the ECF website for the Southern District of New York was out of service due at the time. *See* the attached screenshot. Plaintiff's counsel filed its motion as soon as the website was back online.

Dated:   June 11, 2023

                                                  Respectfully submitted,

                                                  STRATUM LAW LLC

                                                  By: _____
                                                  Peter S. Wolfgram
                                                  Xiyan Zhang
                                                  STRATUM LAW LLC
                                                  *Attorneys for Plaintiff,*
                                                  *Ameriway Corporation*



# Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

## Error 404



Welcome to the U.S. District Court for the Southern District of New York

[Southern District of New York - Document Filing System](#)

---

This is a restricted government website for official PACER business only. All activities of PACER subscribers or users of this system for any purpose, and all access attempts, may be recorded and monitored by persons authorized by the federal judiciary for improper use, protection of system security, performance of maintenance and for appropriate management by the judiciary of its systems. By subscribing to PACER, users expressly consent to system monitoring and to official access to data reviewed and created by them on the system. If evidence of unlawful activity is discovered, including unauthorized access attempts, it may be reported to law enforcement officials.

---

**Latest CM/ECF Installation is NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)**


# SDNY ECF Service Interruption Notice
# Friday, June 9, 2023, at 3:00 PM to Sunday, June 11, 2023, at 8:00 PM

Please be advised the Courts Electronic Case Filing (ECF) system will be unavailable to all users beginning **Friday, June 9, 2023, at 3:00 PM.** to **Sunday, June 11, 2023, by 8:00 PM.**

This interruption in service is necessary to upgrade the courts ECF system to ECF NextGen version 1.7. During this time users will be unable to file or view documents on the ECF system or through the PACER electronic public access service.

Filers are directed to section 23.6 of the Court's [ECF Rules & Instructions](#) for information regarding technical issues that prevent timely filing.

---


**NOTE: Effective December 1, 2022, F.R.Civ.P. Rule 7.1 requires additional disclosure in diversity cases. A revised form is available at the [court's website](#).**

**New rules govern cases subject to the Supplemental Rules for Social Security actions under 42 U.S.C. § 405(g). For cases subject to the Supplemental Rules for Social Security actions under 42 U.S.C. § 405(g), use the dedicated Social Security Brief Filing Events found under the category Other Documents.**

---

**Effective April 24, 2023, the ECF Rules & Instructions have been updated. Click here to visit the court's ECF Rules & Instructions.**

**All filings concerning the Application of the Commonwealth of Puerto Rico pursuant to Title III of PROMESA are to be filed in the District of Puerto Rico (https://ecf.prb.uscourts.gov).**

**Important Note** - "It remains the duty of the attorney for a party to review regularly the docket sheet of the case" (ECF Rule #9).

Go to https://nysd.uscourts.gov/rules/ecf-related-instructions for Electronic Case Filing Rules & Instructions, forms, training information and to sign up for notification of important ECF related news including interruptions in service.

---

15February2022

Court Information