# Ex. AA



## ACB Email Printouts

*Reordered Chronologically*

# Exhibit C

Info

**From:** G▮▮▮▮▮@A▮▮▮▮.com>
**Sent:** Wednesday, January 02, 2013 12:47 PM
**To:** info@abilitycb.com
**Subject:** RE: Importer Number

Hello May

I will reconfirm and advise asap.

Best Regards,
G▮▮▮
A▮▮▮▮

Tel: ▮▮▮▮3
Fax: ▮▮▮▮7
Cell: ▮▮▮▮0
Email: G▮▮@A▮▮▮▮.com
www.A▮▮▮▮.com

From: May C [mailto:info@abilitycb.com]
Sent: Wednesday, January 02, 2013 12:39 PM
To: 'G▮▮@A▮▮▮'
Subject: RE: Importer Number

Dear C▮▮,

Please verify the address with the importer again because customs responded the address is invalid and rejected the application.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T: 510-347-5555
F: 510-347-1555
WWW.abilitycb.com

\*\*Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.\*\*

\*\*Important !!! \*\*
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the

ACB 015 LLM

Info

**From:** Info
**Sent:** Thursday, May 23, 2013 1:56PM
**To:** T███@███.cc
**Subject:** document for Container#MEDU203█

Hi T███,

Do you know when trade team will exam it tomorrow? Do you think it might be finish in the afternoon or must wait for next week?

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 016 LLM

## Info

**From:** Info
**Sent:** Thursday, January 03, 2013 1:43 PM
**To:** C███████@██.cc>
**Subject:** RE: KKFU152███

Hi Cyntra,

Happy new year! Thank you for your help. The check will send to your office today. Please let me know if you have any questions.

Best Regards,

Lily

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

---

**From:** C███ [mailto:C███@██.cc]
**Sent:** Thursday, January 03, 2013 11:49 AM
**To:** info@abilitycb.com
**Subject:** KKFU152███

Lily,

Please refer to the attached for the exam charges due thru 1/04. Please be sure that your trucker checks on availability before sending the driver.

Any questions, please let us know.
Regards,
*Cyntra Giboney*
CES/CET Supervisor

ACB 017 LLM

Info

**From:** May C <info@abilitycb.com>
**Sent:** Wednesday, December 12, 2012 2:02 PM
**To:** 'k████@████.com'
**Subject:** RE: Customs clearance

Hi,

I would suggest you to contact T██ N██ to check the release status. Otherwise, please contact us again and provide shipping document to us and we will take over the clearance process if they did not submit entry to customs for your shipment. Thank you.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T: 510-347-5555
F: 510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!**
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

---

**From:** k████@████.com [mailto:k████@████.com]
**Sent:** Wednesday, December 12, 2012 9:51 AM
**To:** info@abilitycb.com
**Subject:** Customs clearance

Hi I'm in a bit of a concern atm with my shipment at the warehouse. I've been working with t██ n██ brokers because of a referral and ever since getting started I have not received an email back from them. Can you guys help me? I have only 2 days left

ACB 018 LLM

Info

**From:** Info
**Sent:** Tuesday, March 5, 2013 2:56 PM
**To:** L███████
**Subject:** ref #731

Hi Ruby,

What is the delivery schedule for container #GLDU707███?

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T: 510-347-5555
F: 510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 019 LLM

Info

| | |
|---|---|
| From: | Info |
| Sent: | Wednesday, February 20, 2013 9:13 AM |
| To: | V███ E██████ |
| Subject: | 490.414████ Imports |

Dear Vicky,

I am sorry my office's internet was downed yesterday afternoon and I was not able to contact you. The entry was sent to customs yesterday at 2PM. FDA was released the shipment and I will let you know when I get the customs release status on the system.

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 020 LLM

Info

| | |
|---|---|
| From: | Info |
| Sent: | Wednesday, February 6, 2013 9:33 AM |
| To: | S███ L███████ |
| Subject: | DRAFT BILL: Haiphong/Oakland: ETA 27/2 |

Hi Link,

Can you telex release the original bill of lading? You can email the invoice, packing list and bill of lading copy to me if you are able to telex release the OBL.

Otherwise, please send 3 original bill of landing & 3 copy bill of lading and invoice, packing list to my office at below address.
Please give me the entry specialist' phone number. I will call them for the details.

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilityeb.com

\*\*Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.\*\*

\*\*Important !!! \*\*
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the Importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 021 LLM

Info

| | |
|---|---|
| From: | Info |
| Sent: | Friday, February 8, 2013 3:56 PM |
| To: | S▮▮▮ C▮▮▮▮▮▮▮ |
| Subject: | bond for Paps#ABFS1220▮▮▮ |

Hi Sarah,

Please give me the entry specialist' phone number. I will call them for the details.

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

\*\*Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.\*\*

\*\*Important !!! \*\*
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 022 LLM

Info

| | |
|---|---|
| From: | May C <info@abilitycb.com> |
| Sent: | Thursday, December 13, 2012 4:46 PM |
| To: | A▮▮▮ H▮▮▮ |
| Subject: | D.O for container MEDU-329▮▮▮ |
| Attachments: | ▮▮▮D.O.pdf |

Dear V▮▮▮

The D.O is attached. please arrange a delivery service with ▮▮▮-H▮▮▮. Please confirm receipt. thank you


Best Regards,

May



Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs**

**important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 023 LLM

Info

| | |
|---|---|
| From: | May C <info@abilitycb.com> |
| Sent: | Tuesday, July 8, 2014 10:58 AM |
| To: | W████████@████.com |
| Subject: | B/L copy, 10+2 file please confirm |

Dear W████

The information is no shows on the document. Please ask oversea agent to complete #5,6 11 to 12. These are the most important information.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

ACB 024 LLM



R███████████
Message and Response

Exhibit D

## Info

**From:** R▮▮▮▮▮▮@▮v▮▮▮▮.com>
**Sent:** January 10, 2013 8:40 PM
**To:** May C <info@abilitycb.com>
**Subject:** service rate sheet, Power of Attorney & Terms of Conditions

Thanks May. It was nice talking to you.

I will review this and get back to you. Thanks

-r▮▮▮▮▮

---

**From:** May C <info@abilitycb.com>
**Sent:** Tuesday, January 8, 2013 3:49 PM
**To:** R▮▮▮▮▮▮@▮v▮▮▮▮.com
**Subject:** service rate sheet, Power of Attorney & Terms of Conditions

Dear R▮▮▮▮

Thank you for contacting Ability Customs Brokers for a service inquiry. The service rate sheet and Terms and Conditions are attached, please review it and let us know if you have any questions. Otherwise, please complete the attached Power of Attorney and return it back to me with an IRS document to verify your company's EIN number. For an individual importer, social security card and driver license copy is required to verify the social security number.


Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.