# Ex. DD

