# Ex. HH

| | |
|---|---|
| **Subject:** | RE: Fwd: RE: FW: Re: Cyntra Giboney --- Employment Verification Request |
| **Date:** | Wednesday, June 7, 2023 at 2:11:38 PM Eastern Daylight Time |
| **From:** | Andrew Kaver |
| **To:** | pwolfgram@stratumlaw.com |
| **Attachments:** | image001.jpg, image002.jpg, image003.jpg, image004.jpg, image005.png, image006.png, image007.png, image042586.jpg, image788166.jpg, image853235.jpg, image292956.jpg, image967539.png, image462242.png, image640398.png, 201304111605513020.txt, 201304120819353380.txt, 201304121102285442.txt, 201304121242186032.txt, 201305170940237280.txt, 201305170954168615.txt, 201305171059463432.txt, 201302250939156608.txt, 201302251931259060.txt, 201302261008330401.txt, 201302261124216407.txt, 201302261500412498.txt |

Pete,

There are no emails with Lily, so I've asked Brian to sign the declaration and I'll get that back to you once I receive it. In the meantime, here are some additional emails with Ability.

Andy


**Andrew Kaver**
*Of Counsel*



21515 Hawthorne Blvd, Suite 450
Torrance, California 90503

| | |
|---|---|
| Direct: | 424-652-7416 |
| Cell: | 310-775-0064 |
| Main: | 310-540-2000 |
| Email: | andrew.kaver@kdvlaw.com |


# WWW.KDVLAW.COM

     

**NY | NJ | CT | PA | FL | IL | LA | TX | CA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

🌳 Please consider the environment before printing.

**From:** Pete Wolfgram <pwolfgram@stratumlaw.com>
**Sent:** Friday, June 2, 2023 12:29 PM
**To:** Andrew Kaver <andrew.kaver@kdvlaw.com>
**Subject:** RE: Fwd: RE: FW: Re: Cyntra Giboney --- Employment Verification Request

[EXTERNAL SENDER]
Sounds good, thanks again.

**Pete Wolfgram | Stratum Law**
150 Monument Road Ste. 207
Bala Cynwyd, PA 19125

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential and is intended only for the use of the intended addressee.  It is the property of Stratum Law LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@stratumlaw.com, and destroy this communication and all copies thereof, including all attachments.

---- On Fri, 02 Jun 2023 12:01:21 -0700 **Andrew Kaver <andrew.kaver@kdvlaw.com>** wrote ---

Not a problem.  I'll ask Brian to check.  He's out of the office until Monday, so I won't hear anything back until next week.

Andy

**Andrew Kaver**
*Of Counsel*



21515 Hawthorne Blvd, Suite 450
Torrance, California 90503

| | |
|---|---|
| Direct: | 424-652-7416 |
| Cell: | **310-775-0064** |
| Main: | **310-540-2000** |
| Email: | **andrew.kaver@kdvlaw.com** |

**WWW.KDVLAW.COM**

   

**NY | NJ | CT | PA | FL | IL | LA | TX | CA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

```
Received: from Teeda2 ([207.47.7.58])
        by mail.pcc.cc (Pcc Mail Server v4.0) with ESMTP id KTM59315;
        Mon, 25 Feb 2013 09:39:15 -0800
From: "Teeda" <Teeda@pcc.cc>
To: <info@abilitycb.com>
Cc: "CET-CYNTRA" <CYNTRA@PCC.CC>
References: <024f01cdedd7$e61c0540$b2540fc0$@pcc.cc>
<009701cdedd8$dec84c80$9c58e580$@com>
<025b01cdedd9$86d47890$947d69b0$@pcc.cc>
<00d601cdedef$1da239f0$58e6add0$@com>
<039501cdedf0$10a70e50$31f52af0$@pcc.cc>
<000001ce1159$018f4090$04adc1b0$@com>
<025401ce115e$340bf540$9c23dfc0$@pcc.cc>
<000001ce137d$dce46b40$96ad41c0$@com>
In-Reply-To: <000001ce137d$dce46b40$96ad41c0$@com>
Subject: RE: CONTAINER# MSCU3206413
Date: Mon, 25 Feb 2013 09:39:18 -0800
Message-ID: <00fd01ce137f$0c3494f0$249dbed0$@pcc.cc>
MIME-Version: 1.0
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Mailer: Microsoft Outlook 14.0
Thread-Index: AQFzX1InBewMyYPW470f6jBjadeEJgFPMX/
oAjrhrlQCAn0bTgIRHf0yAh3vECEBfSDX3QLdn7usmM+MdwA=
Content-Language: en-us
```

Good morning

Rcvd and thanks


HAVE A GOOD DAY!

Thank You,
Teeda S. TU
CUSTOMER SERVICE REP
CES/CET EXAM DEPARTMENT
2498 West 21st BLGD 808
Oakland, CA 94607
T:510-663-5000 ext 128
F:510-645-5972 or 510-433-0337
WWW.PCCLOGISTICS.COM


-----Original Message-----
From: May Chen [mailto:info@abilitycb.com]
Sent: Monday, February 25, 2013 9:31 AM
To: 'Teeda'
Subject: RE: CONTAINER# MSCU3206413

3

Dear Teeda,

Good morning. The D.O and 3461 are attached. Please send the exam bill to me
once the exam is completed.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Drive
San Leandro, CA  94577
Tel:  (510)347-5555
Fax: (510)347-1555
www.abilitycb.com

-----Original Message-----
From: Teeda [mailto:Teeda@pcc.cc]
Sent: Friday, February 22, 2013 4:39 PM
To: info@abilitycb.com
Cc: CET-CYNTRA
Subject: RE: CONTAINER# MSCU3206413

Hello,
I do have the PT for this container.  Please forward me your 3461 and DO.


HAVE A GOOD DAY!

Thank You,
Teeda S. TU
CUSTOMER SERVICE REP
CES/CET EXAM DEPARTMENT
2498 West 21st BLGD 808
Oakland, CA 94607
T:510-663-5000 ext 128
F:510-645-5972 or 510-433-0337
WWW.PCCLOGISTICS.COM


-----Original Message-----
From: May Chen [mailto:info@abilitycb.com]
Sent: Friday, February 22, 2013 4:02 PM
To: 'Teeda'

Subject: RE: CONTAINER# MSCU3206413

Hi Teeda,

Do you have a PT for my container #MSCU3206413?

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Drive
San Leandro, CA  94577
Tel:  (510)347-5555
Fax: (510)347-1555
www.abilitycb.com

-----Original Message-----
From: Teeda [mailto:Teeda@pcc.cc]
Sent: Tuesday, January 08, 2013 2:33 PM
To: info@abilitycb.com; CET SHARON
Cc: UNITED BRIDGE
Subject: RE: CONTAINER# HDMU6871156 INVOICE
Importance: High

Hi may,

Rcvd and thanks.  This container is ready for pick up only thru 1/8/13


HAVE A GOOD DAY!

Thank You,
Teeda S. TU
CUSTOMER SERVICE REP
CES/CET EXAM DEPARTMENT
2498 West 21st BLGD 808
Oakland, CA 94607
T:510-663-5000 ext 128
F:510-645-5972 or 510-433-0337
WWW.PCCLOGISTICS.COM



Please visit our updated Website  http://www.pcclogistics.com

5

Facilities:
Oakland and Long Beach, California
Seattle and Tacoma, Washington
Las Vegas, Nevada

International Sales Offices:
Brazil–Argentina–Chile–Peru–Ecuador–Paraguay
Hong Kong–People's Republic of China

```
Received: from oxmail.registrar-servers.com ([198.187.29.233])
        by mail.pcc.cc (Pcc Mail Server v4.0) with ESMTP id LUI76529;
        Tue, 26 Feb 2013 10:08:29 -0800
Received: from MayStation (adsl-99-68-172-230.dsl.pltn13.sbcglobal.net [99.68.172.230])
        (using TLSv1 with cipher RC4-MD5 (128/128 bits))
        (No client certificate requested)
        by oxmail.registrar-servers.com (Postfix) with ESMTPSA id 7CB977580C9;
        Tue, 26 Feb 2013 13:08:01 -0500 (EST)
Reply-To: <info@abilitycb.com>
From: "May Chen" <info@abilitycb.com>
To: "'Cyntra'" <Cyntra@pcc.cc>
Cc: "'Teeda'" <Teeda@pcc.cc>
References: <035e01ce13d1$b5478960$1fd69c20$@pcc.cc>
In-Reply-To: <035e01ce13d1$b5478960$1fd69c20$@pcc.cc>
Subject: RE: MSCU3206413 exam chgs & MDR filed
Date: Tue, 26 Feb 2013 10:08:01 -0800
Organization: Ability Customs Brokers
Message-ID: <005301ce144c$38655c80$a9301580$@com>
MIME-Version: 1.0
Content-Type: multipart/mixed;
        boundary="----=_NextPart_000_0054_01CE1409.2A421C80"
X-Mailer: Microsoft Office Outlook 12.0
Thread-Index: Ac4T0UTGEWnifg2PR1Oqzf4Zo57H0QAeqtjw
Content-Language: en-us

This is a multi-part message in MIME format.

------=_NextPart_000_0054_01CE1409.2A421C80
Content-Type: multipart/related;
        boundary="----=_NextPart_001_0055_01CE1409.2A421C80"


------=_NextPart_001_0055_01CE1409.2A421C80
Content-Type: multipart/alternative;
        boundary="----=_NextPart_002_0056_01CE1409.2A421C80"


------=_NextPart_002_0056_01CE1409.2A421C80
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: 7bit
```

Dear Cyntra/Teeda,


The check copy and the ABI report are attached. Please contact United Bridge

7

for the interchange. We will move the container tomorrow. Please let me know
if you have any questions.

Best Regards,

May

Ability Customs Brokers

13910 Doolittle Drive

San Leandro, CA  94577

Tel:  (510)347-5555

Fax: (510)347-1555

www.abilitycb.com

ability logo small

From: Cyntra [mailto:Cyntra@pcc.cc]
Sent: Monday, February 25, 2013 7:31 PM
To: info@abilitycb.com
Cc: Teeda
Subject: MSCU3206413 exam chgs & MDR filed

May,

Please refer to the invoice for the exam charges due thru tomorrow, 2/25.
We have also filed a MDR with CBP and the steamship lines, and we need to

get the updated 3461 prior to releasing this container.

If you should have any questions, please let us know.

Cyntra Giboney

CES/CET Supervisor

Cell: (510) 773-5919

PCC Logistics

A division of Pacific Coast Container Inc.

2498 West 21st St., Bldg. 808

Oakland, CA 94607 USA

Tel: 510-663-5000  Fax: 510-645-5972

Email: Cyntra@pcc.cc

Customs Dept Email: ces@pcc.cc

Web site: www.pcclogistics.com

Other departments within our location may be contacted at:

Import  Phone: (510) 433-1006  Fax: (510) 433-1003,  433-1007

Export Phone: (510) 844-1455 Fax: (510) 645-5971

Trucking Division – Direct Delivery Phone: (510) 433-1875 Fax: (510) 433-1878

------=_NextPart_002_0056_01CE1409.2A421C80
Content-Type: text/html;

```
Received: from Teeda2 ([207.47.7.58])
        by mail.pcc.cc (Pcc Mail Server v4.0) with ESMTP id LVY07821;
        Tue, 26 Feb 2013 11:24:21 -0800
From: "Teeda" <Teeda@pcc.cc>
To: <info@abilitycb.com>,
        "'Cyntra'" <Cyntra@pcc.cc>
References: <035e01ce13d1$b5478960$1fd69c20$@pcc.cc>
<005301ce144c$38655c80$a9301580$@com>
In-Reply-To: <005301ce144c$38655c80$a9301580$@com>
Subject: RE: MSCU3206413 exam chgs & MDR filed
Date: Tue, 26 Feb 2013 11:24:29 -0800
Message-ID: <01c801ce1456$e6464170$b2d2c450$@pcc.cc>
MIME-Version: 1.0
Content-Type: multipart/related;
        boundary="----=_NextPart_000_01C9_01CE1413.D8257270"
X-Mailer: Microsoft Outlook 14.0
Thread-Index: AQGxsPfDSDN8nAz5RnIDknYsK9yU9gLARdfVmK9JkYA=
Content-Language: en-us

This is a multipart message in MIME format.

------=_NextPart_000_01C9_01CE1413.D8257270
Content-Type: multipart/alternative;
        boundary="----=_NextPart_001_01CA_01CE1413.D8257270"


------=_NextPart_001_01CA_01CE1413.D8257270
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: 7bit
```

Hi May,

Rcvd and thanks.  I will need your updated 3461 and abi print screen for the
corrected piece count.



HAVE A GOOD DAY!


Thank You,

Teeda S. TU

CUSTOMER SERVICE REP

10

CES/CET EXAM DEPARTMENT

2498 West 21st BLGD 808

Oakland, CA 94607

T:510-663-5000 ext 128

F:510-645-5972 or 510-433-0337

WWW.PCCLOGISTICS.COM


From: May Chen [mailto:info@abilitycb.com]
Sent: Tuesday, February 26, 2013 10:08 AM
To: 'Cyntra'
Cc: 'Teeda'
Subject: RE: MSCU3206413 exam chgs & MDR filed


Dear Cyntra/Teeda,


The check copy and the ABI report are attached. Please contact United Bridge
for the interchange. We will move the container tomorrow. Please let me know
if you have any questions.


Best Regards,


May


Ability Customs Brokers

13910 Doolittle Drive

11

San Leandro, CA  94577

Tel:  (510)347-5555

Fax: (510)347-1555

www.abilitycb.com

ability logo small

From: Cyntra [mailto:Cyntra@pcc.cc]
Sent: Monday, February 25, 2013 7:31 PM
To: info@abilitycb.com
Cc: Teeda
Subject: MSCU3206413 exam chgs & MDR filed

May,

Please refer to the invoice for the exam charges due thru tomorrow, 2/25.
We have also filed a MDR with CBP and the steamship lines, and we need to
get the updated 3461 prior to releasing this container.

If you should have any questions, please let us know.

Cyntra Giboney

CES/CET Supervisor

Cell: (510) 773-5919

PCC Logistics

A division of Pacific Coast Container Inc.

2498 West 21st St., Bldg. 808

Oakland, CA 94607 USA

Tel: 510-663-5000  Fax: 510-645-5972


Email: Cyntra@pcc.cc

Customs Dept Email: ces@pcc.cc

Web site: www.pcclogistics.com


Other departments within our location may be contacted at:

Import  Phone: (510) 433-1006  Fax: (510) 433-1003,  433-1007

Export Phone: (510) 844-1455 Fax: (510) 645-5971

Trucking Division - Direct Delivery Phone: (510) 433-1875 Fax: (510) 433-1878


```
------=_NextPart_001_01CA_01CE1413.D8257270
Content-Type: text/html;
	charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

<html xmlns:v=3D"urn:schemas-microsoft-com:vml" =
xmlns:o=3D"urn:schemas-microsoft-com:office:office" =
xmlns:w=3D"urn:schemas-microsoft-com:office:word" =
xmlns:m=3D"http://schemas.microsoft.com/office/2004/12/omml" =
xmlns=3D"http://www.w3.org/TR/REC-html40"><head><META =
HTTP-EQUIV=3D"Content-Type" CONTENT=3D"text/html; =
charset=3Dus-ascii"><meta name=3DGenerator content=3D"Microsoft Word 14 =
(filtered medium)"><!--[if !mso]><style>v\:* =
{behavior:url(#default#VML);}
o\:* {behavior:url(#default#VML);}
w\:* {behavior:url(#default#VML);}
..shape {behavior:url(#default#VML);}
</style><![endif]--><style><!--
/* Font Definitions */
@font-face
	{font-family:Calibri;
	panose-1:2 15 5 2 2 2 4 3 2 4;}
```

13

```
Received: from Teeda2 ([207.47.7.58])
        by mail.pcc.cc (Pcc Mail Server v4.0) with ESMTP id KTM59315;
        Mon, 25 Feb 2013 09:39:15 -0800
From: "Teeda" <Teeda@pcc.cc>
To: <info@abilitycb.com>
Cc: "CET-CYNTRA" <CYNTRA@PCC.CC>
References: <024f01cdedd7$e61c0540$b2540fc0$@pcc.cc>
<009701cdedd8$dec84c80$9c58e580$@com>
<025b01cdedd9$86d47890$947d69b0$@pcc.cc>
<00d601cdedef$1da239f0$58e6add0$@com>
<039501cdedf0$10a70e50$31f52af0$@pcc.cc>
<000001ce1159$018f4090$04adc1b0$@com>
<025401ce115e$340bf540$9c23dfc0$@pcc.cc>
<000001ce137d$dce46b40$96ad41c0$@com>
In-Reply-To: <000001ce137d$dce46b40$96ad41c0$@com>
Subject: RE: CONTAINER# MSCU3206413
Date: Mon, 25 Feb 2013 09:39:18 -0800
Message-ID: <00fd01ce137f$0c3494f0$249dbed0$@pcc.cc>
MIME-Version: 1.0
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Mailer: Microsoft Outlook 14.0
Thread-Index: AQFzX1InBewMyYPW470f6jBjadeEJgFPMX/
oAjrhrlQCAn0bTgIRHf0yAh3vECEBfSDX3QLdn7usmM+MdwA=
Content-Language: en-us
```

Good morning

Rcvd and thanks


HAVE A GOOD DAY!

Thank You,
Teeda S. TU
CUSTOMER SERVICE REP
CES/CET EXAM DEPARTMENT
2498 West 21st BLGD 808
Oakland, CA 94607
T:510-663-5000 ext 128
F:510-645-5972 or 510-433-0337
WWW.PCCLOGISTICS.COM


-----Original Message-----
From: May Chen [mailto:info@abilitycb.com]
Sent: Monday, February 25, 2013 9:31 AM
To: 'Teeda'
Subject: RE: CONTAINER# MSCU3206413

14

Dear Teeda,

Good morning. The D.O and 3461 are attached. Please send the exam bill to me
once the exam is completed.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Drive
San Leandro, CA  94577
Tel:  (510)347-5555
Fax: (510)347-1555
www.abilitycb.com

-----Original Message-----
From: Teeda [mailto:Teeda@pcc.cc]
Sent: Friday, February 22, 2013 4:39 PM
To: info@abilitycb.com
Cc: CET-CYNTRA
Subject: RE: CONTAINER# MSCU3206413

Hello,
I do have the PT for this container.  Please forward me your 3461 and DO.


HAVE A GOOD DAY!

Thank You,
Teeda S. TU
CUSTOMER SERVICE REP
CES/CET EXAM DEPARTMENT
2498 West 21st BLGD 808
Oakland, CA 94607
T:510-663-5000 ext 128
F:510-645-5972 or 510-433-0337
WWW.PCCLOGISTICS.COM


-----Original Message-----
From: May Chen [mailto:info@abilitycb.com]
Sent: Friday, February 22, 2013 4:02 PM
To: 'Teeda'

15

Subject: RE: CONTAINER# MSCU3206413

Hi Teeda,

Do you have a PT for my container #MSCU3206413?

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Drive
San Leandro, CA  94577
Tel:  (510)347-5555
Fax: (510)347-1555
www.abilitycb.com

-----Original Message-----
From: Teeda [mailto:Teeda@pcc.cc]
Sent: Tuesday, January 08, 2013 2:33 PM
To: info@abilitycb.com; CET SHARON
Cc: UNITED BRIDGE
Subject: RE: CONTAINER# HDMU6871156 INVOICE
Importance: High

Hi may,

Rcvd and thanks.  This container is ready for pick up only thru 1/8/13


HAVE A GOOD DAY!

Thank You,
Teeda S. TU
CUSTOMER SERVICE REP
CES/CET EXAM DEPARTMENT
2498 West 21st BLGD 808
Oakland, CA 94607
T:510-663-5000 ext 128
F:510-645-5972 or 510-433-0337
WWW.PCCLOGISTICS.COM



Please visit our updated Website   http://www.pcclogistics.com

16

Facilities:
Oakland and Long Beach, California
Seattle and Tacoma, Washington
Las Vegas, Nevada

International Sales Offices:
Brazil–Argentina–Chile–Peru–Ecuador–Paraguay
Hong Kong–People's Republic of China

17