# Ex. C

**Subject:** Request for Comment re: Allegations in Ameriway v. Chen
**Date:** Tuesday, June 28, 2022 at 1:37:41 PM Eastern Daylight Time
**From:** Ryan Boysen
**To:** xzhang@stratumlaw.com, pwolfgram@stratumlaw.com

Hello,

My name is Ryan Boysen and I'm a reporter with Law360.

I'm working on a quick story right now about Ameriway's filing on Friday, seeking dismissal of the Ameriway v. Chen lawsuit due to alleged fabrication of documents.

I was wondering if either of you might have a statement about that latest filing, or any other comments about the case in general.

My deadline is two hours from now. I apologize for the short notice. Please let me know what you think, and thanks for your time.

Best,
Ryan Boysen


--
Ryan Boysen
Senior Reporter, Legal Industry
646-350-1480



Legal News & Data
111 W. 19th Street, 5th Floor
New York, NY 10011