Info

| | |
|---|---|
| From: | ███████████████████ Co.com> |
| Sent: | Wednesday, January 02, 2013 12:47 PM |
| To: | info@abilitycb.com |
| Subject: | RE: Importer Number |

Hello May

I will reconfirm and advise asap.

Best Regards,

██████ Co.
██████ Ave Ste F
So San Francisco, CA 94080
Tel: 650-██████
Fax: 650-██████
Cell: 510-██████
Email: G████████sCo.com
www.AE██████

---

**From:** May C [mailto:info@abilitycb.com]
**Sent:** Wednesday, January 02, 2013 12:39 PM
**To:** ██████
**Subject:** RE: Importer Number

Dear Geoff,

Please verify the address with the importer again because customs responded the address is invalid and rejected the application.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the

**B-0001**