From: May C <info@abilitycb.com>
Sent: Tuesday, July 8, 2014 10:58 AM
To: ███████████@gmail.com
Subject: B/L copy, 10+2 file please confirm

Dear ███,

The information is no shows on the document. Please ask oversea agent to complete #5,6 11 to 12. These are the most important information.

Best Regards,

May

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.