**Info**

---

**From:** Info
**Sent:** Wednesday, January 02, 2013 10:47 AM
**To:** Matthew Tyler
**Subject:** RE: HELLESPONT PROVIDENCE / SCAC---HEHA / VOY----051 / POD---SAN FRANCISCO

Dear Matt,

The document has sent to Customs, and waiting for the signature. I will send a copy to you when I have one.

Best Regards,

Yuran

Ability Customs Brokers
13910 Doolittle Dr
San Leandro, Ca 94577
T:510-347-5555
F:510-347-1555
WWW.abilitycb.com

**Based on the current challenges at all the West Coast Ports due to terminal constraints, kindly note Ability Customs Brokers will not be held liable for any demurrage, standby time, per diem/detention and/or dry runs.**

**Important !!! **
U.S. Customs & Border Protection will commence full ISF enforcement on July 9, 2013 and will issue liquidated damages against the importer for non-compliance. The Importer Security Filing must be electronically filed with CBP no later than 24 hours prior to the departure of the vessel and it is the importer's responsibility to ensure that it is done. Liquidated damages assessed will be $5,000 per violation so please contact broker to make sure that you supply the information in advance or make arrangements to have it filed.

---

**From:** Matthew Tyler [mailto:maty@westcoastship.com]
**Sent:** Wednesday, January 02, 2013 10:00 AM
**To:** info@abilitycb.com
**Subject:** HELLESPONT PROVIDENCE / SCAC         / VOY----051 / POD---SAN FRANCISCO

Hello,

We received the below reminder from AMS. Has customs been cleared? I need to know how to proceed in order get this cleared.

-Matt

H-0001