```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERIWAY CORPORATION,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :           19-CV-9407 (VSB)
              - against -                                   :
                                                            :                ORDER
                                                            :
MAY YAN CHEN and ABILITY CUSTOMS,                           :
INC.,                                                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
                                                            :
MAY YAN CHEN, d/b/a/ ABILITY                                :
CUSTOMS BROKERS,                                            :
                                                            :
                              Third-Party                   :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :
                                                            :
EAGLE TRADING USA, LLC, XIYAN                               :
ZHANG, and SHIPING JIA,                                     :
                                                            :
                              Third-Party                   :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of Petitioner's letter requesting a temporary restraining order. (Doc. 177.) However, Petitioner's request fails to supply the necessary supporting papers, in accordance with Rules 4(G) and 5(D) of my Individual Rules and Practices in Civil Cases. Petitioner and Respondent are directed to appear for a conference on Petitioner's request for a temporary restraining order on December 11, 2023 at 9:30 a.m. The call-in number for the conference line is 888-363-4749 and the access code is 2682448. Petitioner and Respondent are further directed

to email this order to third-party U.S. Eastern Systems, Inc. by no later than noon on December 10, 2023.

SO ORDERED.

Dated:     December 8, 2023
           New York, New York

_____
Vernon S. Broderick
United States District Judge