UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
AMERIWAY CORPORATION,                                    :
:
                     Plaintiff,        :
:
     - against -                                       :
:           19-CV-9407 (VSB)
:
MAY YAN CHEN and ABILITY CUSTOMS,         :           ORDER
INC.,                                                    :
:
                     Defendants.      :
---------------------------------------------------------X
:
MAY YAN CHEN, d/b/a/ ABILITY                             :
CUSTOMS BROKERS,                                         :
:
                     Third-Party      :
                     Plaintiff,       :
:
     - against -                                       :
:
:
EAGLE TRADING USA, LLC, XIYAN                            :
ZHANG, and SHIPING JIA,                                  :
:
                     Third-Party      :
                     Defendants.      :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On December 11, 2023, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

       ORDERED that by no later than 12:00 p.m. on December 13, 2023, Petitioner's counsel submit an affidavit and memorandum of law in support of its motion for a temporary restraining order.

       IT IS FURTHER ORDERED that by no later than 5:00 p.m. on December 14, 2023,

Respondent's counsel file its response.

IT IS FURTHER ORDERED that the parties appear for a conference on Petitioner's request for a temporary restraining order on December 15, 2023 at 11:00 a.m. The call-in number for the conference line is 888-363-4749 and the access code is 2682448. Petitioner and Respondent are further directed to email this order to third-party U.S. Eastern Systems, Inc. by no later than December 12, 2023.

SO ORDERED.

Dated:  December 12, 2023
        New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge