**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERIWAY CORPORATION,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MAY YAN CHEN, ABILITY CUSTOMS, INC.,<br>　　　　　　　　　Defendants. | Case No.: 1:19-CV-09407-VSB-VF<br><br>**SUPPLEMENTAL JOINT STATUS LETTER** |
| MAY YAN CHEN, d/b/a/ ABILITY<br>CUSTOMS BROKERS,<br>　　　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>EAGLE TRADING USA, LLC, XIYAN<br>ZHANG, and SHIPING JIA,<br>　　　　　　　Third-Party Defendants. | |

On October 27, 2025, the Court granted Defendant May Yan Chen's ("Chen" or "Defendant") unopposed motion to stay this action pending the resolution of Defendant's interlocutory appeal and ordered the parties to submit a joint status letter regarding the next steps in this litigation no later than seven (7) days following the date that the Supreme Court renders a decision in the interlocutory appeal. (Doc. 211). On January 12, 2026, the Supreme Court issued an order denying Defendant's Petition for Writ of Certiorari.

On Monday, January 20, 2026, Defendant and Plaintiff Ameriway Corporation ("Ameriway") filed a joint status letter in response to this court's order at Doc. 211. (Doc. 214).

On January 20, 2026, Defendant filed a motion to stay this action pending the resolution of Defendant's Petition for Rehearing in the Supreme Court. (Docs. 212 and 213). On January 27, 2026, Plaintiff filed an opposition to Defendant's motion to stay. (Doc. 215). On February 3, 2026, Defendant filed a reply. (Doc. 216). The motion is pending.

On February 6, 2026, Defendant filed a Petition for Rehearing to the Supreme Court, which was denied on March 9, 2026.

Defendant and Plaintiff hereby submit this supplemental joint status letter.

**Defendant Chen's Position:**

Defendant Chen maintains her position stated on the joint status letter at Doc. 214.

**Plaintiff Ameriway's Position:**

Plaintiff maintains its position stated in the joint status letter at Doc. 214.

Respectfully Submitted,

Dated: March 20, 2026

_____
Quynh Chen (CA SBN 292889)
Attorney for May Yan Chen
Q. Chen Law

1
SUPPLEMENTAL JOINT STATUS LETTER

5940 Newpark Mall Road, Newark, CA 94560
Tel: (510) 764-8880 | Fax: (510) 256-7567
Email: Q@qchenlaw.com

Respectfully Submitted,

Dated: March 20, 2026                    /s/ Pete Wolfgram_____

Pete Wolfgram
Attorney for Ameriway Corporation
STRATUM LAW LLC
2424 E. York St. Ste. 223, Philadelphia, PA, 19125
Email: pwolfgram@stratumlaw.com

Given that the Petition for Rehearing to the Supreme Court was denied on March 9, 2026, the motion to stay, (Doc. 212), is DENIED as moot.  The Clerk of Court is respectfully directed to terminate Doc. 212.

I previously denied Defendant Chen's requests for leave to file motions related to Plaintiff's standing and related to Defendant Ability Customs, Inc., without prejudice to raising these issues in any summary-judgment briefing, (Docs. 106, 201), and Chen has not explained why the circumstances have changed to make such motions appropriate now.  Accordingly, the parties are directed to meet and confer and propose an Amended Case Management Plan and Scheduling Order by **April 7, 2026**.

SO ORDERED:

*Vernon Broderick*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE   3/24/2026

SUPPLEMENTAL JOINT STATUS LETTER