**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AMERIWAY CORPORATION,

<table>
<tr><td style="text-align:center">Plaintiff,</td><td style="text-align:center"><strong>19-CV-09407 (VSB) (VF)</strong></td></tr>
<tr><td style="text-align:center">-against-</td><td style="text-align:center"><strong><u>ORDER</u></strong></td></tr>
</table>

MAY YAN CHEN et al.,

Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff is directed to file a response to Defendant's motion to amend at ECF No. 223 by

**<u>May 29, 2026</u>**.

**SO ORDERED.**

DATED:    New York, New York
          May 11, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge