**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AMERIWAY CORPORATION,

                        Plaintiff,

          -against-

MAY YAN CHEN et al.,

                     Defendants.
------------------------------------------------------------------X

**19-CV-09407 (VSB) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference held today, June 18, 2026, the deadline for propounding additional discovery requests is hereby extended to **<u>July 17, 2026</u>**.

Additionally, as discussed, Defendant will allow Plaintiff to obtain physical samples of the goods stored in the containers by **<u>July 24, 2026</u>**, after which Defendant is permitted to dispose of the containers.

       **SO ORDERED.**

DATED:    New York, New York
           June 18, 2026

                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge