**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AMERIWAY CORPORATION,

                         Plaintiff,

          -against-

MAY YAN CHEN et al.,

                        Defendants.
-------------------------------------------------------------------X

**19-CV-09407 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the conference held on June 18, 2026, Quynh Chen of Q. Chen Law, counsel for Defendants May Yan Chen and Ability Customs Inc. ("Defendants"), represented that they are counsel of record and that Defendants no longer wished to be represented by their prior counsel, William Shayne and Richard Schrier. See also ECF No. 227.

The Clerk of Court is directed to terminate Richard Schrier and William Shayne as counsel for Defendants. Q. Chen Law is now counsel of record for Defendants.

      **SO ORDERED.**

DATED:    New York, New York
          June 30, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge