UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERIWAY CORPORATION,

Plaintiff,

- against -

MAY YAN CHEN and ABILITY CUSTOMS, INC.,

Defendants.

19-CV-9407 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The post-discovery conference previously scheduled for October 9, 2026 at 2:00 p.m. is rescheduled to **November 20, 2026 at 2:00 p.m**. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID.

SO ORDERED.

Dated: July 7, 2026
New York, New York

Vernon S. Broderick
United States District Judge