# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERIWAY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MAY YAN CHEN, ABILITY CUSTOMS, INC.,<br><br>Defendants. | Case No.: 1:19-CV-09407-VSB-VF<br><br>**DEFENDANT MAY YAN CHEN'S SECOND SET OF REQUESTS FOR ADMISSION TO PLAINTIFF AMERIWAY CORPORATION** |

PROPOUNDING PARTY: DEFENDANT MAY YAN CHEN

RESPONDING PARTY: PLAINTIFF AMERIWAY CORPORATION

SET NO.: TWO (2)

## INSTRUCTIONS

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiff shall, within thirty (30) days of service of these Requests, serve responses in writing and under oath to Defendant's counsel via email to q@qchenlaw.com with rica@qchenlaw.com carbon-copied.

Pursuant to Fed. R. Civ. P. 26(e), you are under a duty to timely supplement any response to this request for which you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to us during the discovery process or in writing.

Pursuant to Fed. R. Civ. P. 36(a)(4), if a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it.

## DEFINITIONS

The term "ABILITY INC" shall refer to Ability Customs Inc. and any of their employees, contractors, employers, assistants, representatives, agents, and anyone acting on behalf of Ability Customs Inc.

**REQUEST FOR ADMISSION NO. 25:**

Admit that CONTAINER E arrived at the New York Port on August 7, 2019 as indicated in SAC ¶ 31.

**REQUEST FOR ADMISSION NO. 26:**

Admit that MAY CHEN provided CUSTOMS BROKER SERVICES to EAGLE.

**REQUEST FOR ADMISSION NO. 27:**

Admit that EAGLE is the IOR for the CONTAINERS.

**REQUEST FOR ADMISSION NO. 28:**

Admit that EAGLE did not pay the full balance of MAY CHEN'S invoices.

**REQUEST FOR ADMISSION NO. 29:**

Admit that AMERIWAY agreed to pay the unpaid balance owed to MAY CHEN on EAGLES behalf.

**REQUEST FOR ADMISSION NO. 30:**

Admit that Xiyan Zhang agreed to pay the unpaid balance owed to MAY CHEN on EAGLE'S behalf.

**REQUEST FOR ADMISSION NO. 31:**

Admit that AMERIWAY and Xiyan Zhang failed to pay the unpaid balance owed to MAY CHEN on EAGLES behalf.

**REQUEST FOR ADMISSION NO. 32:**

Admit that MAY CHEN had possession of the CONTAINERS.

**REQUEST FOR ADMISSION NO. 33:**

Admit that MAY CHEN had possession of the CONTAINERS before or around July 2019 and prior to the revocation of the power of attorney on August 16, 2019.

**REQUEST FOR ADMISSION NO. 34:**

Admit that Xiyan Zhang signed the power of attorney to retain MAY CHEN'S services on behalf of EAGLE.

**REQUEST FOR ADMISSION NO. 35:**

Admit that Xiyan Zhang requested CUSTOMS BROKER SERVICES from MAY CHEN.

**REQUEST FOR ADMISSION NO. 36:**

Admit that YOU did not incur any damages.

**REQUEST FOR ADMISSION NO. 37:**

Admit Xiyan Zhang as an individual paid MAY CHEN for EAGLE'S unpaid invoices owed to MAY CHEN.

**REQUEST FOR ADMISSION NO. 38:**

Admit Ameriway agreed to pay MAY CHEN for her CUSTOMS BROKER SERVICES.

**REQUEST FOR ADMISSION NO. 39:**

Admit that on September 20, 2019, Xiyan Zhang represented to MAY CHEN that AMERIWAY will pay MAY CHEN all outstanding invoices for her services already provided to the IOR, EAGLE, in relation to the power of attorney executed on April 11, 2017 by Xiyan Zhang, the Chief Operating Officer for EAGLE.

**REQUEST FOR ADMISSION NO. 40:**

Admit that when Xiyan Zhang made the representation in Request for Admission No. 38, AMERIWAY knew the representation was false and intended the representation to induce MAY CHEN to continue to provide her CUSTOMS BROKER SERVICES without payment.

//

//

//

**REQUEST FOR ADMISSION NO. 41:**

Admit that on September 20, 2019, Xiyan Zhang represented to MAY CHEN that Xiyan Zhang will pay MAY CHEN all outstanding invoices for her services already provided to the IOR, EAGLE, in relation to the power of attorney executed on April 11, 2017 by Xiyan Zhang, the Chief Operating Officer for EAGLE.

**REQUEST FOR ADMISSION NO. 42:**

Admit that when Xiyan Zhang made the representation in Request for Admission No. 41, Xiyan Zhang knew the representation was false and intended the representation to induce MAY CHEN to continue to provide her CUSTOMS BROKER SERVICES without payment.

**REQUEST FOR ADMISSION NO. 43:**

Admit YOU sent emails to MAY CHEN stating that YOU will pay the unpaid invoices owed to MAY CHEN for her CUSTOMS BROKER SERVICES.

**REQUEST FOR ADMISSION NO. 44:**

Admit that YOU failed to pay MAY CHEN'S unpaid invoices.

**REQUEST FOR ADMISSION NO. 45:**

Admit that after MAY CHEN cleared customs and advanced third party fees for shipments imported for the IOR, EAGLE, AMERIWAY ultimately received these cleared shipments.

**REQUEST FOR ADMISSION NO. 46:**

Admit that AMERIWAY is only able to receive the goods because MAY CHEN provided CUSTOMS BROKER SERVICES to EAGLE and advanced the third party fees.

**REQUEST FOR ADMISSION NO. 47:**

Admit that YOU knew MAY CHEN was the custom broker importer that imported the CONTAINERS for the IOR, EAGLE, for the benefit of AMERIWAY.

**REQUEST FOR ADMISSION NO. 48:**

Admit YOU kept the CONTAINERS that MAY CHEN delivered to AMERIWAY but did not provide adequate compensation.

Dated: July 24, 2026

Respectfully Submitted,

Quynh Chen (CA SBN 292889)
Attorney for May Yan Chen
Q. Chen Law
5940 Newpark Mall Road, Newark, CA 94560
Tel: (510) 764-8880
Fax: (510) 256-7567
Email: Q@qchenlaw.com

## CERTIFICATE OF SERVICE

I am employed at Q. Chen Law located at 5940 Newpark Mall Road Newark, CA 94560. My email/electronic service address is rica@qchenlaw.com. I am over the age of eighteen (18) and not a party to the within action. I served the following document(s):

**DEFENDANT MAY YAN CHEN'S SECOND SET OF REQUESTS FOR ADMISSION TO PLAINTIFF AMERIWAY CORPORATION**

On the following person(s) at the location(s) specified:

**Xiyan Zhang**
Email: xzhang@stratumlaw.com
**Pete Wolfgram**
Email: pwolfgram@stratumlaw.com
STRATUM LAW LLC
18 Campus Blvd., Ste. 100
Newtown Square, PA 19073
Attorneys for Plaintiff AMERIWAY CORPORATION
***SENT VIA EMAIL***

In the manner indicated below:

[ ] BY MAIL: Following ordinary business practices, I sealed true and correct copies of the above document(s) in envelope(s) addressed to person(s) at the location(s) above. I then mailed the envelope(s) with the postage fully prepaid via United States Postal Service.

[XX] BY EMAIL OR ELECTRONIC SERVICE: I electronically served the above document(s) by transmitting a true and correct copy of the document(s) in .pdf format to the person(s) at the e-mail(s) or electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed at Newark, California on July 24, 2026.

____________________________
Rica Capet