# EXHIBIT D

萬華国际贸易有限公司
**Goldenage USA INC**
**56-72 49th place bldg D**
**Maspeth, NY 11378**
**Tele: (917)909-0593 Fax: (929)419-4987**

# INVOICE

| INVOICE NO. | 15693 |
|---|---|
| PAGE | 1 of 1 |
| DATE | Jul 24, 2026 |

**BILL TO**

CA2270
ABILITY COSTOMS BROKERS

13910 DOOLITTLE DRIVE
SAN LEANDRO, CA 94577

(510)347-5555

**SHIP TO**

ABILITY COSTOMS BROKERS

13910 DOOLITTLE DRIVE
SAN LEANDRO, CA 94577

LOCATION: 1 - Goldenage USA INC

| SHIP DATE | CUSTOMER P.O. # | S. ORDER # | SALESPERSON | TERMS | SHIP VIA |
|---|---|---|---|---|---|
| Jul 24, 2026 | | 17214 | tony zhang | Due On Receipt | |

| ITEM | DESCRIPTION | ORDER | SHIPPED | B. O. | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| F0006 | STORAGE RENTAL<br>JUL .2026 | 207 | 207 | 0 | 35.00 | 7,245.00 |

| | |
|---|---|
| **SUBTOTAL** | 7,245.00 |
| **TAX** | 0.00 |

| | | |
|---|---|---|
| **Thank you for your business!** | **(By Piece) Qty:** 207<br>**Total GW(lbs):** 0.00 | **TOTAL DUE**<br>7,245.00 |

**EXHIBIT D Page 1 of 1**