# EXHIBIT E

STRATUMLAW LLC

18 Campus Blvd. Ste 100
Newtown Square, PA 19073
www.stratumlaw.com

(215) 395-8756

# Invoice

Bill To: May Yan Chen/Q Chen Law

Invoice Date: 8/31/2026
Due Date: 9/15/2026

| 1:19-cv-09407 Ameriway Corporation v. Chen | | | | |
|---|---|---|---|---|
| Date | Description | Hour | Rate | Amount |
| 7/24/26 | Reviewing and Reproducing Documents and Discovery Requests and Response | 1.8 | 400 | $720.00 |
| 7/23/26 | Reviewing and Reproducing Documents and Discovery Requests and Response | 1.1 | 400 | $440.00 |
| 7/3/26 | Reviewing and Reproducing Documents and Discovery Requests and Response | 0.5 | 400 | $200.00 |
| 7/1/26 | Reviewing and Organizing documents to be reproduced | 3.5 | 400 | $1,400.00 |
| | Total Legal Fee | | | **$2,760.00** |
| **Expense** | | | | |
| | N/A | | | 0 |
| | | | | $ 0 |
| | total Expensive | | | $0 |
| **Total Due** | | | | **$ 2,760.00** |

Payment Instructions:

Bank Transfer to: Stratum Law LLC,
Account No: [redacted]0253,
Bank: Chase,
SWIFT/BIC Code: CHASUS33

EXHIBIT E Page 1 of 1