**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
AMERIWAY CORPORATION,

Plaintiff,

-against-

MAY YAN CHEN et al.,

Defendants.
---------------------------------------------------------------X

**19-CV-09407 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff requests that Defendants be directed to pay $2,760 in costs incurred by Plaintiff in reproducing the prior discovery record to Defendants' new counsel. ECF No. 238 at 3. The amount of $2,760 reflects 6.9 billing hours for two attorneys at $400 per hour. Id. Nearly 7 hours of attorney time is an excessive amount of time spent on the collection and reproduction of these files. Plaintiff is hereby ordered to pay Defendants **$1,400**, which reflects 3.5 hours of work at the hourly rate of $400.

Plaintiff's supplemental letter regarding the subpoena issue raised during the November 16, 2026 discovery conference will be due on or before **November 30, 2026**. Defendants' response will be due on or before **December 14, 2026**.

The Clerk of Court is respectfully directed to close the gavels at ECF Nos. 236 and 238.

**SO ORDERED.**

DATED: New York, New York
November 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge